**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03468

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

                Plaintiffs,

   v.

FRONTIER AIRLINES, INC.,

                Defendant.

---

**NOTICE OF RELATED CASE**

---

PLEASE TAKE NOTICE, pursuant to D.C.COLO.LCivR 3.2, of related case No. 19-cv-03469, *Melissa Hodgkins, et al. v. Frontier Airlines, Inc.*  That case involves common defendant Frontier Airlines, Inc., as well as common claims under Title VII of the 1964 Civil Rights Act, 42 U.S.C. §2000e.

Respectfully submitted this 10th day of December 2019.

                              *s/ Sara R. Neel*

                              _____
                              Sara R. Neel
                              Mark Silverstein
                              ACLU Foundation of Colorado
                              303 East 17th Avenue, Suite 350
                              Denver, Colorado  80203
                              Phone: 720-402-3107
                              Fax: 303-777-1773
                              Email: sneel@aclu-co.org
                              Email: msilverstein@aclu-co.org

Galen Sherwin
ACLU Women's Rights Project
125 Broad St., New York, NY 10004
Phone: 212-519-7819
Email: gsherwin@aclu.org

Vincent Levy
Jayme Jonat
Lani Perlman
HOLWELL SHUSTER & GOLDBERG LLP
IN COOPERATION WITH THE AMERICAN
CIVIL LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, NY 10019
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
Email: jjonat@hsgllp.com
Email: lperlman@hsgllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I electronically filed the foregoing **NOTICE OF RELATED CASE** with the Clerk of the Court using the CM/ECF system.

*s/ Justine Gutierrez*
_____
Justine Gutierrez
Legal Assistant