IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03468

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

               Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

               Defendant.

_____

**ENTRY OF APPEARANCE FOR JAYME JONAT**
_____

Jayme Jonat of HOLWELL SCHUSTER & GOLDBERGER, LLP, a duly licensed attorney in the State of Colorado, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 10th day of December 2019.

               *s/ Jayme Jonat*

               _____
               Jayme Jonat
               HOLWELL SHUSTER & GOLDBERG LLP
               IN COOPERATION WITH THE AMERICAN
               CIVIL LIBERTIES UNION
               425 Lexington Avenue, 14th Floor
               New York, NY 10019
               Phone: 646-837-5151
               Fax: 646-837-5150
               Email: jjonat@hsgllp.com

               **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 10, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR JAYME JONAT** with the Clerk of the Court using the CM/ECF system.

               *s/ Jayme Jonat*
               _____

2