IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03468

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

                        Plaintiffs,

    v.

FRONTIER AIRLINES, INC.,

                        Defendant.

---

### ENTRY OF APPEARANCE FOR VINCENT LEVY

---

Vincent Levy of HOLWELL SCHUSTER & GOLDBERGER, LLP, a duly licensed attorney in the State of Colorado, hereby enters his appearance on behalf of Plaintiffs.

Respectfully submitted this 10th day of December 2019.

                                *s/ Vincent Levy*

                                _____
                                Vincent Levy
                                HOLWELL SHUSTER & GOLDBERG LLP
                                IN COOPERATION WITH THE AMERICAN
                                CIVIL LIBERTIES UNION
                                425 Lexington Avenue, 14th Floor
                                New York, NY 10019
                                Phone: 646-837-5151
                                Fax: 646-837-5150
                                Email: vlevy@hsgllp.com

                                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

 I hereby certify that on December 10, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR VINCENT LEVY** with the Clerk of the Court using the CM/ECF system.

*s/ Vincent Levy*
_____

2