IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03468

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

                Plaintiffs,

   v.

FRONTIER AIRLINES, INC.,

                Defendant.

---

**ENTRY OF APPEARANCE FOR LANI PERLMAN**

---

Lani Perlman of HOLWELL SCHUSTER & GOLDBERGER, LLP, a duly licensed attorney in the State of Colorado, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 10th day of December 2019.

                *s/ Lani Perlman*

                _____
                Lani Perlman
                HOLWELL SHUSTER & GOLDBERG LLP
                IN COOPERATION WITH THE AMERICAN
                CIVIL LIBERTIES UNION
                425 Lexington Avenue, 14th Floor
                New York, NY 10019
                Phone: 646-837-5151
                Fax: 646-837-5150
                Email: lperlman@hsgllp.com

                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

 I hereby certify that on December 10, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR LANI PERLMAN** with the Clerk of the Court using the CM/ECF system.

*s/ Lani Perlman*
_____