**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03468

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

                Plaintiffs,

    v.

FRONTIER AIRLINES, INC.,

                Defendant.

---

**ENTRY OF APPEARANCE FOR GALEN SHERWIN**

---

Galen Sherwin of the WOMEN'S RIGHTS PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION, a duly licensed attorney in the State of New York and admitted to the U.S. District Court for the District of Colorado, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 10th day of December 2019.

                *s/ Galen Sherwin*
                _____
                Galen Sherwin
                AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                WOMEN'S RIGHTS PROJECT
                125 Broad Street, 18th Floor
                New York, New York 10004
                Phone: 212-519-7819
                Email: gsherwin@aclu.org

                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR GALEN SHERWIN** with the Clerk of the Court using the CM/ECF system.

      *s/ Galen Sherwin*
      _____

2