## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03468-CMA-SKC

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

                Plaintiffs,

v.

FRONTIER AIRLINES, INC.,
                Defendant.

### ENTRY OF APPEARANCE FOR MARK SILVERSTEIN

Mark Silverstein of the American Civil Liberties Union Foundation of Colorado, an attorney duly admitted to practice in this district, hereby enters his appearance on behalf of Plaintiffs.

Respectfully submitted this 17th day of December 2019.

          *s/ Mark Silverstein*

          Mark Silverstein, Legal Director
          American Civil Liberties Union
          Foundation of Colorado
          303 E. 17th Ave., Suite 350
          Denver, CO 80203-1256
          Telephone: (303) 720-402-3114
          Fax: (303) 777-1773
          msilverstein@aclu-co.org

          **ATTORNEY FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR MARK SILVERSTEIN** with the Clerk of the Court using the CM/ECF system.

*s/ Justine Gutierrez*
_____
Justine Gutierrez, Legal Assistant