IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

## ENTRY OF APPEARANCE

Please take notice that Erin A. Webber, of the law firm Littler Mendelson, P.C., enters her appearance on behalf of Defendant Frontier Airlines, Inc. Ms. Webber certifies that she is a member in good standing of the bar of this Court.

Dated this 21st day of December, 2019

    Respectfully submitted,

*/s/ Erin A. Webber*
Erin A. Webber
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
awebber@littler.com
*Attorney for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY  10004
gsherwin@aclu.org

*Attorneys for Plaintiffs*

Jayme Jonat, Esq.
Lani A. Perlman, Esq.
Vincent G. Levy, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY  10017
jjonat@hsgllp.com
lperlman@hsgllp.com
Vlevy@hsgllp.com

*Attorneys for Plaintiffs*

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO  80203
msilverstein@aclu-co.org
sneel@aclu-co.org

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*/s/Danielle L. Kitson*
　　　　　　　　　　　　　　　　　　　　Danielle L. Kitson