IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

## UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

Under Local Rule 6.1, Defendant Frontier Airlines, Inc. ("Frontier") respectfully requests that the Court grant Frontier an extension of time, to and including March 11, 2020, in which to respond to Plaintiffs' Complaint as permitted by the Federal Rules of Civil Procedure. In conferring in accordance with **Local Rule 7.1**, Plaintiffs, through their counsel, have indicated that they **do not oppose** the extension of time sought by Frontier. In support of the motion, Frontier states as follows:

1. Plaintiffs filed their Complaint on December 10, 2020, and Frontier agreed to waive service of process. ECF Nos. 1, 14.

2. Frontier's responsive pleading is currently due February 10, 2020.

3. Since Plaintiffs filed their Complaint, the parties have been in discussion about the possibility of engaging in alternative dispute resolution. To provide the parties with more time to explore that possibility, Frontier is requesting a 30-day extension, to and including March 11, 2020, in which to respond to Plaintiffs' Complaint as permitted by the Federal Rules.

4.	Counsel for Frontier certifies that this is the first extension of time requested by Frontier in this action, and that a copy of this motion has been served on the undersigned's client representative.

**WHEREFORE**, under Local Rule 6.1, Frontier respectfully requests that the Court enter an Order granting Frontier an extension of time to file a responsive pleading, to and including March 11, 2020.

Dated this 10th day of February, 2020

Respectfully submitted,

*s/ Danielle L. Kitson*
Danielle L. Kitson
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
dkitson@littler.com

*Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY  10004
gsherwin@aclu.org

*Attorneys for Plaintiffs*

Jayme Jonat, Esq.
Lani A. Perlman, Esq.
Vincent G. Levy, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY  10017
jjonat@hsgllp.com
lperlman@hsgllp.com
Vlevy@hsgllp.com

*Attorneys for Plaintiffs*

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO  80203
msilverstein@aclu-co.org
sneel@aclu-co.org

*Attorneys for Plaintiffs*

> *s/Arlene Aguilar*
> Arlene Aguilar

4826-7575-7236.1 057446.1009

3