IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.

       Defendant.

## JOINT MOTION TO RESET SCHEDULING CONFERENCE AND DEADLINES

The parties, through their undersigned attorneys, hereby move to reset the Scheduling Conference currently scheduled for March 25, 2020, as well as all current deadlines, pending the parties' Settlement Conference scheduled for May 13, 2020 in a related case, *Hodgkins v. Frontier Airlines, Inc.*, Case No. 1:19-cv-03469-RM-MEH.  In support of the Motion, the parties state as follows:

1. Plaintiffs filed this action on December 10, 2019.  [ECF No. 1]

2. Defendant's responsive pleading is currently due March 11, 2020. [ECF No. 18]

3. The parties currently have a Scheduling Conference with the Court set for March 25, 2020. [ECF No. 18]

4. On February 28, 2020, at the parties' request, the Court in a related case, *Hodgkins v. Frontier Airlines, Inc.*, Case No. 1:19-cv-03469-RM-MEH, entered an Order setting a Settlement Conference for May 13, 2020.  [*Hodgkins*, ECF No. 26]

5. The plaintiffs to the present action will be participating in the Settlement

Conference, and attempting to reach a mutually acceptable resolution with respect to this action.

6. In the interest of judicial economy, and to allow the parties to conserve resources and prepare for the Settlement Conference, the parties respectfully request that the Court take the Scheduling Conference date off calendar, as well as all other deadlines, including those listed above.

7. The parties would propose that they submit a status report to the Court within five business days of the Settlement Conference, and that the Court accordingly reset all deadlines if and as needed after receipt of the status report.

8. Under Local Rule 6.1(b), the parties state that this is the second extension that they have sought with respect to the above-referenced deadlines.

9. Under Local Rule 6.1(c), counsel for the parties certify that they are serving a copy of this Motion on their respective clients.

Respectfully submitted,

*s/ Galen Leigh Sherwin*
Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7819

Jayme Jonat
Lani A. Perlman
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Juno E. Turner
Towards Justice-Denver
1410 High Street, Suite 300
Denver, CO 80218
720-441-2236

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

Attorneys for Plaintiffs

Dated this 9th day of March 2020.

*s/ Danielle L. Kitson*
Danielle L. Kitson
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
dkitson@littler.com

Attorney for Defendant Frontier Airlines, Inc.

4840-2949-2150.1 057446.1009