IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.

        Defendant.

---

## JOINT STATUS REPORT

---

The parties, through their undersigned attorneys, hereby submit this Joint Status Report in accordance with the Court's March 10, 2020 Order [ECF No. 21], and state as follows:

1.      Plaintiffs filed this action on December 10, 2019.  [ECF No. 1]

2.      On March 20, 2020, at the parties' request, the Court entered an Order vacating the parties' Scheduling Conference and related deadlines, to allow the parties to participate in a settlement conference in a related case, *Hodgkins v. Frontier Airlines, Inc.*, Case No. 1:19-cv-03469-RM-MEH.  [ECF No. 21]

3.      The parties participated in that Settlement Conference on May 13, 2020 as scheduled, and attempted to reach a mutually acceptable resolution with respect to this action as well as the *Hodgkins* action.  While the parties made significant progress toward a resolution, they were unable to conclude their discussions in one day.  To provide more time, the Court in *Hodgkins* continued the Settlement Conference to June 4, 2020.  [*Hodgkins* ECF No. 31]

4.      In the interest of judicial economy, and to allow the parties to conserve resources

and prepare for the continued Settlement Conference, the parties respectfully request that the Court hold all deadlines in abeyance prior to the Settlement Conference date.

5.      The parties would propose that they submit a status report to the Court within five business days of the continued Settlement Conference, and that the Court accordingly reset all deadlines if and as needed after receipt of the status report.

6.       Under Local Rule 6.1(b), the parties state that this is the third extension that they have sought with respect to the above-referenced dates and deadlines.

7.      Under Local Rule 6.1(c), counsel for the parties certify that they are serving a copy of this Motion on their respective clients.

Respectfully submitted,

Dated this 20th day of May 2020.

*s/ Galen Leigh Sherwin*
Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7819

Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Juno E. Turner
Towards Justice-Denver
1410 High Street, Suite 300
Denver, CO 80218
720-441-2236

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

Attorneys for Plaintiffs

*s/ Danielle L. Kitson*
Danielle L. Kitson
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
dkitson@littler.com

Attorney for Defendant Frontier Airlines,
Inc.

4815-3552-3004.1 057446.1009