IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03468

RANDI FREYER, BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

       Plaintiffs,
  -against-

FRONTIER AIRLINES, INC.,

       Defendant.

**MOTION OF LANI A. PERLMAN TO WITHDRAW AS COUNSEL**

  PURSUANT TO District of Colorado Local Civil Rule 7.1, Local Attorney Rule 5(b), and upon the accompanying Declaration of Lani A. Perlman in support, undersigned counsel hereby moves for an Order granting permission to withdraw as counsel for Plaintiffs in the above-captioned case. Attorneys at Holwell Shuster & Goldberg LLP and co-counsel American Civil Liberties Union-Denver, ACLU Women's Rights Project, and Towards Justice Denver, will continue to represent Plaintiffs in this action.

Dated at: New York, New York, this 27th day of May 2020.

               s/Lani A. Perlman
               Lani A. Perlman
               McKinsey & Company
               711 Third Avenue, 4th Fl
               New York, NY 10017
               212-446-7000