IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03468

RANDI FREYER, BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

                      Plaintiffs,

     -against-

FRONTIER AIRLINES, INC.,

                      Defendant.

**DECLARATION OF LANI A. PERLMAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

I, Lani A. Perlman, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. On December 10, 2019, I entered an appearance in this action on behalf of Plaintiffs, along with my colleagues from the law firm of Holwell Shuster & Goldberg LLP, Jayme Jonat and Vincent Levy.

2. On March 13, 2020, I terminated my employment with Holwell Shuster & Goldberg LLP to join McKinsey & Company.

3. The above-mentioned attorneys at Holwell Shuster & Goldberg LLP will continue to represent Plaintiffs, along with co-counsel from American Civil Liberties Union-Denver, ACLU Women's Rights Project, and Towards Justice Denver.

4. My withdrawal will not affect the posture of the case or any of the pending case deadlines.

5. I therefore respectfully request that the Court grant an Order permitting my withdrawal from this action.

Dated at: New York, New York, this 27th day of May 2020.

<u>s/Lani A. Perlman</u>