# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. <u>1:19-cv-03468</u>

RANDI FREYER, BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

                                             Plaintiffs,

      -against-

FRONTIER AIRLINES, INC.,

                                             Defendant.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that I served true and correct copies of the Motion of Lani A. Perlman to Withdraw as Counsel for Plaintiffs and the Declaration of Lani A. Perlman in Support, upon all parties of record in this action by filing the above-listed documents on the Court's CM/ECF system. In addition, I have e-mailed copies to the individual Plaintiffs named in this action at the e-mail addresses they have provided.

Dated at: New York, New York, this 27th day of May 2020.

<u>s/Lani A. Perlman</u>
Lani A. Perlman
McKinsey & Company
711 Third Avenue, 4th Fl
New York, NY 10017
212-446-7000