IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.

       Defendant.

## JOINT STATUS REPORT

The parties, through their undersigned attorneys, hereby submit this Joint Status Report in accordance with the Court's May 20, 2020 Order [ECF No. 23], and state as follows:

1. Plaintiffs filed this action on December 10, 2019. [ECF No. 1]

2. On March 20, 2020, at the parties' request, the Court entered an Order vacating the parties' Scheduling Conference and related deadlines, to allow the parties to participate in settlement negotiations facilitated by Magistrate Judge Michael Hegarty in a related case, *Hodgkins v. Frontier Airlines, Inc.*, Case No. 1:19-cv-03469-RM-MEH. [ECF No. 21]

3. The parties have participated in two Settlement Conferences, on May 13, 2020 and June 4, 2020, in an attempt to reach a mutually acceptable resolution with respect to this action as well as the *Hodgkins* action. While the parties made significant progress toward a resolution, they were unable to conclude their discussions during the Conferences. To provide more time, the Court in *Hodgkins* indicated that the parties would have a Scheduling Conference on July 17, 2020.

4. In the meanwhile, the parties are continuing to negotiate.

| | |
|---|---|
| Respectfully submitted, | Dated this 15th day of June, 2020. |
| *s/ Galen Leigh Sherwin* | *s/ Danielle L. Kitson* |
| Galen Leigh Sherwin<br>ACLU Women's Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>212-519-7819 | Danielle L. Kitson<br>1900 Sixteenth Street, Suite 800<br>Denver, CO  80202<br>Telephone: 303.629.6200<br>Facsimile:  303.629.0200<br>dkitson@littler.com |
| Jayme Jonat<br>Vincent Gregory Levy<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>646-837-5151 | Attorney for Defendant Frontier Airlines, Inc. |
| Juno E. Turner<br>Towards Justice-Denver<br>1410 High Street, Suite 300<br>Denver, CO 80218<br>720-441-2236 | |
| Mark Silverstein<br>Sara R. Neel<br>American Civil Liberties Union-Denver<br>303 East 17th Street, Suite 350<br>Denver, CO 80203<br>303-777-5482 | |
| Attorneys for Plaintiffs | |

4812-7214-0480.1 057446.1009