IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.

       Defendant.

## JOINT STATUS REPORT

The parties, through their undersigned attorneys, hereby submit this Joint Status Report in accordance with the Court's June 16, 2020 Order, and state as follows:

1. Plaintiffs filed this action on December 10, 2019.  [ECF No. 1]

2. On March 20, 2020, at the parties' request, the Court entered an Order vacating the parties' Scheduling Conference and related deadlines, to allow the parties to participate in settlement negotiations facilitated by Magistrate Judge Michael Hegarty in a related case, *Hodgkins v. Frontier Airlines, Inc.*, Case No. 1:19-cv-03469-RM-MEH.  [ECF No. 21]

3. The parties have participated in three Settlement Conferences, on May 13, 2020, June 4, 2020, and July 15, 2020, in an attempt to reach a mutually acceptable resolution with respect to this action as well as the *Hodgkins* action.  While the parties made progress toward a resolution in the *Hodgkins* action, they have not made the same progress in the present action.

4. Although the parties have not yet ceased negotiations entirely, the parties request that the Court set a Scheduling Conference as soon as practicable and reset all related deadlines.

The parties will alert the Court should their ongoing negotiations merit an additional adjournment.

| | |
|---|---|
| Respectfully submitted, | Dated this 17th day of July, 2020. |

*s/ Jayme Jonat*
Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7819

Juno E. Turner
Towards Justice-Denver
1410 High Street, Suite 300
Denver, CO 80218
720-441-2236

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

Attorneys for Plaintiffs

*s/ Danielle L. Kitson*
Danielle L. Kitson
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
dkitson@littler.com

Attorney for Defendant Frontier Airlines, Inc.

2