IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

**DEFENDANT'S UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE LIMITATION ON DEFENDANT'S MOTION TO DISMISS**

Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") files this Unopposed Motion to Exceed the Court's Page Limitation on Defendant's Motion to Dismiss, and respectfully requests leave to file a motion not to exceed thirty (30) pages in length. In support of the Motion, Defendant states as follows:

**CONFERRAL**

Counsel for Defendant has conferred with counsel for Plaintiffs, who do not oppose the relief requested in this Motion.

**MOTION TO EXCEED PAGE LIMITATIONS**

1. On December 10, 2019, Plaintiffs filed their Complaint and Jury Demand (the "Complaint") [ECF No. 1].

2. Frontier intends to timely file a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on or before August 10, 2020.

1

3. Pursuant to this Court's practice standards, motions to dismiss are limited to fifteen (15) pages unless good cause exists to exceed the limitation. *See* CMA Civil Practice Standards at 10.1(d)(1),(3).

4. Frontier has diligently attempted to abide by the Court's fifteen (15) page limitation while also providing sufficient discussion of the law and facts to demonstrate that the Court lacks subject matter jurisdiction over Plaintiffs' claims pursuant to Rule 12(b)(1), and to sustain its burden of demonstrating that Plaintiffs' Complaint fails to state claims upon which relief may be granted pursuant to Rule 12(b)(6). *See* Fed. R. Civ. P. 12(b)(1),(6). However, Frontier has found the task particularly challenging given the length of Plaintiffs' Complaint, the number of plaintiffs, the number of facts and claims alleged, and the complexity of the claims and defenses at issue.

5. Plaintiffs' Complaint totals sixty-six (66) pages and is comprised of three hundred and sixty-one (361) numbered paragraphs. *See* ECF No. 1. Plaintiffs' factual allegations alone total two hundred and twenty-nine (229) numbered paragraphs. *See* ECF No. 1.

6. In addition to alleging extensive facts, the Complaint also purports to assert thirteen (13) separate causes of action on behalf of four (4) individual plaintiffs. *See* ECF No. 1.

7. The fact that this case involves the airline industry—an industry highly regulated by federal law and subject to Federal Aviation Administration (FAA) rules and regulations makes the claims and defenses at issue in this case particularly complex, and there are issues of federal preemption that Defendant will be raising.

8. For these reasons, Frontier respectfully requests leave to exceed the Court's page limitation, and to file a Motion to Dismiss that is no longer than thirty (30) pages.

Respectfully submitted this 6th day of August, 2020.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Erin A. Webber
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dkitson@littler.com
　　　　ewebber@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2020, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE LIMIT ON DEFENDANT'S MOTION TO DISMISS** via the CM/ECF system, which will send notification of such filing to the following:

Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
        jjonat@hsgllp.com

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-519-7819
Fax: 212-549-2580
Email: gsherwin@aclu.org

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Phone: 303-777-5482
Fax: 303-777-1773
Email: msilverstein@aclu-co.org
        sneel@aclu-co.org

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　*s/Joanna Fox*
　　　　　　　　　　　　　　　　　　　　　　　Joanna Fox