## DECLARATION OF BRADLEY LAMBERT

I, Bradley Lambert, declare:

1. I make this declaration based on my personal knowledge. If called to testify under oath, I could do so truthfully and competently. I am over eighteen years of age and competent to testify to the matters in this declaration. This declaration is made voluntarily.

2. I am currently employed by Frontier Airlines, Inc. as the Vice President of Flight Operations.

3. In that role, I am familiar with the Agreement Between Frontier Airlines, Inc. and the Airline Pilots in the Service of Frontier Airlines, Inc. ("CBA") and its provisions.

4. Attached as Exhibit 1 to this declaration is a true and correct copy of the CBA that was in effect in 2015, 2016, and 2017.

5. In my role, I am also involved in and generally familiar with Frontier's correspondence with the Federal Aviation Administration ("FAA").

6. Attached as Exhibit 2 to this declaration is a true and correct copy of Frontier's letter to the FAA dated June 26, 2020, requesting a revision to Frontier's Flight Operations Manual Volume 1 ("Manual").

7. Attached as Exhibit 3 to this declaration is a true and correct copy of the proposed Manual revision that accompanied Exhibit 2.

8. Attached as Exhibit 4 to this declaration is a true and correct copy of the FAA's June 29, 2020 response to Exhibits 2-3.

# EXHIBIT A

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.**

Executed this 10th day of August, 2020, in Denver, Colorado.

/s/Bradley Lambert
Bradley Lambert