

AGREEMENT
Between
Frontier Airlines, Inc.
and
the Airline Pilots
in the Service of
Frontier Airlines, Inc.
as Represented by the
Frontier Airline Pilots Association

EXHIBIT 1



**Collective Bargaining Agreement**          11/14/14

# TABLE OF CONTENTS

### Section 1 Recognition and Job Securities

RECOGNITION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PURPOSE OF AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
AMENDMENTS TO AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
SEPARABILITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
SCOPE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
MERGER PROTECTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
SUCCESSORSHIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
NOTICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
HOLD HARMLESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
REOPENER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
MANAGEMENT RIGHTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
EXPEDITED ARBITRATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

### Section 2 General

UNIFORMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PARKING. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PASS PRIVILEGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
JUMPSEAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
ELECTRONIC FLIGHT BAG (EFB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
NEW HIRES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
CREW HOTEL ACCOMMODATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
COPIES OF THE AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
EMERGENCY RESPONSE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
PRUDENT JUDGMENT POLICY. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
FLIGHT DATA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
BIDDING METHOD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

### Section 3 Seniority

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
SENIORITY LIST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PROTEST. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PROBATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
SENIORITY RIGHTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
SENIORITY RIGHTS FOR RETIRED PILOTS . . . . . . . . . . . . . . . . . . . . . . 2

### Section 4 Compensation

LONGEVITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
AIRCRAFT CATEGORIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
APPLICABLE PAY IN POSITION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PILOT HOURLY PAY RATES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PAY PERIODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
FLIGHT PAY CREDIT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

---



**Collective Bargaining Agreement**                    05/03/11

MINIMUM GUARANTEES AND RULES (RIGS) . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
REASSIGNMENT PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
CANCELLATION PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
DISPLACEMENT PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
SHOW PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
TAXI PAY (Modified by LOAs 04, 06 and 16 for DFW Operations) . . . . . . . . 6
TRAINING PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
RESERVE PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
VACATION PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
MISCELLANEOUS PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
COMPANY BONUS PROGRAMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
EXPENSES AWAY FROM DOMICILE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## Section 5 Scheduling

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
SYSTEM SCHEDULING COMMITTEE (SSC) . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
TELEPHONE RECORDINGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
CREW UTILIZATION REPORT (by Position if requested and available) . . . . . . 4
ELIGIBILITY TO BID MONTHLY LINES OF FLYING . . . . . . . . . . . . . . . . . . . . . . 4
BIDDING MONTHLY LINES OF FLYING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
BIDDING RECURRENT GROUND TRAINING . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
TIMETABLE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
MONTH TO MONTH TRANSITION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
HOURS OF SERVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
DAILY TIMELINE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
OPEN TIME - GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
MONTHLY OPEN TIME (MOT) PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . 22
RELIEF/RESERVE LINES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
DAILY OPEN TIME (DOT) PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
REASSIGNMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
RESERVE - GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30
RESERVE - LONG/MEDIUM CALL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
RESERVE - SHORT CALL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
RESERVE DROP/TRADE/SWAP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
VOLUNTARY JUNIOR ASSIGNMENT (VJA) . . . . . . . . . . . . . . . . . . . . . . . . . . 40
JUNIOR ASSIGNMENT (JA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
DISPLACEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
DECLARED IRREGULAR OPERATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

## Section 6 Staffing Adjustments

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
EFFECTIVE DATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
MASTER BID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
VACANCIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
DISPLACEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
DOMICILE TRADE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
DOMICILE CLOSURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

## Section 7 Moving Expenses



**Collective Bargaining Agreement**                    05/03/11

## Section 8 Vacations

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
ACCRUAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
VACATION BIDDING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
OPEN TIME . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
VACATION TRADES /SWAPS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
VACATION OVERLAP/ SLIDE OR TRIP INTERFERENCE . . . . . . . . . . . . . . . . . . 3
CANCELLED VACATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
CHANGE OF POSITION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
VACATION BID PERIODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

## Section 9 Leaves of Absence

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
ASSOCIATION LEAVE OF ABSENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
BEREAVEMENT LEAVE OF ABSENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
COMPANY OFFERED LEAVE OF ABSENCE (COLA) . . . . . . . . . . . . . . . . . . . 3
EMERGENCY LEAVE OF ABSENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
FAMILY AND MEDICAL LEAVE OF ABSENCE (FMLA) . . . . . . . . . . . . . . . . 4
JURY DUTY/WITNESS LEAVE OF ABSENCE . . . . . . . . . . . . . . . . . . . . . . . . 5
MATERNITY LEAVE OF ABSENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
MEDICAL LEAVE OF ABSENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
MILITARY LEAVE OF ABSENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
PERSONAL LEAVE OF ABSENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
VOLUNTARY LONG TERM LEAVE OF ANSENCE (VLOA) . . . . . . . . . . . . . . 10
ACCRUALS AND PAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

## Section 10 On-The-Job Injuries

## Section 11 Insurance, Aeromedical, and Long-Term Disability Benefits

HEALTH AND WELFARE BENEFITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
AEROMEDICAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
LONG TERM DISABILITY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

## Section 12 Dispute and Grievance

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
DISPUTE RESOLUTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
TIME LIMITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
FIRST LEVEL OF GRIEVANCE - ASSOCIATION GRIEVANCE TO THE
    FRONTIER AIRLINES, INC. SENIOR MANGER OF LABOR   RELATIONS
    ("SENIOR MANAGER OF LABOR RELATIONS") . . . . . . . . . . . . . . . . . . . . 2
SECOND LEVEL OF GRIEVANCE - ASSOCIATION APPEAL TO THE
    FRONTIER AIRLINES, INC. VICE PRESIDENT OF LABOR RELATIONS
    ("VICE PRESIDENT OF LABOR RELATIONS") . . . . . . . . . . . . . . . . . . . . . 3
THIRD LEVEL OF GRIEVANCE - APPEAL TO THE SYSTEM BOARD
    OF ADJUSTMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

## Section 13 Investigation and Discipline

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
TIME LIMITS FOR COMPANY TO INITIATE DISCIPLINARY PROCEDURES . . . . 2

**FAPA**

**Collective Bargaining Agreement**                    12/01/10

RECORD KEEPING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
HEARING. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
COMPANY DECISION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
ASSOCIATION APPEAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Section 14 System Board of Adjustment

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
COMPOSITION AND APPOINTMENTS TO SBA . . . . . . . . . . . . . . . . . . . . . 3
REFERRALS TO THE SBA. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
SETTLEMENT, MEDIATION AND SBA BYPASS MEETING . . . . . . . . . . . . . . 4
SBA HEARING DATE AND NOTIFICATION . . . . . . . . . . . . . . . . . . . . . . . . . 4
DOCUMENTATION, INFORMATION AND WITNESS LIST. . . . . . . . . . . . . . . 5
REPRESENTATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
ORDER OF PRESENTATION, EVIDENCE AND WITNESSES. . . . . . . . . . . . . 5
SBA DECISION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
DEADLOCK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

## Section 15 Sick Leave

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
SICK LEAVE ACCRUAL/CREDIT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
USE OF SICK LEAVE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
NOTIFICATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
RETURN TO WORK. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

## Section 16 Retirement

EMPLOYEE STOCK OWNERSHIP PLAN OF FRONTIER AIRLINES, INC. (ESOP) 1
FRONTIER AIRLINES, INC. RETIREMENT SAVINGS PLAN-401(K) . . . . . . . . . 1
DEFINED CONTRIBUTION ("DC") PLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
RETIREE PASS BENEFITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
RETIREE MEDICAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

## Section 17 Missing, Internment, Prisoner of War, Hostage, or Hijacking Benefits

## Section 18 No-Bid and Management Pilots

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
MANAGEMENT PILOTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
DOUBLE BID SYSTEM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
NO-BID PILOTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

## Section 19 Reduction in Force, Furlough, and Recall

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
CREW REDUCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
NOTICE OF FURLOUGH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
FURLOUGH PAY AND BENEFITS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
RECALL FROM FURLOUGH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
INFORMATION DISTRIBUTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
JUMPSEAT AND PASS PRIVILEGES WHILE ON FURLOUGH. . . . . . . . . . . . 3
CONSIDERATION FOR CONTINUED EMPLOYMENT . . . . . . . . . . . . . . . . . . 3



**Collective Bargaining Agreement**                    12/10/07

## Section 20 Training

GENERAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
SCHEDULING OF TRAINING EVENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
BIDDING FOR TRAINING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
PAY DURING TRAINING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
PERFORMANCE STANDARDS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
RECURRENT LINE CHECKS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

## Section 21 Dues Check-Off and Union Security

CHECK-OFF. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
DUES CHECK-OFF FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
 AGENCY SHOP CHECK-OFF FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
AGENCY SHOP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

## Section 22 Medical Standards

## Section 23 Definitions

## Section 24 Duration and termination

## Appendix 1 Seniority List

## Appendix 2 Panel of Arbitrators

## Appendix 3 Reserve Assignment Flow Chart

## Appendix 4 Question and Answer

SECTION 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
SECTION 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
SECTION 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
SECTION 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
SECTION 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
SECTION 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
SECTION 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
SECTION 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
SECTION 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
SECTION 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
SECTION 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
SECTION 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
SECTION 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
SECTION 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
SECTION 16 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
SECTION 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
SECTION 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
SECTION 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
SECTION 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
SECTION 21 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

## Appendix 5 Waiver Table

 **Collective Bargaining Agreement** 03/02/07

## SECTION 1

### RECOGNITION AND JOB SECURITIES

A. RECOGNITION

In accordance with the certification of Case No. R-6630, 26 NMB, No. 18 issued by the National Mediation Board on December 3, 1998, Frontier Airlines, Inc. (hereinafter known as the "Company") recognizes the Frontier Airline Pilots Association (hereinafter known as the "Association" or "FAPA") as the duly designated and authorized collective bargaining representative of the Pilots employed by the Company with the authority and obligations to represent them for the purposes of the Railway Labor Act, as amended.

B. PURPOSE OF AGREEMENT

1. This Collective Bargaining Agreement ("Agreement") is made and entered into between the Company and the Association.

2. The purpose of this Agreement, in the mutual interest of the Company and the Association, is to provide for the operation of the Company under methods which shall further, to the fullest extent possible, the safety of air transportation, the efficiency of operation, the sustained profitability of the Company and the continued employment of all Pilots under reasonable working conditions and with proper compensation. It is recognized to be the duty of the Company, the Association and the employees to cooperate fully and make it their highest priority to provide to the traveling public high quality, affordable, uninterrupted air transportation while maintaining a desirable work environment.

3. No statement contained herein shall be construed to prohibit an employee from conferring with management on any issue not specifically covered in this Agreement.

C. AMENDMENTS TO AGREEMENT

1. Either party hereto may, at any time, propose in writing to the other party any amendment which it may desire to make to this Agreement, and if such amendment is agreed to by both parties hereto, such amendment shall be stated in writing, signed by both parties, and shall then be deemed incorporated in, and shall become part of, this Agreement. No amendment hereto will be valid unless in writing and duly and properly executed by both parties.



**Collective Bargaining Agreement**      09/30/09

## D. SEPARABILITY

Should any provision in this Agreement be declared illegal by any court of competent jurisdiction, such provision shall immediately become null and void, leaving the remainder of the Agreement in full force and effect, and the Company and the Association shall thereupon seek to negotiate substitute provisions which are in conformity with applicable law.

## E. DEFINITIONS

1. "Affiliate" means, with respect to a specified Entity: (a) any Subsidiary or Parent of the specified Entity, or (b) any Subsidiary or Parent of either a Parent or a Subsidiary of the specified Entity, or (c) any Entity that Controls the specified Entity or is Controlled by the specified Entity whether directly or indirectly through the Control of other Entities.

2. "Control" or a "Controlling interest" of an Entity shall mean the ownership of an equity interest representing more than 50% of the outstanding capital stock of an entity or voting securities representing more than 50% of the total voting power of outstanding securities then entitled to vote generally in the election of such Entity's board of directors or other governing body.

3. "Company," "Frontier," or "Frontier Airlines, Inc" as used in this Agreement, means, and is specifically limited to Frontier Airlines, Inc. and does not include any other airline, other Entity, or Parent.

4. "Entity" means a natural person, corporation, association, partnership, trust or any other form for conducting business, and any combination or concert of any of the foregoing.

5. "Fence Agreement" shall mean an agreement to keep the seniority lists and operations of 2 pilot groups separate and distinct for a pre-determined period of time.

6. "Force Majeure" means extraordinary event or circumstance beyond the control of the Company, such as:

   a. An act of God;

   b. Grounding or repossession of a substantial number of the Company's aircraft;

   c. Reduction in flight operations because of (1) a decrease in available fuel supply or other critical materials due to either governmental action or commercial suppliers being unable to provide sufficient fuel or other critical materials for the Company's operations or (2) adverse economic, market or business conditions that directly materially impact the Company's level of operations;



**Collective Bargaining Agreement**                                  09/30/09

    d. An increase in the price of jet fuel that has a material adverse impact on the financial condition of the Company;

    e. Revocation of the Company's operating certificate(s);

    f. A U.S. Government declared national emergency affecting the Company's operations, a war on U.S. soil, an act of terrorism or invasion by the U.S. into a foreign country which has a material adverse impact on the financial condition of the Company;

    g. Any delay, not caused by the Company, in delivery of new aircraft scheduled for delivery;

    h. An ongoing labor dispute involving the Company's employees;

    i. Loss or destruction of the Company's aircraft;

    j. A health crisis or pandemic (e.g., SARs, Swine Flu) that has a material adverse impact on the financial condition of the Company;

    k. A Chapter 11 bankruptcy filing by the Company or RAH.

7. "Holdings" means the Parent company of Frontier Airlines, Inc.

8. "Parent" means any Entity that Controls another Entity.

9. "Subsidiary" means any Entity that is controlled by another Entity.

F. SCOPE

1. Except as otherwise provided for in this Agreement, all flying performed by the Company shall be performed by pilots whose names appear on the Frontier Airlines, Inc. Pilots System Seniority List.

*All Frontier, Inc. and A320 family flying is done by FAPA Pilots*

2. The Company, or any Affiliate thereof, shall not establish or acquire an "alter ego" for the purpose of transferring the assets of the Company to such airline or Entity and/or avoid the terms and conditions of this Agreement.

3. The Company or Affiliate may not cause the number of pilots to fall below the number (639) of pilots on the Frontier System Seniority List as of the 8/1/2009 Seniority List (not including those pilots on furlough as of August 11, 2009), while at the same time operating similar Airbus or non-Airbus aircraft ("Narrow Body") in another entity controlled by Parent. "Narrow Body" is defined as any combination of Airbus 320 family (e.g. A318, A319, A320, and A321), Boeing 737, Boeing 757 aircraft or aircraft with a Maximum Takeoff Weight of between 120,000 and 255,000 pounds.



**Collective Bargaining Agreement** 09/30/09

a. Should the Company or Affiliate acquire Narrow Body aircraft covered by sub-paragraph F.3 above and place these aircraft on the Frontier Airlines operating certificate, these aircraft will be flown by Pilots on the Seniority List. FAPA and the Company will meet to amend this Agreement per Section 4.B.2., as appropriate.

b. Should the Company or Affiliate acquire Airbus 320 Family Narrow Body aircraft types covered by sub-paragraph F.3 above, these aircraft will be added to the Frontier Airlines operating certificate and flown by Pilots on the Frontier Seniority List, pursuant to any applicable Transition Agreement that needs to be negotiated between the parties.

4. Should a force majeure event occur, the Company shall no longer be bound by the number of pilots requirements contained in paragraph F.3 of this Section.  At the conclusion of the force majeure event, the parties will meet to discuss the setting or resetting of the number of pilots requirement.  There will be no obligation to reach an agreement on the setting or resetting of the number of pilots requirement. The issue of setting or resetting the number of active pilots requirement is not subject to interest arbitration under any provision of this collective bargaining agreement.

5. Notwithstanding paragraph F.3 of this Section, the minimum number of pilots requirements will no longer have any force or effect as of March 1, 2015.

6. Nothing in this Section shall preclude the Company from entering into a code share agreement, a marketing agreement, a capacity purchase agreement, an interline agreement, or a pro-rate or block space agreement.

7. Notwithstanding Paragraph F.1. of this Section, the Company may assign, wet lease or contract out present or future flying for a period of 90 days per occurrence during the term of this Agreement. The duration of this assignment, wet lease, or subcontract, may be extended for a period of 30 days with approval of the Association. The Company shall notify the Association President prior to executing the assignment, subcontracting, or wet lease agreement. The following conditions shall apply:

*Temporary Scope exceptions.*

a. Such conduct is necessary to accomplish the needs of service of the Company, and,

b. The Company does not have sufficient aircraft and Pilots to perform such flying, and,

c. No Company Pilot is on furlough status or is displaced as a result of such contracting out of revenue flying, and,



**Collective Bargaining Agreement**                    03/02/07

8. Notwithstanding Paragraph F.1. of this Section, the Company may use manufacturer's pilots to qualify the Instructor Pilots, Check Airmen, and Pilots on a new aircraft type, and may use non-Seniority List pilots in connection with aircraft transactions and non-revenue flying.

9. Notwithstanding Paragraph F.1. of this Section, should the Company enter into an aircraft interchange agreement with another carrier, such agreement shall not be entered into if there are any Company Pilots on furlough, and may not result in the furlough or displacement of any Company Pilot(s).

10. In the event of a Force Majeure event, the parties shall promptly meet and confer to address the consequences of such event(s) and the appropriate response thereto. The objective of such discussions will be to achieve a mutually acceptable response, which shall, to the maximum extent reasonable, protect the Company's scheduled airline service without unreasonably burdening the Pilots.

G. MERGER PROTECTION

1. In the event of a merger between the Company and another air carrier (i.e. the combination of all or substantially all the assets of the 2 carriers) where the pre-merger operations are integrated, the integration shall be in accordance with Sections 2, 3, and 13 of the Labor Protective Provisions specified by the Civil Aeronautics Board in the Allegheny-Mohawk merger ("Allegheny-Mohawk LPP's"). The term merger as used herein means joint action by the 2 carriers whereby they unify, consolidate, merge, or pool in whole or in part their separate airline facilities or any of the operations or services previously performed by them through such separate facilities.

2. In the event the Company acquires all or substantially all of the assets or equity of another air carrier, or another air carrier acquires all or substantially all of the assets or equity of the Company, the Company shall meet promptly with the Association to negotiate a possible Fence Agreement to be in effect during the period, if any, the 2 carriers are operated separately without integration of the Pilot work force. These discussions shall not be pursuant to Section 6 of the Railway Labor Act, as amended, and reaching an agreement with the Association shall not be a prerequisite for closing, or any other aspect of the transaction or operations pursuant to the transaction.



**Collective Bargaining Agreement** | 12/10/07

## H. SUCCESSORSHIP

*Successor is bound to the CBA and must employ Pilots.*

1. This Agreement shall be binding upon any successor or assign of the Company unless and until changed in accordance with the provisions of the Railway Labor Act, as amended. For the purposes of this Paragraph H, a successor or assign shall be defined as an Entity, which acquires all or substantially all of the assets or equity of the Company through a single transaction or multi-step, related transactions.

2. No contract or other legally binding commitment involving a successor or assign shall be signed or otherwise entered into unless it is agreed as a material and irrevocable condition of entering into, concluding and implementing such transaction that the successor shall be bound by this Agreement, shall recognize the Association as the representative of the Pilots, and shall assume the employment of the Pilots.

## I. NOTICE

1. If the Company, or any Affiliate thereof, enters into any definitive agreement of acquisition or merger, with any other air carrier, or any other Entity which has control of, or acquires control of another air carrier, it shall notify the Association, in writing, of the proposed acquisition or merger within 3 working days after the execution of such agreement.

2. The Company must give written notice of the existence of this labor agreement to any air carrier, or any other Entity, which has control of, or acquires control of, another air carrier with which the Company enters into an agreement of acquisition or merger. A copy of this written notice shall be given to the Association no later than 3 working days after the parties have signed an agreement of acquisition or merger.

## J. HOLD HARMLESS

*Pilots not responsible for accidental damage*

1. No Pilot, nor their estate, shall be required to pay for the costs of aircraft, equipment or other property damaged when such damage arises out of the performance of their duties with the Company as a Pilot unless such damages are a result of the willful negligence of the Pilot.

2. The Company shall indemnify a Pilot or their estate and provide defense against any claims, whether by third parties or by fellow employees, arising out of such Pilot's performance of their duties with the Company as a Pilot, unless such claims arise from the willful negligence of the Pilot.



**Collective Bargaining Agreement**                    12/01/10

K. REOPENER

1.  In the event the Company, for the duration of this Agreement, should

    a. acquire for use any new type of aircraft other than Airbus A318, A319 or A320, or

    b. establish any new classification for employees employed within the bargaining unit not in existence on the date of this Agreement,

    c. open a Domicile outside the contiguous 48 states

    then this Agreement, at the sole request of the Association, shall be reopened for the sole purpose of negotiating wages, bidding, hours, conditions of employment, or relocation expenses (applicable only to a new classification of employees), particularly applicable to the situation. These negotiations shall not be pursuant to Section 6 of the Railway Labor Act, as amended. This shall not prevent the Company from acquiring and placing into service any new type of aircraft or hiring, training, and placing into service such classification of employee prior to reaching an agreement.

2.  In the event the Company should open a new Domicile such that the Company has more than one Domicile, or creates a single Domicile other than in Denver, the Company and the Association shall agree on the applicable sections of this Agreement that shall be reopened.

    The reopening shall be for the limited purpose of addressing issues related to multiple Domiciles or the closing and opening of a single Domicile that do not exist in a single Domicile system, (e.g., displacements, moving expenses, TDYs, filling of vacancies, training.)

    These negotiations shall not prevent the Company from opening a new Domicile prior to reaching an agreement on the opened sections, however, until provisions can be negotiated regarding relocation to the new Domicile, the Company will agree to the same terms as are contained in Article 5 -- Moving Expenses of the CHQ-IBT Agreement, and any future improvements negotiated by CHQ and IBT in the event there are multiple Domiciles or the closing or opening of a single Domicile occurs. These negotiations shall not be pursuant to Section 6 of the Railway Labor Act, as amended.

L. MANAGEMENT RIGHTS

1.  The right to manage and direct the work force, subject to the provisions of this Agreement, is vested in the Company.

2.  Employees covered by this Agreement shall be governed by all reasonable rules, regulations and orders issued by the Company.

---



**Collective Bargaining Agreement**                    09/30/09

M. EXPEDITED ARBITRATION

The parties agree that any grievance filed by either the Company or the Association alleging a violation of Section 1 of this Agreement shall bypass the initial steps of the grievance process, and shall be submitted, heard and resolved through binding arbitration on an expedited basis directly before the System Board of Adjustment sitting with a mutually agreed upon neutral arbitrator. If a mutually agreed upon neutral arbitrator cannot be selected within 3 days of the filing, an arbitrator shall be selected pursuant to Section 14, Paragraph J.2.a. of this Agreement. The dispute shall be heard no later than 15 days following the submission to the System Board (subject to the availability of the arbitrator) and the decision rendered no later than 30 days after the hearing, unless the parties agree otherwise in writing. Any fees or other expenses incurred by the arbitrator shall be shared equally by the Company and the Association



**Collective Bargaining Agreement** 06/01/08

## SECTION 2

### GENERAL

A. UNIFORMS

    1.   All Pilots are required to wear the Company approved uniform while on duty. While Deadheading, Pilots may wear the approved uniform or other attire consistent with the Company's non-rev travel policies. The uniform must be clean and neat at all times. The Pilot shall purchase at least 1 tie, 1 uniform jacket, 1 pair of epaulets, 2 pair of trousers, 4 shirts, and the Pilot may, at the Pilot's option, purchase a uniform hat. If purchased from the Company, the uniforms shall be at cost. The Company shall provide the necessary insignia to each Pilot. The Company shall offer to the Pilot a payroll deduction plan at a minimum of $20.00 per pay period (up to a maximum due amount of $1000.00) to assist the Pilot in the purchase of the uniform. Any balance owed to the Company from any purchases made on a payroll deduction basis shall be deducted from an employee's final paycheck upon termination of employment.

*Uniform requirements.*

    2.   The Company shall pay each Pilot a uniform maintenance fee of $20.00 per pay period to be used for care and replacement of the uniform.

    3.   In the event a change is made to the uniform by the Company, the Company shall bear the initial cost of the uniform. Should the uniform change require a complete uniform, the Company shall provide to the Pilot the following: 1 uniform jacket, 1 hat, 1 tie, 1 pair of epaulets, 2 pair of trousers, 4 shirts. Replacement of individual uniform items shall be the responsibility of the Pilot. Appropriate uniform shoes and socks shall be the responsibility of the Pilot.

*Uniform change.*

B. PARKING

The Company shall provide parking at no charge to the Pilot in the Pilot's Domicile. The Company shall provide transportation to and from the parking area to the Operations area. Parking shall be paved, lighted, and secured.

C. PASS PRIVILEGES

    1.   The pass privileges established by Company policy, and in effect at the signing of this Agreement, shall apply to all active and retired Pilots. The pass program may change, but under no circumstances would Pilot privileges be less than the general population of employees.



**Collective Bargaining Agreement**                          11/14/14

*Pass privileges shall be at least equivalent to those of other employees.*

    2.   Any additional pass privileges, whether characterized as a benefit, perk or compensation (other than a higher boarding priority extended to Officers and Directors under the current pass policy) that are part of a Department-wide program, extended to other employees of the Company during the term of this Agreement, shall also be extended to the Pilots, retired Pilots, surviving spouses, and/or their dependents on similar or equivalent terms.

    3.   The Association shall be provided a reasonable number of positive space online passes for Association business with the approval of the Vice President - Flight Operations or other Company official.

**D. JUMPSEAT**

    1.   The jumpseat on any Company flight shall be available to all Pilots and other authorized personnel.

    2.   The jumpseat shall be offered in accordance with a Company Flight Operations Manual with regard to boarding priority, cockpit etiquette, etc.

    3.   The Company will meet with the Association prior to making any material change to the jumpseat policy.

    4.   The Company will allow as many jumpseat riders as can be accommodated to travel in passenger seats after all other higher priority non-revenue passengers have been accommodated.

    5.   The Company shall participate in the Cockpit Access Security System (CASS).

**E. ELECTRONIC FLIGHT BAG (EFB)**

    1.   Manuals to be provided electronically to Pilots include, but are not limited to, Employee Manual, appropriate Flight Operations Manuals, Approach Plates, Enroute Charts and revisions as they are released. The Company shall provide the necessary software to receive and use all required manuals, documents and applications.

    2.   The Company shall provide wireless internet access in crew domicile lounges for EFB updating purposes.

    3.   The Company shall be responsible for distributing any and all revisions required to keep the Pilot manuals current. These revisions shall be distributed and viewed electronically via the approved Document Management System (DMS) or applicable app (e.g., Jeppesen, Foreflight). Pilots are responsible for updating all Company issued revisions in their EFB.



**Collective Bargaining Agreement** 11/14/14

4. The Company shall provide a stipend to each Pilot to cover the costs associated with the purchase of the minimum required original equipment manufacturer (OEM) EFB hardware as defined in FOM I (currently an iPad 2 16GB WiFi and backup battery device). Stipend amounts shall be no less than the minimum manufacturer suggested retail price (MSRP), including United States average state and local taxes, for a new condition device of the minimum hardware required by the Company and available for purchase at major retail stores (e.g., Apple Store, BestBuy, Target, etc.). Pilots shall be issued the stipend (currently $600) no later than one month following their date of hire or their requirement for new EFB hardware. The stipend shall be issued no less than once every three (3) years (based on the date of the pilot's first EFB stipend issuance). The stipend amount and renewal period shall be reviewed at least once every two (2) calendar years and may be modified at any time upon mutual agreement of both the Company and the Association. Pilots may choose to purchase hardware that exceeds the minimum requirements at their own incremental cost. If, at any time, the Company revises the minimum hardware requirements, the Company shall issue a stipend to each pilot for an amount not less than the MSRP retail cost associated with the revised minimum hardware required by the Company, in new condition, including United States average state and local sales taxes. To ensure hardware compatibility throughout the three-year stipend period, the Company may require New Hire pilots to report for initial training with the latest approved EFB hardware (rather than the minimum), as long as the latest approved EFB hardware can be purchased for the stipend amount noted above.

5. The EFB is considered Pilot-owned equipment. The Pilot may choose to place personal information or software on the EFB, however, the Company is not responsible for the loss, misuse or inadvertent disclosure of personal information or software stored on the EFB by the Pilot.

6. No adverse action shall be taken based on any information that the Company may obtain through the EFB's location tracking system or usage of the EFB, in accordance with the provisions of Section 2.K.2. of the FAPA CBA, dated 05/28/09.  Should at any time, it be determined that the Company has obtained or observed information directly from the audio or video capture mechanisms on the EFB that does not involve Company business, the Company will immediately notify the affected employee. The recording will be permanently destroyed, including all backups and copies, and a record of the destruction will be distributed to the affected parties.

7. The Company reserves the right to install software to manage configuration, Company documents, and Company provided software on the EFB.



**Collective Bargaining Agreement**                                    11/14/14

8. Technical Support. The Company agrees to maintain adequate technical support for the EFB in addition to the support provided by the EFB manufacturer. Online and/or toll Free access (including International access) will be available to address Pilot questions 24/7/365 and to assist in technical troubleshooting.

### F. NEW HIRES

*Company shall provide new-hire information and meeting time to the Association.*

1. The Company shall provide to the Association a list of New Hire Pilots within 7 Calendar Days of the start of the New Hire Pilot class. This list shall include the full name, complete addresses & phone numbers of every Pilot included in the class.

2. The Company shall schedule a 2 hour period during basic indoctrination to allow the Association President, and/or his designee, to address the New Hire Pilot class. The time and date of each meeting shall be mutually agreed upon between the Company and the Association.

### G. CREW HOTEL ACCOMMODATIONS

1. The Association Hotel Committee shall consist only of active Pilots bidding in Frontier Airlines, Inc. aircraft. The Association Hotel Committee and the Company shall mutually agree on layover accommodations. The Association shall not unreasonably withhold its agreement on layover accommodations, taking into consideration the provisions of Paragraph 3. A current list of hotels shall be published each month by Flight Operations.

2. The Company shall provide all Pilots with single room accommodations.

*Hotels shall be mutually agreed upon based on listed items.*

3. At a minimum, the Company shall require the hotel to provide the following items (the Association may grant exceptions to any of these on a case-by-case basis):

   a. Required Items

   Hotel Services:
   - Reliable, complimentary van service to and from the airport
   - Expedited check-in
   - Dependable message service
   - Reliable wake-up calls
   - Check cashing up to $25.00
   - Complimentary local phone calls and toll-free access
   - Ice machines or vending located within 1 floor
   - Free internet access

   Location:
   - Reasonably safe neighborhood for walking or running
   - Eating establishments within a safe, 5 minute walk from the hotel



**Collective Bargaining Agreement**                                    03/02/07

Security:
- Limited "after hour" entrances
- Property monitored by video or security guard
- Well lit hallways
- Smoke detectors and sprinklers in each room
- Doors with peepholes and double locks

Rooms:
- Non smoking, single rooms
- Second floor or above, away from traffic noise, ice machines and elevators
- Coffee maker, iron/board, hair dryers in each room

  b. Preferred Items
- Business center
- Airline discount at restaurant with Frontier I.D.
- Free Wireless Internet
- Fitness center
- Gift shop
- Pool
- Van service to local restaurants, malls, movies
- Vacation rates for Frontier employees

4. The Company and the Association acknowledge that isolated incidents that do not meet the requirements as outlined in G.3.a. above will occur from time to time and that such isolated incidents are outside of the Company's control. The Company shall address such incidents when a pattern of non-compliance by a hotel becomes evident. Pilot complaints or compliments should be submitted to the FAPA Hotel Committee.

5. When a Sequence has a scheduled ground time to exceed 4 hours, single room accommodations shall be provided. If the ground time is not scheduled to exceed 4 hours, but System Operations Control (SOC) reasonably expects the total ground time to exceed 6 hours, the crew may request and the Company shall provide a single accommodation hotel room for each Pilot.   *Hotel will be provided for long ground times.*

6. Should a crew have to wait for 40 minutes or more from Block In for hotel transportation, the crew shall be permitted to call for alternate transportation to/from the hotel. The hotel shall be charged for this alternate transportation at the time of the occurrence. If the hotel refuses to pay, the Captain shall submit an expense form with proper receipts, and be reimbursed for this amount.   *Taxi may be called after 40 minutes.*

**H. COPIES OF THE AGREEMENT**

1. The Company shall provide each Pilot with a current copy of the Agreement within the first 14 Calendar Days of starting New Hire Pilot training.   *Company shall provide copies of the CBA and LOAs to Pilots. Replacements may be charged to Pilots.*



**Collective Bargaining Agreement**                                    11/14/14

2.  Copies of any subsequent revisions, Letters of Agreement or Memoranda of Understanding shall be provided by the drafting party electronically to the other party within 5 Calendar Days of signing, and by the Company through the DMS within 10 Calendar Days of signing.

I.  EMERGENCY RESPONSE

The Company shall notify the Association immediately of any accident or incident (as defined by Frontier's Safety and Security Department) involving a Company aircraft and a Pilot or Pilots. The Association shall treat any information provided as highly confidential.

J.  PRUDENT JUDGMENT POLICY

*Commuting allowances.*

1.  A Pilot is expected to arrive at his Domicile or place of report with sufficient time and with adequate rest prior to beginning scheduled duty, allowing for factors such as adverse weather, traffic and flight loads. A Pilot who follows the provisions of this policy shall not be subject to disciplinary action unless a pattern of inability to report on time has been established.

2.  A Pilot who is unable to report to his Domicile or place of report as scheduled, due to an interruption in his travel plans, will notify Crew Scheduling as soon as possible. The Pilot shall return to work in accordance Section 15.E.3.

3.  Any Pay Credits lost under this section will be deducted from the Pilot's total monthly Pay Credits. It will be the responsibility of the Pilot to make up any Pay Credits lost under this provision if required by Section 5.L.3.

4.  A Pilot who travels by air will not be eligible for treatment under this policy unless he has attempted to travel on at least 2 flights online and/or offline. For offline travel the Pilot shall use all available information to select flights that show adequate seat availability within 24 hours of the departure. The seat availability shall be based on the type of travel planned by the Pilot (e.g. jumpseat, Non-Rev travel via interline agreement, etc.). For online travel the jumpseat shall be awarded in accordance with the Frontier Airlines jumpseat policy. In any case the flight(s) shall be scheduled to arrive at his Domicile at least 1 hour prior to his scheduled Report Time.

5.  A Pilot shall not avail himself of this policy to take advantage of irresponsible commuting.

6.  If the FAA amends its policies to treat commuting as a break in a Pilot's Rest Period (considers commuting as duty time) this policy would be canceled and the Company and Association will seek agreement on a suitable replacement for this Paragraph J.



**Collective Bargaining Agreement**                                    05/28/09

K. FLIGHT DATA

1. Definitions for the purposes of this Section:

    a. "Flight Information Recorder" or "FIR" means any device, equipment or system on the aircraft that transmits, records and/or collects flight data, audio or video data or any other electronic record. These devices include, but are not limited to Flight Data Recorders, Cockpit Voice Recorders, and Cockpit Video Recorders.

    *Data shall not be used for investigation or discipline.*

    b. "Information" means any data which is transmitted, recorded or collected by using a Flight Information Recorder. The term "Information" shall further include tapes, transcripts, reports, papers, memos, statements, studies, charts, graphs or any other description, analysis or compilation of data.

2. Information obtained from a FIR shall not be used as a basis, in whole or in part, for investigation, discipline or discharge action against a Pilot. Such information shall not be used in any investigation, disciplinary proceeding, grievance proceeding, or subsequent System Board of Adjustment.

3. Information obtained from a FIR shall not be used by the Company to evaluate or monitor the judgment or performance of an individual Pilot or crew, except under the provisions of a mutually agreed upon Flight Operations Quality Assurance (FOQA) program.

4. Information obtained from a FIR shall not be used as a basis, in whole or in part, to justify or require a Pilot's submission to a non-recurrent proficiency check or a line check.

5. The Association agrees to participate jointly with the Company in a mutually agreed upon Flight Operations Quality Assurance (FOQA) program. Details of the operation of this program shall be in accordance with an FAA-approved FOQA Implementation and Operations (I & O) Plan and a memorandum of understanding entered into between the Company and the Association.

L. BIDDING METHOD

Unless otherwise specified, all bidding processes shall be through the Electronic Bid System.



# THIS PAGE

# INTENTIONALLY

# LEFT BLANK



**Collective Bargaining Agreement** | 12/10/07

---

## SECTION 3

### SENIORITY

A. GENERAL

1. The seniority of a Pilot shall begin to accrue from the date the Pilot is first placed on the Company payroll as a Pilot, and shall continue to accrue thereafter during all service as a Pilot except as provided in this Agreement. When 2 or more Pilots are hired on the same date, their names shall be placed on the Seniority List according to their Date of Birth, with the oldest Pilot receiving the lowest number (i.e. highest seniority).

    *Determining seniority.*

2. A Frontier employee who is hired as a Pilot shall be placed on the top of the Seniority List within his New Hire class regardless of their age within that class. When 2 or more Frontier Employees are hired as Pilots on the same date, the seniority between these Pilots shall be according to his current Company seniority.

B. SENIORITY LIST

A Seniority List shall be maintained by the Company according to the following provisions:

1. A copy of the Seniority List as of the date of this Agreement is attached as Appendix 1 to this Agreement and is expressly made a part of this Agreement.

2. The Association shall be made aware in writing of any changes made to the Seniority List within 5 Calendar Days of the change.

3. An accurate copy of the Seniority List shall also be maintained and posted by the 1st Wednesday each month on the Company intranet. This Seniority List shall include the following items:

    a. The names of all Pilots with seniority rights
    b. Date of Hire
    c. Date of Birth
    d. Equipment
    e. Seat
    f. Domicile

C. PROTEST

1. Pilots shall have 60 days from their date of hire as a Pilot to protest to the Company any omission or incorrect information affecting their seniority.

    *Protest of seniority*

---



| | |
|---|---|
| **Collective Bargaining Agreement** | 03/02/07 |

2.  In addition, during the calendar month of October each year, a Pilot shall be permitted to protest to the Company any omission or incorrect information affecting his seniority. A Pilot on leave during October shall have a period of 30 days from the date of return to work during which to file such protest. Any discrepancy which was not protested during this period cannot be protested until the next October.

D. PROBATION

1.  Except as specifically provided in this Agreement, Probationary Pilots enjoy the same rights and privileges afforded non-Probationary Pilots.

*Probation is later of 12 months from date of hire (or as extended by LOA) or first PC.*

2.  Each Pilot shall be on Probation from his date of hire as a Pilot. Such Probationary period shall continue for a period of 12 months from the date of hire as a Pilot or the successful completion of the Probationary Proficiency Check ("Probationary PC") as described in Section 20, whichever comes later. Such Probationary Period shall be extended by any period during the Probationary period in which the Pilot is on furlough or leave of absence of 30 days or more.

3.  All Probationary Pilots may have a personal records review conducted by the Chief Pilot, or his designee, prior to the Probationary PC. This review may be requested by the Probationary Pilot. Any problems or discrepancies noted will be addressed with the Pilot.

E. SENIORITY RIGHTS

*Forfeiture of seniority rights.*

A Pilot shall forfeit all seniority rights and his name shall be removed from the Seniority List under the following conditions:

1.  Retirement (other than an FAA mandated retirement covered under Paragraph F.), resignation, or discharge.

2.  Decline recall subject to bypass provisions of Section 19.E.3.

3.  Failure to return to work from furlough in accordance with Section 19.

4.  Not recalled in accordance with Section 19.E.1.

F. SENIORITY RIGHTS FOR RETIRED PILOTS

*Age-60 retirees may return to vacancies they can hold.*

Should federal law or regulations change to allow a Pilot who has retired due to the FAA mandated retirement to return to flying status, he may return to work under the following conditions:

1.  The retired Pilot shall have his seniority and Longevity frozen as of the date of his retirement.

2.  The Pilot shall not retain or accrue sick or vacation during the period of his retirement.



**Collective Bargaining Agreement** 03/02/07

3. Captain and First Officer Voluntary Staffing Adjustments VSAs shall be posted on the Company website. The retired Pilot shall be responsible for bidding for a VSA and must be senior enough to hold a posted VSA.

4. If the retired Pilot has less than 12 months available from the posted VSA date to his new federally mandated retirement date, the Company shall have the option to bypass and pay protect the Pilot.

5. A retired Pilot who returns to work shall be placed back on the Seniority List with the seniority held at the time of his retirement and shall be subject to all provisions of the Agreement.

THIS PAGE

INTENTIONALLY

LEFT BLANK



**Collective Bargaining Agreement**                    09/30/09

---

## SECTION 4

### COMPENSATION

A. LONGEVITY

    1.    Longevity shall begin to accrue on the date a Pilot first reports for initial training and shall continue to accrue except as otherwise provided in this Agreement.

    2.    When a Pilot is advanced from one Longevity pay status to the next, pay in such status will begin at the beginning of the pay period that includes the anniversary date.

B. AIRCRAFT CATEGORIES

    1.    For pay purposes the Airbus A318, A319, A320, and A321 shall be considered in the same category.

    2.    The addition of any aircraft other than those listed in B.1. above will require an opening of this Section of this Agreement. The Company and the Association shall meet within 30 days of the public announcement of the new aircraft to discuss and agree on hourly rates for the new aircraft.

C. APPLICABLE PAY IN POSITION                    *Definitions of start of pay in new Position.*

    1.    When a Pilot is upgraded, the Pilot's Hourly Rate in such status shall begin on the earlier of successful completion of the Final Line Check, or 70 days from the start of training.

    2.    For Pilots moving from Captain to First Officer, the Pilot's First Officer Hourly Rate shall begin 7 days from the start of training. However, if a Pilot moves from Captain to First Officer as a result of an Involuntary Staffing Adjustment (ISA), that Pilot shall continue to receive Captain pay until 7 days after the start of training, or for a minimum of 15 days from the date of the posting of the associated ISA (not including the posting date), whichever is later.

    3.    Pay Credits accumulated by a Captain Qualified First Officer who flies as a Captain shall be paid at his applicable Captain Hourly Rate.

D. PILOT HOURLY PAY RATES

A Pilot on the Seniority List as of 3/2/07 shall remain at his Hourly Rate as of 3/2/07 as defined by Table I, until his rate would increase according to the rates in Table II. Pilots who are added to the Seniority List or upgrade after 3/2/07 shall be paid in accordance with Table II.

---



**Collective Bargaining Agreement** 03/03/07

Example 1: A Captain in his 5th year of Longevity as of 3/2/07 with an anniversary date of June 1 shall continue to be paid at the rate of $136.66/hr. On 6/1/08, his Hourly Rate will become $138.13 and will continue in accordance with Table II.

Example 2: A First Officer in his 2nd year of Longevity as of 6/1/07 with an anniversary date of June 1 shall continue to be paid at the rate of $63.71. On 6/1/08, his Hourly Rate will become $72.64 and will continue in accordance with Table I until he Upgrades to Captain. Upon Upgrade, he shall be paid in accordance with Table II. If he completes Upgrade on 8/1/10, his Hourly Rate will become $133.89 and will continue in accordance with Table II.

Table I

| Longevity Year | Captain | First Officer |
|---|---|---|
| 1 | 114.81 | 51.67 |
| 2 | 115.82 | 63.71 |
| 3 | 121.05 | 72.64 |
| 4 | 127.86 | 76.72 |
| 5 | 136.66 | 82.00 |
| 6 | 139.72 | 83.82 |
| 7 | 142.40 | 85.44 |
| 8 | 145.68 | 87.41 |
| 9 | 148.28 | 88.97 |
| 10 | 150.90 | 90.54 |
| 11 | 153.56 | 92.14 |
| 12 | 156.28 | 93.77 |



**Collective Bargaining Agreement**                                        09/30/09

Table II

| Longevity | Captain | First Officer | Longevity | Captain | First Officer | Longevity | Captain | First Officer |
|---|---|---|---|---|---|---|---|---|
| **Year** | **03/02/07** | | **Year** | **03/02/10** | | **Year** | **03/02/11** | |
| 1 | $111.37 | $36.67 | 1 | $112.48 | $37.04 | 1 | $114.17 | $37.59 |
| 2 | $112.35 | $63.71 | 2 | $113.47 | $64.35 | 2 | $115.17 | $65.31 |
| 3 | $117.42 | $72.64 | 3 | $118.59 | $73.37 | 3 | $120.37 | $74.47 |
| 4 | $124.02 | $76.72 | 4 | $125.26 | $77.49 | 4 | $127.14 | $78.65 |
| 5 | $132.56 | $82.00 | 5 | $133.89 | $82.82 | 5 | $135.89 | $84.06 |
| 6 | $135.53 | $83.82 | 6 | $136.88 | $84.66 | 6 | $138.94 | $85.93 |
| 7 | $138.13 | $85.44 | 7 | $139.51 | $86.29 | 7 | $141.60 | $87.59 |
| 8 | $141.31 | $87.41 | 8 | $142.72 | $88.28 | 8 | $144.86 | $89.61 |
| 9 | $143.83 | $88.97 | 9 | $145.27 | $89.86 | 9 | $147.45 | $91.21 |
| 10 | $146.37 | $90.54 | 10 | $147.84 | $91.45 | 10 | $150.05 | $92.82 |
| 11 | $148.95 | $92.14 | 11 | $150.44 | $93.06 | 11 | $152.70 | $94.46 |
| 12 | $151.59 | $93.77 | 12 | $153.11 | $94.71 | 12 | $155.40 | $96.13 |
| 13 | $153.94 | $93.77 | 13 | $155.48 | $94.71 | 13 | $157.81 | $96.13 |
| 14 | $156.28 | $93.77 | 14 | $157.84 | $94.71 | 14 | $160.21 | $96.13 |

| Longevity | Captain | First Officer | Longevity | Captain | First Officer |
|---|---|---|---|---|---|
| **Year** | **7/1/13** | | **Year** | **1/1/15** | |
| 1 | $116.45 | $38.34 | 1 | $118.78 | $39.11 |
| 2 | $117.47 | $66.62 | 2 | $119.82 | $67.95 |
| 3 | $122.78 | $75.96 | 3 | $125.23 | $77.48 |
| 4 | $129.68 | $80.22 | 4 | $132.28 | $81.83 |
| 5 | $138.61 | $85.74 | 5 | $141.38 | $87.46 |
| 6 | $141.72 | $87.65 | 6 | $144.55 | $89.40 |
| 7 | $144.43 | $89.34 | 7 | $147.32 | $91.13 |
| 8 | $147.76 | $91.40 | 8 | $150.71 | $93.23 |
| 9 | $150.40 | $93.03 | 9 | $153.41 | $94.89 |
| 10 | $153.05 | $94.68 | 10 | $156.11 | $96.57 |
| 11 | $155.75 | $96.35 | 11 | $158.87 | $98.28 |
| 12 | $158.51 | $98.05 | 12 | $161.68 | $100.01 |
| 13 | $160.97 | $98.05 | 13 | $164.19 | $100.01 |
| 14 | $163.41 | $98.05 | 14 | $166.68 | $100.01 |



**Collective Bargaining Agreement**                                03/02/07

### E. PAY PERIODS

*Half guarantee paid on the 20th, balance paid on the 5th.*

1. Paychecks on the 20th of the month will be for 50 percent of the Monthly Pay Guarantee (unless reduced by unpaid leaves), Uniform Cleaning Allowance, and (if applicable) adjustments from a previous pay period. Paychecks for the balance of the month will be paid on the 5th of the succeeding month and will include the net Pay Credits earned that month. This paycheck shall also include Per Diem, Uniform Cleaning Allowance, and any other pay due to the Pilot.

2. Paychecks shall include a summary of the pay period covered to include but not limited to: total hours, total Pay Credit, Company retirement contributions, sick leave used, and sick leave accrued.

3. A monthly Pay Report will be provided by the Company to each Pilot showing his daily Pay Credit, Pay Credit adjustments (e.g. JA, Sick, Training, Rigs, etc.), and per diem. The Pay Report shall be provided to each Pilot no later than the 5th of each month for the month prior. It shall be the responsibility of the Pilot to review the Pay Report. Any confirmed discrepancy reported to payroll within 1 week of the Pay Report being submitted to the Pilot and in an amount greater than $100 must be paid, either by direct deposit or a check sent by express mail, to the Pilot by the 12th of the month. Any discrepancy of $100 or less, or that is reported after the 10th of the month, may be paid on the next paycheck.

### F. FLIGHT PAY CREDIT

*Pay Credits greater of scheduled vs. actual. 125% Premium over 82 or as flagged (except for Sick or Training). Deadhead pay 50% for scheduled, 100% for unscheduled.*

1. Pilot Pay Credits shall be based on the greater of Scheduled Block, Actual Block Hours for each leg, or the Minimum Pay Credit defined by Paragraph G.2.

2. Sick time shall be Pay Credited based on the greater of Scheduled Block or the Minimum Pay Credit defined by Paragraph G.2. Sick time shall not be included in the accrual of Pay Credits for the purposes of Incentive Pay.

3. Pay Credits in excess of 82 hours shall be multiplied by 1.25 as Incentive Pay. All Pay Credits except those for Sick or Training time shall accrue toward this Incentive Pay.

4. The Company may flag individual Sequences for additional Incentive Pay.

5. Pay Credits (including Rigs) for Voluntary Junior Assignments (VJA) shall be multiplied by 1.25. Pay Credits (including Rigs) for Junior Assignments (JA) shall be multiplied by 1.5.

6. Pay Credits for Scheduled Deadheads shall be multiplied by 0.5. Pay Credits for Unscheduled Deadheads shall be multiplied by 1.0.



**Collective Bargaining Agreement**          12/10/07

7. A Pilot's total Pay Credits shall be calculated by subtracting or adding any adjustments to the greater of the awarded line value or the 75 hour Pay Credit Guarantee. A Pilot's pay will be based on his total Pay Credits X Hourly Rate.

G. MINIMUM GUARANTEES AND RULES (RIGS)

1. Monthly Pay Guarantee

    For pay purposes the Company will guarantee a Pilot a minimum Pay Credit of 75 hours for the Monthly Bid Period. Pilots whose Pay Credit value is reduced below 75 hours by authorized unpaid drops, Trades, or leaves will have their Monthly Pay Guarantee reduced accordingly.

2. Trip/Duty Rigs and Minimum Pay Credit

    Sequences used for flight assignments shall meet the following criteria when determining Pay Credit:

    a. Trip Rig: For all Sequences built or modified by the Company for Company purposes (e.g. original Sequence construction, assigned training, etc.), a Pilot shall receive 1 hour of Pay Credit for each 3.75 hours for the greater of the scheduled or actual TAFB. If a Sequence with a Trip Rig operates from one Monthly Bid Period to another, the flown Pay Credits shall credit to the starting Monthly Bid Period and the net Pay Credits for the Trip Rig shall pay in the following month. The Trip Rig shall not apply to Sequences that have been modified by a Pilot (e.g. split or combined in Open Time, awarded training, or by a vacation interruption) except for actual TAFB. For a Trip Rig driven by actual TAFB, only the additional actual TAFB shall be credited towards the Trip Rig. (For example: a Sequence split by a Pilot has a Scheduled Block of 4 hours and a TAFB of 18 hours. For a Sequence built by the Company, the Sequence would Pay Credit an additional 0.8 hours of Trip Rig, but in this case, no Trip Rig applies as scheduled since it was split by a Pilot. However, if the actual TAFB extends to 22 hours, the net Trip Rig of 1.06 hours applies (the actual 1.86 hours of Trip Rig minus the 0.8 hours of scheduled Trip Rig).

    *Trip Rigs apply to Company built Sequences, not to Pilot built/ split Sequences.*

    b. Duty Rig: For CDOs, Pilots shall be Pay Credited 6 hours per Duty Period or Actual Block Hours, whichever is greater. If a Sequence with a Duty Rig operates from one Monthly Bid Period to another, Pay Credits for this Duty Rig shall pay 3 Pay Credits in the starting Monthly Bid Period and the net in the following Monthly Bid Period.

H. REASSIGNMENT PAY

    If a Pilot is Reassigned from his originally scheduled Sequence, he will be Pay Credited for the greater of the original or rescheduled Sequence.



I.  CANCELLATION PAY

If a flight is canceled, the Pilot shall be Pay Credited for those Scheduled Pay Credits. If a Pilot adds Pay Credits over the same duty days as the Cancellation, the Pilot shall be Pay Credited for the greater of the 2 Sequences.

J.  DISPLACEMENT PAY

If a Pilot is displaced, the Pilot shall be Pay Credited for those Scheduled Pay Credits.

K.  SHOW PAY

Except for a Pilot returning from sick status, if 2 Pilots are scheduled and show for the same Sequence, the senior Pilot shall have the option of flying the Sequence. The Pilot who flies will receive Pay Credits for the Sequence in accordance with Paragraph F., the other Pilot shall receive Pay Credits for the Scheduled Block of the Sequence.

L.  TAXI PAY (Modified by LOAs 04, 06 and 16 for DFW Operations)

*Taxi Pay 0.3 hours.*

1.  Having flight crews perform Taxi/Reposition is not intended to occur on a regular basis, but rather in those circumstances (e.g. charters, Irregular Operations, etc.) where the regular contractor or agent is unavailable to perform such actions. If any situation occurs where regular Taxi/Reposition activities are expected to occur, or are occurring, the Company will promptly discuss these issues with the Association and come to agreement on how long, and under what conditions theses activities will continue.
2.  Taxi/Reposition activities will be paid at 18 minutes (0.3 block hours) per event.
3.  Reposition and/or Taxi time will be included in the Duty Period.
4.  Reposition and/or Taxi events will be scheduled through Crew Scheduling.
5.  Scheduling of Reposition and/or Taxi events may not create reduced rest.
6.  Crew Scheduling will make arrangements for, and notify the crew of any transportation necessary to bring the crew to/from any non-terminal or gate locations.
7.  Out of Domicile, Crew Scheduling will coordinate the Reposition/Taxi event through the flight crew. The Captain will be the primary contact. In the event the Captain is not available, the First Officer may relay the assignment to the Captain.
8.  No crew member shall be obligated to be available to be notified while on rest for any Taxi/Reposition activity.
9.  Any Taxi and/or Reposition of the aircraft will be done by a complete crew (Captain and First Officer).



**Collective Bargaining Agreement** 03/09/09

10. For the purposes of this Paragraph, Taxi means movement of the aircraft under its own power. Reposition means movement by tug or other ground based means.

11. A Reposition and/or Taxi event will be defined as moving an aircraft from a gate or parking location, to a gate or parking location without departing for purposes of flight.

M. TRAINING PAY

1. A Pilot in initial, transition, or upgrade training shall be paid the Hourly Rate for which he is currently qualified for. IOE flying shall be Pay Credited as Flight Time, not as a training day. Pay Credits earned in training shall not accrue towards Incentive Pay. (Example 1: For 8 hours of training on days off, none of those Pay Credits shall be credited towards Incentive Pay. Example 2: A 12 hour trip is dropped for 8 hours of training. The 8 hours of training shall not be credited towards Incentive Pay, but the remaining 4 hours will.)

*Training pay at rate qualified for at greater of 4 hours/day or flying covered (with exceptions).*

2. Line Qualified Pilots, when scheduled for training other than transition or upgrade training, will be Pay Credited at the rate of 4 hours per training day. If on a Reserve Pilot's Day Off, this will be in addition to the Guarantee. When this training is scheduled on a flying or Reserve day, the Pilot will be Pay Credited for the Scheduled Sequence(s) or 4 hours per day, whichever is greater. The Pilot shall be pay protected for any Pay Credits dropped for training. (For example: A Pilot is scheduled to fly a 3-day Sequence worth a total of 15 Pay Credits on days 1, 2, 3. He attends Recurrent Ground School on days 1 and 2 that requires the entire Sequence to be dropped. He also attends a PC on day 5. The Pilot shall be Pay Credited for the Sequence (15 Pay Credits is greater than the 8 Pay Credits for the two days of training that replaced the Sequence). He shall additionally be Pay Credited 4 hours for the PC as it is not on a flying or Reserve Day.) Should the Pilot pick up Open Time on the day(s) the Pay Credits were lost, the Pilot shall be Pay Credited for the greater of the Pay Credits lost or the Pay Credit value of the Open Time award.

3. A Pilot who is ineligible to bid due to training shall be Pay Credited his Monthly Pay Guarantee plus any additional Pay Credits accrued in the training month (e.g. carryover, etc.) not associated with the training.

4. A Pilot awarded a line of flying during a month with initial, transition or upgrade training shall be Pay Credited for any flying performed, or other Pay Credits accrued during the month. For those days in training the Pilot shall be Pay Credited an additional 4 hours per day. A Pilot shall not be Pay Protected for Sequences removed from his schedule in order to complete training.



*Home study pay of >1 hour paid at 50%.*

5. Any home study course or training credited by the FAA with 1 or more hours may be used for recurrent training topics or to supplement classroom training for the introduction of new subject material. Such home study courses shall be Pay Credited for 50% of the hours of FAA training credit. This Pay Credit shall occur in the month in which the course materials are issued to the Pilot. This Pay Credit shall not apply for normal manual revisions or operations bulletins issued by the Company.

6. If a Pilot dequalifies due to the failure of a training or checking event, the Pilot shall be Pay Credited for any scheduled Pay Credits that may need to be removed from his schedule until the Pilot completes the required training and/or checking scheduled in accordance with Section 20.E.1.f. to be qualified in his Position. If the Pilot determines he is not fit to attend the scheduled retraining/ checking he may elect to remove his scheduled flying for a period not to exceed 30 days after the date on which the training failure occurs. The Pilot will not be paid during this period unless he elects to use his Sick Leave to cover the absences.

N. RESERVE PAY

1. Reserve Pilots' Monthly Pay Guarantee shall be 75 hours per month. Actual Pay Credits accumulated will be tracked and any Pay Credits in excess of 75 will be added to the Monthly Pay Guarantee. Pay Credits shall be calculated in accordance with Paragraphs F. and G.

2. Any Pilot who holds a Reserve line of flying who is Junior Assigned shall receive Pay Credits over and above his 75 hour Monthly Pay Guarantee for the assignment. These Pay Credits shall be credited at the Junior Assignment rate. The Reserve Pilot shall be given the option to receive another Day Off, of his choosing, in lieu of the JA pay. If the Pilot has no more RDPs for the remainder of the Monthly Bid Period, he shall receive JA pay for the assignment.

3. A Reserve Pilot who is scheduled to fly in excess of 8 hours on a Part 91 leg shall receive those Pay Credits in excess of 8 hours over and above his 75 hour Monthly Pay Guarantee.

4. Any Pay Credits earned on a scheduled Day Off shall be paid above the Monthly Pay Guarantee.

5. Reserve Pilots taking unpaid leaves of absence shall have 4 Pay Credits deducted for each RDP covered by the leave. Should a Pilot not bid for the month, the Pilot shall be charged for the difference of the prorated RDPs assigned and 19 RDPs. For example: A Pilot available for 11 days shall be assigned 7 RDPs and charged for 12 RDPs.

6.  For Short Call Reserves given CDO assignments for which the combination of CDO and RDP duty time is scheduled in excess of 14 hours of duty, the Pilot shall be pay credited on top of guarantee (greater of scheduled or actual) for all duty time in excess of 14 hours.

O. VACATION PAY

Any Sequences, or portions thereof, affected by vacation shall be Pay Credited in accordance with Paragraph D. Any legality conflicts (e.g. 30/7) resulting from Transition that are resolved by a vacation drop shall be Pay Protected. However, physical overlaps of legs (e.g. 2 Sequences that would have operated at the same time on the same day) shall only be Pay Protected for the Sequence in the earlier Monthly Bid Period.

P. MISCELLANEOUS PAY

Any events not explicitly covered under this Section shall be addressed by the Company and the Association on a case-by-case basis.

Q. COMPANY BONUS PROGRAMS

Pilots of Frontier Airlines, Inc. shall participate in the discretionary Republic Airways Holdings  Discretionary Bonus Program on the same terms and conditions as other non-management employees.

R. EXPENSES AWAY FROM DOMICILE

1.  The Company shall provide and pay for any hotel room and transportation to Company (and/or Affiliate) purposes when the Pilot is required by the Company (and/or Affiliate) to be out of the Pilot's Domicile.

2.  Per Diem shall be paid from the time the Company directs the Pilot to leave his Domicile to the time he is returned to Domicile (e.g. scheduled Report Time at the beginning of a Sequence to release at the end of a Sequence or from the time a Pilot Reports for his Company scheduled flight to leave his Domicile for training, Section 13 hearing, etc. until the time he is returned to Domicile).

3.  Per Diem shall be paid at the greater of the following rates or Flight Attendant rates:

| Date | Dollars per Hour |
|------|------------------|
| 3/2/07 | $1.80 |
| 9/2/08 | $1.85 |
| 3/2/10 | $1.90 |

THIS PAGE

INTENTIONALLY

LEFT BLANK

**FAPA**

**Collective Bargaining Agreement**                          12/01/10

## SECTION 5

### SCHEDULING

A. GENERAL

1. All times shall be considered Local Domicile Time (LDT) unless otherwise noted.

2. The Company and the Pilot are jointly responsible to ensure that all Federal Aviation Regulations, as well as all contractual scheduling limitations contained within this Section are adhered to. If the FARs change or are interpreted in such a manner as to impact this Agreement, then the Company and the Association shall meet to negotiate its implementation.

3. It is the intent to produce schedules that are mutually agreeable to the Association and the Company. The monthly Sequence and line construction shall be accomplished to provide the highest amount of productivity and schedule consistency for the Pilot group.

4. Pilot contact and notification

   a. A Pilot shall provide at least 1 but no more than 3 contact phone numbers to the Company and Crew Scheduling shall use all provided contact numbers when attempting Positive Telephone Contact for schedule changes, Voluntary Junior Assignment, Junior Assignment, etc.

   b. Except for training assignments for the following Monthly Bid Period made and posted on the Electronic Bid System prior to the 20th of the current month at 0900 and in accordance with Section 20.A.3.d., all Company initiated changes and Transition Conflict adjustments to a Pilot's schedule and/or Reserve assignments require Positive Telephone Contact with the Pilot, or a mutually agreeable electronic self-notification process. Except as restricted in Paragraphs c, d, and e below, notice of changes should be attempted at the time of the change, but no later than 24 hours from the time of the change. While a message (including telephone, answering service, Company radio, ACARS, etc.) may be left for a Pilot, the message shall not be considered received, and the Pilot is therefore not considered notified of an assignment, until Positive Telephone Contact with the Pilot has been made.

   *Notification requirements and limitations.*

   c. Normally, when in Domicile, a Pilot shall not be called or paged between 2130-0630 or within 9 hours of being released from duty, except when he must be called immediately to avoid an operational issue, emergency, VJA/JA, or a Reserve as required by Paragraphs Q., R., or S.



    d.  During required rest, Crew Scheduling may make one phone call attempt to each contact number listed by a crewmember for that purpose. Any further phone call attempts shall be considered an interruption of rest. If Crew Scheduling is unable to speak directly with the crewmember at that time, a message may be left so long as it includes the basic information regarding the nature of the call (potential assignment, Report Time, Sequence information).

    e.  The Company will use all reasonable efforts to avoid interrupting a crew member's rest and crew rest disruption will be minimized when making the notification. When notification of a schedule change for a crew member at an outstation is necessary between 2130-0630 Local Time, Crew Scheduling will utilize the following guidelines:

        1)  Crew Scheduling may contact the Pilot within one hour of block-in, or

        2)  If the assignment requires the Pilot to depart the hotel earlier than originally scheduled, Crew Scheduling will contact the Pilot no earlier than 2.5 hours prior to the new flight departure time, or

        3)  If the assignment requires the Pilot to depart the hotel later than originally scheduled Crew Scheduling will contact the Pilot no earlier than 2.5 hours prior to original flight departure time.

  5.  Except as otherwise noted, all references to, but not limited to, lines of flying (including Reserve), assignments, Sequences, vacation and bidding shall be specific to one Domicile.

**B. SYSTEM SCHEDULING COMMITTEE (SSC)**

  1.  The System Scheduling Committee (SSC) shall be composed of a Chairman and at least one Pilot per Domicile, and shall consist only of active Pilots bidding in Frontier Airlines, Inc. aircraft. The Association Board of Directors shall endeavor to appoint to the SSC those Pilots having the knowledge, experience, and available time, in order to best provide for consistent input. For each category of aircraft (as defined in Section 4.B.1), schedules shall be built by Pilots who operate that category of aircraft.



**Collective Bargaining Agreement**                    12/01/10

2. The Company shall make the final determination regarding Sequence construction and the Average Target Line Credit Value for each month's schedule. The Association shall make the line construction, however no more than 1% for a Domicile with more than 5000 monthly block hours, and no more than the greater of 30 hours or 1% for a Domicile with less than 5000 monthly block hours of the Monthly Bid Period's total flight Pay Credit shall remain in Open Time after line construction. These limits may be adjusted for a Monthly Bid Period upon mutual agreement of the Company and the Association. The Company will make available all necessary computers, software, personnel, and other items required to complete the line construction.

3. At least quarterly, the Company and the SSC shall meet to discuss the processes of this Section. This may include, but is not limited to, historical scheduling and crew planning data (including the DDL, DAG, percentages of Reserves in each Window, Reserve Trade/Swap coverage, etc.), Pilot complaints, concerns and compliments, and Paragraph T.3.d.1) adjustments.

4. Monthly (or upon request by the Company or the Association), the FAPA SSC members shall meet with the Company to:
   a. Review and resolve scheduling issues
   b. Discuss the Average Target Line Credit Values, and discuss and reach mutual agreement as to the priority to be placed on controllable variables used in the generations of Sequences
   c. Confirm dates for Sequence and line construction and line review no later than the 16th of the month prior to the Line Bid (unless another date is mutually agreed upon)

5. The Association and the Company shall continue efforts to develop and improve computer programs to provide for more efficient scheduling of Pilots, as well as provide a computer based program to enable Pilots to bid, check Reserve, and to access work related data from home-based computers.

C. TELEPHONE RECORDINGS

1. All telephone conversations between Crew Scheduling, Dispatch, and Pilots involving scheduling matters shall be recorded. Recordings shall be kept for a minimum of 60 days. In the event of a dispute, the Association President, or designee, may request any recording(s) be kept until the dispute is settled.

2. Access to recorded conversations shall be limited to the Pilot, Association President, or their designee, Crew Scheduling personnel, and Flight Operations management for the purpose of resolving complaints and disputes. The Association shall inform the Company of the reason for the request, and the request shall not be unreasonably denied.

**FAPA**

D. CREW UTILIZATION REPORT (by Position if requested and available)

    1. TO BE PROVIDED BY THE 7TH OF EACH MONTH FOR THE PREVIOUS MONTH (ELECTRONIC OR HARD COPY)

        a. Reserve Utilization report

        b. Sick days/hours used during the Monthly Bid Period; and hours from same month of the previous year

        c. VJA and Junior assignment by Domicile, equipment and Position

        d. Hours flown by management Pilots

        e. Vacations cancelled by the Company to cover a Sequence.

        f. Pilot history file

        g. Reassignments

        h. Declared Irregular Ops events

    2. TO BE AVAILABLE BY REQUEST

        a. A daily log of all Pilots called for VJA & Junior Assignment

        b. Number of Reserve Pilots called to fly on their days off

        c. Sequence numbers flown by all management Pilots

        d. Sequence numbers flown by a Reserve Pilot

        e. Daily assignments for Reserve Pilots

        f. Releases from Duty Periods for Reserve Pilots

        g. Original and modified Sequences

        h. Time dropped from a Pilot's schedule due to legality issues

        i. Deadhead Deviation data for individual Pilots

        j. Drop requests denied

        k. Number of Relief-Reserve lines advertised, and Number of Relief Lines awarded

        l. Reserve Swaps - requests and denials for individual Pilots

        m. Number and details of RDP movements

        n. Other available information as requested by meeting between SSC member and Director, Crew Resources

    3. AVAILABLE ONLINE TO CREWS

        a. A daily availability and the relative Position for all Reserve Pilots (Reserve availability)

        b. Chart of open trips and number of Reserves (Reserve grid)

E. ELIGIBILITY TO BID MONTHLY LINES OF FLYING

    1. For the purposes of this Paragraph E, a Pilot shall be considered available while on Vacation.

    2. If a Pilot is available for less than the entire Monthly Bid Period, he shall bid in accordance with the following:



**Collective Bargaining Agreement**                                10/15/10

a.  If the Pilot is available for less than 15 days during the Monthly Bid Period, the Pilot shall not be allowed to bid. The Pilot shall be assigned Reserve Duty Periods (RDP's) in the Window of his choosing with at least one block of 3 days off. With the concurrence of Crew Scheduling, the Pilot may choose Long Call or Medium Call Reserve in lieu of choosing an RDP. The total number of days off shall be prorated in accordance with Paragraph J.14. with no single days off (unless required by the proration table below). This shall also apply if the Pilot subsequently becomes available for more than 15 days during the Monthly Bid Period after the Line Bids have already been awarded.

*Pilot must be available for 15 days to bid.*

| Days of Reserve Availability | RDPs | Days of Reserve Availability | RDPs |
|---|---|---|---|
| 1 | 0 | 16 | 10 |
| 2 | 1 | 17 | 11 |
| 3 | 2 | 18 | 11 |
| 4 | 2 | 19 | 12 |
| 5 | 3 | 20 | 12 |
| 6 | 4 | 21 | 13 |
| 7 | 4 | 22 | 14 |
| 8 | 5 | 23 | 14 |
| 9 | 6 | 24 | 15 |
| 10 | 6 | 25 | 16 |
| 11 | 7 | 26 | 16 |
| 12 | 7 | 27 | 17 |
| 13 | 8 | 28 | 17 |
| 14 | 9 | 29 | 18 |
| 15 | 9 | 30 | 19 |
|  |  | 31 | 19 |

b.  If the Pilot is available for at least 15 days during the Monthly Bid Period, then the Pilot shall be allowed to bid.

3.  Should a Pilot fail or voluntarily withdraw from Transition or Upgrade training on the first attempt after being awarded a Captain line of flying for the Monthly Bid Period following training, Crew Scheduling shall build the Pilot a Reserve Line until the next eligible Monthly Bid Period when he may bid in accordance with his seniority. The number of days off on this line shall be prorated in accordance with Paragraph J.14.

4.  If the Company cancels Transition or Upgrade training, the following shall apply:



**Collective Bargaining Agreement**                        12/01/10

*Bidding process for canceled training.*

    a.  If the training is cancelled prior to bid closing, the Pilot(s) shall be allowed to bid normally in accordance with their seniority.

    b.  If the training is cancelled at least 24 hours prior to the opening of the Monthly Open Time Bid, normally the SSC shall build lines with Pay Credit and days off similar to the average of those of Hard Lines. The Pilots shall then be allowed to bid on these lines in seniority order. If there is not sufficient MOT Paragraph 4.d. shall apply.

    c.  If the training is cancelled prior to the closing of the Relief Line Bid, the Pilot(s) shall be allowed to bid for any available Relief Lines in seniority order.

    d.  If the Pilot(s) cannot hold or does not bid for Relief Lines, Crew Scheduling shall build the Pilot a 15 RDP Reserve Line with the Window of the Pilot's choosing until the next eligible Monthly Bid Period when he may bid in accordance with his seniority.

5.  A Pilot who is unavailable to fly his entire line shall have the balance of the Sequences of the line awarded in accordance with the following:

    a.  If it is on or before the first day of the Monthly Bid Period and the balance of the Sequences of the line are worth at least 75 Pay Credits, the line shall be offered in seniority order to Pilots holding Reserve Lines.

    b.  If it is after the first day of the Monthly Bid Period or the balance of the Sequences of the line are worth less than 75 Pay Credits, the Sequences on the line shall be dropped into the Daily Open Time system.

F.  BIDDING MONTHLY LINES OF FLYING

1.  There shall be 12 calendar month based Monthly Bid Periods of 30 or 31 days. The Monthly Bid Periods shall be the same for all Domiciles. The Company and the Association will meet no later than August 31st of each year to designate the Monthly Bid Periods for the following calendar year. This information will then be published with the annual Pilot vacation bid.

2.  The monthly lines of flying shall be awarded in Domicile to Pilots according to seniority.

3.  A Pilot shall bid via the Electronic Bid System or via fax. If submitting the bid form via fax, the Pilot is responsible to verify that the fax was received.



**Collective Bargaining Agreement**                     12/01/10

4. The Company may indicate Regular Lines as IOE lines that shall be available for Captains but not First Officers. The number of IOE lines shall be limited to 4% of the number of system-wide Hard Lines. However, no more than 10% of the number of Hard Lines in a Domicile shall be for IOE. (For example: There are 260 lines in DEN and 40 lines in MKE. The number of IOE lines system-wide shall not be greater than 12 (4% of 300). Of those, the number of IOE lines in MKE shall not be greater than 4 (10% of the Hard Lines in MKE)). The number of lines affected by IOE will be shown in the Monthly Bid Package for the affected month and First Officers shall be encouraged to bid that number of extra lines of flying. If any additional IOE flying is required, the First Officers that are awarded this conflicting flying shall be displaced, in accordance with Paragraph W.2., for the flying as necessary to conduct IOE.

5. A Pilot who fails to bid or bids insufficient lines shall be assigned a Hard, Relief or Reserve Line remaining after all other bids have been awarded.

6. Any First Officer may designate up to 6 Pilot employee names or numbers on their monthly bid that he chooses to avoid (the "No Fly List"). In order to ensure the No Fly selections are properly applied, Pilots should verify their No Fly selections with each Monthly Bid Period initial bid. If a First Officer would be awarded a Hard line that would cause him to fly with a Pilot on his No Fly List, he shall receive the next line his seniority allows. This applies to Hard line awards only. If the Pilot cannot be awarded a line that avoids these Pilots, his No Fly List shall be disregarded. The designation of Pilot employee to the No Fly List is intended as a personal preference and such designation shall not be used to initiate disciplinary action or for disciplinary purposes.

G. BIDDING RECURRENT GROUND TRAINING

1. The Company shall provide a list of dates available for the succeeding month's Recurrent Ground Training, PT and PC training periods as available with the Monthly Bid Package.

2. The Company shall post on the Electronic Bid System each Pilot's required training the month prior, the month due and the Late Grace Month. Pilots shall bid and be awarded all Ground Training in accordance with the following:

   a. The Pilot shall have the opportunity to bid for the required Ground Training during the month prior or the month due date for required training. He may bid the training on a flying day or on a Day Off.

   b. If the Pilot has not been scheduled to complete his required Ground Training by the end of the due month then the Company shall schedule the Pilot for training during his Late Grace Month.



**Collective Bargaining Agreement** | 05/03/11

3. If there are still open training slots remaining, Pilots shall be assigned to the slots in reverse seniority order, starting with Pilots in their Late Grace Month.

4. Pilots shall be allowed to designate up to 3 consecutive days (Golden Days) in which no training can be scheduled. This only applies to a Pilot's Base Month or the month prior. The Pilot must notify Training Scheduling by Positive Telephone Contact or the Electronic Bid System of the protected block no later than the 17th at 1700.

## H. TIMETABLE

1. The following timetable shall be used for the monthly bidding process (dates and times shall be considered 'no later than' for * items):

| Date | Time (LDT) | Event All Events Must Occur No Later Than Date or Time Specified |
|---|---|---|
| Two days prior to line building | N/A | *The Company provides the Sequences to the SSC; for example, at 1700 Saturday line building for Monday is provided |
| 7th | 1700 | *Line bids open; this includes vacations and scheduled ground school |
| 14th | 0900 | Line bid closes |
| 14th | 1700 | *Bid are awarded Protest period/vacation slide/adjustment/ golden day designated periods begin |
| 15th | 1700 | Protest period ends |
| 16th | 1700 | Vacation slide and adjustment periods end. Monthly open time (MOT) drop period begins. |
| 17th | 1700 | Ground School Bid—Close End of training Golden Day designation period |
| 18th | 0900 | OT transactions for following Monthly Bid Period transition allowed. |
| 19th | 2100 | *Ground School Bid - Award |
| 20th | 0900 | *All training assignments completed, except as notified by Positive Telephone Contact. |
| 20th | 0900 | MOT drop period ends |
| 20th | 1700 | *MOT bid (no drops) opens |
| 23rd | 0900 | MOT bid closes |
| 24th | 1700 | *MOT bids awarded |
| 25th | 1700 | *Relief line bid opens |
| 26th | 1700 | Relief line bid closes |
| 26th | 2100 | *Relief line bids awarded. Vacation slides must be submitted by 0800 on the 27th. |
| 26th | 2100 | Unawarded Relief line (if any) bid opens |
| 27th | 1700 | Unawarded Relief line bid closes |
| 27th | 2100 | *Unawarded Relief lines awarded |
| 28th | 0900 | Daily open time bids open |



2. Any Pilot wishing to protest the results of a bid shall contact Crew Planning (or Crew Scheduling if Crew Planning is not available). The Company shall immediately re-run the bids to the extent necessary to correct the error and re-award the bids. If there are valid protests after the protest period the Company and the Association shall immediately meet to resolve the issues.

I. MONTH TO MONTH TRANSITION

1. A Transition Conflict consists of any conflicts due to an interference or illegality from the current Monthly Bid Period to the following Monthly Bid Period.

2. Except for RDPs, when time must be dropped for a Transition Conflict, the Pilot's Pay Credit shall be reduced in accordance with Section 4. When a Pilot falls below the Monthly Pay Guarantee due to Transition Conflicts, he shall have priority, in seniority order, over all other Pilots during the Monthly Open Time bids until reaching the Monthly Pay Guarantee. Once the Pilot has reached the Monthly Pay Guarantee, he shall bid for and be awarded Open Time in standard seniority order. (For example: A Pilot has an 80 hour line and loses 10 hours due to Transition Conflicts. The Pilot subsequently Drops 10 more hours in the MOT Drop process. The Pilot shall only have priority until he is awarded the minimum number of Sequences that total at least 5 hours.)

3. All Transition Conflicts shall be resolved by dropping the minimum amount of time necessary to resolve the conflict from the beginning or ending leg(s) of a scheduled Sequence. If the minimum amount of time does not occur at the beginning or end of the Sequence, the Pilot may waive this requirement for the time to be dropped from the beginning or end of the Sequence. The Pilot may choose to waive the Calendar Day off requirement (Paragraph J.8.) for this to occur in Domicile and/or as a Calendar Day. If the Pilot elects to exercise either of these waivers, he must notify Crew Scheduling prior to 1700 LDT on the 15th or until the adjustment is made, whichever is later. For Pilots with a Hard Line, adjustments shall be made in the following Monthly Bid Period. For Reserve Pilots with 2 consecutive months of Reserve, Transition Conflicts may be adjusted in either month and the Pilot may express a preference. All Pay Credits shall be credited to the Monthly Bid Period they are actually flown in.

J. HOURS OF SERVICE

1. Lines of flying shall be built to reflect the results of the regularly conducted Association scheduling survey.

2. In no case shall the Average Target Line Credit Value exceed 85 hours without Association approval.



**Collective Bargaining Agreement**                                   04/26/11

3.  The Company shall provide each Pilot an electronic and paper Monthly Bid Package for each Monthly Bid Period. (A Pilot may notify the Chief Pilot's Office if he elects not to receive a paper Monthly Bid Package.) At a minimum, the Monthly Bid Package shall include the following accurate and legible information:

   a. Number of days off
   b. TAFB
   c. Scheduled Block
   d. Pay Credit
   e. Carryout Credit
   f. Calendar Day date
   g. Sequence numbers
   h. Scheduled layover cities
   i. Scheduled Sequence Report Time
   j. Scheduled Sequence Release Time
   k. Restricted Days for the Monthly Bid Period

4.  Duty periods shall be limited in accordance with the following:

*Duty Time Limits: Late night 10.5 hours, otherwise 14 hours scheduled.*

   a. Pilots shall not be scheduled to be on duty for more than 14 hours, except:
      1) during the Daylight Savings Time transition,
      2) a CDO assignment that includes RDP time (i.e. the Sequence Duty Period may not exceed 14 hours) for a Short Call Reserve, in which case the Reserve Pilot shall be pay credited (on top of guarantee if the Pilot does not exceed 75 hours of Pay Credit) for all duty time (scheduled or actual) in excess of 14 hours. (For example: a CDO is scheduled for a 13 hour Duty Period and the Pilot's RDP starts 2 hours prior to the Report Time. The total duty time is scheduled for 15 hours. The Pilot shall be credited 1 hour (or greater if actual duty exceeds scheduled duty) of pay credit on top of guarantee.)

   b. Except for CDOs, if any portion of a Duty Period occurs between 2300-0500 LDT, the Duty Period shall not be scheduled for greater than 10 hours 30 minutes. (However, this 10:30 limitation shall not apply to Open Time or Aggressive Reserve Transactions.) The actual Duty Period shall not be greater than 14 hours. Reserve Duty Periods shall not be subject to the 10 hour 30 minute limitation. Any assignment during an RDP shall be subject to the aforementioned limitations.

   c. Sequences shall be constructed so that if a Pilot is on duty through 0400 Local Time, the Pilot shall be released for legal rest at the termination of such flight.



**Collective Bargaining Agreement**      12/01/10

5.  A Pilot is on duty from Report Time to release time. A Reserve Pilot is also considered on duty during his RDP or until released.     *Report/Release times.*

    a.  The following shall be used to determine Report Time:
      1)  Not less than 60 minutes prior to departure in Domicile
      2)  Not less than 45 minutes prior to departure away from Domicile
      3)  May be reduced at the discretion of the Captain and Dispatch, but at no time shall the legal Rest Period be less than that required by the FARs.

    b.  The following shall be used to determine release time:
      1)  For domestic flights, not less than 15 minutes after Block In.
      2)  For international flights, not less than 30 minutes after Block In.
      3)  When a Pilot is requested to perform ground duties (including drug and/or alcohol testing), release from duty shall be delayed until such duty is completed.

6.  Deadhead Provisions

    a.  Deadhead time shall be included in duty time. Deadheads may not be performed during any rest break required by FARs or this Agreement.

    b.  Deadheads performed at the end of a Sequence for the purpose of returning a Pilot to his Domicile shall be scheduled on the first scheduled Company or codeshare flight.     *A Pilot may deviate from a scheduled deadhead under these provisions.*

    c.  Pilots Deadheading to, or as part of, an assignment shall travel positive space (Must Ride) and have seats reserved in advance by the Company. Pilots may elect to sit in a cockpit jumpseat if all of the seats in the cabin are filled with positive space revenue passengers or other Deadheading crew members. Pilots returning to Domicile for legal rest shall travel positive space (Must Ride) and have seats reserved in advance by the Company. Pilots returning to Domicile for legal rest may be assigned a cockpit jumpseat if all seats in the cabin are filled with positive space revenue passengers or other Deadheading crewmembers and the Scheduled Block is less than 3 hours. Deadheading Pilots in the cabin shall be offered free LiveTv

    d.  A Pilot may deviate from Scheduled Deadheads under the following provisions. The Pilot shall notify Crew Scheduling as soon as practical when he intends to deviate from a Scheduled Deadhead so that the Company has advance notice of the available seat that may be sold for revenue. If the Pilot deviates from the Scheduled Deadhead, the Pilot shall be responsible for arranging his own alternative transportation.

**FAPA**

**Collective Bargaining Agreement** 12/10/07

1) Lineholders - Outbound from Domicile

   a. A Pilot scheduled to Deadhead on the first leg of a Sequence shall call Crew Scheduling to check-in at least 3 hours but no more than 4 hours prior to the scheduled departure of the Deadhead leg.

   b. The Pilot is also responsible for reporting to Crew Scheduling that he is at his scheduled operating flight at the gate of departure at least 1 hour but no more than 2 hours prior to scheduled departure for the first operating leg. For international flights, the check in shall be at least 1 hour and 15 minutes but no more than 2 hours and 15 minutes prior to scheduled departure for the first operating leg.

   c. The Pilot must contact Crew Scheduling as soon as possible if the Pilot encounters any delays that might affect the Pilot's check-in time for the operating flight.

   d. The Pilot shall receive Pay Credit for the originally Scheduled Deadhead.

   e. A Pilot may be required to come to Domicile if that Pilot has been Rescheduled or Rerouted.

2) Lineholders - Inbound to Domicile

   a. If a Lineholder Pilot scheduled to Deadhead on the last leg of a Sequence intends not to Deadhead to Domicile, the Pilot shall call Crew Scheduling in advance. The Lineholder shall not be reassigned during this notification call to Crew Scheduling except to operate the Deadhead leg.

   b. Lineholder Pilots electing to take an on-line flight other than their originally Scheduled Deadhead flight may travel on a space-available basis in accordance with Company policy.

   c. Lineholder Pilots electing to take a flight other than their originally Scheduled Deadhead flight shall receive Pay Credit for the Deadhead as originally scheduled.

3) Reserves - Outbound. A Reserve Pilot will not normally be allowed to deviate from a Scheduled Deadhead on the outbound leg, but may be allowed to do so with concurrence from Crew Scheduling. If a Reserve Pilot is permitted to deviate from a Scheduled Deadhead, the same policies applicable to a Lineholder's outbound Deadhead deviation listed in paragraph above shall apply to the Reserve Pilot.

4) Reserves - Inbound to Domicile



**Collective Bargaining Agreement**                    10/15/10

    a. A Short Call Reserve Pilot who is scheduled to Deadhead on the last leg of a Sequence shall not be required to Deadhead back to Domicile if that Reserve Pilot is projected to have less than 4 hours of scheduled duty remaining following the Deadhead leg on the last day of the Sequence. The Pilot shall be released to Call-Back status.

    b. A Long or Medium Call Reserve Pilot who intends not to Deadhead to Domicile shall call Crew Scheduling in advance. The Reserve Pilot shall not be reassigned during this notification call to Crew Scheduling.

    c. In all other instances where a Reserve Pilot is scheduled to Deadhead back to Domicile on the last leg of a Sequence, that Reserve may request a release from Deadheading duties from Crew Scheduling.

    d. If a Reserve Pilot is released from Deadheading duty pursuant to the provisions above, the following shall apply:

        i  Reserve Pilots electing to take an on-line flight other than their originally Scheduled Deadhead flight may travel on a space-available basis in accordance with Company policy.

        ii  Reserve Pilots electing to take a flight other than their originally Scheduled Deadhead flight shall receive Pay Credit for the Deadhead as originally scheduled.

*Non-reserve lines shall have at least 12 days off including at least 1 calendar day every 7.*

7. A minimum of 12 days free of duty with the Company shall be scheduled in every Regular, CDO and Relief Line of flying.

8. A Hard, Relief and Reserve Line holder must be scheduled at least one Calendar Day free of any Company duty, in Domicile, during any 7 day period. The Pilot may choose to waive the requirement for this to occur in Domicile and/or as a Calendar Day.

9. Except for CDOs, lines shall be built with no less than 9 hours crew rest at outstations and 10 hours crew rest in Domicile.



10. Sequences shall not be constructed with reduced rest. However, to accommodate the change from Standard Time to Daylight Savings Time, Sequences that would otherwise be scheduled for normal rest may be scheduled with reduced rest on the overnight of the DST change. If reduced rest is incurred due to operational irregularity (i.e. weather or maintenance delay), the reduced rest shall begin at the completion of the duty period (15 minutes after Block In for domestic flights, 30 minutes after Block In for international flights in accordance with Section 5, paragraph J.5.b.). However, the minimum rest required by FAR 121.471(c) shall be augmented by 30 minutes (e.g., if the applicable FAR reduced rest is 8 hours, the crew will be provided with 8 hours and 30 minutes of rest). If a crew wishes to reduce to FAR minimums or, alternately, desires additional rest due to greater than normal transportation time to a CBA required hotel, the Pilot shall contact Crew Scheduling via telephone to coordinate the subsequent Report Time. In the event of any disagreement between the Pilot and Crew Scheduling regarding the Pilot's desire for additional rest, Crew Scheduling shall defer to the Pilot and the issue shall be referred to the Chief Pilot or his designee.

11. A CDO line shall be constructed in accordance with one of the following:

*CDO Line construction.*

   a. One, 2 or 3 Duty Periods (2, 3 or 4 Calendar Days) followed by a minimum of 2 Calendar Days free from duty.

   b. Four Duty Periods or 5 Calendar Days followed by a minimum of 3 Calendar Days free from duty.

12. CDOs shall only be scheduled on CDO or Relief Lines. CDOs may be scheduled in Regular Lines provided:

   a. CDOs are scheduled in the minimum number of Regular Lines possible.

   b. CDOs shall not be scheduled in more than 10 percent of the Regular Lines in each Domicile.



**Collective Bargaining Agreement**                     12/01/10

13. If there are more than 10 Reserve Lines, they shall consist of at least 10% Long Call Reserve Lines and 10% Medium Call Reserve Lines, but no more than 30% of the Reserve Lines shall be Long and Medium Call Reserve Lines. Short Call Reserve Lines shall be built with no more than 40% of the lines in the Mid Window. These percentages shall be reviewed and mutually agreed upon by the Company and the Association quarterly. For Domiciles with 10 or fewer Reserve Lines, Medium Call Reserve Lines shall not be built and Long Call Reserve Lines shall be built in accordance with the following table:

*Reserve Line construction.*

| # of Reserve Lines | Min # RSL Lines |
|---|---|
| < 5 | 0 |
| 5-7 | 1 |
| 8-10 | 2 |

14. Long/Medium Call Reserve Lines shall be built with at least 12 days off. Short Call Reserve Lines shall be built with no more than 18 RDPs in a 30 day Monthly Bid Period and no more than 19 RDPs in a 31 day Monthly Bid Period.

15. Reserve Days may be scheduled only on Reserve Lines and up to 25%, or up to 40% per Monthly Bid Period, by mutual consent of the Association and the Company, (rounded up to the nearest whole number) of the constructed Relief Lines (for example, if there are 13 Relief Lines built from Open Time, 4 of these lines may contain RDPs). Each of the constructed Relief Lines shall have no more than 5 RDPs (or up to 8 RDPs per Monthly Bid Period, by mutual consent of the Association and the Company) placed on them with a Pay Credit of 4 hours per RDP. Any Pilot awarded one of these lines, shall be able to Trade, Swap, or otherwise adjust his schedule, including the RDPs.

16. Fifty percent of the Reserve Lines shall be constructed to include at least 1 block of 4 days off. All Reserve Lines shall be constructed to have at least 1 block of 3 days off.

**FAPA**

**Collective Bargaining Agreement** | 12/10/07

## K. DAILY TIMELINE

| DAY -4 | ALL | DDL |
|--------|-----|-----|
| | | |
| DAY -3 | 0930 | DAG (3 days prior to leg) |
| | | |
| DAY -2 | ALL | DAG |
| | | |
| DAY -1 | 0930 | Drops close, trips no longer available to Lineholders |
| | 1030 | Aggressive Reserve - Open |
| | 1330 | Aggressive Reserve - Close |
| | 1330 (NLT) | AVA pilots must notify if they will not be AVA for next day |
| | 1330 | Reserve assignments begin |
| | 1530 (NLT) | Aggressive Reserve award |
| | 1600-2000 | AVA Pilots call-in for assignment |
| | 1600-2hrs prior | Short call reserves call in before start of block |
| | 2000 | Aggressive reserve confirmation |
| | | |
| TRIP DAY | 6hrs prior | No trades |
| | Departure | Trip operates |

## L. OPEN TIME - GENERAL

1.  Once any Flight Time is posted in Open Time it shall not be withdrawn except by the following provisions:

    a.  Open Time that is dropped by the Company by mistake and has not been awarded may be returned to the original Pilot's schedule.

    b.  Open Time that is dropped by the Company by mistake and has been awarded will remain as awarded in Open Time and the original Pilot shall be pay protected. The original Pilot may add Open Time over the same period but he shall only be Pay Credited for the greater of the two.

    c.  The Company and the Association recognize that the limitations of the current Open Time system will cause some misawards (e.g. time temporarily in Open Time while being processed by Scheduling) that will be addressed on a case-by-case basis. Upon recognizing the issue, Crew Scheduling shall make every possible attempt to return the Pilots' schedules to their proper status. If the resolution required awarded time to be removed, that Pilot shall be notified immediately.



**Collective Bargaining Agreement** 10/15/10

    d. If a flight(s) needs to be modified or canceled while a seniority-based Open Time process (MOT) is occurring, the Sequence shall not be modified until the Open Time process is completed. The Pilot's schedule shall be modified within 24 hours of the change to the flight or the close of the Open Time process, whichever is later. The notification period required by Section 5.A.4.b. shall begin when the modification to the Pilot's schedule is complete. Pay protection or reassignment provisions of the CBA shall only apply to the Pilot who is assigned the flying at the time that the Sequence modification is completed.

2. All references to Open Time shall be specific to Position. Open Time will follow a bid or assignment process in the following order in accordance with the timetable specified in Paragraph H:

    a. Monthly Open time (Paragraph M.)
        1) Drops
        2) adds for Pilots with Transition Conflicts and below the Monthly Pay Guarantee
        3) adds for all other Pilots by seniority order in rounds

    b. Relief Lines (Paragraph N.)

    c. Daily Open time Drops, Swaps, Trades, Adds (Paragraph O.)

    d. Non line Pilot Adds (Paragraph L.7.)

    e. Aggressive Reserve (Paragraph S.9.)

    f. Reassignments (Paragraph P.)

    g. Reserve Assign (Paragraph Q.)

    h. Voluntary Junior Assignment (Paragraph U.)

    i. Junior Assignment (Paragraph V.)

3. At the completion of a Monthly Bid Period a Pilot must have a minimum of 70 hours of Pay Credit. At no time shall a Pilot be allowed to Drop below 50 hours of Pay Credit. These minimums shall be reduced by any amount of Pay Credits Dropped as a result of a Leave of Absence. If the Pilot's Pay Credits drop below 50, any further schedule adjustments that result in a net loss of Pay Credits must be done through Crew Scheduling.

*A Pilot may never go below 50 hours and must end the month with at least 70.*

4. Drop Limits (to be reviewed and agreed upon at the monthly SSC meeting).

*Daily Drop Limit rules.*



a. The Daily Drop Limit for Monthly Open Time shall be 8 open Sequences on Restricted Days and 35 open Sequences on all other days. For Daily Open Time, the Daily Drop Limit shall be 12 open Sequences on each weekday and 8 open Sequences on Saturdays, Sundays and Restricted Days. The Daily Drop Limits shall grow in proportion to the increase in Duty. Initially, the DDL shall be 9.5% for weekdays and 6.5% for Saturdays, Sundays and Restricted Days of the average number of Duty Periods per day based on the number of Duty Periods produced after the final solution of Sequence generation (e.g. 3720 Duty Periods for a 30-day Monthly Bid Period is an average of 124 Duty Periods per day).

b. For Domiciles other than DEN, the Daily Drop Limit shall be in accordance with the following table.

| Daily Duty Periods | MOT | MOT Restricted | DOT WkEnd | DOT WkDay |
|---|---|---|---|---|
| 1-10 | 4 | 2 | 2 | 3 |
| 11-20 | 6 | 3 | 2 | 3 |
| 21-30 | 7 | 5 | 3 | 4 |
| >=31 | <of 28.2% vs. 35 | >6.5% vs. 5 | >6.5% vs. 5 | >of 9.5% vs. 7 |

*Lineholders may split at outstations.*

5. Two lineholders may agree to split a portion of a scheduled Sequence at a city served by the Company with an aircraft type for which the lineholders are current and qualified provided:

a. The transaction complies with the Federal Aviation Regulations and the provisions of this Section.

b. The transaction should be coordinated with Crew Scheduling at least 12 hours prior to the departure time of the leg after the desired split of the Sequence or the split may be denied.

c. The portion of the Sequence being split is at the beginning or end of a Sequence.

d. The replacement lineholder must make a positive check-in with Crew Scheduling at least 2 hours prior to scheduled departure.

e. The lineholder who works the inbound Sequence to the city where the split is scheduled to occur remains responsible for continuing the Sequence until he confirms the physical presence, at the departure gate, of the Pilot who will be operating the outbound Sequence.



**Collective Bargaining Agreement**                                06/24/11

6. Pilots on Association business shall be allowed to drop Sequences in accordance with Paragraph L.3. by using the online Drop Form. The Association may drop 1200 hours per year at no cost to the Association, of which 25 hours per month shall be reserved for the SSC. Any time over and above the 1200 hours shall be charged at that individual's Hourly Rate for the time dropped. Any time dropped for an individual(s) to meet with the Company, or for individuals to work on projects initiated by the Company shall not be charged to the Association.

*1200 hours/ year Association drops.*

7. Any Pilot not holding a Hard, Reserve or Relief Line of Flying shall only be allowed to pick up Open Time for the same or next day by calling Scheduling after DOT Adds have closed and before Aggressive Reserve bidding has opened.

*Open Time may not conflict with other flying.*

8. A Pilot cannot pick up Open Time which conflicts with his Line of Flying.

   a. There must be a minimum of 45 minutes between a scheduled or Open Time Sequence release and the departure time of a Scheduled or Open Time Sequence on the same day.

   b. If a Rest Period is required, there must be a scheduled rest of 9 hours between ending an Open Time or Scheduled Sequence and the report of a Scheduled or Open Time Sequence.

   c. A Reserve Pilot is ineligible to bid for Open Time except:
      1) on a FCFS basis during Transition, with Crew Scheduling concurrence, or
      2) during his vacation period and those days off before and after that period. (Relief/Reserve Pilots are only eligible to bid during DOT).

9. The Company may put Reserve Days in Monthly or Daily Open Time with the following provisions:

   a. These days shall be bid on as any other open Sequence

   b. The Pilot shall be Pay Credited 4 hours or the greater of actual or Scheduled Block on that reserve day, whichever is greater.

   c. Each block of Reserve Days in Open Time must be Added in its entirety and may not be split by the Pilot.

   d. The days may not be Swapped or Traded.

   e. The days shall be specified as Short (including the Window), Medium or Long Call.

   f. The 4 hour credit shall count towards FAR restrictions. If the Pilot is forecast to go over an FAR limitation, Crew Scheduling may remove the Reserve Days from the beginning or end of the block of Reserve Days, and deduct the Pilot's Pay Credit by 4 hours for each day or RDP removed.

   g. Assignments shall follow the normal assignment order in Paragraph Q. below.



10. Captains cannot bid for Open Time as First Officers. Designated Captain Qualified First Officers may bid either Captain or First Officer Position within the applicable provisions of this Agreement. A Pilot who picks up Open Time shall be paid at his appropriate Hourly Rate in the Position he actually flies.

11. It is the Pilot's responsibility to bring any legality problem to the Company's attention. A Pilot's legality is a shared responsibility between the Pilot and the Company. To ensure a Pilot does not exceed any duty or Flight Time limitations, a Pilot shall be allowed to attempt to modify his schedule through the Open Time process to avoid exceeding limitations. However, if the Pilot does not adjust his schedule in accordance with the limitations below, Crew Scheduling may modify a Pilot's schedule by removing the minimum amount of time necessary. The specific limitations shall also be addressed through the following:

   a. Domestic calendar week limitation (30 hours in 7 days - FAR 121.471(a)(3))

      1) A Pilot shall not be allowed to bid for a schedule that is projected to exceed 30 block hours in a 7 day period.

      *A Pilot is Pay Protected up to 29:15 in 7.*

      2) If the Pilot did not schedule himself in excess of 29:15, the Pilot's Pay Credits shall not be reduced to reflect the adjustment. If the Pilot scheduled himself in excess of 29:15, the Pilot's Pay Credits shall be reduced to reflect the adjustment.

      3) However, within 2 Calendar Days of the Duty Period during which the illegality is projected to occur (or the day prior to a Sequence that does not pass through the Domicile where the Sequence originates and terminates, whichever is earlier) Crew Scheduling may modify a Pilot's schedule by removing the minimum amount of time necessary.

   b. Domestic calendar month limitation (100 hours in a calendar month - FAR 121.471(a)(2))

      1) A Pilot shall not be allowed to bid for a schedule that is projected to exceed 99 block hours in a calendar month.

      *A Pilot should adjust his schedule under 100/mo or 1000/yr or Scheduling will.*

      2) If a Pilot is projected to exceed 100 hours in a calendar month he should adjust his schedule to avoid the limitation. However, within 2 Calendar Days of the Duty Period during which the illegality is projected to occur (or the day prior to a Sequence that does not pass through the Domicile where the Sequence originates and terminates, whichever is earlier) Crew Scheduling may modify a Pilot's schedule by removing the minimum amount of time necessary.

   c. Domestic calendar year limitation (1000 hours in a calendar year - FAR 121.471(a)(1))



1) Beginning in September of each year Crew Scheduling shall project a Pilot's annual Flight Time assuming 82 block hours per month for future months and crediting 25 block hours per future vacation week. Each Pilot's annual projection shall be recalculated no less than monthly.

2) If the Pilot is projected to exceed 920 hours by December 1st he may be required by the Chief Pilot to demonstrate how he will avoid exceeding 1000 block hours prior to December 31st.

3) If the Pilot exceeds 920 block hours on November 30th he may be assigned a Reserve Line for December and his line shall be dropped in accordance with Paragraph E.5.

4) A Pilot shall not be allowed to bid for a schedule that is projected to exceed 1000 block hours in a calendar year.

5) If a Pilot is projected to exceed 1000 hours in a calendar year he should adjust his schedule to avoid the limitation. However, within 2 Calendar Days of the Duty Period during which the illegality is projected to occur (or the day prior to a Sequence that does not pass through Domicile, whichever is earlier) Crew Scheduling may modify a Pilot's schedule by removing the minimum amount of time necessary.

d. Flag 12-calendar-month limitation (1000 hours in a 12-calendar-month period - FAR 121.481 (f))

1) A Pilot shall not be allowed to bid for a schedule that is projected to exceed 1000 block hours in a 12-calendar-month period.

2) If a Pilot is projected to exceed 1000 hours in a 12-calendar-month period he should adjust his schedule to avoid the limitation. However, within 2 Calendar Days of the Duty Period during which the illegality is projected to occur (or the day prior to a Sequence that does not pass through Domicile, whichever is earlier) Crew Scheduling may modify a Pilot's schedule by removing the minimum amount of time necessary.

e. The Association and the Company agree to meet to resolve any further legality issues that arise from substantially increased flag operations.



M. MONTHLY OPEN TIME (MOT) PROCEDURES

1. After all scheduled lines of flying have been awarded, and the drops for vacations, training, and transitions have occurred, the Company shall create a Monthly Open Time pool for each Monthly Bid Period. All Flight Time resulting from these drops, and any known flying not included in the original Monthly Bid Package, shall be placed in Monthly Open Time.

*MOT Restricted Days are first 3 days of each period plus others defined by the Company.*

2. Monthly Open Time Drops shall be in seniority order in accordance with the timetable in Paragraph H. Restricted Days shall include the first 3 days of every Monthly Bid Period, plus 3 pairs of days and 3 individual days during the calendar year as specified by the Company. These restricted dates shall be specified with the vacation bid each calendar year and in each Monthly Bid Package.

*Pilots under 75hrs get super seniority in MOT.*

3. Pilots will bid according to Seniority and may bid for as many Sequences as they like. Open Time will first be awarded in rounds by Seniority to Pilots who are below the Monthly Pay Guarantee at the start of MOT due to the Transition Conflicts, until reaching the Monthly Pay Guarantee. Swaps during this process shall only be considered if they would result in a net increase in Pay Credit. If a Pilot submits a single bid request that contains multiple Sequences and not all the Sequences are required to raise the Pilot to the Monthly Pay Guarantee, the bid request shall not be awarded in this process. Bid awards will then be conducted until all the Monthly Open Time is awarded or until there are no further bids that can be satisfied by the Monthly Open Time.

4. Pilots may split Sequences during the MOT Drop/Bid Period as follows:

   a. The Sequences split must be in the originating Domicile.

   b. One day Sequences and CDOs shall not be split.

   c. Two or 3 day Sequences may be split one time.

   d. Four and 5 day Sequences may be split up to 2 times.

5. Sequences that are Dropped or picked up in Monthly Open Time will be valued as described in Section 4.

6. For each Domicile with at least 1500 monthly credit hours (the monthly credit hours number shall come from the final Sequences solution), 25% of any Open Time remaining in the MOT pool after the MOT awards (but not greater than 3% of the total credit Time) shall be placed in the Daily Open Time (DOT) pool after Relief Lines are built. However, for each Domicile with less than 1500 monthly credit hours, Relief Lines shall not reduce the Open Time placed in the Daily Open Time (DOT) pool to less than 50 credit hours, unless otherwise mutually agreed for a Monthly Bid Period between the Company and the Association.



**Collective Bargaining Agreement**                                      05/03/11

7.  During Monthly Open Time, Pilots may Swap and Add. Portions of Swaps that do not overlap are subject to the Daily Drop Limit as specified in Paragraph L.4. and M.2.. However, for individual days of a Sequence that overlap with a Swapped Sequence, the Daily Drop Limit or the limitations of Paragraphs L.4. and M.2. shall not apply. For Swaps involving flying or reserve days/duty periods, all elements of the Swap request (i.e., the work being added and the work being removed) must be scheduled to occur within the same Monthly Bid Period.

N.  RELIEF/RESERVE LINES                                     *Relief/ Reserve process.*

1.  Lines of flying will be placed in the Monthly Bid Package and designated as Relief/Reserve Lines. Relief Lines shall be built not to exceed 80 hours of scheduled Pay Credit time.

2.  During the Relief/Reserve line construction process, the SSC and the Company shall agree on individual Sequences to be combined to create new Sequences to be added to Relief/Reserve Lines. The SSC will also solicit input from Crew Scheduling to build additional Reserve Lines. These additional Reserve Lines will be built based upon the coverage requirements of the Company with no more than 16 RDPs in a 30-day bid month and no more than 17 RDPs in a 31-day bid month. The number of these additional Reserve Lines that will be built will be equal to the difference between the number of Relief/Reserve Lines awarded on the 14th and the number of Relief Lines built (i.e., Lines with Sequences).

3.  These designated Relief/Reserve Lines and additional Reserve Lines will show Reserve Windows and days off. Flight time available after the completion of the Monthly Open Time awards will be used to construct Relief Lines. The days off shown on the Relief/Reserve Line will no longer be valid for the construction of the Relief Line.

4.  Pilots awarded a Relief/Reserve Line have the option to:

    a.  bid on the Relief Lines built, or

    b.  bid on the additional Reserve Lines built, or

    c.  a Pilot may elect to keep his awarded Relief/Reserve Line (as of the 14th).

    Relief Lines and additional Reserve Lines shall be awarded based on seniority to those pilots awarded Relief/Reserve Lines during the initial Monthly line bidding process.

5.  In the event there are Relief Lines that are not awarded, these lines shall be bid by Reserve Pilots in accordance with the timetable in Paragraph H.



**Collective Bargaining Agreement**                    12/01/10

6. In the event there are more Relief Lines built than the number of Relief/Reserve Lines originally offered, Pilots who had bid on but were not awarded Relief/Reserve Lines shall be contacted by the opening of the Relief Line Bid and offered the extra Relief Lines. The Pilots must contact Crew Planning with their preference by the Relief Line Bid close to be considered.

7. In the event there is insufficient Flight Time available to construct a Relief Line, the line will remain a Reserve Line with the designated window and days off as published in the Monthly Bid Package. RDPs shall be assigned to these lines by 1700 LDT on the 30th of the month prior.

O. DAILY OPEN TIME (DOT) PROCEDURES

1. DOT will consist of any RDPs placed into Open Time per Paragraph L.9. and/or Sequences remaining after Relief Lines are built, and/or drops of any kind, and/or any other unanticipated flying occurring during the Monthly Bid Period. For the first 24 hours a Sequence is in Open Time, Sequences can only be awarded to Pilots (through Open Time or Aggressive Reserve) or assigned to Reserves in the Domicile it was originally constructed for (i.e. a Sequence that either appeared in the Domicile Monthly Bid Package, a derivative of the Sequence that appeared in the Monthly Bid Package, or a Sequence that is built during the month that originates in a particular Domicile). Sequences in Open Time for >24 hours may be bid on by Pilots from any Domicile. (See 5.0.7. for further provisions.).

2. During Daily Open Time, Pilots may Drop, Swap, Trade and Add. Drops and portions of Swaps that do not overlap are subject to the Daily Drop Limit specified in Paragraph L.4. However, for individual days of a Sequence that overlap with a Swapped Sequence, the Daily Drop Limit or the limitations of Paragraph L.4. shall not apply.

3. Schedule:

*For DOT drops: DDL applies until 3 days prior. DAG applies 3 days prior to 0900 the day prior. Then Scheduling's discretion*

a. DOT will be available for bidding as of 0900 on the 28th of each month.

b. Any Drop request submitted prior to 0930 LDT 3 days prior to the departure of the legs being Dropped (e.g. Tuesday for a Friday departure), shall be honored if the Daily Drop Limit has not been met.

c. Between 0930 LDT 3 days prior and 0930 LDT the day prior to the departure of the legs being Dropped, any Drop requests shall be subject to the Drop Availability Grid (DAG).

   1) The DAG shall show the number of Sequences that may be Dropped in each Window (as defined in Paragraph S. below).



**Collective Bargaining Agreement**      12/01/10

    2) For Denver or Domiciles with greater than 90 average daily duty periods, the DAG Drop number shall be based on maintaining 3 Reserves in each Window, plus one additional Reserve in any Window or Medium/Long Call, over and above any Drops allowed. This Net Reserve number may grow in proportion to the number of Duty Periods, and shall be reviewed and mutually agreed upon by the Company and the Association quarterly

    3) For Domiciles other than Denver with 51-90 average daily duty periods (based on the final Sequences solution), the DAG Drop number shall be based on maintaining 2 Reserves in each Window (except for a Window to which no reserves were awarded) plus one additional Reserve in any Window or one Medium or Long Call Reserve, over and above any Drops allowed. This Net Reserve number shall be reviewed and mutually agreed upon by the Company and the Association monthly.

    4) For Domiciles other than Denver with 1-50 average daily duty periods, the DAG Drop number shall be based on maintaining 1 Reserve in each Window (except for a Window to which no reserves were awarded) plus one additional Reserve in any Window or one Medium or Long Call Reserve, over and above any Drops allowed. This Net Reserve number shall be reviewed and mutually agreed upon by the Company and the Association monthly.

  d. After 0930 LDT the day prior, Drops shall be allowed at the discretion of Crew Scheduling.

  e. Trades with other Pilots shall be allowed until 6 hours prior to the departure time of the earliest leg being Traded.

*Trades allowed until 6 hours prior to the leg being Traded.*

  f. Open Time transactions into the following Monthly Bid Period's transition period will not be processed until the 18th at 0900 due to the inability of the DAG to be applied when the next month's flying has not been created. (e.g., August 28th at 0900 September's DOT becomes available, but trips cannot be dropped into October's transition period until September 18th at 0900.)

4. Daily Open Time shall be bid and awarded through the Electronic Bid System on a real-time, first-come/first-served (FC/FS) basis. Until trip-splitting is automated, split requests may not always be processed FC/FS with non-split requests. Until trip-splitting is automated, the Company shall staff Crew Scheduling for the purpose of processing split requests to ensure splits are processed expeditiously between the hours of 0700-2300 LDT. The Company agrees to automate the trip-splitting process as soon as possible.

---



5. Multi-day Sequences Dropped by Pilots may be split in DOT in accordance with the following.

   a. After a Sequence has been in DOT for 46 hours, Pilots may split Sequences and pick up any portion of a Sequence.
      1) The Sequences must be split in the originating Domicile.
      2) One day Sequences and CDOs shall not be split.
      3) Two or 3 day Sequences may be split 1 time.
      4) Four and 5 day Sequences may be split 2 times.

   b. After a Sequence has been in DOT for a total of 72 hours, Crew Scheduling may also split the Sequence in accordance with the following:
      1) One day Sequences and CDOs shall not be split.
      2) Two or 3 day Sequences may be split 1 time.
      3) Four and 5 day Sequences may be split 2 times.
      4) Crew Scheduling may split Sequences further only if the Sequences remain in the Daily Open Time pool for more than 96 hours

*The Company may combine trips that have been in DOT for specified durations.*

6. The Company may combine Sequences in accordance with the Sequence construction and Pay Credit rules of this Section and Section 4. The new Sequences shall be immediately placed into Daily Open Time, made available to Aggressive Reserve or assigned to a Reserve in accordance with this Section. Both of the Sequences to be combined must meet the following:

   a. the Sequence has been in Daily Open Time for more than 72 hours, or

   b. the Sequence is Dropped into Open Time 2 or 3 days prior to the start of the Sequence and has been in Daily Open Time for more than 24 hours, or

   c. the Sequence is available to Reserve Pilots in accordance with this Section

   d. Examples:
      1) It is 1600 on December 10th. Sequence 3000 which starts on December 25th (a SLC overnight) has been in Daily Open Time for more than 72 hours and Sequence 3001 which starts on the 26th (a MCI round trip) has also been in Daily Open Time for more than 72 hours. These individual Sequences (3000 and 3001) may be combined by Crew Scheduling to create a new 2-day Sequence 3800 starting on December 25th. This new Sequence 3800 will then be placed back into DOT.



**Collective Bargaining Agreement**                                        12/01/10

2) It is 0945 on December 10th. Sequence 3002 which starts on December 11th (a LAS overnight) is no longer available for Daily Open Time bidding because it is after 0930 the day before it starts. Sequence 3003 which starts on December 12th (a PHX overnight) has been in Daily Open time since 0900 on December 9th (in Open Time more than 24 hours and was Dropped 3 days prior to the start of the Sequence). These individual Sequences (3002 and 3003) may be combined to create a new 3-day Sequence 3801 which starts on December 11th. The new Sequence in this example will be made available for Aggressive Reserve bidding at 1030 on December 10th.

3) It is 0930 on December 10th. Sequence 3004 which starts on December 11th (a SLC round trip) and Sequence 3005 which starts on December 11th (an OMA overnight) are both uncovered. In this example, these Sequences (3004 and 3005) are no longer available to lineholders in Daily Open Time and at 1030 will be made available to Reserve Pilots in accordance with the Reserve assignment rules of this Section. Regardless of the length of time that these individual Sequences have been in Open Time, these Sequences may be combined to create a new 2-day Sequence 3802 which starts on December 11th. The new Sequence in this example will be made available for Aggressive Reserve bidding at 1030 on December 10th.

*OT goes to reserves at 0930 the day prior.*

7. If a Sequence: 1) has been in Daily Open Time for more than 72 hours, or 2) is Dropped into Open Time 2 or 3 days prior to the start of the Sequence and has been in Daily Open Time for more than 24 hours, or 3) is available to Reserve Pilots in accordance with this Section, then:

    a. The Company may add Deadhead legs to and from a different Domicile. The new Sequence shall be immediately placed into the Sequence's Domicile's Daily Open Time, made available to Aggressive Reserve or assigned to a Reserve in accordance with this Section, or

    b. At a Pilot's request, and upon agreement of the Company, the Company may add Unscheduled Deadhead legs to and from a Pilot's Domicile to a Sequence he has been awarded.



**Collective Bargaining Agreement** — 05/03/11

8. All Sequences will no longer be available to bid through the Electronic Bid System by lineholders at 0930 LDT the day prior, and will be made available to Reserves at 1030 LDT the day prior to the start of the Sequence or remaining portion of a Sequence. However, at the discretion of Crew Scheduling, Pilots may add Sequences available (i.e. not yet assigned to a Reserve prior to PTC) in Open Time by Positive Telephone Contact with Crew Scheduling after Aggressive Reserve awards are completed until two hours prior to the Report Time of the Sequence. (For example, if a Sequence is in Open Time with a Report Time of 1200 on a Tuesday, a Pilot may add that trip any time between the award of Aggressive Reserve on Monday and 1000 on Tuesday.) Swaps involving flying or reserve days/duty periods, all elements of the Swap request (i.e., the work being added and the work being removed) must be scheduled to occur within the same Monthly Bid Period.

P. REASSIGNMENT

*A Pilot is available for Reassignment if he has been removed from his original under certain rules.*

1. General

   a. Except for a Reserve Pilot during a Reserve assignment, a Pilot shall be considered available for Reassignment when he has been removed from an awarded Sequence, or a portion thereof, training event or from a Reserve assigned Sequence and this removal is for a Cancellation, Training Displacement, or to maintain schedule integrity. A charter flight that operates within 2 hours prior to the originally scheduled departure to 3 hours after the originally scheduled arrival time shall not be considered a Reassignment.

   b. Crew Scheduling shall make every reasonable effort to notify a Pilot of a Cancellation or delay in accordance with A.4.

   c. A Pilot shall be Pay Credited for the greater of the originally awarded Sequence or the reassigned Sequence.

   d. A line holding Pilot may not be Reassigned Reserve.

   e. A Red-Eye or CDO may not be reassigned in lieu of an overnight with rest without Pilot consent.

   f. A Reserve Pilot may be reassigned Reserve in accordance with Paragraph Q.

*A Pilot has options if his Sequence is removed earlier than 1330 the day prior.*

2. If a Pilot is available for Reassignment by 1330 LDT the day prior to the start of the Sequence ("Reschedule"), the following shall apply:

   a. The Pilot may pick up Open Time to replace the Cancellation with an equivalent number of Duty Periods and shall be Pay Credited for the greater of the Sequences, or



**Collective Bargaining Agreement**                                                    12/10/07

    b.   The Pilot may choose to not pick up time and not be available for Reassignment but shall not be pay protected for the original assignment. In such case, the Pilot shall notify Crew Scheduling no later than 1330 LDT the day prior to notify them that he will not be available for Reassignment, or

    c.   The Pilot may make himself available for Reassignment and shall call Crew Scheduling between 1600-2000 LDT each day of the original Sequence for an assignment for the following day. If Crew Scheduling has no assignment at the time of the call, the Pilot shall be considered released for following day.

3.   If a Pilot is available for Reassignment later than 1330 LDT the day prior to the start of the Sequence ("Reroute"), or the Pilot makes himself available for Reassignment per Paragraph 2.c. above, and Reassignment of the Pilot is necessary, that Pilot will only be reassigned in accordance with the following:

    *After 1330 the day prior, Scheduling may reassign the Pilot.*

    a.   The Pilot shall be returned to his original Sequence as soon as possible

    b.   A Pilot who is reassigned a Sequence that has fewer Duty Periods than original Sequence and cannot rejoin his original Sequence shall be available for Reassignment under the provisions of Paragraph 2. above for the remainder of the Duty Periods of his original Sequence.

    c.   A Pilot may not be reassigned to an assignment with a Report Time earlier than that of his original Report Time, except with Pilot concurrence.

    d.   Except for Reserve Pilots, a Pilot who is Reassigned outside of his originally scheduled Sequence Release Time by more than 3 hours shall have those Pay Credits paid in accordance with a JA pay adjustment for all Flight Time that falls 3 hours or more outside of his originally scheduled Duty Period including the entirety of any scheduled leg in which the 3 hour buffer has been exceeded.

    e.   If, beyond the control of the Company, (i.e. weather/mechanical), a Pilot is assigned at an outstation for a flight or Deadhead on a scheduled Day Off, he must be returned to his Domicile within 24 hours of the originally scheduled return to Domicile. The Pilot shall have the option of a vacation day to be added to his awarded or Earned Vacation as a compensatory day or JA pay for the leg flown.



**Collective Bargaining Agreement**                         12/01/10

b. In seniority order to Reserve Pilots who have identified themselves as "Want to Fly". Reserve Pilots who wish to be on the Want to Fly list shall call Scheduling by 1200 LDT the day prior. The Reserve Pilot may be assigned a Sequence in any Window by mutual agreement between the Reserve Pilot and Scheduling. Then,

c. For each Reserve call-out category (Long Call, Medium Call and Short Call) Reserves will be placed in availability "buckets" based on the number of available Reserve days or RDPs as applicable. For example, among the Short Call Reserves, a Pilot with 2 remaining RDPs in his current block of RDPs will be placed in the "2 day" bucket.

   1) If a Sequence is in Open Time more than 12 hours prior to the scheduled Report Time the Company will attempt to assign the Sequence to a Long Call Reserve. The Company will attempt to assign the Sequence to a Reserve Pilot in the bucket that exactly matches the number of days of the Sequence. If no Pilots are available with the exact number of days available to match the Sequence, the Company will proceed to the bucket that contains Reserve Pilots whose days of availability are equal to the Sequence length plus one day. The Company will continue with this progression until the Sequence is assigned or until there are no more Long Call Reserves to consider for the assignment. If there is more than one Reserve Pilot in a bucket, the assignment will be made based on the priorities as specified in a) and b) below. If the Sequence is not assigned to a Long Call Reserve, Crew Scheduling will proceed to Medium Call Reserves as described in paragraph 2) below.

      a. Reserve Pilots who are legal (per FARs and the Agreement) to operate the entire Sequence, then

      b. "First in/first out" (FIFO). That is, the first Reserve Pilot to be released from a Reserve flying assignment shall be the first Reserve Pilot assigned to a flying assignment.



| Collective Bargaining Agreement | 12/01/10 |

2) If a Sequence is in Open Time less than 12 hours prior to the Scheduled Report Time but more than 8 hours and 30 minutes prior to the scheduled Report Time the Company will attempt to assign the Sequence to a Medium Call Reserve. The Company will attempt to assign the Sequence to a Reserve Pilot in the bucket that exactly matches the number of days of the Sequence. If no Pilots are available with the exact number of days available to match the Sequence, the Company will proceed to the bucket that contains Reserve Pilots whose days of availability are equal to the Sequence length plus one day. The Company will continue with this progression until the Sequence is assigned or until there are no more Medium Call Reserves to consider for the assignment. If there is more than one Reserve Pilot in a bucket, the assignment will be made based on the priorities as specified in a) and b) below. If the Sequence is not assigned to a Medium Call Reserve, Crew Scheduling will proceed to Short Call Reserves as described in paragraph 3) below.

a. Reserve Pilots who are legal (per FARs and the Agreement) to operate the entire Sequence, then

b. "First in/first out" (FIFO). That is, the first Reserve Pilot to be released from a Reserve flying assignment shall be the first Reserve Pilot assigned to a flying assignment.

3) If a Sequence is in Open Time less than 8 hours and 30 minutes prior to the scheduled Report Time the Company will attempt to assign the Sequence to a Short Call Reserve. The Company will attempt to assign the Sequence to a Reserve Pilot in the bucket that exactly matches the number of days of the Sequence. If no Pilots are available with the exact number of days available to match the Sequence, the Company will proceed to the bucket that contains Reserve Pilots whose days of availability are equal to the Sequence length plus one day. The Company will continue with this progression until the Sequence is assigned or until there are no more Short Call Reserves to consider for the assignment. If there is more than one Reserve Pilot in a bucket, the assignment will be made based on the priorities as specified in a) and b) below. If the Sequence is not assigned to a Short Call Reserve, Crew Scheduling may split the Sequence and begin the Reserve assignment process at 1) above over again.



**Collective Bargaining Agreement** 10/15/10

a. Reserve Pilots who are legal (per FARs and the Agreement) to operate the entire Sequence, then

b. "First in/first out" (FIFO). That is, the first Reserve Pilot to be released from a Reserve flying assignment shall be the first Reserve Pilot assigned to a flying assignment.

3. When a Reserve Pilot completes a Reserve assignment he must contact Crew Scheduling for: release back into his RDP (Paragraph 5.S.10. below), release to rest (Paragraph 5.S.11. below), or a new assignment. If given a new assignment, the new assignment must be given within one hour and must be scheduled to depart within 4 hours of Block In.

*Upon completion of an assignment, Reserves must call to be released, assigned or Extended.*

4. Reserve Extension. A new assignment may be given outside the normal order (Extended) in Paragraph 2 above under the following conditions:

a. The Pilot is released to Call-Back status after the Extended assignment if still within his RDP.

b. A Pilot may be Extended only once per block of Reserve Days for an overnight assignment, and the extension shall include no more than one layover. Additionally, the Pilot shall be returned to Reserve status (in accordance with Paragraphs 3.a. above or R.3. below) or released from duty at the first point that the assignment returns to his Domicile after the layover.

c. A Short Call Reserve shall be Extended prior to a Long or Medium Call Reserve unless there is a Long or Medium Call Reserve available on his last day.

d. A Short Call shall not be Extended on his last day of a block of Reserve Days.

e. A Reserve shall not be Extended after an overnight Duty Period (i.e. CDO, Red-Eye).

f. A Reserve shall not be Extended back-to-back, except to maintain schedule integrity.

g. If there are multiple Reserve Pilots available under the above conditions, the priority order shall be:
1) Assign to "Want to fly" Reserves in seniority order
2) Assign inverse seniority

h. The new assignment must be given within one hour and must be scheduled to depart within 4 hours of Block In.

5. Release from duty

*Reserves shall be released as defined.*

a. Long Call Reserves shall be considered released no later than 1000 LDT on the last day of a block of Reserve Days unless previously given an assignment.

b. Medium Call Reserves shall be considered released no later than 1200 LDT on the last day of a block of Reserve Days unless previously given an assignment.



**Collective Bargaining Agreement**                    06/24/11

c.  Any Reserve Pilot may be released from duty at anytime with the concurrence of Crew Scheduling. This release shall be handled on an individual basis and shall not set precedent for any other Pilot or Reserve Day.

d.  Short Call Reserves may be released to Call-Back status by Pilot request and Crew Scheduling concurrence. On Call-Back status, the Reserve Pilot shall be released from duty, but shall be required to call Crew Scheduling at the earlier of: within one hour before to 2 hours after the originally scheduled RDP, 14 hours from the start of that Duty Period, or a different time by mutual consent between the Pilot and Crew Scheduling.

*Long Call Reserves must be able to report within 12 hours. Medium Call within 8 hours.*

R.  RESERVE - LONG/MEDIUM CALL

1.  Long Call Reserves must be able to report within 12 hours of the initial contact (including a message left). Medium Call Reserves must be able to report within 8 hours of the Positive Telephone Contact for the assignment. If a message is left for the Reserve Pilot it shall include a minimum of: LDT of notification, LDT the Pilot must acknowledge the assignment, Sequence Report Time, Sequence number and length of Sequence.

2.  Long Call Reserves must contact Crew Scheduling to acknowledge their assignment within 2 hours of initial contact. Medium Call Reserves must contact Crew Scheduling to acknowledge their assignment within 30 minutes of initial notification. If a Reserve Pilot will be out of contact for longer than these periods he shall notify Scheduling in advance with the length of time he is expected to be out of contact.

3.  A Long/Medium Call Reserve shall be returned to Long/Medium Call status upon completion of an assignment unless given a new assignment or moved to Short Call Reserve.

4.  Long/Medium Call Reserves may be moved to Short Call Reserve:

    a.  for 6 RDPs per Monthly Bid Period with no pay adjustment. For any additional moves to Short Call Reserve, the Pilot shall be Pay Credited one hour in addition to the Monthly Pay Guarantee.

    b.  for not more than 2 consecutive RDPs.

    c.  upon return from an assignment. In such case the RDP shall be limited to 10.5 hours including the Duty Period of the assignment.

    d.  never on the last day of a block of Reserve Days.

5.  Long and Medium Call Reserves may participate in Aggressive Reserve as described in Section 5.S.9.



**Collective Bargaining Agreement** 03/02/07

S. RESERVE - SHORT CALL

1. Short Call Reserves must be able to report within 2 hours of notification. In the event that less than 2 hours' of notification is given, the Pilot shall be expected to report as soon as possible.

2. The following Reserve Duty Periods (RDPs) shall be used to ensure Reserves are aware of and receive legal rest (all times are LDT). To accommodate marketing changes, the RDP times may be modified prior to the Monthly Bid Period no more than plus or minus 60 minutes from the times established in this agreement for the respective RDPs. These modifications must be published in the Monthly Bid Package.

   a. 'A' RDP shall be from 0500-1530. On the first day of any assignment, the Report Time shall not be prior to 0500 and the assigned Duty Period shall not extend beyond 1900. For example: A Pilot is on Reserve Monday through Friday and is assigned a 3-day Sequence starting on Monday. The Sequence report on Monday must be at or after 0500 and the duty on Monday must end by 1900. However, the duty times on Tuesday and Wednesday do not have to be within the RDP times for those days.

   b. 'B' RDP shall be from 0900-1930. On the first day of any assignment, the Report Time shall not be prior to 0900 and the assigned Duty Period shall not extend beyond 2300.

   c. 'C' RDP shall be from 1200-2230. On the first day of any assignment, the Report Time shall not be prior to 1200 and the assigned Duty Period shall not extend beyond 0200.

   d. 'D' RDP shall be from 1800-0100. On the first day of any assignment, the Report Time shall not be prior to 1800. For the first Duty Period of any assignment, and the last day of a block of RDPs, the assigned Duty Period shall not extend beyond 0800, except for CDOs which may not extend beyond 1000. For example: A Pilot is on Reserve Monday through Saturday morning and is assigned a 3-day Sequence starting on Thursday. The Sequence Release Time on Saturday must be no later than 0800.

   e. 'E' RDP shall be from 2000-0300. On the first day of any assignment, the Report Time shall not be prior to 2000. For the first Duty Period of any assignment, and the last day of a block of RDPs, the assigned Duty Period shall not extend beyond 1000, except for CDOs which may not extend beyond 1200.

*Short Call Reserves shall be available in RDPs.*



**Collective Bargaining Agreement**       03/02/07

*RDPs must be preceded by 10 hours rest.*

3. All RDPs must be preceded by a minimum of 10 hours of rest. For example, if an 'A' RDP is changed to a 'B' RDP and an assignment extends until 2200, the start of the scheduled 'A' RDP for the next day shall be modified to 0800. This may be reduced to minimum legal rest with Pilot consent.

*Reserves must call after 1600 prior to a week of Reserve and shall be available during RDPs.*

4. Short Call Reserve Pilots shall call Crew Scheduling between 1600 and 2 hours prior to the start of their first RDP in a block of RDPs for possible assignment.

5. Reserve Pilots shall be required to be available to be contacted only during their RDP. Should the Pilot not be immediately available for contact during this period, the Pilot shall return any calls from Scheduling received during this period within 10 minutes after the last telephone number attempted by Crew Scheduling or be subject to receiving an "Unable to Contact" (UTC).  Crew Scheduling shall not be required to contact more than 3 telephone numbers.

*Reserve Windows and changes to Windows/ RDPs defined.*

6. Reserve Windows shall be specified in lines in the Monthly Bid Package as AM ('A' and 'B' RDPs), MID ('C' RDP) or PM ('D' and 'E' RDPs). Lines shall consist of only one Window throughout the line. Crew Scheduling will determine RDPs within the AM and PM Windows no later than the 18th of the month prior to the award month.

7. Crew Scheduling may change RDP assignments with Positive Telephone Contact. However, except as allowed in Paragraph 8. below, a Pilot's RDP assignment shall only be changed to an RDP within the same Window as originally awarded. (For example: 'A' and 'B' RDP periods may be changed with each other, but an 'A' RDP shall not be changed to a 'C' RDP). In addition, a 'C' RDP may be changed to a 'B' RDP. Except as provided in Paragraph S.1. and 8., the start, completion or duration times of RDPs shall not be modified except to allow for legal or contractual rest.

8. Reserve Pilots may only be converted to an adjacent Window (except from a 'C" RDP to a 'B" RDP as allowed by Paragraph 7. above) under the following conditions:

   a. The Pilot must be given 2 Calendar Days' notice prior to the start of the new RDP (e.g. on Monday for an RDP starting Wednesday)

   b. The Pilot must remain in the new Window for the duration of that block of Reserve Days and then will return to his originally awarded Window for the next block of Reserve Days (unless otherwise modified in accordance with this Section).

   c. Moving to or from a PM Window is only allowed for 2 blocks per Monthly Bid Period. If the move is retracted within the same Duty Period as the original notification was given, it shall not count towards this allowance.



**Collective Bargaining Agreement**                    06/24/11

   d.   When moved to a PM Window, the RDP or the Duty Period of any assignment on the last day of a block of days must terminate no later than 0200 LDT on the following day or the Pilot shall receive Pay Credits at the Junior Assignment rate for the entirety of any flying past 0200 LDT on the following day. The Reserve Pilot shall be given the option to receive another Day Off of his choosing (except for Restricted Days), in lieu of the JA pay. If the Pilot has no more RDPs for the remainder of the Monthly Bid Period, he shall receive JA pay for the assignment.

9.   Aggressive Reserve shall occur as follows:

*All Reserves may bid Aggressive Reserve.*

   a.   Any open assignments shall be made available to be flown by Long, Medium, Short Call Reserve Pilots and be posted by 1030 LDT on the Electronic Bid System the day prior to the start of the assignment. Bids will close for these assignments daily at 1330 LDT. Sequences shall be awarded no later than 1530 LDT. All bid awards shall be first among Short Call Reserves in seniority order, then among Long and Medium Call Reserves in seniority order. The Pilot shall confirm the assignment by 2000 or upon release from any current assignment on the day of the award by the Electronic Bid System or Positive Telephone Contact with Scheduling. Once an assignment has been awarded it cannot be declined.

   b.   Reserve Pilots may bid for desired Sequence(s) through the Aggressive Reserve process. For Short Call Reserve Pilots; the show time of the Sequence must fall within the Pilot's scheduled Reserve Window except by mutual agreement between the Pilot and Crew Scheduling. For Long and Medium Call Reserve Pilots; if there is a Window where the net reserves on the DAG is negative, then an assignment outside that Window is at Crew Scheduling's discretion.

   c.   Pilots may bid for any No Fly status provided by Crew Scheduling. No Fly shall be made available at the discretion of Scheduling. Pilots awarded No Fly shall be released from their RDP assignment for that day without any pay reduction.

   d.   Pilots may bid for a specific RDP that is made available at the discretion of Crew Scheduling.

   e.   Except in the case of a Pilot returning from sick status, once a Sequence has been awarded to a Reserve Pilot through Aggressive Reserve, the Reserve Pilot will no longer required to be available for contact during the original RDP in which the Sequence starts. In addition, the award shall not be changed except as allowed by Section 5. P. or W. unless the Pilot is assigned a new Sequence during the RDP prior to the RDP in which the awarded Sequence starts. The Pilot may be Extended in accordance with this Paragraph Q.3.



**Collective Bargaining Agreement**                                          03/09/09

10. If the Pilot completes the assignment within his scheduled RDP, any new assignment must be in accordance with Paragraph Q. and S. and the total Duty Period must be less than 14 hours. If Crew Scheduling does not have a new assignment, the Pilot shall remain on duty for the remainder of the scheduled RDP (not to exceed 14 hours duty) under the normal Reserve provisions of this Section, including telephone availability and 2 hour notification. For the purposes of this paragraph, the Pilot's scheduled RDP is the last RDP that he was scheduled for (and notified of) in accordance with the provisions of this Section prior to being notified of this assignment. Example: A reserve Pilot is notified that his RDP on Friday has been changed from a 'B' RDP to an 'A' RDP. After this notification of the RDP change the Pilot is assigned and notified of a Sequence which is scheduled to end on Friday at 0700 which is within the 'A' RDP. The Pilot then reports for and completes the assignment as scheduled. In this case the Pilot has completed his assignment within his scheduled RDP.

11. If the Pilot completes the assignment outside of his scheduled RDP, the Pilot shall be released until the next scheduled RDP in accordance with Paragraph 3. above. For the purposes of this paragraph, the Pilot's scheduled RDP is the last RDP that he was scheduled for (and notified of) in accordance with the provisions of this Section prior to being notified of this assignment. Example: A reserve Pilot is notified that his RDP on Friday has been changed from a 'B' RDP to an 'A' RDP. After this notification of the RDP change the Pilot is assigned and notified of a Sequence which is scheduled to end on Friday at 1730 - after the end of the 'A' RDP. The Pilot then reports for and completes the assignment as scheduled. In this case the Pilot has completed his assignment outside of his scheduled RDP.

T. RESERVE DROP/TRADE/SWAP

1. Reserves may Drop any RDP or Reserve Day with Crew Scheduling concurrence. The Pilot's Pay Credits (including the Monthly Pay Guarantee) will be reduced by 4 hours for each RDP or Reserve Day Dropped.

2. Any RDP or Reserve Day shall be movable with Pilot and Crew Scheduling concurrence.

3. Reserve Line holders may Trade or Swap Reserve Days under the following provisions:

*Reserves may Swap RDPs if coverage is met.*

   a. Reserve Trade/Swap bidding will open at 0900 on the 30th of the month prior to the applicable Monthly Bid Period. Requests shall be submitted via the Electronic Bid System "Pilot Reserve Day Trades/Swaps" folder but will be awarded manually by Crew Scheduling in first-come, first-served order.



**Collective Bargaining Agreement**                12/01/10

b.   Trade/Swap requests must be submitted via the Electronic Bid System no later than 1700, 2 Calendar Days prior to the earliest date being Swapped, (e.g. by 1700 on June 5th for a request that involves Adding or removing a Reserve Day on June 7th.)

c.   The process will be completed daily at 1700 (and more frequently during the day if the operation permits) and results will be visible by 1800.

d.   Pilots may Trade/Swap RDPs based on the following constraints:

1)   For any Domicile with greater than an average of 90 daily Duty Periods, a minimum number of Overnightable Reserves in each Window (after accounting for known open Duty Periods) shall be defined by the Association and the Company on at least a quarterly basis and published in the Reserve Trade/Swap folder. Initially, the minimum numbers shall be 4 each in the AM and MID Windows, and 3 in the PM Window, but no less than 11 total Overnightable Reserves. This number may be modified by mutual agreement for projected Irregular Operations (e.g., forecasted blizzard in DEN 3 days from now).

2)   In any Domicile with an average of 51 to 90 daily Duty Periods there shall be a minimum of 3 Reserves in the AM and MID Windows and 2 in the PM Window (after accounting for known open Duty Periods and prior to the Swap request) on the day of the requested Swap. However, if there were no Reserves awarded to a Window there shall be no requirement for Reserves in that Window to allow a Swap. (For example: if all Windows are awarded and there are 8 total net reserves, a Swap would be allowed if the Window minimums are met. However, if no PM reserves were awarded the minimum sum to allow a Swap would be 6.) These numbers shall be reviewed by the Association and the Company on at least a quarterly basis and published in the Reserve Trade/Swap folder.

3)   In any Domicile with an average of 1 to 50 daily Duty Periods there shall be a minimum of 2 Reserves in each Window (after accounting for known open Duty Periods and prior to the Swap request) on the day of the requested Swap. However, if there were no Reserves awarded to a Window there shall be no requirement for Reserves in that Window to allow a Swap. These numbers shall be reviewed by the Association and the Company on at least a quarterly basis and published in the Reserve Trade/Swap folder.

4)   No Trades/Swaps will be approved that create a "stand-alone" Reserve Day.



**Collective Bargaining Agreement**                                    12/01/10

5) No Trades/Swaps will be approved that result in removal of Reserve Days over the first 4 days of a Monthly Bid Period.

*Line Pilots may define parameters for VJA for 125% pay.*

U. VOLUNTARY JUNIOR ASSIGNMENT (VJA)

1. The Company shall maintain a VJA list. Reserves shall be allowed on the VJA List. The VJA List shall be used for uncovered or Open Time after the Reserve assignment process, and before the Junior Assignment process.

2. The VJA List shall contain the following information for each Pilot:

   a. The name and employee number of the Pilot

   b. The contact number for the Pilot

   c. The date(s) the Pilot is available

   d. The type of Sequence(s) the Pilot will accept including:
      1) No Red-Eye
      2) No CDO
      3) No layover city
      4) Length of Sequence
      5) Earliest local Report Time
      6) Latest local release time
      7) Sequence Report time
      8) Sequence Release Time
      9) Minimum Pay Credit
      10) Maximum Block Time
      11) Sequence Domicile without DH
      12) Sequence Domicile with DH

3. Extra flying shall be offered on a seniority basis to Pilots legal and available for the assignment. If a Pilot is unable to be contacted, the Pilot shall be bypassed and Crew Scheduling shall proceed to the next Pilot in seniority order. The Pilot shall not have the option to pass the assignment.

V. JUNIOR ASSIGNMENT (JA)

1. A Pilot shall be considered Junior Assigned if he is assigned duty outside of his awarded schedule, except as allowed by Reassignment. For reserve Pilots, "outside of his awarded schedule" shall be defined as any assignment on the first reserve day following Days Off that is: 1) prior to 1200 LDT for Long Call Reserves, 2) prior to 0830 LDT for Medium Call Reserves, 3) prior to a scheduled RDP for Short Call Reserves. (For example: a Short Call Reserve scheduled for a C RDP is given an assignment with a leg that departs at 1000, and a second leg that departs at 1400. The entirety of the first leg shall be Pay Credited as a JA as it starts prior to the scheduled C RDP, and the second leg shall be Pay Credited at the normal rate as it starts during the scheduled C RDP.)

2. Junior Assignment shall be done in accordance with the following process:



**Collective Bargaining Agreement**                    12/01/10

a. A Pilot may only be JA'd by Positive Telephone Contact.

b. A Pilot may not be called for a JA while on vacation.

c. Paragraph A.4.c. shall not apply.

d. Pilots shall be called in reverse seniority order of Pilots in the Sequence Domicile who are legal for the JA and have not already been JA'd during that Monthly Bid Period.

*JA shall be reverse seniority order for 150% pay. Time of day contact limitations don't apply.*

e. If the JA cannot be filled in accordance with Paragraph d. above, then:

   1) Modify the Sequence with Deadhead legs to change the Sequence to another Domicile (e.g. a MKE sequence is converted to DEN sequence with the deadhead legs) and call Pilots in that other Domicile in reverse seniority order.

   2) Call Pilots who would require a schedule adjustment to be legal for the JA, in reverse seniority order. If a Schedule adjustment is required the Pilot shall be Pay Credited for the greater of the assignments at the JA rate.

f. If a Pilot is listed as VJA and operates an assignment as a result of JA process, he shall be Pay Credited 150% in accordance with JA pay.

3. No Pilot shall be JA'd more than once during a Monthly Bid Period unless they agree to the assignment.

4. Prior to canceling a flight(s), the Company may take the following steps as a "last resort:"

   a. Two Line holding Captains may fly together provided the senior Pilot (system seniority) has the option to fly as Captain and both are paid as Captain.

   b. Two Designated Captain Qualified First Officers may fly together. The senior Pilot (system seniority) shall have the option to fly as Captain or First Officer and be paid at the appropriate rate.

5. A Pilot who is JA'd may give away that Sequence provided the Pilot who is given the Sequence is legal and can report at the normal check-in time. It is the responsibility of the Pilot who was JA'd to notify the Company of the giveaway and assure its legality as soon as the transaction is complete. A Pilot who gives the JA away shall retain credit for the purpose of meeting Paragraph V.3. The Pilot who accepts the Sequence shall be paid in accordance with Section 4.

6. If a Pilot begins a multiple day Sequence on JA, the Pilot may be replaced, at Crew Scheduling's option, on the second day at the earliest point in their Domicile. If the Pilot desires to fly the entire Sequence at JA pay, the Pilot may do so with Crew Scheduling concurrence.

7. Crew Scheduling shall maintain a JA Log indicating:



    a. Which Pilot(s) were contacted or attempted to be contacted

    b. At what telephone number(s) they attempted contact

    c. The time

    d. The result

    e. The flight(s) to be covered

    f. The initials of the Crew Scheduler making the entry

W. DISPLACEMENTS

1. Crew Scheduling shall make every effort to contact a Pilot that is being displaced before the displaced Pilot leaves for the airport.

2. Training Displacement(s)

*A Pilot displaced for Training may be Reassigned. A Pilot displaced for Management shall be released.*

    a. If a Company IOE/Line Check Airman or a Pilot in training displaces a line holder from his scheduled Sequence(s), the line holder may be reassigned to other duty in accordance with Paragraph P. Any Reassignment to a training displaced Pilot may only be made after the Sequence has been removed from Open Time in accordance with Paragraph O.7.

    b. If a Pilot is not reassigned prior to his originally scheduled Report Time, he shall be released from duty at that time with no reduction in pay.

3. Management Displacement

    a. Management Pilots may displace a line holder from a Sequence with that Pilot's consent, or for a demonstrated operational need.

    b. The displaced Pilot shall be released from duty for that portion of the Sequence from which he is displaced with no reduction in pay.

    c. The displaced Pilot may Add Open Time over the displaced Sequence and shall be Pay Credited for both Sequences.

X. DECLARED IRREGULAR OPERATIONS

1. For the purpose of this provision, a Declared Irregular Operations (DIO) is defined as any short-term event, including a meteorological condition, that significantly disrupts or that is predicted to significantly disrupt at least 25% of the total daily system Flight Segments. Time permitting, the Company and the Association shall discuss a pending DIO and the actions necessary.



**Collective Bargaining Agreement**                    12/01/10

2. This provision is intended to provide the Company greater flexibility to operate during, and reestablish normal scheduled operations after, a DIO. In order to use this provision, the Vice President of Flight Operations, Director of Operations, or a position they report to under the Company organizational chart, must declare a DIO based on a known or predicted event. A DIO may be declared for an initial period up to 24 hours, renewable thereafter in up to 24 hour increments. Notice of the DIO shall be included on all releases and as a CrewTrac message to all Pilots. The Vice President of Flight Operations, or his designee, shall provide the Association notice prior to the declaration with a summary of what Paragraph(s) (or portions thereof) in Section 5 are expected to be suspended. Within 3 days after the completion of the DIO, the Vice President of Flight Operations shall provide the Association a written summary of what portions of the CBA were suspended and the reasons supporting the Company's decision.

   *The VP Flt Ops may suspend certain provision for Irregular Operations.*

3. During a DIO, the Association shall allow reasonable relief to the Company from Paragraphs J.4, J.5., J.6., O.3., O.4., Q., R., S., T., V.2., and V.3. (or portions thereof) as necessary to reestablish normal scheduled operations.

4. During a DIO the Captain or his designee will be the primary contact person for communications between Crew Scheduling and a cockpit crew who has reported for or is currently operating a Sequence.

# THIS PAGE

# INTENTIONALLY

# LEFT BLANK

**FAPA**

**Collective Bargaining Agreement**                     10/15/10

## SECTION 6

### STAFFING ADJUSTMENTS

A. GENERAL

   1.  Staffing Adjustments (SA) shall be filled according to Pilots' Master Bids and the Seniority List in the following order:

      a.  through the vacancy procedure (Paragraph D below), then

      b.  through secondary vacancies, then

      c.  with furlough recalls as needed, then

      d.  with New Hire Pilots as needed, then

      e.  through the voluntary displacement procedure (Paragraph E below) if necessary, then

      f.  through the involuntary displacement procedure (Paragraph E below) if necessary.

*All SAs by Master Bid, first voluntary then involuntary*

   2.  All vacancies and displacements shall be posted at all Domicile lounges, the Company intranet and mailed or hand delivered to the Association offices not less than 10 days prior to closing and shall be awarded in accordance with the Master Bid. SA postings shall include (at a minimum):

      a.  The posting date

      b.  The number and type of Positions available

      c.  The closing date

      d.  The projected training start date

      e.  The projected Effective Date.

   3.  Secondary vacancies (i.e. backfills) shall be filled from the preferences on the Pilot's Master Bid in seniority order, but shall not be required to be posted.

   4.  Changes in Position

      a.  Captains

         1)  A Captain may bid for and will be awarded a vacancy in the same Seat in a different Domicile in accordance with his seniority and his Master Bid.

         2)  If the Company determines that it needs to hire First Officers, those SAs shall not be available for bid to Captains, other than Pilots covered by Section 3.F and 9.L.

         3)  A Captain who is displaced shall be assigned any Position or Domicile, in accordance with his seniority and his Master Bid

      b.  First Officers

         1)  A First Officer may bid for and will be awarded a vacancy in accordance with his seniority and his Master Bid.

*Captains cannot bid for New Hire*



**Collective Bargaining Agreement**                    10/15/10

2) A First Officer who is displaced shall be assigned any Position or Domicile, in accordance with his seniority and his Master Bid.

5. The results of each SA shall be posted at all Domicile lounges, the Company intranet and mailed or hand delivered to the Association offices no later than 24 hours after the bid close.

6. A Pilot shall have 72 hours from the close of the bid to protest the bid results.

*SA award and cancellation requirements*

7. If an SA is canceled, the Pilot awarded such SA shall remain in his current Position. If an SA is canceled and a Pilot was scheduled to return from VLOA based on the canceled SA, the Pilot shall have the option to return from VLOA on the date required for the originally posted SA.

8. For a First Officer to be awarded a Captain vacancy, the First Officer must meet the upgrade requirements specified in Section 13 and Section 20.E.

9. SAs to a different Domicile shall be awarded no less than 30 days (or less by mutual agreement between the Company and the Association) prior to the start of the Monthly Bid Period that includes the Pilot's first assignment in the different Domicile.

10. A New Hire Pilot shall be trained as and assigned to First Officer.

B. EFFECTIVE DATE

1. When a Pilot's pay rate changes as the result of an SA, the Pilot's pay rate shall change on the Effective Date.

2. For Pilots moving from First Officer to Captain, the Effective Date shall be the date of the final Line Check, but no later than 70 days from the start of training.

3. For Pilots moving from Captain to First Officer, the Effective Date shall be 7 days after the start of training. However, if a Pilot moves from Captain to First Officer as a result of a displacement, that Pilot shall continue to receive Captain pay until the Effective Date, or for a minimum of 15 days from the date of the posting of the associated displacement (not including the posting date), whichever is later.

C. MASTER BID

1. The Company shall be responsible for maintaining an electronic Master Bid system.

2. The Association shall have access to the Master Bid system by request.

3. Every Pilot shall maintain a Master Bid and shall be bound to such bid. The Master Bid shall include (at a minimum):

   a. Seat(s)

   b. Domicile(s)



**Collective Bargaining Agreement**                    10/15/10

    c.   Lowest placement (i.e. percentage or numbered rank) willing to accept within each Position (if any)

    d.   Date/time of each change

    e.   Record of the Pilot submitting each change and confirmation of bid to Pilot

4.   The Master Bid system shall have functionality to allow Pilots to view a "snapshot" bid award showing what Position they would hold if a bid was awarded at that moment based on existing bids at that time.

5.   If a Pilot does not have a Master Bid, that Pilot shall be bypassed for any vacancy.

6.   Pilots may also submit additional Master Bids for voluntary and involuntary displacements.

D. VACANCIES

1.   If a vacancy is not posted at least 10 days prior to closing, any resultant award may be declined within the 72 hour protest period described in A.6. above.

2.   In addition to the provisions of Section 5.I., a Pilot awarded a vacancy to a different Domicile shall be allowed to Drop an assignment to allow a minimum of 24 hours rest between assignments in different Domiciles. This Drop shall not be subject to the limitations of Section 5.

3.   When filling a vacancy and any subsequent SSAs, the Company will award a senior Pilot's bid (including furloughs who have accepted recall) and then continue to the next junior Pilot. If the senior Pilot is not awarded his first choice on the initial award and subsequent secondary vacancies become available which had been marked as a higher bid on such Pilot's Master Bid, he will be awarded the subsequent vacancy. This process will continue until all vacancies (including any secondary vacancies) have been awarded.

4.   A Pilot on a Leave of Absence with a return date after the published start date for training shall not be awarded that vacancy unless the Pilot, prior to the bid close, modifies the Leave of Absence in accordance with Section 9 to accommodate the training date. A Pilot on a VLOA under Section 9.L who bids on a vacancy in accordance with Section 9.L will be required to return from VLOA on the date directed by the Company in order to commence training for the associated vacancy.

E. DISPLACEMENTS

1.   All displacements shall be assigned in seniority order in accordance with voluntary displacement Master Bids, then assigned in reverse seniority order according to the Seniority List and involuntary displacement Master Bids.



**Collective Bargaining Agreement**      05/03/11

2. A Pilot subject to a displacement shall be awarded any Position that he can hold in accordance with his Master Bid. This process shall repeat until all SAs have been completed.

*Displace Pilots may bump and have limited first right of refusal for new vacancies.*

3. A Pilot subject to a displacement to First Officer, by mutual agreement between the Pilot and the Company, may complete a Captain PC/PT to reset his Simulator Base Month in order to be available for a full six months after the displacement to First Officer in order to be qualified as a Captain Qualified First Officer. This option, if offered, shall be offered to Pilots in seniority order.

4. A Pilot subject to a displacement shall have the right of first refusal to return to his Position for a vacancy posted within 6 months of the displacement Effective Date. During this 6 month period, the Pilot subject to the displacement shall be awarded a vacancy to the Position displacement ahead of Pilots senior to him if that Position is higher on his Master Bid than his current Position. (e.g. If Displaced out of MKE CA, the Pilot only has right of first refusal to return to that Position - MKE CA - within 6 months.)

5. If a Pilot subject to a displacement does not have any Positions listed on his Master Bid that he can hold, he shall be subject to a displacement in the following order:

   a. Same Seat in a different Domicile

   b. Same Domicile in a lower paying Seat

   c. Different Domicile in a lower paying Seat

F. DOMICILE TRADE

1. A Domicile trade shall be held each July to allow Pilots to bid in/out of Domiciles.

   a. In order to be awarded a trade, there must be a Pilot in the same Seat willing to trade out of the Domicile. Pilots shall not be bumped or displaced out of a Domicile.

   b. Bids shall be submitted to Crew Planning via email to crewplanning@flyfrontier.com between July 1st at 0900 LDT and July 20th at 0900 LDT.

*Pilots may bid to Trade Domiciles.*

   c. Bids shall be awarded in seniority order on July 20th between 0900-1200 LDT. Submitted bids and awards shall be posted in Domicile lounges and submitted via email (email@f9fapa.org) to FAPA no later than July 21st at 1200 LDT.

   d. Any protest of an incorrect award (e.g. award out of seniority order) must be submitted to Crew Planning prior to July 23rd at 1700 LDT.

2. The Domicile trade shall be effective on the first day of the September Monthly Bid Period



**Collective Bargaining Agreement**                    05/03/11

    3.   Unless the two Pilots will trade the exact same vacation period (e.g. both Pilots hold week 33), the Pilots shall forfeit their vacation and re-bid in accordance with Section 8.H.

G. DOMICILE CLOSURE

    1.   The Company shall post any Domicile closures in all Domicile lounges and notify the Association in writing at least 60 Calendar Days prior to the closing date of the Domicile. Any subsequent SAs shall be processed in accordance with this Section and furloughs shall be processed in accordance with Section 19.

    2.   Pilots from the closed Domicile shall retain their vacation periods and be afforded a move at the Company's expense in accordance with Section 7.

THIS PAGE

INTENTIONALLY

LEFT BLANK



**Collective Bargaining Agreement** 03/02/07

## SECTION 7

### MOVING EXPENSES

In the event the Company opens another Pilot Domicile, the Company and the Association shall meet to discuss moving expenses and other issues in accordance with Section 1.K. 2.

THIS PAGE

INTENTIONALLY

LEFT BLANK



**Collective Bargaining Agreement**                                    03/02/07

# SECTION 8

## VACATIONS

A. GENERAL

    1.   Pilots shall receive vacations with pay. Pilot vacation award shall be granted in seniority for the Position a Pilot holds, at the time of the vacation bid round award. Pilots shall bid vacation based on their projected year end accrual.

    2.   A Pilot's daily rate for pay in lieu of vacation shall be 4.167 hours per day of vacation.

    3.   Unused vacation periods due to Pilot retirement, terminations, etc. may be promptly placed back into the Open Vacation Periods and be available for bid.

*Unused Vacation paid at 4.167hrs/ day.*

B. ACCRUAL

Vacation days shall be accrued in the current calendar year to be taken in the following calendar year according to the following rates (based on years of service as a Pilot):

    1.   A Pilot who, as of December 31 of any year, has less than 1 calendar year of Active Service with the Company shall be entitled to a vacation on the basis of .577 Calendar Days per pay period.

    2.   As of December 31 of any year, a Pilot who has completed 1 year or more of Active Service but less than 5 years of Active Service shall receive 15 Calendar Days.

    3.   As of December 31 of any year, a Pilot who has completed 5 years or more of Active Service but less than 10 years of Active Service shall receive 21 Calendar Days.

    4.   As of December 31 of any year, a Pilot who has completed 10 years or more of Active Service shall receive 28 Calendar Days.

C. VACATION BIDDING

    1.   Bidding for annual vacation shall be accomplished in 4 rounds. If a Pilot wishes to bid for consecutive periods in one choice, he shall indicate his preference for the first period and the total number of days desired in accordance with Paragraph 2. below. A Pilot who does not bid a sufficient number of choices in any round to receive an award shall have any remaining vacation carried into the next round.

    2.   Vacation periods of 10 days or less shall be taken as one period. Any vacation period of 11 days or more may be split. Split vacation periods shall be split in multiples of 7 days and any remaining days shall be bid as one additional split period.

*Vacation periods 7 days bid in 4 rounds.*



**Collective Bargaining Agreement**                                    03/02/07

3. Following the fourth round awards, a Pilot who has unawarded vacation shall have that vacation assigned by the Company.

4. Vacation Bidding Rounds shall occur as follows:

   a. No later than September 1, the Company shall post the First Round Vacation Bid Package, by Position, covering the following calendar year. Bidding shall commence at 0900 LDT on September 1 and close at 0900 LDT on September 12 and be posted by 1700 LDT on September 12. Protest via phone to Frontier Crew Planning must be received no later than 1700 LDT on September 15. First Round bid awards will be finalized no later than September 16 at 1700 LDT.

   b. No later than September 16, the Company shall post the Second Round Vacation Bid Package, by Position, covering the remaining vacation periods for the following calendar year. Bidding shall commence at 1700 LDT on September 16 and close at 0900 LDT on September 27 and be posted by 1700 LDT on September 27. Protest via phone to Frontier Crew Planning must be received no later than 1700 LDT on September 30. Second Round bid awards will be finalized no later than October 1 at 1700 LDT.

   c. No later than October 1, the Company shall post the Third Round Vacation Bid Package, by Position, covering the remaining vacation periods for the following calendar year. Bidding shall commence at 1700 LDT on October 1 and close at 0900 LDT on October 12 and be posted by 1700 LDT on October 12. Protest via phone to Frontier Crew Planning must be received no later than 1700 LDT on October 15. Third Round bid awards will be finalized no later than October 16 at 1700 LDT.

   d. No later than October 16, the Company shall post the Fourth Round Vacation Bid Package, by Position, covering the remaining vacation periods for the following calendar year. Bidding shall commence at 1700 LDT on October 16 and close at 0900 LDT on October 27 and be posted by 1700 LDT on October 27. Protest via phone to Frontier Crew Planning must be received no later than 1700 LDT on October 30. Fourth Round bid awards will be finalized no later than November 1 at 1700 LDT.

D. OPEN TIME

Pilots who are on a scheduled vacation period may pick up Open Time in accordance with Section 5. Such flying during a scheduled vacation period shall be Pay Credited at the Pilot's appropriate Hourly Rate. All days worked during the vacation period(s) shall count as vacation.



**Collective Bargaining Agreement**                                  05/28/09

E. VACATION TRADES /SWAPS

Pilots may Trade/Swap vacation periods with the following constraints:

1. Trades/Swaps must be Position specific.
2. Vacation periods must be within the same calendar year.
3. The Company must receive the Trade/Swap prior to the beginning of the Monthly Bid Period immediately preceding the month the vacation Trade/Swap would be effective (e.g., before March 1, for an April vacation Trade/Swap).

*Vacation Trades must be submitted the month prior.*

F. VACATION OVERLAP/ SLIDE OR TRIP INTERFERENCE

1. A Pilot may slide his vacation period plus or minus 3 Calendar Days provided the slide does not create an additional Sequence split. (Examples: if a vacation, as awarded, splits a Sequence, the Pilot may slide the vacation and change where the split occurs, or slide the vacation to split a different Sequence. In either case, the slide may not create a greater number of splits than would have been required if the Pilot had not slid the vacation. In addition, if the vacation only covers part of a Sequence but the Sequence must be dropped in its entirety (i.e. one leg back to Domicile from an outstation) that shall not be considered a split. A Pilot shall not be permitted to slide a vacation period between Monthly Bid Periods.
2. A Pilot who intends to slide his vacation period must notify Crew Scheduling (via Positive Telephone Contact or the Electronic Bid System) in accordance with the Timetable in Section 5.H. (the close of the vacation slide/adjustment period).
3. Should a Sequence overlap, or interfere, with a Pilot's scheduled vacation period, the Pilot may choose to:

   *Flying touched by Vacation dropped through Domicile.*

   a. Fly the Sequence(s) as scheduled, with Crew Scheduling:
      1) removing the Pilot on the day prior to the start of his vacation on the last outbound leg of the Sequence as it passes though his Domicile, and
      2) assigning the Pilot to rejoin his Sequence on the day after his vacation ends, on the first outbound leg of the Sequence as it originates or passes through his Domicile.
   b. Drop the portion(s) of the Sequence(s) that does not interfere with the Pilot's vacation and be charged for that portion at his appropriate Hourly Rate.
4. The Pilot has the responsibility to notify Crew Scheduling prior to the close of the vacation slide/adjustment period of his intentions concerning any or all Sequence(s) overlap or interference with his scheduled vacation. It is recommended that the Pilot notify Crew Scheduling in writing of these intentions.



**Collective Bargaining Agreement**                            12/01/10

### G. CANCELLED VACATIONS

1. A Pilot's vacation shall only be cancelled when the needs of service necessitate the cancellation. When a Pilot's vacation is cancelled the Company shall first solicit volunteers for such Cancellation. If there are insufficient volunteers for such Cancellation, the Company may make such Cancellations mandatory.

   a. Voluntary Cancellations shall be awarded in seniority order.

   b. Involuntary Cancellations shall be awarded in reverse order of seniority.

2. In the event the Company cancels a Pilot's vacation, the Pilot may elect to be rescheduled to an Open Vacation Period during that calendar year. If the Pilot elects not to be rescheduled during that calendar year, then, at the Company's option, the Pilot may defer the vacation to be bid in the next calendar year or be paid in lieu of vacation.

3. In the event the Company cancels a Pilot's vacation and the Pilot suffers a loss of a non-refundable cost which the Pilot has made for his scheduled vacation, the Company shall reimburse the Pilot for such loss. Receipts for such loss must be presented to the Company for reimbursement.

### H. CHANGE OF POSITION

1. The Pilot shall bid in his Position as of the closing date of the bidding round. A Pilot who changes Position may bid in his new Position during any remaining vacation rounds. If no rounds remain, he will be subject to Paragraph 2. below.

2. A Pilot who changes Position must drop his scheduled vacation for the vacated Position and re-bid in seniority with Pilots in the same VSA or ISA award and associated SSA from Open Vacation Periods in his new Position. In the event there are no Open Vacation Periods available for bid in the new Position, they shall be assigned a vacation by the Company or paid in lieu of an awarded vacation at the Company's option.

   *Pilots must re-bid vacation when status changes.*

3. In the event a Pilot is displaced by the Company and his scheduled vacation period cannot be retained, the Pilot may:

   a. Be paid in lieu of such vacation, or

   b. Be rescheduled

4. A Pilot who retires or is terminated shall be paid for his Earned and Accrued Vacation in accordance with Paragraphs A.2. and B. above.

5. A Pilot, who is in his last year of service due to mandatory retirement, shall be able to forgo his vacation for that year and elect to receive appropriate pay for any unused Accrued Vacation. In order to do so, the Pilot must notify the Company 30 days prior to the first vacation bid round.



**Collective Bargaining Agreement**

I. VACATION BID PERIODS

The following periods shall be used for bidding vacation periods. Unless otherwise mutually agreed to by the Association and the Company, vacation periods shall be distributed so that no period has more than 40% below and no more than 35% above than the annualized weekly average, and at least 1 of each of these periods shall be available for each Position. In addition, the distribution of available periods shall be similar between all Domiciles.

| | | | |
|---|---|---|---|
| 1. JAN 2-8 | 2. JAN 9-15 | 3. JAN 16-22 | 4. JAN 23-29 |
| 5. FEB 1-7 | 6. FEB 8-14 | 7. FEB 15-21 | 8. FEB 22-28 |
| 9. MAR 3-9 | 10. MAR 10-16 | 11. MAR 17-23 | 12. MAR 24-30 |
| 13. APR 2-8 | 14. APR 9-15 | 15. APR 16-22 | 16. APR 23-29 |
| 17. MAY 2-8 | 18. MAY 9-15 | 19. MAY 16-22 | 20. MAY 23-29 |
| 21. JUN 2-8 | 22. JUN 9-15 | 23. JUN 16-22 | 24. JUN 23-29 |
| 25. JUL 2-8 | 26. JUL 9-15 | 27. JUL 16-22 | 28. JUL 23-29 |
| 29. AUG 2-8 | 30. AUG 9-15 | 31. AUG 16-22 | 32. AUG 23-29 |
| 33. SEP 2-8 | 34. SEP 9-15 | 35. SEP 16-22 | 36. SEP 23-29 |
| 37. OCT 2-8 | 38. OCT 9-15 | 39. OCT 16-22 | 40. OCT 23-29 |
| 41. NOV 2-8 | 42. NOV 9-15 | 43. NOV 16-22 | 44. NOV 23-29 |
| 45. DEC 2-8 | 46. DEC 9-15 | 47. DEC 16-22 | 48. DEC 23-29 |

THIS PAGE

INTENTIONALLY

LEFT BLANK



**Collective Bargaining Agreement**                                            10/15/10

# SECTION 9

## LEAVES OF ABSENCE

A. GENERAL

    1.    A Pilot shall provide notice to the Chief Pilot's office of his projected start (whenever possible) and return date from a Leave of Absence as far in advance as possible.

    2.    A Pilot on a Leave of Absence with a return date after the published VSA start date for training shall not be awarded that VSA unless the Pilot, prior to the VSA bid close, modifies the Leave of Absence in accordance with this Section to accommodate the training date.

*Pilot must not be on leave at training start*

    3.    A Pilot on a Leave of Absence shall not be allowed to convert his Leave of Absence to another type of leave without the permission of the Chief Pilot's office unless otherwise allowed under the provisions of this Section or federal law.

    4.    A Pilot on a Leave of Absence may not perform duties for the Company except by mutual agreement between the Pilot and the Company.

    5.    A Pilot with a vacation period during a Leave of Absence shall have the option to be paid for the entire vacation or re-bid the entire vacation from Open Vacation Periods. This applies to all Leaves of Absence, including those that do not otherwise allow pay from vacation.

    6.    Unless otherwise specified in the Agreement, a Pilot returning from a Leave of Absence shall return to the Position he held prior to the Leave of Absence. However, if he would have otherwise been subject to an ISA had he not been on a Leave of Absence that ISA shall be effective immediately upon return.

B. ASSOCIATION LEAVE OF ABSENCE

    1.    Upon written request by the Association President to the Vice President of Flight Operations and Company approval, FAPA Representatives on Association business shall be granted an unpaid Association Leave of Absence. If an Association Leave of Absence is granted, the Company and the Association shall agree in writing to the terms of the leave to include, but not limited to, a scheduled return date, pay during and before requalification if necessary, early return and/or recall from leave, etc. A Pilot on an Association Leave of Absence shall be allowed to modify the leave to take advantage of the provisions of Paragraph A.2. above (eligibility for a VSA).

*Association Leave offered at Company discretion and unpaid*

    2.    Longevity: shall accrue for the duration of the leave.

    3.    Sick Leave accrual: for the first 2 years of the leave.

    4.    Sick Leave retention: for the duration of the leave.



**Collective Bargaining Agreement**                                    03/02/07

    5.  Vacation accrual: only for the first 30 days of the leave.

    6.  Vacation retention: for the duration of the leave.

    7.  Group health insurance: if the Pilot wants to continue Group health insurance coverage, the Pilot or FAPA shall pay the employee and employer contribution to the health insurance plan.

    8.  Pass Benefits: no change.

    9.  The Pilot does not have the option to be paid from accrued sick leave.

    10.  The Pilot does not have the option to be paid from Accrued Vacation or Earned Vacation.

## C. BEREAVEMENT LEAVE OF ABSENCE

*Bereavement Leave up to 4 days paid. Up to 7 days at Company discretion and may be paid from vacation.*

    1.  The Company shall grant 4 consecutive Calendar Days Bereavement Leave of Absence with pay for the purpose of attending the funeral of a member of the immediate family. Members of the immediate family include the Pilot's:

        a.  Mother and Father

        b.  Stepparents

        c.  Stepchildren (including stepchildren of a domestic partner)

        d.  Stepbrother/sister

        e.  Spouse

        f.  Children

        g.  Siblings

        h.  Mother/father-in-law

        i.  Daughter/son-in-law

        j.  Sister/brother-in-law

        k.  Grandparents

        l.  Grandchildren

        m.  Domestic partners

    2.  At the sole discretion of the Chief Pilot, Bereavement Leave may be extended past 4 consecutive Calendar Days to a maximum of 7 consecutive Calendar Days and/or may be granted in extraordinary circumstances for persons other than the Pilot's immediate family.

    3.  Longevity: shall accrue for the duration of the leave.

    4.  Sick Leave accrual: shall accrue for the duration of the leave.

    5.  Sick Leave retention: for the duration of the leave.

    6.  Vacation accrual: shall accrue for the duration of the leave.

    7.  Vacation retention: for the duration of the leave.

    8.  Group health insurance: the Pilot shall pay the employee contribution and the Company shall pay the employer contribution to the health insurance plan for the duration of the leave.

    9.  Pass Benefits: no change



**Collective Bargaining Agreement**                    12/01/10

10. The Pilot does not have the option to be paid from accrued sick leave.

11. If the leave is extended beyond the 4 consecutive Calendar Days such additional days shall be unpaid unless the Pilot opts to be paid from Accrued or Earned Vacation.

D. COMPANY OFFERED LEAVE OF ABSENCE (COLA)

1. Unpaid leaves of absence may be offered to Pilots, by Position, at the discretion of the Company and shall generally be offered in increments of single Monthly Bid Periods. Pilots shall submit their request for a COLA in writing to Crew Planning prior to the deadline that shall be specified in the COLA bid. These unpaid leaves will be granted in seniority order and shall be posted online no later than the close of the next business day.

*COLA offered in seniority order at Company discretion and unpaid.*

2. A Pilot that is in his Late Grace Month for any training shall be required to attend his recurrent training during the leave and shall be paid for such training in accordance with Section 4.

3. Longevity: shall accrue for the duration of the leave.

4. Sick Leave accrual: for the duration of the leave.

5. Sick Leave retention: for the duration of the leave.

6. Vacation accrual: for the duration of the leave.

7. Vacation retention: for the duration of the leave.

8. Group health insurance: the Pilot shall pay the employee contribution and the Company shall pay the employer contribution to the health insurance plan for the duration of the leave.

9. Pass Benefits: no change.

10. The Pilot does not have the option to be paid from accrued sick leave.

11. The Pilot does not have the option to be paid from Accrued or Earned Vacation.

E. EMERGENCY LEAVE OF ABSENCE

1. The Company shall grant an Emergency Leave of Absence in cases of serious emergencies. Examples include but are not limited to fires, floods, etc. affecting a Pilot's household, a serious accident or incident involving a Pilot's family member, or an FAA suspension. The Company shall retain the authority to limit the number of such leaves granted during a given time period so as to avoid interruption to its operations. The Company shall retain the authority to approve or deny Emergency Leave of Absence for FAA suspensions.

*Emergency Leave up to 7 days (or longer at Company discretion). May be paid from Vacation*

2. Emergency Leaves of Absence shall be granted for periods of up to 7 consecutive Calendar Days. The Company, at its discretion, may grant longer periods of leave where appropriate.

3. Longevity: shall accrue for the duration of the leave.



**Collective Bargaining Agreement**                              03/09/09

    4.  Sick Leave accrual: only for the first 30 days of the leave.

    5.  Sick Leave retention: for the duration of the leave.

    6.  Vacation accrual: only for the first 30 days of the leave.

    7.  Vacation retention: for the duration of the leave, except for any vacation used to pay for the leave.

    8.  Group health insurance: the Pilot shall pay the employee contribution and the Company shall pay the employer contribution to the health insurance plan for the duration of the leave.

    9.  Pass Benefits: no change, except as required by any FAA suspension.

    10. The Pilot does not have the option to be paid from accrued sick leave.

    11. This leave shall be unpaid unless the Pilot opts to be paid from Accrued or Earned Vacation.

*FMLA may be paid from sick and/or vacation.*

F.  FAMILY AND MEDICAL LEAVE OF ABSENCE (FMLA)

    1.  A Pilot may request and the Company shall grant a family leave of absence in accordance with the Family and Medical Leave Act of 1993 (FMLA).

    2.  Longevity: shall accrue for the duration of the leave.

    3.  Sick Leave accrual: only for the portion of the leave that is paid by the Company.

    4.  Sick Leave retention: for the duration of the leave.

    5.  Vacation accrual: only for the portion of the leave that is paid by the Company.

    6.  Vacation retention: for the duration of the leave.

    7.  Group health insurance: the Pilot shall pay the employee contribution and the Company shall pay the employer contribution to the health insurance plan for the duration of the leave.

    8.  Pass Benefits: no change.

    9.  The Pilot has the option to be paid from accrued sick leave.

    10. The Pilot has the option to be paid from Accrued or Earned Vacation.

    11. Return to work:

        a.  For monthly bid purposes, a Pilot shall be eligible to bid in accordance with Section 5.E. In order to determine eligibility to bid after a Family Medical Leave for the purpose of the Pilot's own illness or injury, the Company may require a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's probable return to work date.

        b.  Prior to returning to work from FMLA required for a Pilot's own illness or injury, the Company may require a Pilot to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's fitness to return to work.



**Collective Bargaining Agreement**                                12/31/09

G. JURY DUTY/WITNESS LEAVE OF ABSENCE

1. Pilots shall be paid in accordance with Section 4 for any assignments dropped when required to sit on jury duty or when required to serve as a witness in specific cases listed below. The Pilot will remit to the Company any compensation he receives for the jury duty.

2. Witness duty shall be pay protected when appearance is at the request of the Company or when such appearance, in response to a subpoena, is directly related to Company business or as a witness in litigation brought by federal, state, or local government, provided such litigation is not brought by, or on behalf of, the Pilot.

3. The Pilot shall be removed from the least amount of flying possible in order for the Pilot to actually serve on a jury or as a witness in accordance with this Section. If a Pilot is given a notice regarding multiple-day jury or witness duty, the Pilot shall notify Crew Scheduling if he is released from jury/witness duty earlier than expected and shall return to work in accordance with Section 15.E.3., however, the Pilot shall be Pay Credited for the greater of the Pay Credits dropped, or the Pay Credits earned in accordance with Section 15.E.3.

*Jury Leave pay protected and removed from least amount of flying possible.*

4. Longevity: shall accrue for the duration of the leave.
5. Sick Leave accrual: for the duration of the leave.
6. Sick Leave retention: for the duration of the leave.
7. Vacation accrual: for the duration of the leave.
8. Vacation retention: for the duration of the leave.
9. Group health insurance: the Pilot shall pay the employee contribution and the Company shall pay the employer contribution to the health insurance plan for the duration of the leave.
10. Pass Benefits: no change.
11. The Pilot does not have the option to be paid from accrued sick leave.
12. The Pilot does not have the option to be paid from Accrued or Earned Vacation.

H. MATERNITY LEAVE OF ABSENCE

1. A Pilot who becomes pregnant shall, within 14 days of learning of her condition, notify the Chief Pilot's office and present a medical certificate confirming the pregnancy and the expected date of delivery.

*Maternity Leave must be taken in concurrence with FMLA. May be paid from sick and/or vacation.*

2. The Pilot may continue to work through the 32nd week of pregnancy provided that she furnishes the Company with medical authorization every 30 days.

3. After the 32nd week of pregnancy, or whenever such Pilot's doctor will not provide the required medical authorization, whichever occurs first, the Pilot will request Maternity Leave.



**Collective Bargaining Agreement**                                    03/02/07

4. Maternity Leave shall be granted until the pregnancy ends, and thereafter for a period not to exceed 120 days after the duration of the pregnancy. This may be extended by the Company for extraordinary circumstances.
5. Maternity Leave shall be used in concurrence with FMLA.
6. Longevity: shall accrue for the duration of the leave.
7. Sick Leave accrual: only for the portion of the leave that is paid by the Company.
8. Sick Leave retention: for the duration of the leave.
9. Vacation accrual: only for the portion of the leave that is paid by the Company.
10. Vacation retention: for the duration of the leave.
11. Group health insurance: for the portion of the leave that is paid, if any, the Pilot shall pay the employee contribution and the Company shall pay the employer contribution to the health insurance plan. Thereafter the Pilot may continue coverage by paying both the employee and employer contribution.
12. Pass Benefits: no change.
13. The Pilot has the option to be paid from accrued sick leave.
14. The Pilot has the option to be paid from Accrued or Earned Vacation.
15. Return to work:
    a. When a Pilot is no longer pregnant, she shall notify the Chief Pilot's office, in writing, within 14 days. This written notification shall include her expected date of return to work. If a Pilot is unable to return to Active Service within 120 days after the pregnancy ends because of a certified medical incapacitation, she shall be entitled to receive a Medical Leave of Absence under the provisions of this Section.
    b. For monthly bid purposes, a Pilot shall be eligible to bid in accordance with Section 5.E.3.
    c. When a Pilot returns from a Maternity Leave and requires training, the Pilot shall be paid in accordance with the following:
        1) Starting with the day the Pilot begins training, she shall be paid in accordance with Section 4.M.
        2) If the Pilot does not begin training within 45 days of her return from leave, beginning on the 46th day the Pilot shall be paid an amount equal to 75 Pay Credits at the Pilot's rate. This amount shall be prorated per day based on a 30 day month.

I. MEDICAL LEAVE OF ABSENCE

1. A Pilot who is unable to fly due to illness or injury and does not qualify for FMLA (or has exhausted FMLA), shall be granted a Medical Leave of Absence by the Company.



**Collective Bargaining Agreement**                                    07/13/07

2. The Company may require a Pilot who requests a Medical Leave of Absence to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's need for Medical Leave.

3. A Medical Leave of Absence shall not exceed a total continuous period of 10 years. Upon the expiration of the 10 years the Pilot shall be removed from the Seniority list. If a Pilot reaches the FAA mandated retirement age while on a Medical Leave of Absence, the Pilot shall be responsible for providing, within 10 years of the start of his Medical Leave of Absence, a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's fitness to return to work in order to preserve the Pilot's rights under Section 3.

*Medical Leave up to 10 years only if not eligible for FMLA. May be paid from sick and/or vacation until eligible for LTD.*

4. Longevity: shall accrue for the duration of the leave.

5. Sick Leave accrual: only for the portion of the leave that is paid by the Company.

6. Sick Leave retention: for the duration of the leave.

7. Vacation accrual: only for the portion of the leave that is paid by the Company.

8. Vacation retention: for the duration of the leave.

9. Group health insurance: for the portion of the leave that is paid, if any, the Pilot shall pay the employee contribution and the Company shall pay the employer contribution to the health insurance plan. Thereafter the Pilot may continue coverage by paying both the employee and employer contribution.

10. Pass Benefits: no change.

11. The Pilot must use any accrued sick leave to bridge the waiting period until the start of his Long Term Disability benefit.

12. The Pilot has the option to be paid from Accrued or Earned Vacation.

13. Prior to returning to work from a Medical Leave of Absence, the Company may require a Pilot to first present a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's fitness to return to work.

14. A Pilot on a Medical Leave of Absence may, at the Company's option, be employed by the Company in a capacity other than as a Pilot. In his capacity other than as a Pilot, he shall not be covered by the terms of this Agreement and shall be subject to the terms of employment for that other Position.

15. Return to work:

    a. For monthly bid purposes, a Pilot shall be eligible to bid in accordance with Section 5.E.3. In order to determine eligibility to bid after a Medical Leave of Absence, the Company may require a reasonably sufficient report from the Pilot's health care provider certifying the Pilot's probable return to work date.



**Collective Bargaining Agreement**                          03/02/07

   b.  When a Pilot returns from a Medical Leave and requires training, the Pilot shall be paid in accordance with the following:

      1)  Starting with the day the Pilot begins training, he shall be paid in accordance with Section 4.M.

      2)  If the Pilot does not begin training within 45 days of his return from leave, beginning on the 46th day the Pilot shall be paid an amount equal to 75 Pay Credits at the Pilot's rate. This amount shall be prorated per day based on a 30 day month.

J.  MILITARY LEAVE OF ABSENCE

  1.  The Company shall provide leaves for military service in accordance with applicable law.

*Military Leave in accoardance with law. May be paid from vacation.*

  2.  A Pilot shall be granted Military Leave without pay. The Pilot shall notify the Company of the date(s) of the anticipated leave as soon as known to the Pilot. Whenever possible, such notice shall be in writing to the Chief Pilot's office and shall include a copy of the relevant military orders directing the military duty. In the event of a verbal request, the individual Reserve/Guard member shall bear the responsibility for any confusion.

  3.  Longevity: shall accrue for the duration of the leave.

  4.  Sick Leave accrual: only for the first 12 weeks of leave.

  5.  Sick Leave retention: for the duration of the leave.

  6.  Vacation accrual: only for the first 12 weeks of leave.

  7.  Vacation retention: for the duration of the leave.

  8.  Group health insurance: for the first 6 months of leave the Pilot shall pay the employee contribution and the Company shall pay the employer contribution to the health insurance plan. Thereafter the Pilot may continue coverage by paying both the employee and employer contribution.

  9.  Pass Benefits: no change.

  10.  A Pilot on Military Leave may use Accrued or Earned Vacation for pay in accordance with the following formula rounded to the nearest whole day: 7/5 X Scheduled work days taken for Military Leave = vacation charged. For example: a Pilot on Military Leave for 5 scheduled workdays may, at their option, be charged 7 vacation days for pay.

  11.  The Pilot does not have the option to be paid from accrued sick leave.

  12.  Return to work and eligibility for Staffing Adjustments that occurred during the leave shall be subject to federal law.



**Collective Bargaining Agreement**                                03/02/07

K. PERSONAL LEAVE OF ABSENCE

1. A Pilot, upon written consent of the Chief Pilot, may be granted an unpaid Personal Leave of Absence. If a Personal Leave of Absence is granted, the Company and the Pilot shall agree in writing to the terms of the leave to include, but not limited to, a scheduled return date, pay during and before requalification if necessary, early return and/or recall from leave, etc.  A Pilot on a Personal Leave of Absence shall be allowed to modify the leave to take advantage of the provisions of Paragraph A.2 above (eligibility for a VSA).

   Personal Leave offered at Company discretion and unpaid.

2. Longevity: shall accrue for the duration of the leave.
3. Sick Leave accrual: only for the first 30 days of the leave.
4. Sick Leave retention: for the duration of the leave.
5. Vacation accrual: only for the first 30 days of the leave.
6. Vacation retention: for the duration of the leave.
7. Group health insurance: if the Pilot wants to continue Group health insurance coverage, the Pilot shall pay the employee and employer contribution to the health insurance plan.
8. Pass Benefits: no change with Chief Pilot approval.
9. The Pilot does not have the option to be paid from accrued sick leave.
10. The Pilot does not have the option to be paid from Accrued or Earned Vacation.



L. VOLUNTARY LONG TERM LEAVE OF ANSENCE (VLOA)

1. Unpaid VLOAs may be offered by the Company to active Pilots with the goal of reducing necessary furloughs.

2. The length of the VLOA, number of VLOAs to be awarded in each Position and minimum longevity to be eligible for the VLOA shall be determined by the Company.

3. VLOA Posting.

   a. VLOAs shall be posted for bid at all Domicile lounges, online and sent to FAPA offices not less than 10 days prior to closing (with the exception of the VLOA bid notice to be posted on 7/16/08, which shall be posted not less than 8 days prior to closing).

   b. The Company will specify any method(s) in addition to paper bidding that Pilots may use to submit a bid to be considered for an offered VLOA in each specific VLOA bid posting.

4. VLOA Closing.

   a. VLOAs shall be awarded by Position in seniority order.

   b. The results of each VLOA award shall be posted at all Domicile lounges, online, and sent to the Association offices no later than 24 hours after the VLOA bid closes.

   c. Once awarded, the Pilot may not withdraw from the VLOA unless the number of Pilots who bid for a particular VLOA is greater than the number of VLOAs offered and one of the Pilots who was not originally awarded a particular VLOA accepts the VLOA in place of the original awardee, and does so prior to the date on which the expected bid list is generated for the following Monthly Bid Period.

5. Protest Period.  A Pilot shall have 72 hours from the close of the VLOA bid to protest the VLOA bid award.

6. Benefits during VLOA.

   a. Longevity: shall accrue for the duration of the leave.

   b. Sick Leave accrual: does not accrue.

   c. Sick Leave retention: for the duration of the leave.

   d. Vacation accrual: does not accrue.

   e. Vacation retention: for the duration of the leave.  Due to Frontier's situation as of the date of this LOA, including the Chapter 11 bankruptcy, if the Pilot resigns or is otherwise terminated from the Company, the Company cannot guarantee that Accrued or Earned Vacation will be paid.



**Collective Bargaining Agreement**                                    07/16/08

  f. Group health insurance (limited to medical, dental and vision): for the first six months of VLOA, the Pilot shall pay the employee contribution (in the same amount paid by an active employee with the same coverage) and the Company shall pay the employer contribution to the health insurance plan.  Thereafter, for up to a maximum additional period of 18 months, the Pilot may elect to continue coverage by paying both the employee and employer contribution.  In order for the Pilot to receive group health insurance coverage on a VLOA, the Company may require automatic deduction from the employee's bank account of the employee's applicable payment amount(s) and payment of a reasonable administrative fee, not to exceed $10.00, required for the Company to establish and maintain the automatic account deduction.

  g. Pass Benefits remain in place, except that pass privileges on other airlines (OAL) will be subject to any restrictions applicable to inactive employees under the respective reciprocal agreements between Frontier and OAL.

  h. The Pilot does not have the option to be paid from accrued sick leave.

  i. The Pilot does not have the option to be paid from Accrued or Earned Vacation.

  j. The benefits as listed in this Paragraph 6 will be part of VLOAs, if any, offered on or before December 31, 2008. The parties agree to meet to discuss what benefits should be included for VLOAs, if any, offered by the Company after December 31, 2008.

7. VLOA Period.

  a. Offered VLOAs shall specify an initial duration for the VLOA ("VLOA Period") (e.g., 1 year, 18 months, 5 years, etc.).

  b. During the awarded VLOA Period:
   1) The Pilot may only return from the VLOA if required by the Company's staffing needs, and as further specified in Paragraph 8 below; and
   2) The Pilot may not be forced to return from the VLOA.

  c. After the specified VLOA Period:
   1) The Pilot may only return from the VLOA if required by the Company's staffing needs, and as further specified in Paragraph 8 below; and
   2) The Company may force the Pilot to return from the VLOA as further specified in Paragraph 8 below; and



**Collective Bargaining Agreement**                     07/16/08

3) The VLOA Period will be extended automatically for a period of 6 months if at the time the VLOA Period expires the Company cannot provide the Pilot with a date-certain for the Pilot's return from VLOA. During a VLOA Period extension the Pilot may not be forced to return from the VLOA.

8. Return from VLOA.

   a. The Pilot's ability to return from a VLOA, during or after the VLOA Period, will depend on the Company's staffing requirements.

   b. Voluntary return from VLOA:

      1) If the Company needs additional First Officers or Captains to meet its staffing needs while any Pilot is on VLOA, the Company shall post a VSA for that Position in accordance with Section 6.

      2) In order to return from VLOA (whether during or after the VLOA Period), a Pilot must submit a dated and signed Master Bid Form indicating the Pilot's desire to bid for a posted VSA and make Positive Telephone Contact with the Chief Pilot or his designee confirming his desire to come back to work if awarded the VSA.

      3) VSAs shall be awarded in accordance with Section 6.

      4) If the Pilot was a Captain at the start of the VLOA and bids to return from the VLOA as a First Officer, the Pilot may not bid for a Captain VSA with an effective date less than 1 year from the successful completion of training as a First Officer and release to the line.

   c. Forced return from VLOA:

      1) A Pilot on a VLOA may only be forced to return from VLOA after the VLOA Period has expired.

      2) A Pilot on a VLOA may not be forced to return from VLOA as a First Officer if the Pilot was a Captain at the start of the VLOA, unless the Pilot is forced to return in accordance with Section 9.L.10 and the Pilot's seniority would no longer allow that Pilot to hold a Captain Position.



**Collective Bargaining Agreement**                                        07/16/08

3) After all Pilots have been recalled from furlough in accordance with Section 19, the Company may recall Pilots from any VLOA whose VLOA Period (or an extension of the VLOA Period as specified in Paragraph 7.c.3) has expired. Pilots shall be involuntarily recalled from VLOA (after voluntary recall through the VSA process has been completed) in inverse order of seniority. A recall notice shall be sent via certified mail to their last known address and to the Association. The Company must receive, within 10 business days of the recall notice date, the Pilot's written notice of intent to return to Active Service. The Company may extend the period of time for a return to Active Service. A notified Pilot must return to Active Service on the date indicated by the Company or be removed from the Seniority List.

9.  Pilots on VLOA shall be subject to potential furlough in accordance with Section 19.

10. Five and one-half years after the start of a Pilot's initial VLOA Period the Company shall send the Pilot a recall notice via certified mail to their last known address and to the Association. The Company must receive, within 10 business days of the recall notice date, the Pilot's written notice of intent to return to Active Service on the date specified by the Company for the return. The specified return date shall be within one month after the 6 year anniversary of the start of the Pilot's initial VLOA. A notified Pilot must agree to return, and actually return on the date specified, or be removed from the Seniority List.

11. A Pilot on a VLOA is responsible for:

    a.  Providing the Company and the Association with current contact information.

    b.  Monitoring online VSA postings in order to be able to submit a Master Bid for VSA postings the Pilot wishes to bid for.



**Collective Bargaining Agreement**                    07/16/08

## M. ACCRUALS AND PAY

The following table shall serve as a reference only.  For details of each type of Leave, see the specific Leave provisions above.

| | Accrue Longevity | Accrue Sick | Retain Sick | Accrue Vacation | Retain Vacation | Company Contributes to Group Insurance | Payable by Sick | Pass Benefits | Payable by Vacation |
|---|---|---|---|---|---|---|---|---|---|
| Association | Yes | For first 2 years only. | Yes | For first 30 days only. | Yes | No - Pilot or FAPA | No | No change | No |
| Bereavement | Yes | Yes | Yes | Yes | Yes | Yes | No | No change | Pilot's option (if leave extended) |
| COLA | Yes | Yes | Yes | Yes | Yes | Yes | No | No change | No |
| Emergency | Yes | For first 30 days only. | Yes | For first 30 days only. | Yes | Yes | No | No change | Pilot's Option |
| FMLA | Yes | While paid | Yes | While paid | Yes | Yes | Pilot's option | No change | Pilot's option |
| Jury/Witness | Yes | Yes | Yes | Yes | Yes | Yes | No | No change | No |
| Maternity | Yes | While paid | Yes | While paid | Yes | While paid | Pilot's option | No change | Pilot's option |
| Medical | Yes | While paid | Yes | While paid | Yes | While paid | Must | No change | Pilot's option |
| Military | Yes | For first 12 weeks only | Yes | For first 12 weeks only | Yes | For first 6 months | No | No change | Yes |
| Personal | Yes | For first 30 days only. | Yes | For first 30 days only. | Yes | No - Pilot if want to continue insurance. | No | With Chief Pilot Approval | No |
| VLOA | Yes | No | Yes | No | Yes, without a guarantee | For first 6 months | No | Yes | No |



**Collective Bargaining Agreement**                                          03/02/07

## SECTION 10

### ON-THE-JOB INJURIES

The Company shall provide Workers' Compensation benefits for occupational related illness or injury for all Pilots as follows:

A.  A Pilot, who has submitted a Workers ' Compensation claim that has been deemed eligible for compensation, shall not be paid less than the amount prescribed by the applicable Workers' Compensation regulations, beginning with the date of the occupational related illness or injury and continuing for the period prescribed by the applicable Workers' Compensation regulations.

B.  For the entire period during which a Pilot is eligible for Workers' Compensation benefits in accordance with Paragraph A, the following shall apply:

1.  The Pilot shall continue to hold his Position in accordance with Section 6 and the Master Bid on file at the time of the occupational related illness or injury, without regard to his inability to perform duty in such Position.

   a.  The Pilot's Master Bid at the start of the occupational illness or injury shall be controlling for the period of time that the Pilot is entitled to Workers' Compensation pay. His pay shall be based on the Position the Pilot would have held, including an Involuntary Staffing Adjustment from Captain to First Officer if applicable, had the Pilot not suffered an occupational illness or injury.

   *Pilot shall hold and be paid for the position he would have held had there been no injury.*

   b.  When the Pilot is able to return to work as a Pilot, he shall be placed in the next available training class necessary to qualify for the Position he would have been awarded had he not suffered an occupational illness or injury.

2.  For all purposes of this Agreement, a Pilot receiving Workers' Compensation benefits shall be considered to be in Active Service.

C.  When the Pilot is able to return to work as a Pilot, he shall be paid at the rate he would have been paid had he not suffered an occupational illness or injury.

D.  A Pilot may use any of their accrued sick leave and/or vacation to supplement Workers' Compensation benefits up to the equivalent of their Monthly Pay Guarantee.

---



**Collective Bargaining Agreement**                                    03/02/07

E.  A Pilot with a vacation period while he is unable to work as a Pilot due to an OJI shall have the option to be paid for the entire vacation or re-bid the entire vacation from Open Vacation Periods.

F.  The Company may require a Pilot to perform modified duty, as defined by State Law, while not able to work as a Pilot. While on modified duty the Pilot shall be paid the Monthly Pay Guarantee he would have been paid had he not suffered an occupational illness or injury.



**Collective Bargaining Agreement**                    03/02/07

# SECTION 11

## INSURANCE, AEROMEDICAL, AND LONG-TERM DISABILITY BENEFITS

A. HEALTH AND WELFARE BENEFITS

    1.    The Company shall continue to provide health and welfare benefit plans as provided for at the date of signing of this Agreement.

    2.    Additional benefits provided under Company policy shall be provided to the Pilots.

    3.    Subject to the provisions of LOA 02-2007 incorporated in this Agreement, the design features and the relative percentages paid by the Pilots and the Company in effect for plan year 2007 shall be frozen for plan years 2008 and 2009. Neither the plan design features nor the percentages being paid for medical coverage by Pilots (the relative shared percentages for Employee Only, Employee + Spouse, Employee + Children, and Family categories) will change. Thereafter, the Company shall have the right to change specific provisions within a benefit plan provided that benefit levels are not substantially reduced.

*2007 Health Insurance plan and percentages frozen through earlier of 2009 or better plan found by committee.*

B. AEROMEDICAL

The Association will provide supplemental medical consulting services for Frontier Pilots through Virtual Flight Surgeons, Inc. ("VFS"). The Company agrees to reimburse the Association 90% of the base policy premium for all Pilots on the Seniority List. The Association shall attempt to renegotiate the current agreement with VFS to ensure competitive rates, and shall attempt to negotiate a competitive extension to the VFS agreement through the term of this Agreement.

*Company pays 90% of Aeromedical and LTD benefits, Association pays remainder.*

C. LONG TERM DISABILITY

Long Term Disability insurance (LTD) shall be provided to all Pilots on the Seniority List. The Company shall pay 90% of the premiums and the Association shall reimburse the Company 10% of the premiums on a monthly basis. The LTD benefit shall include provisions for tax benefits in accordance with IRS ruling 2004-55. The LTD plan design and benefits in effect at the date of signing of this Agreement shall not be changed without Association agreement, which agreement shall not be unreasonably withheld.

THIS PAGE

INTENTIONALLY

LEFT BLANK



**Collective Bargaining Agreement** 12/10/07

## SECTION 12

### DISPUTE AND GRIEVANCE

Any Pilot or group of Pilots who has a grievance concerning any violation of the provisions of the Agreement (excluding discipline, suspension, or termination matters subject to Section 13) shall be entitled to have the grievance handled in accordance with the procedures in this Section.

A. GENERAL

 1. Time Limits. Time limits in this Section may be extended by mutual written agreement of the Company and the Association.
 2. Grievance Decisions. Decisions by the Company regarding grievances shall clearly indicate whether the grievance is sustained or denied. If a grievance involves more than one issue, each issue will be addressed separately.

B. DISPUTE RESOLUTION

 1. The concerned Pilot(s) shall first present the dispute to the Chief Pilot, or his designee, for discussion in an effort to informally resolve the dispute in accordance with the following procedures.

    *Pilot should discuss dispute with Chief Pilot first.*

 2. Unless otherwise impractical (e.g. an immediate response/resolution is needed), the Association recommends that a Pilot file a dispute with an online or paper Notice of Dispute form (to be provided by the Association). The subsequent discussion(s) may be conducted in person, by telephone or through electronic mail.

C. TIME LIMITS

 1. Aggrieved Pilot(s). The Pilot(s) shall discuss his dispute informally within 14 Calendar Days from the occurrence of the event upon which the dispute is based (or within 14 Calendar Days after the Pilot and/or the Association reasonably would be expected to have knowledge of the event upon which the dispute is based). Non-compliance by the Pilot with this time limit shall result in denial of the dispute on a non-precedent setting basis, with no further appeal.

    *Pilot has 14 days from event to submit dispute. Chief pilot has 21 days from event to respond.*



2.  Chief Pilot (or his designee). The Chief Pilot, or his designee, shall have 21 Calendar Days from the occurrence of the event upon which the dispute is based (or 21 Calendar Days after the Pilot and/or Association reasonably would be expected to have knowledge of the event upon which the dispute is based) to resolve the dispute informally. Non-compliance by the Chief Pilot or his designee with this time limit shall result in advancement to the provisions of the First Level of Grievance outlined in this Section.

D.  FIRST LEVEL OF GRIEVANCE - ASSOCIATION GRIEVANCE TO THE FRONTIER AIRLINES, INC. SENIOR MANGER OF LABOR RELATIONS ("SENIOR MANAGER OF LABOR RELATIONS")

If the Association is not satisfied with the informal resolution of the dispute by the Chief Pilot or his designee, the Association may present a written grievance to the Senior Manager of Labor Relations. If the written grievance is presented to the Senior Manger of Labor Relations by the Association, the following procedure shall apply:

1.  Association Grievance Format and Time Limit.

    a.  Format. The Association shall file the grievance with the Senior Manager of Labor Relations in writing via hand delivery with a dated receipt signed by the Senior Manager of Labor Relations or via electronic mail with written (email or otherwise) response confirmation verifying receipt.

    b.  Time Limit. The Association shall have 28 Calendar Days from the occurrence of the event upon which the grievance is based (or 28 Calendar Days after the Pilot and/or Association reasonably would be expected to have knowledge of the event upon which the grievance is based) to present the grievance to the Senior Manager of Labor Relations. Non-compliance by the Association with this time limit shall result in denial of the grievance on a non-precedent setting basis, with no further appeal.

*The Association may submit a grievance to the Senior Manager Labor Relations within 28 days of the event*

2.  Senior Manager of Labor Relations Response Format and Time Limit.

    a.  Format. The Senior Manager of Labor Relations' First Level Grievance decision shall be in writing and delivered via hand delivery with a written receipt signed by an Association employee or a member of the Association's Board, or via electronic mail to the Association President or his designees) listed in the written grievance submitted to the Senior Manager of Labor Relations with written (email or otherwise) response confirmation verifying receipt.



**Collective Bargaining Agreement**                                    04/26/11

    b.   Time Limit. The Senior Manager of Labor Relations shall render decision within 7 Calendar Days from the date the Association's grievance is filed at the First Level of Grievance. Non-compliance by the Senior Manager of Labor Relations or his designee with this time limit shall result in the grievance being advanced to Second Level of Grievance outlined in this Section.

*The Senior Manager Labor Relations shall respond within 7 days of the grievance submission.*

E.  SECOND LEVEL OF GRIEVANCE - ASSOCIATION APPEAL TO THE FRONTIER AIRLINES, INC. VICE PRESIDENT OF LABOR RELATIONS ("VICE PRESIDENT OF LABOR RELATIONS")

If the Association is not satisfied with the Senior Manager of Labor Relations' decision at the First Level of Grievance as described in this Section, the Association may appeal the Senior Manager of Labor Relations' decision to the Vice President of Labor Relations. If the grievance is appealed to the Vice President of Labor Relations, the following procedure shall be used.

   1.   Association Grievance Format and Time Limit:

    a.   Format. The Association shall send a notice of appeal to the Vice President of Labor Relations in writing delivered via electronic mail with written (email or otherwise) response confirmation verifying receipt.

    b.   Time Limit. The Association shall file the notice of appeal within 7 calendar days of the Senior Manager of Labor Relations' written decision. Non-compliance by the Association with this time limit shall result in denial of the grievance on a non-precedent setting basis, with no further appeal.

*The Association may appeal to the VP Labor Relations within 7 days of the Chief Pilot's decision.*

   2.   Vice President of Labor Relations Response Format and Time Limit:

    a.   Format. The Vice President of Labor Relations shall render a decision in writing via electronic mail with written (email or otherwise) response confirmation verifying receipt.

    b.   Time Limit. The Vice President of Labor Relations shall render a decision within 14 days from the date the Association's grievance is filed at the Second Level. Non-compliance by the Vice President shall result in the grievance being awarded to the Association on a non-precedent setting basis.

*The VP Labor Relations shall respond within 14 days of the appeal.*



**Collective Bargaining Agreement**                    04/26/11

F.  THIRD LEVEL OF GRIEVANCE - APPEAL TO THE SYSTEM BOARD
    OF ADJUSTMENT

*The Association
may appeal the
decision of the VP
Labor Relations to
the System Board.*

If the Association is not satisfied with the Vice President of
Labor Relations' decision at the Second Level of Grievance, the
President of the Association or his designee (limited to a
member of the Association Board) may appeal the decision to
the System Board of Adjustment in accordance with the
Procedures in Section 14, System Board of Adjustment.



**Collective Bargaining Agreement**                    04/26/11

## SECTION 13

### INVESTIGATION AND DISCIPLINE

A. GENERAL

1. Probationary Pilots. The only provision of Section 13 applicable to Probationary Pilots is Paragraph C.

2. Association Representation. The Pilot shall be entitled to have an Association Representative present at any time a Pilot meets with a member of management where there exists the potential that such meeting may result in disciplinary action.

   *Pilot is entitled to Association representation.*

3. Delivery and Time Limit Compliance Dates for Notices and Decisions.

   a. Delivery Methods. Notices or decisions required in this Section shall be delivered by:
      1) A traceable means with the U.S. Postal Service or a nationally recognized overnight delivery service (with a delivery option at least equal to standard U.S. Postal Service time) such as Fed-Ex or UPS, or

         *Deliveries must be by traceable means or in person.*

      2) Actual physical delivery with a written receipt for the delivery. Physical deliveries to the Association shall be signed for by a member of the Association's Board or by an Association employee. Physical deliveries to the Company shall be signed for by the Senior Manager of Labor Relations, A Director in Flight Operations, or a clerk in the Company mail room.
      3) Electronic mail with written (email or otherwise) response confirmation verifying receipt.

   b. Time Limit Compliance. If a notice or decision required in this Section is mailed (post mark) or delivered to a nationally recognized overnight delivery service (receipt indicating when delivered to the carrier) or physically delivered (signed receipt) within the time limits established in this Section, the notice or decision time limit shall be considered met.

   c. Time Line Extensions. Any timeline requirement or deadline described in this Section may be extended by mutual consent of the Company and the Association.

4. Withholding a Pilot from Service. The Company may withhold a Pilot from service to the Company during any phase of Investigation or Discipline. The Pilot shall continue to receive all pay and benefits until the completion of the Company disciplinary hearing and subsequent decision by the Vice President of Labor Relations (or his designee) as described in this Section.

   *Pilot may be withheld from service with pay.*



**Collective Bargaining Agreement**                                    12/10/07

5. Exoneration of a Pilot. If at any time before, during or after any disciplinary proceeding or investigation (to include the System Board of Adjustment or any Arbitration), a Pilot is exonerated, the Pilot shall be reinstated without any loss of seniority or Longevity. The Pilot shall also be reimbursed for any lost pay (lost Pay Credits or for Monthly Pay Guarantee if the Pilot was not allowed to bid) and health and welfare benefits. Any and all records and/or references to the disciplinary proceeding and/or investigation shall be promptly removed from the Pilot's file.

6. Recording Devices. No recording devices or stenographic machines shall be used in any proceeding, meeting, phone conversation, interaction, etc., by any party without the knowledge of all parties involved.

7. Investigation, Hearing and Just Cause. A Pilot shall not be disciplined, suspended, and/or terminated from the Company without a prompt, fair and impartial investigation and hearing(s) as described in this Section. No Pilot shall be disciplined or discharged without just cause.

*Statute of Limitations 3 years for serious offenses, 12 months for all others.*

B. TIME LIMITS FOR COMPANY TO INITIATE DISCIPLINARY PROCEDURES

1. No Pilot will be subject to the commencement of discipline relating to any incident, violation or occurrence unless the Company initiates the discipline process by giving notice of a hearing as prescribed in this Section:

    a. Within 12 months of the incident or occurrence giving rise to the discipline; or

    b. Within 3 years for serious offenses including cases of workplace violence, harassment as prohibited by state or federal law, fraud that results in a substantial loss to the Company, or serious and intentional safety or security violations.

2. The Company shall have 28 days from time the Company reasonably would have known about an incident, violation or occurrence to take one of the following actions:

*Company must exercise option within 28 days of the incident.*

    a. Take no action against the Pilot with respect to the incident or violation; or

    b. Counsel the Pilot verbally without maintaining a written record of such counseling; or

    c. Counsel the Pilot verbally or in writing and maintain a written record of such counseling in the Pilot's file (record keeping procedures described below shall be complied with in this case, and a written or documented verbal counseling record shall not be considered "discipline" in the sense that a formal hearing as required in this Section would be required prior to counseling a Pilot); or



**Collective Bargaining Agreement**                                    12/10/07

      d. Notify the Pilot that a disciplinary hearing in accordance with this Section will be held by the Company based on the incident or violation.

  3. The Company may consider the following in determining the level of discipline to be administered in a subsequent disciplinary case:

      a. a prior disciplinary proceeding against the Pilot that is still in the Pilot's file, and/or

      b. a prior written counseling record or other derogatory material that is still in the Pilot's file and has been acknowledged by the Pilot in accordance with the provisions of this Section.

C. RECORD KEEPING

  1. Unless the Company proceeds directly to a disciplinary hearing in accordance with Paragraph B.2.d. above:

      a. No material relating to disciplinary proceedings, investigations or other derogatory material may be placed in a Pilot's file (or otherwise used in a disciplinary case against a Pilot) until it has been initialed by the Pilot.

      b. In initialing the material, the Pilot is merely acknowledging receipt and is in no way admitting fault or attesting to the accuracy of said material.

      c. If a Pilot refuses to initial or fails to initial the material or documents as provided in his section within 2 weeks of notice from the Company, a FAPA Board Member must initial the material or document on the Pilot's behalf. So long as the Company provides proof that the Pilot has been sent notice of the materials or documents, the FAPA Board Member may not refuse to initial the materials or documents at issue.

      d. The Pilot will receive a copy of any material relating to disciplinary proceedings or other derogatory material placed in the Pilot's file.

      e. Pilot Response. A Pilot may respond in writing to any derogatory material placed in that Pilot's file. This response will be retained in the Pilot's file until such time that the material which prompted the response is removed.

  2. If the Company proceeds directly to a disciplinary hearing in accordance with Paragraph B.2.d. above, material relating to the pending hearing that is placed in the Pilot's file will not need to be initialed by the Pilot and shall be provided to the Association prior the hearing in accordance with the provisions of this Section.

*Pilot must be notified of, and may respond to, any derogatory material.*



**Collective Bargaining Agreement**                                   03/02/07

*Pilot may request his file be purged after 12 months (36 for serious offenses) with no discipline.*

3. File Cleanup. Upon request by the Pilot to the Chief Pilot, any material relating to disciplinary proceedings or other derogatory material placed in a Pilot's File will be removed from the Pilot's File when a Pilot has had either 12 continuous months of Active Service without any disciplinary action resulting from a hearing as required in this Section, or 36 months of Active Service without any disciplinary action for serious offenses including cases of workplace violence, harassment as prohibited by state or federal law, fraud that results in a substantial loss to the Company, or serious and intentional safety or security violations. The parties agree that the Company may at its discretion retain any removed documents for purposes not related to discipline, and the Company agrees to keep these documents confidential and will only provide them to individuals or organizations with a demonstrated need to know.

4. Pilot Records Improvement Act ("PRIA"). In the event a Pilot receives disciplinary action relating to his proficiency as a Pilot, all written disciplinary material shall remain in the Pilot's File in accordance with PRIA. Upon request by the Pilot to the Chief Pilot, materials kept in compliance with the PRIA shall be removed from the Pilot's File as soon as allowed under the PRIA.

D. HEARING

1. General

   a. Counsel. Either party to the hearing may be represented by counsel upon 72 hours notice to the other parties.

   b. Record Keeping. If, by mutual agreement, a record is to be taken of a hearing or appeal, the cost shall be borne equally by the Company and the Association. Absent mutual consent regarding recording and upon prior notice to the parties involved in the hearing, the Association and/or the Company may record the hearing by any means available. The non-recording party may later request and be provided a copy of such record, but shall first be required to pay one-half of the initial recording costs and all additional costs associated with providing the requested copy.

   c. Transportation. For purposes of traveling to and from a disciplinary hearing, the Pilot, witnesses and representatives who are employees of the Company shall receive free positive space non-revenue transportation over the lines of the Company.



**Collective Bargaining Agreement**                                    04/26/11

d. Failure to Attend
   1) Should the Pilot, without good faith, fail to attend and/or participate in the disciplinary hearing, then the Company may impose discipline without completing the hearing and the discipline may be appealed in accordance with this Section.
   2) Should the Company, without good faith, fail to attend and/or participate in the disciplinary hearing, the disciplinary matter shall be considered abandoned by the Company on a non-precedent setting basis, and any and all records and/or references to the disciplinary proceeding and/or investigation shall be promptly removed from the Pilot's File.

*If the Pilot fails to attend the hearing he may be disciplined. If the Company fails to attend the matter is abandoned.*

2. Hearing Notice and Time Line.

   a. Company to Schedule hearing. If the Company believes discipline is warranted, the Company shall schedule and hold a hearing or hearings in accordance with this Section.

   b. Notice Requirement. The Company must give the Pilot and the Association written notice of any hearing involving a Pilot no later than 14 days and no sooner than 28 days prior to the scheduled hearing time. The notice of hearing must include a statement of facts and subject matter to be discussed at the hearing.

   c. Sharing of Evidence and Information. The Company and the Association shall, prior to the hearing, share any information and/or evidence to be presented at the hearing. The intent of this subsection is for both sides to provide as much information as soon as possible so that an appropriate decision can be made at the hearing.

*The Company must give notice of a hearing 28-14 days prior to the hearing.*

E. COMPANY DECISION

1. Time Limit. Within 7 days of the hearing, the Vice President of Labor Relations (or his designee, to include the Chief Pilot or the Senior Manager of Labor Relations) shall either issue a final decision or if mutually agreed to by the Company and the Association, hold an additional hearing on the matter at hand.

2. In Writing. The decision shall be in writing and shall be delivered to both the Pilot and the Association.

3. Failure to Render Decision. If the Vice President of Labor Relations or his designee fails to comply with the conditions specified in this subparagraph, the Pilot will not be subject to discipline, the matter will be considered abandoned by the Company and any and all records and/or references to the disciplinary proceeding and/or investigation shall be promptly removed from the Pilot's File.

*VP Labor Relations must give a decision within 7 days or the matter is abandoned.*



**Collective Bargaining Agreement**                    04/26/11

F. ASSOCIATION APPEAL

*Association may appeal the decision to the SBA.*

1.  If the Pilot is not satisfied with the decision rendered by the Vice President of Labor Relations or his designee, he shall notify the Association in writing. The Association may appeal the decision to the System Board of Adjustment in accordance with Section 14.

2.  If the Association does not appeal the decision of the Vice President of Labor Relations or his designee to the System Board of Adjustment in accordance with Section 14, the decision of the Vice President of Labor Relations or his designee shall be considered final and binding on all parties.



**Collective Bargaining Agreement**                    04/26/11

## SECTION 14

### SYSTEM BOARD OF ADJUSTMENT

A. GENERAL

1. Basis and Purpose. In compliance with Section 204, Title II, of the Railway Labor Act, as amended, a System Board of Adjustment (the "SBA") is established for the purpose of adjusting disputes arising out of grievances or interpretation of application of this Agreement that have been processed through but not resolved in the procedures as set forth in Sections 12 and 13 of this Agreement. The purpose of the SBA is to resolve disputes prior to resorting to arbitration, and the SBA is not bound by the requested relief or positions presented by the parties.

2. Jurisdiction. The SBA shall have jurisdiction over disputes between any employee covered by this Agreement and the Company growing out of grievances or out of interpretation or application of any of the terms of this Agreement. The jurisdiction of the SBA shall not extend to proposed changes in hours of employment, basic rates of compensation or working conditions covered by this Agreement or any amendment(s) hereto.

3. Time Limits. The time limits specified in this Section may be extended by mutual consent of the Company and the Association.

4. Delivery and Time Limit Compliance Dates for notices and decisions.

   a. Delivery Methods. Notices or decisions required in this Section shall be delivered by:
      1) A traceable means with the U.S. Postal Service or a nationally recognized overnight delivery service such as Fed-Ex or UPS, or
      2) Actual physical delivery with a written receipt for the delivery. Physical deliveries to the Association shall be signed for by a member of the Association's Board or by an Association employee. Physical deliveries to the Company shall be signed for by the Senior Manager of Labor Relations, a Director in Flight Operations, or a clerk in the Company mail room.
      3) Electronic mail with written (email or otherwise) response confirmation verifying receipt.

   *Deliveries must be by traceable means or in person*

   b. Time Limit Compliance. If a notice or decision required in this Section is mailed (post mark) or delivered to a nationally recognized overnight delivery service (receipt indicating when delivered to the carrier) or physically delivered (signed receipt) within the time limits established in this Section, the notice or decision time limit shall be considered met.



*SBA may by avoided or bypassed by mutual agreement.*

5.  Settlement, Mediation and SBA Bypass Meeting. The parties hereby agree that they may at any time during the process described in this Section meet in person or by telephone to discuss possible settlement and/or mutually agreeable mediation options. The parties may also, by mutual agreement only, bypass the SBA and go directly to a Board of Arbitration as if the SBA had deadlocked under the provisions of this Section. However, nothing in this settlement, mediation or SBA bypass option sub-paragraph shall be construed to change any applicable time limitations provided for in this Section without the mutual consent of the parties.

6.  Independent SBA Members. It is understood and agreed that each and every SBA Member shall be free to discharge their duty in an independent manner, without fear that their relations with the Company or Association may be affected in any manner by such action taken by them in good faith in their capacity as an SBA Member.

7.  Record of Proceedings.

    a.  Record-keeping: The SBA shall maintain a complete record of all matters submitted for its consideration including all findings and decisions. The complete record shall be kept at the Company's general office.

    b.  Transcripts: A transcript shall be made of any proceeding before the SBA and the cost shall be borne equally between the parties.

8.  Failure to Attend. Should either party, without good faith, fail to attend and/or participate in hearings before the SBA, then such case or cases to be heard therein shall be considered terminated and the relief of recovery sought by the party who was available to participate shall be considered granted with the same force and effect as any other SBA decision and on a non-precedent setting basis.

9.  Pay Protection For Association SBA Members, Representatives And Witnesses. Association SBA Members, Association Representatives and Pilot witnesses summoned by the Association shall be pay protected by the Association.

10. Travel. For purposes of traveling to and from an SBA hearing, the grievant, witnesses, representatives, and SBA Members who are employees of the Company shall receive free positive space non-revenue transportation over the lines of the Company.



**Collective Bargaining Agreement**                           04/26/11

2. Submission Requirements.

   a. Submittal to the SBA. The Association shall submit a "Notice of Appeal to the SBA" addressed to the SBA through the Chairman of the SBA. Copies of the Notice of Appeal to the SBA shall also be sent by the Association to the SBA Vice Chairman and the Vice President Labor Relations or Senior Manager Labor Relations.

   b. The Notice of Appeal to the SBA shall be submitted within 14 days of the decision of the Vice President Labor Relations (or his designee) that is being appealed to the SBA. Non-compliance by the Association with this time limit shall result in denial of the appeal on a non-precedent setting basis, with no further appeal.

*Notice of Appeal shall be sent to the SBA within 14 days of VP Labor Relations decision.*

   c. The Notice of Appeal to the SBA shall include the following information:
     1) The Grievant's name, address, status, Domicile, and contact number.
     2) The question or questions at issue and the alleged Section(s) of the Agreement to have been violated.
     3) A brief statement of the relevant information.
     4) A summary of the Position of the Association.
     5) A summary of the Position of the Company.
     6) The requested relief.

D. SETTLEMENT, MEDIATION AND SBA BYPASS MEETING

1. Meeting. Before the SBA holds a hearing, the parties hereby agree to meet and discuss possible settlement and/or mutually agreeable mediation options. This discussion may be held in person or by telephone.

2. SBA Bypass Option. The parties may also, by mutual agreement only, bypass the SBA and go directly to a Board of Arbitration as if the SBA had deadlocked under the provisions of this Section.

3. Time Limitations. Nothing in this settlement, mediation or SBA bypass option sub-section shall be construed to change any applicable time limitations provided for in this Section without the mutual consent of the parties.

E. SBA HEARING DATE AND NOTIFICATION

1. Hearing Date. The SBA hearing shall be held within 42 days from the submittal by the Association of the Notice of Appeal to the SBA.

2. Setting the Hearing Date. The SBA Chairman shall set the date for the SBA hearing within 14 days of the submission by the Association of the Notice of Appeal to the SBA. If a hearing date is not set by the Chairman within this time frame, the SBA shall be held on the 42nd day after the Notice of Appeal to the SBA is submitted, at 9 a.m. at the Company's General Office.



**Collective Bargaining Agreement**                                04/26/11

3. The SBA Chairman shall notify the SBA Vice Chairman, the Vice President Labor Relations or the Senior Manager of Labor Relations, and the Association President of the SBA hearing, to include the date, time and location of the hearing. The initial notification by the SBA Chairman may be in person, by telephone or by electronic mail, but shall be confirmed in writing within a reasonable time thereafter.

*Timelines for setting hearing.*

F. DOCUMENTATION, INFORMATION AND WITNESS LIST

Each party shall provide the other party and the SBA Chairman and Vice Chairman with copies of all documents and information relevant to the issue to be heard by the SBA, and a list of witnesses planned to be summoned by each party, at least 7 days prior to the SBA hearing. Documents and information, or other witnesses not listed at this time will be considered and weighed by the individual members of the SBA at their individual discretion.

G. REPRESENTATION

Pilots covered by this Agreement may be represented at SBA hearings by such person(s) as they may designate, and the Company may be represented by such person(s) as it may designate.

H. ORDER OF PRESENTATION, EVIDENCE AND WITNESSES

1. Order of Presentation.

   a. Disciplinary Action. If the hearing is in reference to a disciplinary action against a Pilot, the Company's representative shall begin, followed by the Pilot's representative to dispute or defend.

   b. Contract Issue. If the hearing is in reference to a contract issue, the Pilot's representative shall begin, followed by the Company's representative to dispute.

2. Evidence Allowed. Evidence may be presented either orally, in writing, or both.

3. Witnesses Testimony.

   a. Summoning of Witnesses. Either party may summon witnesses to a hearing. The SBA may, by majority vote, summon witnesses to a hearing.

   b. Oath Required. All individuals giving testimony during an SBA hearing shall be placed under oath.

   c. Telephone Testimony. Witnesses may, by mutual agreement between the parties, testify by telephone.

   d. Cross Examination. Company and Association Representatives shall have the right to cross-examine all witnesses.

   e. SBA Member Questioning. SBA members shall be allowed to question any or all witnesses.



I.  SBA DECISION

    1.  Majority Vote Final and Binding. A majority vote of all members of the SBA shall, in all cases properly referable to it, be final and binding upon the parties hereto.

    2.  Deadlock. A tied vote by the members of the SBA or failure of the SBA to reach a decision within 3 Calendar Days after the end of the hearing shall constitute a deadlock.

    3.  All SBA finding and decisions shall be rendered in writing to the Vice President Labor Relations and the Association President.

J.  DEADLOCK

    1.  Settlement and Mediation Meeting. Before proceeding to a Board of Arbitration as provided below, the parties hereby agree to meet and discuss possible settlement and/or mutually agreeable mediation options. This discussion may be held in person or by telephone. Nothing in this settlement and mediation sub-paragraph shall be construed to change any applicable time limitations provided for in this Section without the mutual consent of the parties. Should the parties not meet under this Paragraph J.1., the arbitration shall proceed in accordance with Paragraph J.2. below.

    2.  Board of Arbitration. Upon a deadlock, the Company and the Association shall select a mutually agreeable neutral arbitrator in accordance with the provisions in Paragraph J.2.a. to decide the outcome of the case with the assistance of an Association Member appointed by the Association and a Company employee appointed by the Company. The neutral arbitrator and these 2 appointees shall constitute the Board of Arbitration. These appointees do not need to be SBA Members.



**Collective Bargaining Agreement** 03/02/07

a. Selection of the Arbitrator. Within 14 days of the rendering of the SBA's decision, the third and neutral member of the System Board shall be selected by the Company and the Association. If the Company and the Association cannot agree upon the neutral member or a method for selecting him, they shall select him by alternately striking names from the panel attached in Appendix 2. The order of striking shall be determined by a flip of a coin for the first case in which a neutral member is chosen under the provisions of this subparagraph and, in subsequent cases, the parties shall alternate taking the first strike. The Chairman or his designee will immediately contact the selected neutral to determine his availability and will advise the other Board members of his availability and they shall agree upon a date for the hearing. If the neutral member selected for the particular case is unable to serve within 90 days after his selection, the arbitrator who was remaining on the list prior to the last strike shall be contacted as above. Such a procedure will be followed until a panel member is selected to hear the case. The Chairman or his designee shall supply the necessary notices of such meeting, time and place, in writing to the Board members and the parties to the dispute.

*Arbitrators shall be selected by "alternate strike."*

b. Terms of Arbitrator Panel. The Panel of neutrals shall consist of 7 arbitrators. Each panel member shall serve for a minimum period of 12 months, effective on the date of signing of this Agreement. After a panel member has served for a 12 month period, either the Company or the Association may serve notice to remove him by notifying the other party unless the panel member has jurisdiction over an active case. Within 30 days of such notification, or if a vacancy occurs on the panel, the parties will select a replacement. If the parties cannot agree on a replacement panel member within 30 days, the Company and the Association shall each provide 3 names of arbitrators and the Company and the Association will select an arbitrator under the alternate strike procedures set forth in Paragraph J.2.a. above.



**Collective Bargaining Agreement**                                    03/03/07

c.   Arbitrator Decision. The arbitrator shall render an initial decision in the case within 30 days of the conclusion of the hearing(s) or submission of briefs, whichever is later. Any and all briefs shall be submitted no later than 30 days after the conclusion of the hearing(s), or 30 days after the completion of transcripts if transcripts have been requested, whichever is later. These timelines may be extended by mutual agreement between the parties or by the arbitrator. The members on the Arbitration Board shall be given the opportunity to review and comment on the arbitrator's initial decision before it becomes final and binding.

d.   Expenses. The Association shall be responsible for pay protecting its member on the Arbitration Board. The Company and the Association shall share any fees or expenses incurred by the arbitrator equally.



**Collective Bargaining Agreement**                                03/02/07

## SECTION 15

### SICK LEAVE

A. GENERAL

    1.  Sick leave is a form of insurance that accrues in an account to protect the Pilot and his income in the event of an unexpected non-work related illness, injury, accident or prolonged medical condition that prevents him from working.

*Sick leave may be used for injury/illness of a Pilot or family member.*

        a.  Sick leave may not be used for planned doctor, dentist appointments or preventative care appointments. However, sick leave may be used for an initial doctor or dentist appointment that is the result of an unexpected illness or injury, scheduled follow-up visits may not be covered with sick leave.

        b.  Sick leave may be used to care for an immediate family member, including:
- Spouse
- Domestic partners
- Children (including children of a domestic partner)
- Stepchildren (including children of a spouse or domestic partner)
- Daughter/son-in-law (including child's spouse or domestic partner)
- Parents
- Stepparents
- Mother/father-in-law (including parents of a domestic partner)
- Siblings
- Stepbrother/sister
- Sister/brother-in-law (including siblings of a domestic partner)
- Grandparents (does not include grandparent in-law)
- Grandchildren

    2.  The Company shall be responsible for maintaining an accurate record of sick leave credit and payments.

    3.  A Pilot's paycheck shall reflect an accurate updated accounting of sick leave.

    4.  Nothing in this Agreement shall prevent the Company, at its discretion, from granting additional sick leave or assistance to any Pilot on an individual basis. This additional sick leave shall not constitute a precedent requiring sick leave or assistance in any other case.



**Collective Bargaining Agreement**                          10/08/09

B. SICK LEAVE ACCRUAL/CREDIT

*Sick Leave bank accrues at 1 day/month, shall not exceed 120 days and may be replenished with Open Time.*

1. A Pilot shall accrue sick leave at the rate of 1 day for each month of employment except as otherwise defined in Section 9.

2. Sick leave shall be accrued and retained while in a Leave of Absence in accordance with Section 9.

3. A Pilot's sick leave bank shall not exceed 120 days of sick leave.

4. A Pilot may replenish his sick leave bank by picking up Open Time unless the Pilot subsequently Drops or calls in sick for that Open Time. Additionally, Open Time that is picked up and subsequently replaced with Company business or FAPA business may also be used to replenish the sick leave bank. If a Pilot wishes to replenish his sick leave bank, he must do so within the next 2 full Monthly Bid Periods of using such sick leave. When a Pilot picks up Open Time to replenish his sick leave bank he must specify to Pilot Payroll (via email to pilotpay@flyfrontier.com) the date(s) he was sick by the end of the Monthly Bid Period the Open Time occurs in.

C. USE OF SICK LEAVE

*Sick Leave is used at 1 day/ Duty Period or ½ day for a partial Duty Period or 15 days for a full month*

1. A Pilot shall be charged for one day of sick leave for each scheduled Duty Period missed. A scheduled Duty Period that is split by a sick call shall be charged in half day increments.

2. A Pilot may elect to use Accrued Vacation when their sick leave bank is exhausted.

3. A Pilot shall use accrued sick leave then Accrued Vacation before going on a Medical Leave of Absence.

4. A Pilot projected to be on extended sick leave for an entire Monthly Bid Period shall be charged 15 sick days for that Monthly Bid Period and shall not bid.

5. A Pilot scheduled for vacation while they are on sick leave for an entire Monthly Bid Period shall be allowed to bid for another available vacation period, or be charged sick days in accordance with the following formula rounded to the nearest whole number:

   15 - (5/7 x Scheduled vacation days in that Monthly Bid Period) = Sick days charged

   For example:

   A Pilot with 4 vacation days scheduled in a Monthly Bid Period shall be charged 12 days of sick leave when the Pilot is sick for that entire Monthly Bid Period. 15 - (5/7 x 4) = 12



**Collective Bargaining Agreement** 03/02/07

### D. NOTIFICATION

1.  A Pilot must advise Crew Scheduling as soon as they are aware of an injury or illness that would make them unable to perform flight duties to allow the Company to contact another Pilot. If a Reserve Pilot waits until called out for a Reserve assignment to notify Crew Scheduling of such illness or injury, that Pilot may be called in for disciplinary counseling.

    *A Pilot should notify Scheduling of Sick Leave ASAP.*

2.  A Pilot on extended sick (greater than 1 week) leave shall contact the Chief Pilot's office to advise them of the expected duration of sick leave.

### E. RETURN TO WORK

1.  A Pilot calling in for sick leave shall notify Crew Scheduling. Unless otherwise specified by the Pilot as provided for in E.2. below, the Pilot will be expected to report for his next scheduled/awarded assignment or Sequence.

2.  A Pilot may define a leg that passes through his Domicile (unless otherwise mutually agreed between Crew Scheduling and the Pilot) for which he will be able to return. A Pilot may only exercise this option to define a return leg once per Sequence.

    *A Pilot may return to his Sequence if another Lineholder has not picked it up.*

3.  When available to return to work, a Pilot holding a line of time (other than a Reserve Line) shall be reassigned according to the following:

    a.  If the Pilot's originally assigned trip was assigned to a Reserve Pilot, the Pilot shall resume their originally assigned trip the next time it passes through the Pilot's Domicile.

    b.  If the Pilot's originally assigned trip is no longer available because another Pilot picked it up in Open Time, he may pick up Open Time as provided for in Section 5.O. The Pilot shall be Pay Credited for the Open Time Added instead of the originally assigned Sequence.

    c.  If there is no Open Time available, a Pilot shall be assigned to an RDP that most closely matches the end of the original scheduled Duty Period (or other RDP by mutual agreement between Crew Scheduling and the Pilot) for the scheduled workday. The Pilot shall be Pay Credited for the greater of 4 hours or any assigned Sequence.

4.  The Company retains the right to request that a Pilot, who is absent due to illness or injury, furnish the Company with a physician's certificate, describing the medical condition that resulted in the Pilot's absence. This request shall only be made when there is a reasonable basis to question the Pilot's absence.

THIS PAGE

INTENTIONALLY

LEFT BLANK



**Collective Bargaining Agreement**  |  05/08/09

## SECTION 16

### RETIREMENT

A. EMPLOYEE STOCK OWNERSHIP PLAN OF FRONTIER AIRLINES, INC. (ESOP)

The Company shall contribute to the Pilots' current Employee Stock Ownership Plan of Frontier Airlines, Inc. effective May 1996 ("ESOP") accounts for the plan year 2006 and for the plan year 2007 until the effective date of the DC Plan, at which time the Company will discontinue further contributions to the Pilots' ESOP. Pilots shall retain all the shares that have been contributed by the Company to their existing ESOP accounts.

B. FRONTIER AIRLINES, INC. RETIREMENT SAVINGS PLAN-401(K)

   1.   The Frontier Airlines, Inc. Retirement Savings Plan, as amended (the "401(k) Plan") effective April 1, 1999, which is presently and hereafter made available to Frontier Airlines, Inc. employees, shall be made available on the same terms to Pilots covered by this Agreement.

   2.   The Company shall match 50 percent of each Pilot's pre-tax contribution to the 401(k) plan, subject to all regulatory limitations, not to exceed 5 percent of the Pilot's Eligible Compensation for that pay period. For each plan year, the combined Company match and True-Up shall not exceed 5 percent of the Pilot's Eligible Compensation for that year.

*Company matches 50% of a Pilot's contribution up to 5% of the Pilot's compensation.*



**Collective Bargaining Agreement** 03/02/07

For example:

| Pilot's annual earnings equal $70,000 | | |
|---|---|---|
| Pilot's Percentage Contribution | Pilot's Monetary Contribution | Company's Monetary Match |
| 5% | $3,500 | $1,750 |
| 10% | $7,000 | $3,500 |
| 15% | $10,500 | $3,500* |
| Pilot's annual earnings equal $150,000 | | |
| Pilot's Percentage Contribution | Pilot's Monetary Contribution | Company's Monetary Match |
| 5% | $7,500 | $3,750 |
| 10% | $15,000 | $7,500 |
| 15% | **$15,500 | $7,500* |

\*Matched amount limited by 10% of earnings.

\*\*$15,500 is the IRS maximum allowable contribution for employees under 50 for calendar year 2007.

3. The Company contribution will be deposited into the Pilot's 401(k) account within 10 business days following each pay period. The Company will include on each Pilot's paycheck the 401(k) Plan contribution amount and YTD totals.

4. One Time Catch-up Matching: Contributions for plan year 2006 shall be made in accordance with procedures existing prior to the date of signing of this Agreement, and at the same time the Company match is made for other employees. For plan year 2007, past due contributions will be made into participant accounts within 60 days after the date of signing of this Agreement.



**Collective Bargaining Agreement**    |    05/08/09

5. Match "True-up" Provision: The Company shall provide a true-up matching contribution at the end of the plan year for Pilots whose actual aggregate matching contributions made by the Company for all pay periods during the plan year (the "Actual Matching Contributions") is less than the matching contributions that would have been made based on the annual 5% of compensation limitation on matching contributions (the "Annual Matching Contribution Limit"). The amount of the true-up matching contribution shall be the difference between the Actual Matching Contributions and the Annual Matching Contribution Limit. A true-up matching contribution may be made for the following reasons: the Pilot has reached the annual 402(g) contribution limit ($15,500 in 2007), the Pilot reduced the level of his pre-tax contributions later in the plan year, the Pilot's compensation increases later in the plan year, or for any other reason that causes the Actual Matching Contributions to be less than the Annual Matching Contribution limit. Any such true-up contribution shall be made as soon as practical but not later than 30 days following the close of the plan year.

> *Company shall "True-Up" contributions when limited by pay period amounts.*

Example: A Pilot who earns $150,000 during the 2007 401(k) plan year contributes 15% of his pay each pay period (for a contribution of $937.50 each pay period). The Pilot reaches his annual contribution limit of $15,500 in his 17th (out of 24) pay period. The Company match for the first 16 pay periods is limited to $312.50 based on the "10% per pay period" limit in Paragraph B.2. above. The matching contribution for the 17th pay period will be $250. This causes the Pilot to receive Actual Matching Contributions of only $5250.00, rather than the $7,500 that would have been received based on the Annual Matching Contribution limit. The Company shall make a true-up matching contribution equal to the difference between the Actual Matching Contributions made during the plan year and the Annual Matching Contribution limit. The true-up contribution will be $2,250, and will be made as soon as practical but not later than January 30, 2008.

6. If the amounts that may be contributed by a Pilot into a 401(k) plan are reduced by law or regulation, this Agreement shall be reopened.



| | **Collective Bargaining Agreement** | 03/03/07 |
|---|---|---|

### C. DEFINED CONTRIBUTION ("DC") PLAN

*Company shall contribute to a DC Plan.*

1. In addition to the matching contributions under the 401(k) plan described in Paragraph B., the Company shall make non-elective employer contributions to the DC Plan as described in this Paragraph C. The DC Plan contributions will be made for each pay period based on the Pilot's W-2 compensation for each pay period. Contributions will be made in accordance with the following schedule:

| Longevity | 3/2/07 | 3/2/08 | 3/2/09 | 3/2/10 | Thereafter |
|---|---|---|---|---|---|
| 1 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 2 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 3 | 2.2% | 2.2% | 2.2% | 2.2% | 2.2% |
| 4 | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% |
| 5 | 3.2% | 3.7% | 4.0% | 4.0% | 4.0% |
| 6 | 3.7% | 4.2% | 4.7% | 5.2% | 5.5% |
| 7 | 4.2% | 4.7% | 5.2% | 5.7% | 6.0% |
| 8 | 5.2% | 5.7% | 6.0% | 6.0% | 6.0% |
| ≥9 | 5.5% | 6.0% | 6.0% | 6.0% | 6.0% |

2. The Company contribution will be deposited to each participant's account within 10 business days following the pay period. The Company will include on each paycheck the employer contribution amount and YTD total.
3. Pilots shall be 100% vested under the DC Plan.
4. The Company shall choose a provider with internet, telephone, and written access for each Pilot's account.
5. All plan administrative costs shall be paid by the Company. Any costs associated a Pilot's individual account will be paid by the Pilot or from his custodial account.
6. The Company will submit the DC Plan to the IRS for a determination letter to ensure compliance with Section 410(a) of the Internal Revenue Code. If an unfavorable determination letter is received by the Company, the Company and the Association agree to modify this Section 16 as necessary for compliance.

### D. RETIREE PASS BENEFITS

*Retirees continue to receive pass and medical benefits.*

The Company retiree pass benefit policy shall be modified for Pilots such that the minimum 5 years of service requirement is waived, and the age plus years of service requirement is modified to 60 (or the FAA mandated age if raised).



**Collective Bargaining Agreement**                                   03/02/07

E. RETIREE MEDICAL

A Pilot forced to retire due to Federal Aviation Regulations age requirements, and his dependents, may remain on the Company's Medical Plan under the terms and conditions of the Plan until age 65. The cost of retiree medical benefits shall be continued under the same contribution schedule as an active Pilot. A Pilot who starts to receive this benefit under this Agreement shall receive the same benefits as Active Pilots and shall not forfeit the benefit by any future amendment to this Agreement.

THIS PAGE

INTENTIONALLY

LEFT BLANK



**Collective Bargaining Agreement**                           03/02/07

## SECTION 17

### MISSING, INTERNMENT, PRISONER OF WAR, HOSTAGE, OR HIJACKING BENEFITS

A. Any Pilot who, while performing duties for the Company, is missing, interned, captured or held as a prisoner or hostage ("Captivity") shall have all compensation and benefits continued without interruption to his dependents for the period of time defined in Paragraph C. of this Section.

B. Any Pilot subject to Captivity shall continue to accrue seniority and Longevity.

C. A Pilot shall be eligible for the benefits specified in this Section, without interruption, for a maximum period of 18 months. The benefits specified in this Section shall be terminated at the earlier of the time the Pilot is released (if hostage, prisoner of war or hijacked) or the time when proof of death is established. After proof of death is established, the Company shall pay, or cause to be paid, any benefits as provided for in this Agreement.

*A Pilot subject to this Section shall receive pay and benefits (based on the position he would have held otherwise) for up to 18 months.*

D. For the entire period during which a Pilot is eligible for the benefits specified in this Section, the following shall apply:

   1. The Pilot shall continue to hold his Position in accordance with Section 6 and the Master Bid on file at the time of the Captivity.

   2. For purposes of pay under this Section, the Pilot's Master Bid at the time of the Captivity shall be controlling for the period of time that the Pilot is entitled to benefits under this Section. This pay shall be based on the Position the Pilot would have held, including an Involuntary Staffing Adjustment from Captain to First Officer if applicable, had the Pilot not been subject to the Captivity.

   3. When the Pilot is able to return to work as a Pilot, he shall be placed in the next available training class necessary to qualify for the Position the Pilot would have been awarded without the Captivity.

E. When the Pilot is able to return to work, he shall be paid at the rate he would have been paid had he not suffered the Captivity.

F. Compensation allowable under this Section shall be disbursed by the Company as follows:

   1. In the event that the Pilot does not complete written directions in accordance with this Section, any payments due to the Pilot under this Section shall be held by the Company in an interest bearing account, for the benefit of the Pilot, at a savings institution of the Company's choice. If the Pilot is confirmed deceased, this account shall be paid to the legal representatives of the Pilot's estate.



**Collective Bargaining Agreement** 03/02/07

2. In the event that the Pilot completes written directions, the payments shall be made in accordance with those directions. Such directions shall be given to the Company using the following form, or in a form substantially similar to the following:

---

Missing, Internment, Prisoner Of War, Hostage
Or Hijacking Benefits

To: Frontier Airlines Pilot Payroll
From: _____
Date: _____

You are hereby directed to pay all monthly compensation allowable to me, and any other benefits stipulated in the Agreement, while missing, or resulting from death or any other condition which causes direct payment to be impossible, under Sections of the Agreement between the Company, and the Pilots in the service of the Company, as represented by the Association, then in effect as follows:

Name: _____
Address: _____

as long as living, and thereafter to:

Name: _____
Address: _____

as long as living, and thereafter to:

Name: _____
Address: _____

as long as living.

The balance, if any, and any amounts accruing after the death of all persons named in the above designations shall be held for me, or in the event of my death before receipt thereof, shall be paid to the legal representative of my estate.

The foregoing direction may be modified from time to time by letter addressed to the Company and signed by the undersigned, and any such modification shall become effective upon receipt of such letter by the Company.

Witness Name (print): _____
Witness Signature: _____

Pilot's Name (print): _____
Pilot's Signature: _____
Employee Number: _____

---

**FAPA**

**Collective Bargaining Agreement**                                    03/02/07

---

| SECTION 18 |
|---|

## NO-BID AND MANAGEMENT PILOTS

A. GENERAL

1.   A Pilot transferred to No-Bid or Management status shall retain and continue to accrue seniority and Longevity.

2.   When a Pilot is transferred to No-Bid or Management status due to sickness or injury, or becomes sick or injured while on such duty, that Pilot shall retain and continue to accrue seniority and Longevity during the period of sickness or injury whether or not the Pilot is able to maintain the medical certificate required for the Pilot's status, until able to return to flying duty. The Pilot's eligibility to remain on the Seniority List shall be in accordance with Section 9.I.3.

3.   Any disputes arising hereunder concerning the physical fitness of such Pilot shall be determined in accordance with Section 22 of this Agreement.

4.   A Pilot that is not on the Seniority List shall have no rights under this Agreement.

B. MANAGEMENT PILOTS

1.   The Company shall notify the Association in writing when a Pilot is considered a Management Pilot (e.g. Vice-President, Director, Manager, Chief Pilot, or Assistant Chief Pilot).

2.   Management Pilots shall not be eligible to bid, or be awarded any line of flying or any Open Time except as specified in Section 5, to include Management Displacement. No line of time shall be designated to be flown by Management Pilots until all Pilots including those normally assigned Reserve lines have been awarded a line.

3.   When a Pilot on the Seniority List is released by the Company from Management status or desires to return to the line from such duty, the Company shall notify the Association in writing and he shall be eligible to bid for a line of flying according to his seniority on the next scheduled bid and exercise his Position on the Seniority List as defined under this Agreement. The Pilot will return to his "double bid" Position if applicable (as specified in Paragraph C below) and his return will not cause an Involuntary Staffing Adjustment of another Pilot.

---



**Collective Bargaining Agreement**                              12/10/07

C. DOUBLE BID SYSTEM

*Management Pilots may bid for VSAs.*

1. The "Double Bid" System will apply to Management Pilots to allow them to bid and be awarded a Voluntary Staffing Adjustment (VSA) in accordance with his seniority while in a management Position. A Management Pilot who is "double bid" will occupy a Position only for administrative or pay purposes, as applicable, until the Management Pilot returns to line flying to fill that Position, successfully bids out of that Position on a future VSA, or is removed from that Position by an Involuntary Staffing Adjustment (ISA).

2. A Management Pilot will bid in accordance with Section 6 for the purpose of being awarded a "double bid" VSA. The VSA will also be awarded to the next junior Pilot (or senior Pilot in the case of an ISA) who is eligible to bid and be awarded the VSA in accordance with Section 6.

D. NO-BID PILOTS

1. Check Airmen, Aircrew Program Designees, or Instructor Pilots on "No-Bid" status for the Company during an entire Monthly Bid Period shall be considered No-Bid Pilots for that Monthly Bid Period. These Pilots shall be designated "No-Bid Training" in the Monthly Bid Package.

*Training and SPPs shall be NoBid Pilots.*

2. Any Pilot appointed by the Company as a Special Project Pilot ("SPP") to perform administrative or other non-flying duties during an entire Monthly Bid Period (not including Pilots who are medically unable to fly) shall also be considered a No-Bid Pilot for that Monthly Bid Period. These Pilots shall be designated "No-Bid SPP" in the Monthly Bid Package.

3. No-Bid Pilots shall not be eligible to bid, or be awarded any line of flying or any Open Time except as specified in Section 5, to include Management Displacement. The Company may Junior Assign No-Bid Pilots per Section 5.V. if the Junior Assignment does not conflict with scheduled Company duties.

4. No-Bid Pilots shall pay Association dues at the Associate Membership rate as specified in the Association Constitution and Bylaws.

5. Compensation for duties performed for the Company by No-Bid Pilots (in excess of the Monthly Pay Guarantee), shall be entirely at the discretion of the Company. This compensation shall be subject to Association dues at the Associate Membership rate as specified in the Association Constitution and Bylaws.

6. Notice to the Association required by Paragraph B.1. shall be considered fulfilled if a "No-Bid Training" or "No-Bid SPP" Pilot is designated in the subsequent Monthly Bid Package.



**Collective Bargaining Agreement**                                    12/01/10

## SECTION 19

### REDUCTION IN FORCE, FURLOUGH, AND RECALL

A. GENERAL

   1.  Prior to any furlough the Company shall meet with the
       Association to discuss reasons for, alternatives to, and
       expected duration of the furlough.
   2.  "Furlough" shall be defined as a reduction by the Company
       of the total number of Pilot Positions.
   3.  For the purposes of this Section, "circumstances beyond
       the Company's control" shall be defined as: an act of
       nature; a work stoppage; grounding or repossession of a
       substantial number of the Company's aircraft by a
       government agency or a court order; loss or destruction of
       the Company's aircraft; involuntary reduction in flying
       operations due either to governmental action(s)/
       requirement(s) or to a decrease in available fuel supply or
       other critical materials for the Company's operation;
       revocation of the Company's operating certificate(s); war
       emergency; a terrorist act; or a substantial delay in the
       delivery of aircraft scheduled for delivery, provided that one
       of these listed occurrences has a material and substantial
       impact on the Company.

B. CREW REDUCTION

   1.  Pilots shall be furloughed in reverse order of seniority in
       accordance with the Frontier Airlines, Inc. Pilots System
       Seniority List.

C. NOTICE OF FURLOUGH

   1.  Except where precluded by circumstances beyond the
       Company's control, any Pilot furloughed from the Company
       shall receive at least 21 days advance written notice via
       certified mail or shall continue to be paid until 21 days from
       the date of notice postmark. This pay shall be prorated at
       the rate of 1/30th of the Monthly Pay Guarantee for each
       day. Such notice shall be sent to the Pilot's last known
       address. Each Pilot shall be responsible for keeping the
       Company advised of his current mailing address.

*21 days notice
shall be given for
furlough*

---

**Frontier Airline Pilots Association**                                **19.1**



**Collective Bargaining Agreement**                    12/01/10

### D. FURLOUGH PAY AND BENEFITS

*Furloughed Pilots receive 1 week of pay for each year of longevity to a max. of 6 weeks.*

1. Upon furlough, and in addition to any pay due in Paragraph C., a Pilot shall receive 1 week of pay (this pay shall be equal to 7/30th of the Monthly Pay Guarantee) for each full year of Longevity up to a total of 6 weeks of pay, except where a furlough is caused by circumstances beyond the Company's control. A Pilot with less than 1 year of Longevity shall not receive furlough pay based on Longevity.

2. A Pilot's furlough pay shall continue with regular pay periods until the furlough pay is exhausted.

3. A Pilot shall only receive his appropriate furlough pay once in any 12 month period. The 12 month period shall begin as of the date of furlough.

4. Any furloughed Pilot shall receive normal employee benefits while receiving furlough pay.

5. For the duration of the furlough, any Pilot who is furloughed shall retain all accrued sick leave, and continue to retain and accrue seniority but shall not accrue Longevity for pay and benefit purposes.

6. A Pilot who is furloughed shall be paid for any Accrued Vacation and Earned Vacation in a lump sum included with their final regular paycheck (to include any vacation to be accrued during the furlough pay period).

### E. RECALL FROM FURLOUGH

*Pilots shall be given 10 days notice to declare intent with recall.*

1. Pilots shall be recalled in order of their seniority in accordance with the Frontier Airlines, Inc. Pilots System Seniority List. Such notice shall be sent via certified mail to their last known address. Such Pilots shall be allowed 15 calendar days, from postmark of the recall notice, in which to notify the Company in writing of their intent to return to Active Service.

2. A Pilot shall have the option to:

   a. Accept the recall. He then shall be allowed no less than 15 calendar days (except by mutual agreement between the Pilot and the Company) from the date of acceptance to return to Active Service. The Company may, at its discretion, extend the period of time for a return to Active Service. or,

   b. Bypass the specific recall, but be notified of any future recalls, or

   c. Continue to bypass all recalls until all of the furloughed Pilots junior to him have been recalled or until he elects to cancel such notice.

   d. If no response is received, it shall be assumed that the Pilot shall bypass the specific recall, but shall be notified of any future recalls.



**Collective Bargaining Agreement**                    12/01/10

3.  In the event an insufficient number of Pilots accept recall, the Company may notify Pilots in inverse seniority order that recall is mandatory. In this event, the Company shall notify the Pilot of the mandatory recall. Such notice shall be sent via certified mail to their last known address. Such Pilots shall be allowed no less than 15 calendar days (except by mutual agreement between the Pilot and the Company) from the date of acceptance to return to Active Service or be removed from the Seniority List.

F.  INFORMATION DISTRIBUTION

The Company shall distribute to furloughed Pilots a packet of information containing the following as soon as practical prior to any furlough.

1.  The procedure by which Company materials such as identification cards and Company manuals shall be returned to the Company.

2.  The necessary conversion forms and information to continue their insurance coverage while on furlough.

3.  A statement of the Pilot's vacation and sick leave accruals that have been earned to date.

G.  JUMPSEAT AND PASS PRIVILEGES WHILE ON FURLOUGH

1.  All Pilots on furlough shall retain space available pass privileges on the Company route system in accordance with the Company Pass policy as if he were not furloughed.

2.  Subject to applicable law, the Company agrees to provide all furloughed Pilots with on-line jumpseat authority.

H.  CONSIDERATION FOR CONTINUED EMPLOYMENT

Provided the furloughed Pilot meets the minimum qualifications of the available Position, the Company shall offer a furloughed Pilot the opportunity to apply for and receive an interview for any Position that would normally be available to any other Company employee.

THIS PAGE

INTENTIONALLY

LEFT BLANK

 **Collective Bargaining Agreement** 11/14/14

# SECTION 20

## TRAINING

A. GENERAL

1. Association Training Committee. The Company and the Association Training Committee shall meet once every 3 months to review the status of the training programs. The Association Training Committee Chairman shall contact the Director Flight Operations Training & Standards (or equivalent Position) to schedule a mutually agreeable time for these meetings. The Company shall consider the suggestions and course critiques of the Association Training Committee as to the improvement of the training programs. All proposed changes to the Flight Operations Training Manual (FOTM) shall be communicated to the Association 3 business days prior to the FAA review.

2. Training Records. A Pilot shall be able to review all reports or performance evaluations prepared concerning any training received. Such documentation shall show the signatures of the individual administering the training and the Pilot receiving the training.

3. Information and Training Materials to be Provided to Pilots in Training.

   a. Training Materials. Training materials that are required to be studied or completed prior to a training event shall be provided electronically at least 7 days (or less by mutual agreement between the Pilot and the Company) prior to any simulator or Ground Training.

   b. List of Airports to be Used for PC and PT Events. For PC and PT events, a list of up to 5 airports that may be used for the event shall be provided to the Pilots at least 24 hours in advance.

   c. Recurrent Ground School Syllabus. Pilots attending Recurrent Ground School shall be provided with a syllabus that describes the topics to be covered each day. The syllabus shall be provided electronically at least 7 days (or less by mutual agreement between the Pilot and the Company) prior to the training.

   d. Simulator Notification. Notification of PT and PC events for the following Monthly Bid Period shall be provided electronically (e.g. Company email address, DMS, Electronic Bidding Systems) by the 23rd of the current month.

*A Pilot who fails a check-ride may request a different check airman and/or an Association observer.*

---



**Collective Bargaining Agreement** | 03/02/07

*A Pilot in training may request a different instructor.*

4. Instructor Change Requests. A Pilot in Upgrade or Transition Simulator Training may request and then shall be assigned a one-time change of instructor after discussing the reason for the change with the Flight Training Manager. The Company may require the Pilot to complete 1 more simulator session with the same instructor prior to the change.

5. Training Failures.

   a. Qualification Events. If a Pilot fails a Qualification Event as defined in the Flight Operations Training Manual (FOTM), such Pilot may request and then shall be assigned another Check Airman, or instructor (as appropriate), for their subsequent Qualification Event.

   b. Any additional training after a failure that is specified in this Section may be waived in writing by the Pilot, and with the consent of the Company.

6. Training Withdrawals.

   a. Hardship Withdrawals.
      1) A Pilot may voluntarily withdraw from training in hardship circumstances (for example, but not to be limited to, a death or serious illness in the family, divorce, etc.).
      2) A hardship withdrawal requires approval by the Vice President Flight Operations. Such approval shall not be unreasonably withheld.
      3) A hardship withdrawal shall not constitute a failure.
      4) The Pilot shall indicate his desire to the Chief Pilot when he is ready to be rescheduled for training. The Pilot shall be rescheduled as requested, however the Company shall not be required to place the Pilot in a class that has already been awarded and is at its maximum capacity as determined by the Company.

   b. Voluntary Withdrawals from Upgrade.
      1) A Pilot who voluntarily withdraws from an upgrade training course with at least 2 weeks' written notice to the Chief Pilot's office prior to the start of training shall not be penalized.
      2) A Pilot who voluntarily withdraws from an upgrade training course later than 2 weeks prior to the start of training shall not be awarded a Captain VSA with an originally published Effective Date within 8 months from the date of his withdrawal.

*Recordings may only be used for training purposes with that Pilot.*

*A Check Airman must have 500 hrs as Airbus Captain at Frontier except by Association consent.*

7. Recordings of Training Events. There will be no recording or transmission of data, images or audio from any simulator or training device except as a tool for the debriefing of training or evaluation periods. The Company will, immediately upon conclusion of each session's debrief, permanently erase all recorded media of such events in the presence of the Pilot who received the applicable training.



**Collective Bargaining Agreement**

03/02/07

8. Check Airman Qualifications.

   a. All OE, Proficiency Checks, Proficiency Training, and Line Checks shall be given by Pilots who:

      1) Are or have been on the Seniority List; and

      2) Have at least 500 hours of line flying experience at the Company as Captain in the aircraft type (Airbus A320 family).

   b. These requirements under 8.a. above may be waived with the consent of the Association. The Association's consent shall not unreasonably be withheld.

9. A Pilot or the Company shall have the ability of selecting an Association designee employed by the Company as a Pilot to ride as an observer. If flying must be dropped for the observer by Pilot request, the drop shall be requested as a FAPA drop in accordance with Section 5.L.6. If flying must be dropped for the observer by Company request, the drop shall be requested as a Company drop.

*The Company is responsible for scheduling training.*

B. SCHEDULING OF TRAINING EVENTS

  1. General Training Scheduling Rules.

   a. Company Responsibilities.

      1) It shall be the Company's responsibility to schedule and administer Proficiency Checks, Proficiency Training and Line Checks on time. No Pilot shall be downgraded or lose pay due to the Company's failure to schedule and complete required training on time to prevent a dequalification.

      2) A Pilot must be scheduled at least 1 Calendar Day free of any Company duty during any 7 Calendar Day period. The Pilot may choose to waive this requirement.

   b. Pilot Responsibility.

      1) It shall be the Pilot's responsibility to comply with the scheduled time for the check or training once he has been notified by the Company of the schedule.

      2) If a Pilot chooses to travel from training conducted in a location other than his Domicile on a flight other than the Scheduled Deadhead, the Pilot shall advise Flight Ops Training and Training Scheduling of his travel plans.

   c. Flying During Upgrade Ground and Simulator Training. A Pilot who is in upgrade training shall not normally be assigned or allowed to pick up flying outside of the training. However, should there be an extended lapse in the training, the Company and the Association shall discuss possible methods to allow the Pilot to fly during the lapse in training.



**Collective Bargaining Agreement**                    03/02/07

    d.  Deadheading to or from Training. Any Deadheading to or from a training event shall be included in the duty time calculations in accordance with Section 5.

    e.  Training during Vacation. Training shall not be assigned during any vacation period except by the Pilot's consent. In addition, at the Pilot's request, training shall not be assigned on the days off immediately before or after a vacation period as shown on the Pilot's schedule immediately following the vacation slide period. This request must be made to Training Scheduling prior to the end of the vacation slide period.

    f.  Oral Examinations.

       1)  PIC Type. Oral examinations for the purpose of a PIC type rating administered by the FAA or the Company Aircrew Program Designee shall not be scheduled on the same Calendar Day with any other training or duties; however, the Pilot may waive this same Calendar Day restriction.

       2)  SIC Privileges Only Type. The same Calendar Day restriction for PIC type ratings shall not apply to an SIC Privileges Only Type Rating.

2.  Ground School Scheduling.

    a.  Time Limitations. Ground training shall not be scheduled more than 8 hours in any Calendar Day, except for meals. Should it become necessary for the Company to re-schedule training, such training may not be re-scheduled for more than 10 hours in any Calendar Day and in no case more than 42 hours in any 5 consecutive days.

    b.  Rest. A Pilot who has been scheduled for ground school shall receive the same legal rest as applicable to flight duty before the ground school, and shall receive the applicable legal rest after ground school prior to performing duties as a flight deck crew member. Reduced Rest for purposes of this paragraph shall only be permitted with the Pilot's consent.

    c.  Pre-Probationary PC Recurrent Ground School. Recurrent Ground School shall be scheduled and completed prior to a Pilot's Probationary PC.

3.  Simulator Training Scheduling.

    a.  Simulator Training Times.

*Rest/duty requirements for training.*

       1)  No simulator training or checking, including briefing or debriefing time, shall be conducted between the hours of 0030 to 0500 local time, except during peak training times. The Association recognizes that during peak training times, the Company may require late training periods. Under no circumstances will simulator training or checking, including briefing or debriefing time, be conducted between 0230 and 0500.