

**Frontier Airlines, Inc.**
4545 Airport Way
Denver, CO 80239

P 720-374-4200
F 720-374-4355

www.flyfrontier.com

Mr. John L. McLaughlin
Principal Operations Inspector
Federal Aviation Administration
DEN CMO

June 26, 2020

Subject:        Approval FOM Vol I, Revision 4-20

Dear Mr. McLaughlin,

Please find the enclosed Revision 4-20 to Flight Operations Manual Volume I, for your approval.
This letter is a request that you review and approve this revision. While FOM Vol. 1 is an accepted manual,
*we need you to approve the verbiage in section 10.20 pg. 6 (Lactation section).* There is no LEP to sign, so
you can either send us an acceptance email or full-fledged letter.

The Subject Matter Expert (SME) for FOM Vol. I is Alex Blazewicz, (alex.blazewicz@flyfrontier.com).

If you have any questions regarding this request, contact us at your earliest convenience.

Respectfully,

Don (Andy)
Anderson

Digitally signed by Don
(Andy) Anderson
Date: 2020 06.26
12:49:32 -06'00'

Andy Anderson
Lead Technical Writer, Technical Publications
Frontier Airlines, Inc.
4545 Airport Way, Denver, CO 80239
(w) 720-374-4208
(f)  720-374-4355
Andy.Anderson@flyfrontier.com

CC:     J. Colburn
        B. Dwyer
        C. Dillon
        A. Blazewicz

EXHIBIT 2