

U.S. Department of Transportation
Federal Aviation Administration

Aviation Safety
800 Independence Ave.
Washington, DC 20591

Atlanta Flight Standards Office
Denver Certificate Management Unit
26805 E. 68th Ave., Suite 200
Denver, Colorado 80249
303-342-1151 Fax: 303-342-1176
1-800-847-3808

June 29, 2020

Sandy Shepherd, Director of Safety
Frontier Airlines Inc.
4545 Airport Way
Denver, CO 80239

Dear Mr. Shepherd:

This office received a request to approve Revision 4-20 to the Flight Operations manual Volume I. There is no regulatory need for an approval of an accepted manual.

The policy that is proposed in this revision with regard to the procedure for lactating pilots leaving the cockpit on the ground, with passengers on board, would put the airline in noncompliance with 14CFR 121.391 d.

Flight attendants are required to be in their duty station at their door and cannot leave to do the security detail in the flight deck while passengers are on board.

If you have any questions please call me at 303-342-1205.

Sincerely,

JOHN L MCLAUGHLIN
Digitally signed by JOHN L MCLAUGHLIN
Date: 2020.06.29 17:02:01 -06'00'

John McLaughlin
Principal Operations Inspector

Cc: Vicky Curran, Supervisor, Technical Publications

EXHIBIT 4