IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiffs, through their undersigned attorneys, hereby submit this Unopposed Motion to Exceed Page Limitations for their Response to Defendant's Motion to Dismiss [DE 33], and state as follows:

1. This case was filed on December 12, 2019. Pursuant to this Court's scheduling order [DE 29], Defendant filed its Motion to Dismiss on August 10, 2020 [DE 33], along with an unopposed motion to exceed page limitations and file a brief of up to 30 pages. [DE 31.] The Court granted Defendant's unopposed motion to exceed page limitations and accepted Defendant's 30-page brief as filed. [DE 34.]

2. Under this Court's Practice Standards, Plaintiffs' response brief is limited to 15 pages. CMA Civil Practice Standards at 10.1(d)(1), (3).

3. Plaintiffs respectfully seek an additional 15 pages for their response brief. The additional space is necessary in light of the number and complexity of the issues raised in Defendant's 30-page brief [DE 33], and to afford Plaintiffs equal space to

respond as was allowed to Defendant in mounting its defenses.

4. Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for Defendant and Defendant does not oppose the relief requested herein.

5. Accordingly, Plaintiffs request that this Court grant their Motion and enter an order permitting Plaintiffs to file a response brief of up to 30 pages.

Respectfully submitted this 14th day of August, 2020

*s/ Jayme Jonat*
Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7819

Mark Silverstein
Sara R. Neel
American Civil Liberties Union Foundation of Colorado
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

*Attorneys for Plaintiffs*