IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS [DE 33]**

Plaintiffs, through their undersigned attorneys, hereby submit this Unopposed Motion for an Extension of Time to File their Response to Defendant's Motion to Dismiss [DE 33], and state as follows:

1. This case was filed on December 12, 2019. Pursuant to this Court's scheduling order [DE 29], Defendant filed its Motion to Dismiss on August 10, 2020 [DE 33], along with an unopposed motion to exceed page limitations and file a brief of up to 30 pages. [DE 31.] The Court granted Defendant's unopposed motion to exceed page limitations and accepted Defendant's 30-page brief as filed. [DE 34 and DE 35.]

2. Under District of Colorado Local Rule 7.1(d), Plaintiffs' response brief is currently due on August 31, 2020, and Defendant's deadline to file a reply brief is September 14, 2020.

3. Plaintiffs respectfully seek a two-week extension of time to respond, until

September 14, 2020. This extension is not sought for purposes of delay but for good cause. Specifically, the additional time is necessary in order to afford counsel sufficient time to respond given the number and complexity of the issues raised in Defendant's 30-page brief [DE 35], and in light of competing deadlines on counsel's calendars.

4. Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for Defendant and Defendant does not oppose the relief requested herein.

5. Accordingly, Plaintiffs request that this Court grant their Motion and enter an order permitting Plaintiffs to file their response brief on September 14, 2020.

6. Pursuant to Local Rule 6.1, the undersigned counsel certify that this is Plaintiffs' first request for an extension of the briefing schedule on the instant motion, and that they are serving a copy of this motion on their clients.

Respectfully submitted this 14th day of August, 2020

*s/ Jayme Jonat*
Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7819

*Attorneys for Plaintiffs*

Mark Silverstein
Sara R. Neel
American Civil Liberties Union
Foundation of Colorado
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482