IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS [DE 33]**

This matter comes before the Court on Plaintiffs' Motion for an Extension of Time to File their Response to Defendant's Motion to Dismiss [DE 33]. The Court, having reviewed the Motion, and being duly advised in the premises, finds good cause shown for granting the Motion.

Therefore, it is hereby ORDERED that Plaintiffs' Response to Defendant's Motion to Dismiss is due on or before September 14, 2020.

SO ORDERED this ___ day of August 2020.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE
                                                                      CHRISTINE M. ARGUELLO