**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEVEL 1 RESTRICTED ACCESS TO ECF NO. 32**

---

This matter comes before the Court on Defendant's Unopposed Motion for Level 1 Restricted Access to ECF No. 32. The Court has reviewed the Motion. Finding that countervailing interests heavily outweigh public interest in access to ECF No. 32, the Court grants the Motion.

Therefore, IT IS ORDERED that the Court maintain the Level 1 restriction on Exhibit 3 [ECF No. 32] to Mr. Lambert's Declaration attached as Exhibit A [ECF No. 33-1] to Frontier's Motion to Dismiss [ECF No. 33] .

ORDERED this ___ day of _____, 2020.

BY THE COURT:

_____
District Judge Christine M. Arguello