IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 19-cv-03468-CMA-SKC　　　　Date: August 26, 2020
Courtroom Deputy: Amanda Montoya　　　　FTR – Reporter Deck-Courtroom C-201

| *Parties:* | *Counsel:* |
|---|---|
| RANDI FREYER, et al., | Galen Sherwin |
|  | Jayme Jonat |
|  | Sara Neel |
| Plaintiff, |  |
| v. |  |
| FRONTIER AIRLINES, INC., | Danielle Kitson |
| Defendant. |  |

## COURTROOM MINUTES

**HEARING: TELEPHONE RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 09:32 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**　Plaintiffs are required to include a computation of economic damages with their Rule 26(a)(1) disclosures.

　　　　　　To the extent a protective order is needed, it shall be filed within 14 days.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **10** depositions.
Depositions shall not exceed one day of seven hours.
Each side shall be limited to **25** interrogatories, **30** requests for production, and **30** requests for admission.
Joinder of Parties/Amendment of Pleadings: **December 23, 2020**
Discovery Cut-off: **April 23, 2021**
Dispositive Motions Deadline: **May 24, 2021**
Each side shall be limited to **3** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: February 22, 2021**
Parties shall designate rebuttal experts **on or before: March 22, 2021**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than March 9, 2021.**

**JOINT STATUS REPORT** of no more than eight (8) pages, shall be filed no later than **November 6, 2020**. The report must (1) update the Court on the status of the case, to include a description of the parties' respective activities in discovery, (2) alert the Court to any pending or anticipated issues between the parties that may require Court intervention, and (3) update the Court regarding the prospect of settlement. Based on what is outlined in the joint status report, the Court may set a Telephone Status Conference.

**TELEPHONE FINAL PRETRIAL CONFERENCE** is set for **July 26, 2021 at 10:30 a.m.** Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.** (See the court's website for Instructions for Preparation and Submission) Counsel participating in the conference shall jointly call the Court (303.335.2124) at the scheduled time.

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Crews.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 09:47 a.m.**
Total time in court:    00:15

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.