**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

        Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE**
**LIMITATION ON DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

---

Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") files this Unopposed Motion to Exceed the Court's Page Limitation on Defendant's Reply in Support of its Motion to Dismiss, and respectfully requests leave to file a motion not to exceed fifteen (15) pages in length.  In support of this Motion, Frontier states as follows:

**CONFERRAL**

Counsel for Frontier has conferred with counsel for Plaintiffs, who do not oppose the relief requested in this Motion.

**MOTION TO EXCEED PAGE LIMITATIONS**

1.    On December 10, 2019, Plaintiffs filed their Complaint and Jury Demand (the "Complaint") [ECF No. 1].

2.    Pursuant to this Court's practice standards, Frontier filed an Unopposed Motion to Exceed Page Limitations for its Motion to Dismiss Plaintiff's Complaint,

requesting permission to file a motion no longer than thirty (30) pages [ECF No. 31]. *See* CMA Civil Practice Standards at 10.1(d)(1),(3).

3.      This Court granted the Motion [ECF No. 34].

4.      Frontier timely filed a Motion to Dismiss [ECF No. 33] pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on August 10, 2020.

5.      On August 14, 2020, Plaintiffs filed an Unopposed Motion to Exceed Page Limitations for their Response to Frontier's Motion to Dismiss [ECF No. 36], requesting permission to file a response no longer than thirty (30) pages.

6.      This Court granted the Motion [ECF No. 39].

7.      On September 14, 2020, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss [ECF No. 50], which totaled thirty (30) pages.

8.      Frontier intends to timely file its Reply in Support of Frontier's Motion to Dismiss.

9.      Pursuant to this Court's practice standards, replies in support of motions to dismiss are limited to ten (10) pages unless good cause exists to exceed the limitation. *See* CMA Civil Practice Standards at 10.1(d)(1),(3).

10.     Frontier has diligently attempted to abide by the Court's ten (10) page limitation while also providing sufficient discussion of the law and facts discussed in Plaintiffs' Opposition to Defendant's Motion to Dismiss [ECF No. 50] and satisfy its burden of demonstrating that Plaintiffs' Complaint fails to state claims upon which relief may be granted pursuant to Rule 12(b)(6) and that the Court lacks subject matter jurisdiction over Plaintiffs' claims pursuant to Rule 12(b)(1). However, Frontier has found the task

particularly challenging given the length of Plaintiffs' Opposition to Defendant's Motion to Dismiss [ECF No. 50], the number of facts alleged, and the complexity of the claims and defenses at issue.

11.     Plaintiffs' Opposition to Defendant's Motion to Dismiss alleges extensive facts, which alone total more than nine (9) pages. *See* [ECF No. 50 at "Statement of Claim"].

12.     In addition, Plaintiffs' use the remaining twenty-one (21) pages of their brief to address Defendant's argument that Plaintiffs' claims are untimely, that Plaintiffs' fail to state valid claims under Title VII, the Colorado Anti-Discrimination Act ("CADA"), the Pregnant Workers Fairness Act ("PWFA"), and Colorado Workplace Accommodations for Working Mothers Act ("WANMA,") and that Plaintiffs' CADA, PWFA, and WANMA claims are preempted. As explained in Defendant's Motion to Exceed Page Limitations for its Motion to Dismiss [ECF No. 31], these claims are particularly complex given that the case involves the airline industry—an industry highly regulated by federal law and subject to Federal Aviation Administration (FAA) rules and regulations.

13.     For these reasons, Frontier respectfully requests leave to exceed the Court's page limitation, and file a Reply in Support of its Motion to Dismiss that is no longer than fifteen (15) pages.

Respectfully submitted this 23rd day of September, 2020.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Erin A. Webber
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202

Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dkitson@littler.com
        ewebber@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2020, I electronically filed the

foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE**

**LIMIT ON DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS** via the

CM/ECF system, which will send notification of such filing to the following:

Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
        jjonat@hsgllp.com

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Phone: 303-777-5482
Fax: 303-777-1773
Email: msilverstein@aclu-co.org
        sneel@aclu-co.org

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-519-7819
Fax: 212-549-2580
Email: gsherwin@aclu.org

*Attorneys for Plaintiffs*

s/Arlene Aguilar
Arlene Aguilar

4838-0325-2168.2 057446.1009