# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE LIMITATION ON DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

---

This matter comes before the Court on the Defendant's Unopposed Motion to Exceed the Court's Page Limitation on Defendant's Reply in Support of its Motion to Dismiss. The Court has reviewed the Unopposed Motion. Finding good cause, the Court grants the Motion.

Therefore, IT IS ORDERED that Defendant may exceed the Court's ten (10) page limitation such that Defendant has up to and including 15 (fifteen) pages for its Reply in Support of its Motion to Dismiss Plaintiff's Complaint.

ORDERED this \_\_\_ day of _____, 2020.

                                                BY THE COURT:

                                                _____
                                                Magistrate Judge Christine M. Arguello