IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") files this Unopposed Motion for Extension of Time to File its Reply in Support of Frontier's Motion to Dismiss, and respectfully requests a one-week extension of time, up to and including October 5, 2020. In support of this Motion, Frontier states as follows:

**CONFERRAL**

Counsel for Frontier has conferred with counsel for Plaintiffs, who do not oppose the relief requested in this Motion.

**MOTION TO EXCEED PAGE LIMITATIONS**

1.    On December 10, 2019, Plaintiffs filed their Complaint and Jury Demand (the "Complaint") [ECF No. 1].

2.    Frontier filed and this Court granted its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint [ECF Nos. 16, 18].

3. On August 10, 2020, Frontier timely filed its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [ECF No. 33].

4. Plaintiffs filed and this Court granted Plaintiffs' Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss, giving Plaintiffs a two-week extension of time up to and including September 14, 2020 to file their Response. [ECF Nos. 37, 40].

5. Plaintiffs timely filed their Response in Opposition to Frontier's Motion to Dismiss [ECF No. 50] on September 14, 2020, which totaled thirty (30) pages.

6. Therefore, without the relief requested in this Motion, Frontier's Reply in Support of its Motion to Dismiss would be due on September 28, 2020. *See* D.C.COLO.LCivR 7.1(d).

7. Additional time is necessary to provide the undersigned counsel with sufficient time to prepare Frontier's Reply given the number and complexity of the issues raised in Frontier's 30-page Motion to Dismiss and Plaintiffs' 30-page Response, particularly in light of counsel's competing deadlines. *See* ECF Nos. 18, 31, 36, and 37 (all discussing the number of claims at issue and the complexity of the issues raised).

8. Therefore, Frontier respectfully requests a one-week extension, up to and including October 5, 2020 to file its Reply in Support of Frontier's Motion to Dismiss.

9. This brief extension is not sought for purposes of delay, but for good cause and will not prejudice any party.

10. Pursuant to D.C.COLO.LCivR 6.1, the undersigned counsel certifies that this is Frontier's first request for an extension of its Reply deadline, and that a copy of this Motion is being served on the client.

Respectfully submitted this 23rd day of September, 2020.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Erin A. Webber
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dkitson@littler.com
  ewebber@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2020, I electronically filed **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** via the CM/ECF system, which will send notification of such filing to the following:

Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
       jjonat@hsgllp.com

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-519-7819
Fax: 212-549-2580
Email: gsherwin@aclu.org

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Phone: 303-777-5482
Fax: 303-777-1773
Email: msilverstein@aclu-co.org
       sneel@aclu-co.org

*Attorneys for Plaintiffs*

                                        *s/Arlene Aguilar*
                                        Arlene Aguilar