# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

---

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time to File its Rely in Support of Defendant's Motion to Dismiss. The Court has reviewed the Unopposed Motion. Finding good cause, the Court grants the Motion.

Therefore, IT IS ORDERED that Defendant has an extension, up to and including October 5, 2020 to file its Reply in Support of Frontier's Motion to Dismiss.

ORDERED this ___ day of _____, 2020.

BY THE COURT:

_____
Magistrate Judge Christine M. Arguello