IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO STAY DISCOVERY**

    Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") files this Unopposed Motion for Extension of Time to File its Replies in Support of Its Motion to Dismiss and Motion to Stay Discovery, and respectfully requests a two-week extension of time, up to and including October 19, 2020, in which to file both replies. Under Local Rule 7.1, counsel for Frontier has conferred with counsel for Plaintiffs, who **do not oppose** the relief requested in this Motion. In support of the Motion, Defendant states as follows.

    1.    On December 10, 2019, Plaintiffs filed their Complaint and Jury Demand (the "Complaint") [ECF No. 1].

    2.    On August 10, 2020, Frontier filed a Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [ECF No. 33].

    3.    On August 31, 2020, Frontier filed a Motion to Stay Discovery [ECF No. 47].

4. Plaintiffs have filed responses to both motions [ECF Nos. 50-51]. Defendant's replies are currently due October 5, 2020.

5. On September 24, 2020, Magistrate Judge Michael E. Hegarty conducted a continued settlement conference to facilitate a possible global resolution of this and another case pending against Defendant (Case 1:19-cv-03469-RM-MEH). The parties made significant progress during the conference, and continue to meaningfully engage in settlement negotiations.

6. Separately from negotiations, the undersigned counsel was unexpectedly out of the office this past week due to her son's need for emergency surgery.

7. In order to allow for further settlement negotiations, and to provide more time in light of the undersigned counsel's medical issue, and for good cause shown, Defendant respectfully requests a two-week extension of time, to and including October 19, 2020, in which to file replies in support of its Motion to Dismiss and Motion to Stay Discovery.

8. Defendant states that this is the second request for extension that it has requested for its reply in support of its Motion to Dismiss, and the first request for extension for its reply in support of its Motion to Stay Discovery. Pursuant to D.C.COLO.LCivR 6.1, the undersigned counsel certifies that a copy of this Motion is being served on the client.

Respectfully submitted this 2nd day of October, 2020.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Erin A. Webber
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dkitson@littler.com
ewebber@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day day of October, 2020, I electronically filed the foregoing via the CM/ECF system, which will send notification of such filing to the following:

Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
        jjonat@hsgllp.com

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-519-7819
Fax: 212-549-2580
Email: gsherwin@aclu.org

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Phone: 303-777-5482
Fax: 303-777-1773
Email: msilverstein@aclu-co.org
        sneel@aclu-co.org

*Attorneys for Plaintiffs*

                                        *s/Arlene Aguilar*
                                        Arlene Aguilar