# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03468

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

           Plaintiffs,

  v.

FRONTIER AIRLINES, INC.,

           Defendant.

## ENTRY OF APPEARANCE FOR
## KAREN A. SEBASKI

Karen A. Sebaski of HOLWELL SHUSTER & GOLDBERG LLP, a duly licensed attorney in the State of Colorado, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 2nd day of November 2020.

           *s/Karen A. Sebaski*
           Karen A. Sebaski
           HOLWELL SHUSTER & GOLDBERG LLP
           IN COOPERATION WITH THE AMERICAN
           CIVIL LIBERTIES UNION
           425 Lexington Avenue, 14th Floor
           New York, NY 10017
           Phone: 646-837-5151
           Fax: 646-837-5150
           Email: ksebaski@hsgllp.com

           **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR KAREN A. SEBASKI** with the Clerk of the Court using the CM/ECF system.

                                                *s/Karen A. Sebaski*