IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## JOINT STATUS REPORT

The parties, through their undersigned attorneys, hereby submit this Joint Status Report in accordance with Paragraph 10 of the Court's Scheduling Order [ECF No. 46] and the Court's August 26, 2020 Minute Order [ECF No. 45], and state as follows:

    1.    Plaintiffs filed this action on December 10, 2019 [ECF No. 1].

    2.    Frontier moved to dismiss all of Plaintiffs' claims, save Plaintiff Freyer's Title VII claim related to the "32-week rule," on August 10, 2020 [ECF No. 33] (the "Motion to Dismiss"). Plaintiffs responded on September 14, 2020 [ECF No. 50]. Frontier filed its Reply on October 19, 2020 [ECF No. 61]. As a result, the Motion to Dismiss is now fully briefed and ripe for review.[1]

    3.    Frontier then moved to stay all discovery on August 31, 2020 [ECF No. 47] (the "Motion to Stay"). Plaintiffs responded on September 21, 2020 [ECF No. 21].

---

[1] The Motion to Dismiss was referred to Magistrate Judge Crews for report and recommendation on August 13, 2020 [ECF No. 35]

Frontier filed its Reply on October 19, 2020 [ECF No. 62]. As a result, the Motion to Dismiss is now fully briefed and ripe for review.[2]

4. Frontier is taking the position that as a result of its pending Motion to Dismiss and Motion to Stay, discovery should not commence. Plaintiffs disagree with Frontier's position and intend to pursue discovery while such motions are pending. *See Kerr & Schiller v. City of Boulder*, No. 19-cv-01724-KLM, 2020 WL 638224, at *2 (D. Colo. Oct. 30, 2020) (refusing to construe Local Rule 30.2(a) as mandating a stay when a motion seeking a blanket stay of discovery is filed).

5. The parties also continue to discuss settlement. On March 20, 2020, at the parties' request, the Court entered an Order vacating the parties' Scheduling Conference and related deadlines, to allow the parties to participate in settlement negotiations facilitated by Magistrate Judge Michael Hegarty in a related case, *Hodgkins v. Frontier Airlines, Inc.*, Case No. 1:19-cv-03469-RM-MEH [ECF No. 21]. Since that time, the parties have participated in four settlement conferences conducted by Magistrate Judge Hegarty, on May 14, 2020, June 4, 2020, July 21, 2020, and September 24, 2020, in an attempt to reach a mutually acceptable resolution with respect to this action as well as the *Hodgkins* action. The parties continue to discuss settlement privately, although they have been unable to reach an agreement.

6. The parties will provide a Joint Status Report within seven (7) days after final resolution of the Motion to Dismiss or the Motion to Stay.

---

[2] The Motion to Stay was referred to Magistrate Judge Crews on September 1, 2020 [ECF No. 48].

| | |
|---|---|
| Respectfully submitted, | Dated this 6th day of November, 2020. |
| *s/Jayme Jonat* | *s/ Stephen E. Baumann II* |
| Galen Leigh Sherwin<br>ACLU Women's Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>212-519-7819 | Erin A. Webber<br>Danielle L. Kitson<br>Stephen E. Baumann II<br>1900 Sixteenth Street, Suite 800<br>Denver, CO  80202<br>Telephone: 303.629.6200<br>Facsimile:  303.629.0200<br>Email: ewebber@littler.com;<br>dkitson@littler.com;<br>sbaumann@littler.com |
| Jayme Jonat<br>Karen A. Sebaski<br>Vincent Gregory Levy<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>646-837-5151 | Attorneys for Defendant Frontier Airlines, Inc. |
| Mark Silverstein<br>Sara R. Neel<br>American Civil Liberties Union-Denver<br>303 East 17th Street, Suite 350<br>Denver, CO 80203<br>303-777-5482 | |
| Attorneys for Plaintiffs | |