IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No. 1:19-cv-03468-CMA-SKC

**NOTICE OF PLAINTIFFS' MOTION TO AMEND COMPLAINT UNDER RULE 15(a)(2)**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, and Exhibit 1 thereto, Plaintiffs Randi Freyer, Brandy Beck, Erin Zielinski, and Shannon Kiedrowski, will move this Court, at the Alfred A. Arraj United States Courthouse, 901 19th Street, Courtroom A602, Denver, CO 80294, on a date to be determined by the Court, for an order granting leave to amend the Complaint pursuant to Federal Rule of Civil Procedure 15.

(*Signature on next page*)

Dated: Denver, Colorado
December 23, 2020

By: /s/ Jayme Jonat_____
Jayme Jonat
Vincent Levy
Karen Sebaski
HOLWELL SHUSTER & GOLDBERG LLP
IN COOPERATION WITH THE AMERICAN
CIVIL LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: jjonat@hsgllp.com
Email: vlevy@hsgllp.com
Email: ksebaski@hsgllp.com

Galen Sherwin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212-519-7819
Email: gsherwin@aclu.org

Sara R. Neel
Mark Silverstein
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 East 17thAvenue, Suite 350
Denver, CO 80203
Phone: 720-402-3107
Fax: 303-777-1773
Email: sneel@aclu-co.org
Email: msilverstein@aclu-co.org