IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

        Defendant.

Case No. 1:19-cv-03468-CMA-SKC

**MOTION FOR STATUS CONFERENCE REGARDING RELATED CASE**

A case with different Plaintiffs but the same Plaintiffs' counsel, the same Defendant, the same Defendant's counsel, substantially similar facts, and overlapping claims was filed in the District of Colorado on the same day as the instant action. *See Hodgkins v. Frontier Airlines, Inc.*, Case No. 1:17-cv-03469-RM-MEH. Plaintiffs believe that the cases are "related cases" as defined by D.C.COLO.LCivR 3.2(b). *See* Notice of Case Association, Case No. 1:17-cv-03468-CMA-SKC (ECF. No. 2); Notice of Case Association, Case No. Case No. 1:19-cv-03469-RM-MEH (ECF. No. 2). Plaintiffs understand, based on D.C.COLO.LCivR 3.2(d)(4), that at the Court's discretion, these cases could "be submitted for special assignment or reassignment under D.C.COLO.LCivR 40.1(a)." Plaintiffs' view is that reassignment of either of the related cases pursuant to Rule 40.1(d)(4) to be heard by the same judicial officer would be appropriate in order to maximize efficiency for the Court and for the parties.

Although *Hodgkins* is a putative class action and *Freyer* is an individual case, there is significant overlap between the two cases as to the policies and practices being challenged and the claims asserted. Both cases revolve around Frontier's refusal to accommodate pregnancy and

breastfeeding, and both groups bring claims related to being forced onto unpaid leave during their pregnancies and upon their return to work when breastfeeding, and in some cases, being forced to work without accommodations—or even the ability to use their existing break time to pump in the aircraft lavatory. The claims brought in both cases overlap significantly, as do many of the defenses brought to date.

The necessity of case coordination has become increasingly apparent since Plaintiffs first filed these cases. For instance, Frontier has filed motions to dismiss in both cases, raising numerous overlapping defenses in each motion. *Compare* Dkt. No. 33 in *Freyer v. Frontier with* Dkt. No. 49 in *Hodgkins v. Frontier.* Therefore, two different judges are presented with the same issues which could more efficiently be decided by one judge and could avoid the potential that the Courts could issue conflicting rulings on the same issue. Moreover, the parties have had their initial scheduling conferences in both cases and discovery has commenced. Due to the significant overlap between the discovery needed across the two cases, the handling of both cases by the same judicial officer would facilitate coordination of discovery, significantly increasing efficiency for the parties and avoiding the risk of facing contradictory rulings as it relates to any discovery disputes that might arise. Notwithstanding these likely efficiencies, it is Plaintiffs' understanding that Defendant opposes the reassignment of either case.

Plaintiffs therefore request a brief status conference before the Court to discuss how these two cases can proceed in the most efficient manner for the Court and the parties. Defendant takes no position on this request.

Respectfully Submitted,

*/s/ Jayme Jonat*
Jayme Jonat
Vincent Levy
Karen Sebaski

HOLWELL SHUSTER & GOLDBERG LLP
IN COOPERATION WITH THE AMERICAN CIVIL
LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, NY 10019
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
Email: jjonat@hsgllp.com
Email: lperlman@hsgllp.com

Galen Sherwin
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212-519-7819
Email: gsherwin@aclu.org

Sara R. Neel
Mark Silverstein
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF
COLORADO
303 East 17thAvenue, Suite 350
Denver, CO 80203
Phone: 720-402-3107
Fax: 303-777-1773
Email: sneel@aclu-co.org
Email: msilverstein@aclu-co.org

*Attorneys for Plaintiffs*