IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No. 1:19-cv-03468-CMA-SKC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES**

    This matter is before the Court on Plaintiffs' Motion to Consolidate Cases (Dkt. No. 75) and the Court being fully advised, hereby GRANTS the Motion and ORDERS as follows:

    In order to promote judicial efficiency, the Court consolidates the following actions for all purposes: (a) *Freyer v. Frontier*, No. 19-cv-03468 and (b) *Hodgkins v. Frontier*, No. 19-cv-03469.  All subsequent filings in either of these actions shall be docketed under the case number 19-cv-03468.

1

DATED: _____

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge