IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## DEFENDANT'S RENEWED AND <u>UNOPPOSED</u> MOTION TO EXCEED THE COURT'S PAGE LIMITATION ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") files this Unopposed Motion to Exceed the Court's Page Limitation on Defendant's Motion to Dismiss, and respectfully requests leave to file a motion not to exceed twenty-nine (29) pages in length. In support of the Motion, Defendant states as follows:

### CONFERRAL

Counsel for Defendant has conferred with counsel for Plaintiffs, who do not oppose the relief requested in this Renewed Motion.

### MOTION TO EXCEED PAGE LIMITATIONS

1. On December 10, 2019, Plaintiffs filed their Complaint and Jury Demand (the "Complaint") [ECF No. 1].

2. Frontier timely filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) August 10, 2020 [ECF No. 33].

1

3. At that time, Frontier sought and was granted leave to file excess pages so that its Motion to Dismiss would not exceed thirty (30) pages [ECF Nos. 36, 39].

4. After Frontier's Motion to Dismiss was fully briefed and pending resolution by this Court, Plaintiffs sought and were granted leave to amend their Complaint to include additional factual allegations [ECF Nos. 65, 66, 71, 72].

5. As a result, Frontier's prior Motion to Dismiss was mooted, and Frontier is obligated to file a renewed Motion to Dismiss Plaintiffs' Amended Complaint [ECF No. 72].

6. Frontier thus renews its prior request to exceed the 15-page limitation with respect to its Motion to Dismiss Plaintiffs' Amended Complaint and, in fact, despite Plaintiffs' additional factual allegations, Frontier seeks only twenty-nine (29) pages, rather than the thirty (30) it sought and was granted previously. *See* CMA Civil Practice Standards at 10.1(d)(1),(3).

7. Frontier has diligently attempted to abide by the Court's fifteen (15) page limitation while also providing sufficient discussion of the law and facts to demonstrate that the Court lacks subject matter jurisdiction over Plaintiffs' claims pursuant to Rule 12(b)(1), and to sustain its burden of demonstrating that Plaintiffs' Amended Complaint fails to state claims upon which relief may be granted pursuant to Rule 12(b)(6). *See* Fed. R. Civ. P. 12(b)(1),(6). However, Frontier has found the task particularly challenging given the length of Plaintiffs' Amended Complaint, the number of plaintiffs, the number of facts and claims alleged, and the complexity of the claims and defenses at issue.

8. Plaintiffs' original Complaint totaled sixty-six (66) pages and 361 numbered paragraphs [ECF No. 1]. Now, Plaintiffs' Amended Complaint totals seventy (70) pages and 369 numbered paragraphs [ECF No. 74].

9. In addition to alleging extensive facts, the Complaint also purports to assert thirteen (13) separate causes of action on behalf of four (4) individual plaintiffs [ECF No. 74].

10. The fact that this case involves the airline industry—an industry highly regulated by federal law and subject to Federal Aviation Administration (FAA) rules and regulations makes the claims and defenses at issue in this case particularly complex, and there are issues of federal preemption that Frontier will be raising.

11. For these reasons, Frontier respectfully requests leave to exceed the Court's page limitation, and to file a Motion to Dismiss the Amended Complaint that is no longer than twenty-nine (29) pages, one page less than the prior requested granted by the Court, despite additional factual allegations by Plaintiffs.

Respectfully submitted this 2nd day of February, 2021.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dkitson@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February, 2021, I electronically filed the foregoing **DEFENDANT'S RENEWED AND UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE LIMIT ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** via the CM/ECF system, which will send notification of such filing to the following:

Jayme Jonat
Vincent Levy
Karen Sebaski
HOLWELL SHUSTER & GOLDBERG LLP
IN COOPERATION WITH THE
AMERICAN CIVIL LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: jjonat@hsgllp.com
Email: vlevy@hsgllp.com
Email: ksebaski@hsgllp.com

Galen Sherwin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212-519-7819
Email: gsherwin@aclu.org

Sara R. Neel
Mark Silverstein
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 East 17thAvenue, Suite 350
Denver, CO 80203
Phone: 720-402-3107
Fax: 303-777-1773
Email: sneel@aclu-co.org

Email: msilverstein@aclu-co.org
*Attorneys for Plaintiffs*

                                              *s/Arlene Aguilar*
                                              Arlene Aguilar