IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 1:19-cv-03468-CMA-SKC

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI,
and
SHANNON KIEDROWSKI

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

        Defendant.

---

### JOINT MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND CASE MANAGEMENT DEADLINES

---

The parties, by their respective attorneys, submit this Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines and state as follows:

### CERTIFICATE OF COMPLIANCE

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties have conferred and stipulate that the relief requested in this Motion is necessary and appropriate.

Pursuant to D.C.COLO.L.CivR. 6.1(c), undersigned counsel certify that copies of this motion will be served contemporaneously on their clients.

### ARGUMENT

1. The parties previously submitted a proposed Scheduling Order on August 19, 2020 [ECF No. 44], which the Court entered on August 26, 2020 [ECF No. 46].

2. That Scheduling Order was entered during the pendency of Defendant's Motion to Dismiss, which was filed on August 10, 2020 [ECF No. 33].

3. Subsequent to the entry of the Scheduling Order, Defendant moved to stay discovery on August 31, 2020 [ECF No. 47]. Additionally, on December 23, 2020, Plaintiffs moved to amend their Complaint [ECF No. 66].

4. The Court granted Plaintiffs' Motion to Amend on January 21, 2021 [ECF No. 72], thereby mooting Defendant's Motion to Dismiss and Motion to Stay.

5. Defendant moved to dismiss the Amended Complaint on February 4, 2021 [ECF No. 78].

6. The parties have worked diligently to comply with the current Scheduling Order and meet the upcoming deadlines. The parties have exchanged initial disclosures, propounded initial requests for written discovery, served each other with their responses and objections, and met and held two "meet and confer" conferences regarding their respective positions. The parties are also in the process of agreeing on the terms of a protective order and have begun discussions regarding setting a schedule for upcoming depositions of fact witnesses.

7. However, despite their best efforts, and for the reasons explained in the paragraphs below, the parties agree that current circumstances will make it impossible for them to meet the upcoming deadlines as currently set. Accordingly, the parties respectfully request that the Court grant this Motion for good cause shown and extend the deadlines as requested below.

8. First, the recent motion practice and Plaintiffs' Amended Complaint has necessarily caused some delays in the discovery process.

9. Second, the current expert disclosure deadline is set for February 22. This date is *prior* to the close of fact discovery. The proposed amended scheduling order

would have the expert disclosure deadline fall *after* the close of fact discovery in order to permit the parties' experts sufficient time to conduct the necessary analysis based on the documents and deposition testimony adduced.

10. Third, the parties seek at least one month after the close of expert discovery to submit dispositive motions, which the proposed amended scheduling order contemplates.

11. Finally, given the general scope of discovery in this case, it has become apparent to the parties that they need more time than that initially set by the scheduling order to conduct fact discovery. The parties are already working diligently to move forward with discovery, and the adjusted schedule would still keep the parties on track to complete discovery within a reasonable timeframe.

12. There is therefore good cause for the Court to enter the Proposed Amended Scheduling Order.

13. As set forth in the accompanying Proposed Order, the parties request that case deadlines be extended as follows:

| Deadline | (Current) Scheduling Order [ECF No. 46] | (Proposed) Amended Scheduling Order |
|---|---|---|
| *Written Discovery* | March 9, 2021 | April 6, 2021 |
| *Expert Witness Disclosures* | February 22, 2021 | June 21, 2021 |
| *Rebuttal Expert Disclosure Deadline* | March 22, 2021 | July 22, 2021 |
| *Discovery Cut-off* | April 23, 2021 | May 21, 2021 (Fact) / August 23, 2021 (Expert with respect to depositions) |

| | | |
|---|---|---|
| *Dispositive Motions* | May 24, 2021 | September 23, 2021 |
| *Pretrial Conference* | July 26, 2021 | Requested for a date on or after October 28, 2021 |

14. No party will be prejudiced by the entry of the Amended Scheduling Order, and all parties have stipulated to the requested relief.

## **CONCLUSION**

For the foregoing reasons, the parties request that the Court grant this Motion and enter the Amended Scheduling Order.

| | |
|---|---|
| Respectfully submitted, | Dated this 12th day of February, 2021. |
| *s/ Jayme Jonat* | *s/ Stephen E. Baumann II* |
| Jayme Jonat | Erin A. Webber |
| Karen A. Sebaski | Danielle L. Kitson |
| Vincent Gregory Levy | Stephen E. Baumann II |
| Holwell Shuster & Goldberg LLP | 1900 Sixteenth Street, Suite 800 |
| 425 Lexington Avenue, 14th Floor | Denver, CO  80202 |
| New York, NY 10017 | Telephone: 303.629.6200 |
| 646-837-5151 | Facsimile:  303.629.0200 |
| | Email: ewebber@littler.com; dkitson@littler.com; sbaumann@littler.com |
| Galen Leigh Sherwin | |
| ACLU Women's Rights Project | Attorneys for Defendant Frontier Airlines, Inc. |
| 125 Broad Street, 18th Floor | |
| New York, NY 10004 | |
| 212-519-7819 | |
| | |
| Mark Silverstein | |
| Sara R. Neel | |
| American Civil Liberties Union-Denver | |
| 303 East 17th Street, Suite 350 | |
| Denver, CO 80203 | |
| 303-777-5482 | |
| | |
| Attorneys for Plaintiffs | |