IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.

       Defendant.

## PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Plaintiffs, through their undersigned attorneys, hereby submit this Unopposed Motion to Exceed Page Limitations for their Response to Defendant's Motion to Dismiss Amended Complaint [DE 78], and state as follows:

1.    This case was filed on December 10, 2019. Pursuant to this Court's scheduling order [DE 29], Defendant filed its Motion to Dismiss on August 10, 2020 [DE 33], along with an unopposed motion to exceed page limitations and file a brief of up to 30 pages. [DE 31.] The Court granted Defendant's unopposed motion to exceed page limitations and accepted Defendant's 30-page brief as filed. [DE 34.]

2.    In turn, Plaintiffs filed an unopposed motion to exceed page limitations and file a response brief of up to 30 pages [DE 36], which space was necessary in light of the number and complexity of the issues raised in Defendant's 30-page brief [DE 33.] The Court granted Plaintiffs' unopposed motion to exceed page limitations and accepted Plaintiffs' 30-page brief as filed, on September 14, 2020. [DE 39, 50.]

3. Pursuant to the deadline in this Court's scheduling order [DE 29], Plaintiffs moved to amend the complaint on December 23, 2020 [DE 65], which motion the Court granted on January 21, 2021. [DE 72.] Plaintiffs filed their Amended Complaint on January 21, 2021, mooting Defendant's Motion to Dismiss [DE 74.]

4. On February 4, 2021, Defendant filed its Motion to Dismiss Amended Complaint [DE 78], along with a renewed motion to exceed page limitations and file a brief of up to 29 pages. [DE 76.] The Court granted Defendant's unopposed motion to exceed page limitations and accepted Defendant's 29-page brief as filed. [DE 77.]

5. Under this Court's Practice Standards, Plaintiffs' response brief is limited to 15 pages. CMA Civil Practice Standards at 10.1(d)(1), (3).

6. Plaintiffs respectfully renew their prior request and seek an additional 15 pages for their response brief. The additional space is necessary in light of the number and complexity of the issues raised in Defendant's 29-page brief [DE 76], and to afford Plaintiffs commensurate space to respond as was allowed to Defendant in mounting its defenses.

7. Pursuant to Local Rule 7.1, undersigned counsel has conferred with counsel for Defendant and Defendant does not oppose the relief requested herein.

8. Accordingly, Plaintiffs request that this Court grant their Motion and enter an order permitting Plaintiffs to file a response brief of up to 30 pages.

Respectfully submitted this 24th day of February, 2021.

*s/ Jayme Jonat*
Jayme Jonat
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Telephone: 646-837-5151
Email: jjonat@hsgllp.com

Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Telephone: 303-777-5482
Email: sneel@aclu-co.org

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-519-7819
Email: gsherwin@aclu.org

*Attorneys for Plaintiffs*

3