IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendant.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

This matter comes before the Court on Plaintiffs' Motion to Exceed Page Limitations. The Court, having reviewed the Motion, and being duly advised in the premises, finds good cause shown for granting the Motion.

Therefore, it is hereby ORDERED that Plaintiffs are permitted to file their Response to Defendant's Motion to Dismiss Amended Complaint in excess of this Court's fifteen (15) page limitation such that Plaintiffs have up to and including thirty (30) pages for their Response to Defendant's Motion to Dismiss Amended Complaint.

SO ORDERED this ___day of February 2021.

_____
UNITED STATES DISTRICT JUDGE
CHRISTINE M. ARGUELLO