## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

        Defendant.

---

## DEFENDANT'S RENEWED AND UNOPPOSED MOTION TO EXCEED THE COURT'S PAGE LIMITATION ON DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT

---

Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant") files this Unopposed Motion to Exceed the Court's Page Limitation on Defendant's Reply in Support of its Motion to Dismiss, and respectfully requests leave to file a reply not to exceed fifteen (15) pages in length.  In support of the Motion, Defendant states as follows:

### CONFERRAL

Counsel for Defendant has conferred with counsel for Plaintiffs, who do not oppose the relief requested in this Renewed Motion.

### MOTION TO EXCEED PAGE LIMITATIONS

1.      On December 10, 2019, Plaintiffs filed their Complaint and Jury Demand (the "Complaint") [ECF No. 1].

2.      Frontier timely filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on August 10, 2020 [ECF No. 33].

3.      After Frontier's Motion to Dismiss was fully briefed and pending resolution by this Court, Plaintiffs sought and were granted leave to amend their Complaint to include additional factual allegations [ECF Nos. 65, 66, 71, 72].

4.      As a result, Frontier's prior Motion to Dismiss was mooted, and Frontier was obligated to file a renewed Motion to Dismiss Plaintiffs' Amended Complaint [ECF No. 72].

5.      Frontier timely filed its Motion to Dismiss Plaintiffs' Amended Complaint on February 4, 2021 [ECF No. 78].  Frontier sought, and was granted, leave to file a Motion of no more than twenty-nine (29) pages [ECF Nos. 76, 77].

6.      Plaintiffs subsequently filed their Opposition to Frontier's Motion to Dismiss timely on February 25, 2021 [ECF No. 84] (the "Opposition").  Plaintiffs sought, and were granted, leave to file a response of no more than thirty (30) pages [ECF Nos. 83, 85].

7.      Frontier has diligently attempted to abide by the Court's ten (10) page limitation while also providing sufficient discussion of the law and facts discussed in Plaintiffs' Opposition to demonstrate that the Court lacks subject matter jurisdiction over Plaintiffs' claims pursuant to Rule 12(b)(1), and to sustain its burden of demonstrating that Plaintiffs' Amended Complaint fails to state claims upon which relief may be granted pursuant to Rule 12(b)(6).  *See* Fed. R. Civ. P. 12(b)(1), (6).  However, Frontier has found the task particularly challenging given the length of Plaintiffs' Opposition, the facts asserted, and the complexity of the claims and defenses at issue.

8.      Plaintiffs' Opposition alleges extensive facts, which alone total five (5) pages. *See* Opp'n 4-9.

9.      Plaintiffs also use the remaining twenty-five (25) pages to address Defendant's arguments that Plaintiffs' claims are untimely, that Plaintiffs' fail to state valid claims under Title VII, the Colorado Anti-Discrimination Act ("CADA"), the Pregnant Workers Fairness Act ("PWFA"), and the Colorado Workplace Accommodations for Working Mothers Act ("WANMA"), as well as the fact that Plaintiffs' CADA, PWFA, and WANMA claims are preempted.   These claims are particularly complex given that this case involves the airline industry—an industry highly regulated by federal law and subject to Federal Aviation Administration (FAA) rules and regulations.

10.     In response to Plaintiffs' prior Opposition of thirty (30) pages, Frontier previously sought, and was granted, leave to file a reply of no more than fifteen (15) pages [ECF Nos. 52, 56].

11.     Frontier thus renews its prior request to exceed the 10-page limitation with respect to its Reply in Support of its Motion to Dismiss Plaintiffs' Amended Complaint. *See* CMA Civil Practice Standards at 10.1(d)(1),(3).   More specifically, Frontier respectfully requests leave to exceed the Court's page limitation, and to file a Reply in Support of its Motion to Dismiss the Amended Complaint that is no longer than fifteen (15) pages, consistent with the leave previously granted in briefing the issues prior to Plaintiffs' filing of an Amended Complaint mooting the prior motion [ECF Nos. 52, 56].

Respectfully submitted this 9th day of March, 2021.

s/ Danielle L. Kitson

Danielle L. Kitson
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dkitson@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of March, 2021, I electronically filed the foregoing

**DEFENDANT'S RENEWED AND <u>UNOPPOSED</u> MOTION TO EXCEED THE COURT'S**

**PAGE LIMIT ON DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

**AMENDED COMPLAINT** via the CM/ECF system, which will send notification of such

filing to the following:

Jayme Jonat
Vincent Levy
Karen Sebaski
HOLWELL SHUSTER & GOLDBERG LLP
IN COOPERATION WITH THE
AMERICAN CIVIL LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: jjonat@hsgllp.com
Email: vlevy@hsgllp.com
Email: ksebaski@hsgllp.com

Galen Sherwin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212-519-7819
Email: gsherwin@aclu.org

Sara R. Neel
Mark Silverstein
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 East 17thAvenue, Suite 350
Denver, CO 80203
Phone: 720-402-3107
Fax: 303-777-1773
Email: sneel@aclu-co.org

Email: msilverstein@aclu-co.org
*Attorneys for Plaintiffs*

_s/Arlene Aguilar_____
Arlene  Aguilar