IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.

       Defendant.

### RE-ENTRY OF APPEARANCE OF STEPHEN E. BAUMANN II

Pursuant to the Advisory Notice at ECF No. 94, please take notice that Stephen E. Baumann II, of the law firm Littler Mendelson, P.C., re-enters his appearance as counsel on behalf of Defendant Frontier Airlines, Inc. Mr. Baumann certifies that he has re-established his status as a member in good standing of the bar of this Court.

Dated this 15th day of March, 2021

*s/ Stephen E. Baumann II*
Stephen E. Baumann II
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
sbaumann@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2021, I electronically filed the foregoing **RE-ENTRY OF APPEARANCE OF STEPHEN E. BAUMANN II** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY  10004
gsherwin@aclu.org

*Attorneys for Plaintiffs*

Jayme Jonat
Vincent Levy
Karen Sebaski
HOLWELL SHUSTER &
GOLDBERG LLP
IN COOPERATION WITH THE
AMERICAN CIVIL LIBERTIES
UNION
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: jjonat@hsgllp.com
Email: vlevy@hsgllp.com
Email: ksebaski@hsgllp.com

*Attorneys for Plaintiffs*

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO  80203
msilverstein@aclu-co.org
sneel@aclu-co.org

*Attorneys for Plaintiffs*

                                                *s/ Arlene Aguilar*
                                                Arlene Aguilar

4831-8098-5007.1  057446.1009