IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 1:19-cv-03468-CMA-SKC

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI,
and
SHANNON KIEDROWSKI

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

---

**JOINT MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND CASE MANAGEMENT DEADLINES**

---

The parties, by their respective attorneys, submit this Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines and state as follows:

**CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties have conferred and stipulate that the relief requested in this Motion is necessary and appropriate.

## **ARGUMENT**

1. The parties previously submitted a proposed Scheduling Order on August 19, 2020 [ECF No. 44], which the Court entered on August 26, 2020 [ECF No. 46].

2. That Scheduling Order was entered during the pendency of Defendant's Motion to Dismiss, which was filed on August 10, 2020 [ECF No. 33].

3. Subsequent to the entry of the Scheduling Order, Defendant moved to stay discovery on August 31, 2020 [ECF No. 47]. Additionally, on December 23, 2020, Plaintiffs moved to amend their Complaint [ECF No. 66].

4. The Court granted Plaintiffs' Motion to Amend on January 21, 2021 [ECF No. 72], thereby mooting Defendant's Motion to Dismiss and Motion to Stay.

5. Defendant moved to dismiss the Amended Complaint on February 4, 2021 [ECF No. 78]. That motion has been fully briefed and is *sub judice* [ECF Nos. 84; 93].

6. The parties submitted an Amended Scheduling Order on February 12, 2021 [ECF 79], which the Court entered on February 19, 2021 [ECF 81].

7. The parties have continued to work diligently to comply with the current Scheduling Order and meet the upcoming deadlines. The parties have exchanged initial disclosures, propounded initial requests for written discovery, served each other with their responses and objections, and met and held two "meet and confer" conferences regarding their respective positions. The parties proposed a protective order [ECF 86], which the Court entered on March 4, 2021 [ECF 89]. The parties have also begun discussions regarding setting a schedule for upcoming depositions of fact witnesses.

8. However, despite their best efforts, and for the reasons explained in the paragraphs below, the parties agree that current circumstances will make it impossible for them to meet the upcoming deadlines as currently set. Accordingly, the parties respectfully request that this Court grant this Motion for good cause shown and extend

the deadlines as requested below.

9. First, given the general scope of discovery in this case, it has become apparent to the parties that they need more time than that initially set by the amended scheduling order to conduct fact discovery. The parties are working diligently to move forward with discovery, and the adjusted schedule would still keep the parties on track to complete discovery within a reasonable timeframe.

10. Second, the parties seek to align the discovery schedule in this case and in another case that Counsel for Plaintiffs marked as a related case, *Hodgkins et al. v. Frontier Airlines*, 1:19-cv-03469, assigned to the Honorable Judge Moore and referred to the Honorable Magistrate Judge Hegarty. On January 29, 2021, Plaintiffs filed a motion to have the two cases consolidated to promote judicial efficiencies [ECF No. 75]. That motion has been fully briefed and is *sub judice* [ECF Nos. 82; 90]. On March 19, 2021, the parties filed a corresponding joint motion to amend the scheduling order in *Hodgkins*, which was so-ordered and entered by Magistrate Judge Hegarty on March 26, 2021. [No. 1:19-cv-03469, ECF Nos. 69, 72].

11. There is therefore good cause for the Court to enter the Proposed Amended Scheduling Order.

12. As set forth in the accompanying Proposed Order, the parties request that case deadlines be extended as follows:

| Deadline | (Current) Amended Scheduling Order [ECF No. 79] | (Proposed) Amended Scheduling Order |
|---|---|---|
| *Parties to Exchange Proposals Regarding Scope of Discovery* | N/A | March 24, 2021 |
| *Parties to Meet and Confer Regarding Scope of Discovery* | N/A | April 2, 2021 |

| *Submit to the Court Any Issues of Impasse* | N/A | April 16, 2021 |
|---|---|---|
| *Parties to Substantially Complete Production; Supplement Discovery Responses* | N/A | May 28, 2021 |
| *Written Discovery* | April 6, 2021 | June 14, 2021 |
| *Expert Witness Disclosures* | June 21, 2021 | August 26, 2021 |
| *Rebuttal Expert Disclosure Deadline* | July 22, 2021 | September 27, 2021 |
| *Discovery Cut-off* | May 21, 2021 (Fact) / August 23, 2021 (Expert) | July 27, 2021 (Fact) / October 27, 2021 (Expert) |
| *Dispositive Motions* | September 23, 2021 | November 29, 2021 |
| *Pretrial Conference* | November 1, 2021 | Requested for a date on or after February 3, 2022 |

13. No party will be prejudiced by the entry of the Amended Scheduling Order, and all parties have stipulated to the requested relief.

## **CONCLUSION**

For the foregoing reasons, the parties request that the Court grant this Motion and enter the Amended Scheduling Order.

| | |
|---|---|
| Respectfully submitted, | Dated this 1st day of April, 2021. |
| *s/ Karen Sebaski* | *s/ Danielle Kitson* |
| Galen Leigh Sherwin<br>ACLU Women's Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>212-519-7819 | Erin A. Webber<br>Danielle L. Kitson<br>Stephen E. Baumann II<br>1900 Sixteenth Street, Suite 800<br>Denver, CO  80202<br>Telephone: 303.629.6200<br>Facsimile:  303.629.0200<br>Email: ewebber@littler.com;<br>dkitson@littler.com;<br>sbaumann@littler.com |
| Jayme Jonat<br>Karen A. Sebaski<br>Vincent Gregory Levy<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>646-837-5151 | Attorneys for Defendant Frontier Airlines, Inc. |
| Mark Silverstein<br>Sara R. Neel<br>American Civil Liberties Union-Denver<br>303 East 17th Street, Suite 350<br>Denver, CO 80203<br>303-777-5482 | |
| Attorneys for Plaintiffs | |