## ESI PROTOCOL

Frontier Airlines, Inc. ("Frontier") proposes the following ESI protocol ("Protocol") for the *Freyer* and *Hodgkins* cases (the "Lawsuits"):

### ESI SOURCES

1. Plaintiffs will retain the services of an independent vendor (the "Vendor") qualified in digital forensics acquisition and analysis, the selection of which to be approved by Frontier, to conduct forensic imaging and analysis in connection with the Lawsuits.

2. The term "Mobile Devices" means any mobile, cellular and/or handheld analog or digital telecommunication device, to include cellular phones, Personal Data Assistants ("PDA"), electronic storage media, and smartphones, capable of storing, sending, and/or receiving telephone calls, text messages, and/or other instant messages, including, but not limited to Short Message Service ("SMS"), Multimedia Messaging Service ("MMS"), and instant messages from applications such as "WhatsApp," with respect to which Plaintiffs have had access, ownership, possession, custody, or control from January 1, 2015 to present.

3. The term "Electronic Data Storage Devices" means any device that is capable of storing, retrieving, and/or processing data or information in analog or digital format on any media, including, but not limited to, USB devices (e.g., external hard drives, thumb drives, flash drives), Subscriber Identity Module ("SIM") cards, memory cards and/or memory sticks of any kind with respect to which Plaintiffs have had access, ownership, possession, custody, or control from January 1, 2015 to present.

4. The term "Computers" means any desktop computer, laptop, or tablet device with respect to which Plaintiffs have had access, ownership, possession, custody, or control from January 1, 2015 to present.

5. The term "File-Hosting Services" means any third-party online file-hosting service used to store and share files and synchronize files across devices, including, but not limited to, Google Drive and Microsoft OneDrive, with respect to which Plaintiffs have had access, ownership, possession, custody, or control from January 1, 2015 to present.

6. The term "Email Accounts" means any network-based and/or internet-based electronic mail account with respect to which Plaintiffs have had access, ownership, possession, custody, or control from January 1, 2015 to present.

7. The terms Mobile Devices, Electronic Data Storage Devices, Computers, File-Hosting Services, and Email Accounts shall be collectively referred to as "ESI Sources."

8. Plaintiffs will identify all potential ESI Sources.

9. The forensic imaging and analysis of the ESI Sources shall be governed by this Protocol.

10.     The Vendor will create at least two forensic images of the ESI Sources using industry accepted tools, hardware, and software, to the extent it is technically possible to do so. The forensic imaging shall not alter or damage in any way the original data located on or in the ESI Sources.  The Vendor shall retain the image copies in sole custody throughout the pendency of the Lawsuits.

11.     Plaintiffs will work with the Vendor to identify all relevant documents and information within the ESI Sources, which the Vendor will download and deliver to Plaintiffs' counsel for review and production.

12.     The Vendor separately will run a search through the images for the search terms found in Exhibit A (not case-sensitive, and with the "!" representing a wild card or root extender) limited to the time period of January 1, 2015 to the present (the "Relevant Time Period"), and will download and deliver all resulting documents to Plaintiffs' counsel for review and production.

13.     The inadvertent production of attorney-client privileged communications, or any information protected by the attorney-work product doctrine, shall not be construed as a waiver of any applicable privilege or evidentiary protection against disclosure in discovery, and counsel is estopped from arguing that inadvertent production results in such waiver, or that any producing party failed to take reasonable precautions to prevent the inadvertent production of protected materials.

## SOCIAL MEDIA SOURCES

14.     The collection, searching and production of information in Plaintiffs' personal social media accounts will occur separately from examination of the ESI Sources.

15.     The Vendor will download Plaintiffs' social media accounts using the download functions provided by Facebook, Instagram, Twitter, Pinterest, LinkedIn, and any other social media account used by Plaintiffs ("Social Media"), as well as collect a credentialed capture of the content for the Social Media.

16.     The Vendor will search the Social Media as follows:

   a.   The Vendor shall search Plaintiffs' Social Media from the time period of January 1, 2015 through present with the search terms set out in Exhibit A, and will provide any resulting Social Media content containing such search terms to Plaintiffs' counsel for review and production. Plaintiffs' counsel will review for privilege only, and will produce all resulting non-privileged content.

   b.   Search terms will not be case sensitive.  The Vendor shall provide searches in final form complete with syntax appropriate to the search technology to be used to the Parties for review and approval before they are run.

   c.   All of the posts, messages, and/or other content will be processed and loaded into a review platform such as Relativity, which the Vendor shall identify in advance for the Parties' approval.

D.     The Vendor will provide the following information to Defendant's Counsel without searching or Review:

1.     Plaintiffs' Facebook Timeline for the time period of January 1, 2015 through the present, both in captured form, as well as downloaded form.

2.     Photos posted to Facebook with a posting date between January 1, 2015 through the present, both in captured form, as well as downloaded form.

3.     Plaintiffs' Facebook Security download.

4.     Plaintiffs' Twitter profiles.

5.     Plaintiffs' tweets and re-tweets for the time period of January 1, 2015 through the present, both in captured form, as well as downloaded form.

6.     Plaintiffs' LinkedIn profile.

7.     Plaintiffs' LinkedIn messages.

8.     Plaintiffs' LinkedIn posts for the time period of January 1, 2015 through the present, both in captured form, as well as downloaded form.

9.     Plaintiffs' LinkedIn activity feed for the time period of January 1, 2015 through the present, both in captured form, as well as downloaded form.

6.     Plaintiffs' Instagram profile.

7.     Plaintiffs' Instagram messages.

8.     Plaintiffs' Instagram stories archive for the time period of January 1, 2015 through the present, both in captured form, as well as downloaded form.

9.     Plaintiffs' Pinterest profile.

10.     Plaintiffs' Pinterest pins for the time period of January 1, 2015 through the present, both in captured form, as well as downloaded form.

## **Exhibit A (Search Terms)**

FOR BOTH ESI SOURCES AND SOCIAL MEDIA

Accommodat!

Acommodat!

Accomodat!

Ground assign!

Groundassign!

Light /2 dut!

Transfer!

Outstation!


Complain

Complains

Complained

Complaint

Complaints

Discriminate

Discriminat!

Retaliat!


"write up"

Writeup

writeups

Write-up

Write-ups

Disciplin!

Warning

warnings

"code of conduct"

"codes of conduct"

"Code of conducts"

Violat!

Infraction!


Flag

Fire!

Firing

Terminat!

Boy!

Men


Investigat!

Harass!

Harras!

Hostile

hostility


Discharg!

Dismiss

Dismiss!

EEO

EEOC

"Equal Employment Opportunity Commission"

ACLU

Lawsuit!

Litigation

Attorney

Atty

Lawyer

Law

Legal

Counsel

Suit

Sue

Suing

Charge

Let w/2 go

Transition!

Sever!

Separat!

Resign!

Quit!

Evaluation

Performance

Performance evaluation

Bonus

Probation!

Modified

Substantiat!

unsubstantiated

Unlawful!

Unfair

Illegal

Legal


Comfortable

comfortably

Uncomfortable

uncomfortably

Unprofessional

unprofessionally

Misconduct

Woman

Womans

Woman's

Women

Womens

Women's

Safe

Safety

Unsafe

Risk

Risky

Work

Working

Fly

Flying

Plane

Airplane

On-duty

On duty

Off-duty

Off duty

Cockpit

Cabin

Flight-deck

flightdeck

Lavatory

Lav

Frontier

FAA

Aviation

Union

ALPA

CWA

Association

Steward

Rep

Doula

Consultant

Midwife

OB!

GYN

Pregnanc!

Pregnant

Maternity

Paternity

Deliver!

C-section

Cesearean

"natural birth"

"water birth"

Premature

Preemie

Premie

Preterm

Pre-term

Induc!

Preeclampsia

Preclampsia

Cramp!

Contract!

"Braxton-Hicks"

"Braxton-hix"

"false labor"

Labor

Miscarr!

Placenta!

Ectopic

Amnio!

Thromb!

Cord

Umbilical

Ultrasound!

Scan!

Weeks

Trimester

"Breastfeed!"

"Breast feed"

"Breast-feed"

"Lactat!"

Lactation

Nursing

Breast milk

Breastmilk

Milk

Bottle

Nipple

Mastitis

Engorg!

Sore

Crack!

Duct

Inflam!

Suck!

Latch!

Express!

Leak!

Steril!

Supply

Storage

Ounce!

Oz

Formula

Supplement!

Wean!

"Pump!"

Breastpump

Breast pump

Pumping

Tube

Cup

Cone

Shield

Flange

Medela

Spectra

Philips

Evenflo

Nuk

BellaBaby

Wearable


Mother

Mom

Moms

Mommy

Mommie

Mama

Mami

Dad

Daddy

Papi

Baby

Newborn

Infant

Fetus

Fetal

Any use of an emoji (i.e., ☺, ☹, etc.) (https://www.merriam-webster.com/dictionary/emoji#:~:text=%3A%20any%20of%20various%20small%20images,playfully%20without%20using%20words%2C%20etc).

Any use of a GIF (https://greatist.com/live/gifs-emotions-communication#:~:text=Unlike%20still%20images%2C%20emojis%2C%20or,interests%2C%20identity%2C%20and%20mood)

FOR SOCIAL MEDIA SOURCES ONLY (ALL WORDS TO BE SEARCHED IN ROOT FORM, SYNTAX TO BE APPROVED BY THE PARTIES): from https://www.centervention.com/list-of-emotions-135-words-that-express-feelings/.

Anger, angry

Disgust: Contempt, disgust, revulsion, revolt!

Envy: Envy, jealous!

Exasperation: Exasperat!, frustrat!

Irritation: Aggravat!, agitat!, annoy!, grouch!, grump!, irritat!

Rage: Bitter!, dislike, feroci!, fury, hate, hostil!, loath!, outrage, rage, resent!, scorn, spite, venge!, wrath

Torment: Torment

Fear

Horror: Alarm, fear, fright, horror, hysteri!, mortify!, panic, shock, terror

Nervousness: Anxi!, apprehensi!, distress, dread, nervous!, tense!, uneas!, worr!

Joy

Cheerfulness: Amus!, bliss!, bless!, cheerful!, delight, ecsta!, elat!, enjoy!, euphori!, gaiety, glad!, glee!, happ!, joll!, jovial!, joy, jubilat!, satisfy!

Contentment: Content!, pleasure

Enthrallment: Enthrall!, rapture

Optimism: Eager!, hope, optimis!

Pride: Pride, proud, triumph!

Relief: Relief

Zest: Enthusias!, excit!, exhilar!, thrill, zeal, zest

Love

Affection: Ador!, affect!, attract!, car!, compassion!, fond!, lik!, love, lov!, sentiment!, tender!

Longing: Long!

Lust: Arous!, desir!, infatuate!, lust, passion

Sad!

Disappointment: Disappoint!, dismay, displease!

Neglect: Alienat!, defeat, deject!, embarrass!, homesick!, humiliate!, insecurity!, isolate!, insult!, lonel!, neglect!, reject!

Sadness: Blue!, depress!, despair, desperate!, gloom, glumness, grief, hopeless!, melancholy, miser!, sad!, sorrow, unhapp!, woe

Shame: Guilt!, regret!, remorse, shame!

Suffering: Agon!, anguish, hurt, suffer!

Sympathy: Pit!, sympathy!, empath!

Surprise

Surprise: Amaze!, astonish!, surprise!