**Exhibit A**

| Date | Event Description |
|---|---|
| February 9, 2021 | Parties hold a conferral call about plaintiffs' responses to Frontier's written discovery.  At Frontier's suggestion, the parties agree to negotiate a protocol for Electronically Stored Information ("ESI") and that Frontier will provide the first draft.  Frontier also agrees to send its proposed compromise positions. |
| February 23 | Littler confirms that it "owe[s]" Plaintiffs its proposals. |
| March 1 | Conferral call about Frontier's responses to Plaintiffs' written discovery. Frontier indicates that it will share a draft of the ESI protocol by Friday, March 5. |
| March 9 | Frontier makes an initial production (4,774 pages for both Actions). |
| March 11 | Plaintiffs confirm they will produce documents the following day and ask Littler when they can expect the draft ESI protocol.  They also confirm that the protocol will include provisions on metadata and reciprocal search terms. Frontier does not respond in that regard. |
| March 12 | Plaintiffs make initial productions (12,105 pages in the *Hodgkins* Action; 10,538 in the *Freyer* Action) |
| March 24 | Parties exchange compromise proposals. Plaintiffs send a detailed 14-page letter. Frontier provides a brief email, which does not reference numerous items discussed at the February 9 conferral call.<br>Frontier also sends a draft "ESI protocol" that is entirely one-sided. |
| April 5 | Parties hold a conferral call.  On the call, Frontier indicates that it still needs to speak with its client and proposes that, in lieu of a call, the parties provide written responses to the March 24 exchange on Friday, April 9 and set a follow-up meet and confer for Monday, April 12. |
| April 8 | Plaintiffs send their suggested ESI protocol.  In their cover email, they confirm that if Frontier sends a proposal narrowing certain disputed terms, Plaintiffs will reconsider their objections. Frontier does not provide any written response. |
| April 9 | Plaintiffs send their written responses to Frontier's March 24 email. Frontier does not. |
| April 12 | Plaintiffs send an email asking for a date certain by which Frontier will send the responses that were due on April 9 and to reschedule the meet-and-confer set for that day, since they have not received Frontier's positions.<br>Frontier responds that they are scheduled to discuss with their client and will respond on April 13.  A call is scheduled to take place on April 14. |
| April 13 | Frontier sends response to Plaintiffs' March 24 letter in the evening. For 11 separate requests in *Freyer*, and 10 separate requests in *Hodgkins*, Frontier states, ""Subject to those objections, and without waiving them, please see Frontier's separate comments to the ESI protocol."<br>To date, Frontier has not sent any comments to the ESI protocol. |
| April 14 | The Parties hold another conferral call. Frontier reveals it may object entirely to any ESI protocol as applicable to Frontier.<br>Frontier argues that the proposed protocol is too broad. Fronter states it is "exactly right" that Plaintiffs should not assume Frontier will produce |

1

Privileged & Confidential<br>Attorney Work Product<br>Draft

| | |
|---|---|
| | any documents for any requests where they respond with "separate comments to the ESI protocol" language. |
| April 16 | The Parties hold another conferral call.  Frontier states that "it is not only disproportionate to run an ESI protocol but also the content of what is being asked is irrelevant." |
| April 16 | Parties jointly email the Court in the *Hodgkins* Action |
| April 19 | Court in the *Hodgkins* Action schedules a Discovery Conference with Judge Hegarty for May 3 at 11 a.m. |
| April 20 | Court in the *Hodgkins* Action enters Minute Order; the parties may each prepare a short statement identifying the nature of the dispute(s) together with any other documents/information by noon on April 30. |
| April 16-20 | Parties exchange an outline of issues to be discussed on a joint call to the Court in the *Freyer* Action on April 23. On April 20, Plaintiffs request confirmation of Frontier's position on several RFPs and ROGs. |
| April 23 | Parties jointly call the Court in the *Freyer* Action, which sets an April 30 deadline for filing of simultaneous discovery briefs. |
| April 26 | Frontier writes to Plaintiffs that it "would be willing agree conceptually to the use of ESI protocols" under certain conditions and suggests "continu[ing] discussions over the ESI protocol" if Plaintiffs agree to these proposals. |
| April 27 | The Parties hold another conferral call.  Frontier requests separate protocols–with some common elements for production mechanics–for Plaintiffs and Defendants, stating that having a single protocol with common procedures but separate search terms and custodian lists would be confusing.<br>Frontier requests that Plaintiffs provide hit counts based on their entire set of search terms so that "the undue burden is assessed plaintiff by plaintiff as opposed to all of the group in both cases."  At the same time, Frontier refuses to provide hit counts for search terms proposed by Plaintiffs that it considers "irrelevant."<br>The Parties discuss redlining the ESI drafts that were already proposed. |
| April 27 | Plaintiffs propose that the parties adopt a single ESI protocol for production mechanics and ESI sources and "separate document(s)" regarding custodians and search terms that would be "specific to each side." Plaintiffs follow up on their April 20 request for confirmation of Frontier's position on several RFPs and ROGs to resolve disputes. |
| April 28 | Frontier rejects Plaintiffs' proposal for a single ESI protocol, reiterates request for two separate ESI protocols, and responds to most of the items where Plaintiffs requested confirmation on April 27. |