## Exhibit D

| | Plaintiffs' Interrogatories |
|---|---|
| 5 | Identify all Documents Concerning policies governing the process by which pilots may seek an Accommodation for a medical condition, disability, or other circumstance that renders them unable to fly without such Accommodation. |
| 6 | Identify all pilots employed at Frontier Airlines as of January 1 for each year during the during the Time Period, and for each state (a) the individual's date of hire, pay grade (based on wage/pay-rate tables contained in the applicable Employee Handbook or collectively bargaining agreement in effect at the time); (b) the date(s) of any changes in pay grade and the amount of such new pay grades; and (c) the total number of hours the individual worked each year. |
| 8 | Identify all pilots whose employment at Frontier was terminated, who resigned, or who otherwise voluntarily separated from Frontier, and for each describe: (a) the date on which the termination, resignation, or separation occurred; (b) the duration of the employee's employment prior to termination, resignation, or separation; and (c) whether the termination was initiated by Frontier or by the employee or mutually agreed to. |
| 11 | Identify and Describe any Lactation facilities on the aircraft or at facilities used for ground or concurrent training that Frontier made available to pilots. For purposes of this interrogatory, Describe means a description of the location of the Lactation facility, whether it is located inside or outside of airport security and/or customs, and whether it is secured with a key, code, or other method to restrict access. |
| 12 | Identify and Describe any Lactation facilities at any airports to which Frontier flies that Frontier made available to pilots. For purposes of this interrogatory, Describe means provide a description of the location of the Lactation facility, including whether it is located inside or outside of airport security and/or customs, its approximate distance from the gate Frontier flights typically use for arrival and departure, state whether the facility is used for any purpose other than reasons related to Lactation, and indicate whether it is secured with a key, code, or other method to restrict access. |
| 14 | Identify all pilots who have been subject to any disciplinary action, including oral or written counseling or reprimand, temporary or permanent suspension, or imposition of any other penalty, for taking breaks while on duty, and for each, describe (a) the date(s) on which the conduct for which the pilot was disciplined occurred; (b) the conduct for which the pilot was disciplined; and (c) the nature of the disciplinary action taken. |
| | **Plaintiffs' Requests for Production** |
| 2 | All Documents Concerning Frontier's written policies governing maternity, Pregnancy, childbirth, or related conditions such as Lactation. |
| 4 | All Documents Concerning Frontier's policies governing the process by which pilots may seek Accommodation for a medical condition, disability, or other circumstance that renders them unable to fly without such Accommodation. |

1

| | |
|---|---|
| 6 | Documents sufficient to show the employment benefits (other than wages) Frontier provided or made available to pilots, including but not limited to medical and dental insurance, disability insurance, 401(k), retirement benefits, travel benefits, and life insurance, each year during the Time Period, including but not limited to Documents sufficient to show the average and median annual per-employee value of each such benefit |
| 7 | For each pilot identified in your response to Interrogatory No. 7, all Documents Concerning the birth or delivery of their child, including their due date and any "maternity leave," FMLA, unpaid medical leave, or personal leave requested or taken for reasons related to pregnancy, childbirth, recovery from childbirth, post-partum medical issues or conditions, or lactation. |
| 8 | All Documents Concerning the termination of employment of pilots identified in your response to Interrogatory No. 8. |
| 9 | For each pilot identified in your response to Interrogatory No. 9, all Documents Concerning the request(s) for Accommodation sought by such pilot. |
| 10 | All Documents containing or describing any policies or practices, training materials, or safety protocols governing use of breaks for pilots while on duty, including but not limited to Physiological needs breaks. |
| 11 | All Documents Concerning any Lactation facilities on the aircraft or at facilities used for ground or concurrent training that Frontier made available to pilots during the Time Period. |
| 12 | All Documents Concerning Lactation facilities at any airports to which Frontier flies that Frontier made available to pilots during the Time Period. |
| 13 | For each pilot identified in your response to Interrogatory No. 13, all Documents Concerning that individual's placement in a ground position or "non-flying" position, including but not limited to Documents sufficient to show the basis for such placement. |
| 14 | For each pilot identified in your response to Interrogatory No. 14, all Documents Concerning such disciplinary action, including but not limited to Documents sufficient to show the reason for and nature of the disciplinary action taken. |
| 15 | For each charge, complaint, allegation, grievance, and/or report identified in your response to Interrogatory No. 15, all Documents sufficient to show the basis for and outcome of such charge, complaint, allegation, grievance and/or report. |
| 16 | All Documents Concerning the EEOC charges filed by the Plaintiffs relating to the claims in this matter. |
| 18 | For each Plaintiff, all correspondence or personnel records Concerning each such Plaintiff, regardless of whether they are contained in each such Person's respective personnel file, including, but not limited to, contracts, memoranda, email correspondence, and correspondence related to pregnancy and/or pregnancy-related conditions, including post-partum issues and Lactation. |
| 19 | All Documents related to studies, surveys, or other analyses of percentage, promotion, or barriers to promotion for women pilots at Frontier or in the airline industry, including but not limited to correspondence with unions. |
| 20 | All Documents Concerning the "Maternity Leave of Absence" policy applicable to |

|    | |
|----|---|
|    | Frontier pilots contained in section 9H of the Collective Bargaining Agreement or in any other section of any other Collective Bargaining Agreement in effect during the Time Period, including but not limited to Documents concerning its modification or removal. |
| 21 | All Documents Concerning the use or approval for use of portable electronic devices on the aircraft, including but not limited to any policies that were in effect or under consideration during the Time Period governing the use or approval for use of such devices, correspondence regarding approval of such devices, or a list of such approved devices. |
| **Frontier's Interrogatories** ||
| 6  | For each Plaintiff, identify and fully describe any and all types of damages or injuries of any kind or nature that alleged to have been suffered and for which each Plaintiff is seeking relief from or compensation in this case, and with respect to each, identify and describe the following: a) the specific type of injury alleged; b) the specific type of damages incurred; c) the amount of recovery sought for any specific type of injury or damages alleged; d) the method used to compute each item of damages; and e) any and all documents supporting your claims for damages. |
| 9  | For each Plaintiff, identify each consultation, examination, or treatment such person has had with any health care professional, doula, lactation consultant, or other pregnancy or lactation consultant, from one (1) year prior to the date such person became pregnant with her first child through one (1) year after such person ceased breastfeeding her youngest child. For each consultation, examination, or treatment with or by any health care professional, doula, or consultant, state: (1) the date of each such consultation, examination and/or treatment; (2) the identity of the health care professional, doula, or consultant; (3) the nature of the services provided; and (4) the diagnosis and treatment received. For each such consultation, examination, or treatment that relates in any way to the claims in the Complaint, please designate that consultation, examination or treatment by placing an "*" by the date. Additionally, please execute a copy of the medical release attached as Exhibit A . . . |
| 10 | For each Plaintiff, identify each consultation, examination, or treatment such person has had with any mental health professional, from one (1) year prior to the date such person became pregnant with her first child through one (1) year after such person ceased breastfeeding her youngest child. For each consultation, examination, or treatment with or by any mental health professional, state: (1) the date of each such consultation, examination and/or treatment; (2) the identity of the mental health professional; (3) the nature of the services provided; and (4) the diagnosis and treatment received. For each such consultation, examination, or treatment that relates in any way to the claims in the Complaint, please designate that consultation, examination, or treatment by placing an "*" by the date. Additionally, please execute a copy of the release for psychotherapy notes attached as Exhibit B . . . |
| 18 | For each Named Plaintiff seeking emotional distress damages or any damages arising from her mental or physical condition, identify every health care provider, physician, psychiatrist, psychologist, therapist, hospital, and/or clinic that the |

|   | Named Plaintiff has visited or seen for treatment from May 2011 to the present, including for each the name, address, telephone number, and dates of treatment |
|---|---|
|   | **Frontier's Requests for Production** |
| 6 | Any electronically stored information, social media posts or messages, diaries, notes, correspondence, memoranda, calendars, journals, or other similar materials which record, reflect, or comments on each Plaintiff's experience at Frontier or with any individual at Frontier in any way, experience during pregnancy or breastfeeding, or any event that would evoke an emotional reaction for each Plaintiff. The response should include, but not be limited to, any electronically stored information, social media posts or messages, diaries, notes, correspondence, memoranda, calendars, journals, or other similar materials from any account identified in response to Interrogatory No. 13 above. |
| 9 | Plaintiffs' tax returns, including schedules and supporting documentation (such as W-2s, 1099 forms, and all documents evidencing any charitable contributions) for the years 2012 through present. If Plaintiffs are missing copies of any such documents, please execute the attached Form 4506-T to obtain them. |
| 10 | All documents that reflect or show income and/or compensation (including salary, wages, bonuses, benefits, dividends, equity and any other thing of value) received by any Plaintiffs from 2012 through present, whether or not reported on your taxes. |
| 12 | For each Plaintiff, all documents, electronically stored information, or tangible things which evidence each Plaintiff's consultation, examination, or treatment such person has had with any health care professional, doula, lactation consultant, or other pregnancy or lactation consultant, from one (1) year prior to the date such person became pregnant with her first child through one (1) year after such person ceased breastfeeding her youngest child. Additionally, please execute a copy of the medical records authorization attached as Exhibit A . . . |
| 13 | For each Plaintiff, all documents, electronically stored information, or tangible things which evidence each Named Plaintiff's consultation, examination, or treatment such person has had with any mental health professional, from one (1) year prior to the date such person became pregnant with her first child through one (1) year after such person ceased breastfeeding her youngest child. Additionally, please execute a copy of the release for psychotherapy notes attached as Exhibit B . . . |
| 20 | For each Named Plaintiff seeking emotional distress damages or any damages arising from her mental or physical condition, produce all medical records from every health care provider, physician, psychiatrist, psychologist, therapist, hospital, and/or clinic that the Named Plaintiff has visited or seen for treatment from May 2011 to the present. Alternatively, each Named Plaintiff seeking emotional distress damages or any damages arising from her mental or physical condition may execute and produce an executed copy of the medical release attached as Exhibit A for each provider, and execute and produce an executed copy of the release for psychotherapy notes attached as Exhibit B . . . |