# HOLWELL SHUSTER & GOLDBERG LLP

425 Lexington Avenue
New York, New York  10017
Tel:  (646) 837-5151
Fax: (646) 837-5150
www.hsgllp.com

Jayme A. Jonat
(646) 837-8455
jjonat@hsgllp.com

July 15, 2021

**BY ECF**

The Honorable Judge Christine M. Arguello
United States District Court
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

Re:   *Randi Freyer et al. v. Frontier Airlines, Inc.*, 1:19-cv-03468-CMA-SKC (D. Colo.)

Dear Judge Arguello:

On behalf of Plaintiffs, pursuant to CMA Civ. Practice Standard 7.1A(d)(3), I write to notify the Court of a decision issued yesterday by Judge Moore in the case *Hodgkins et al. v. Frontier Airlines*, 1:19-cv-03469-RM-MEH (D. Colo.) (Dkt. No. 87), enclosed herein. As many of the arguments rejected by the *Hodgkins* court have also been made by Defendant in this case, Plaintiffs believe this decision merits consideration by the Court before it rules on the pending motion to dismiss and motion for consolidation.

Respectfully submitted,

*/s/ Jayme A. Jonat*

Jayme A. Jonat

cc:  All counsel via ECF