IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 1:19-cv-03468-CMA-SKC

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI,
and
SHANNON KIEDROWSKI

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

---

**JOINT MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND CASE MANAGEMENT DEADLINES**

---

The parties, by their respective attorneys, submit this Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines and state as follows:

**CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties have conferred and stipulate that the relief requested in this Motion is necessary and appropriate.

## ARGUMENT

1. The parties previously submitted a proposed Scheduling Order on August 19, 2020 [ECF No. 44], which the Court entered on August 26, 2020 [ECF No. 46].

2. That Scheduling Order was entered during the pendency of Defendant's Motion to Dismiss, which was filed on August 10, 2020 [ECF No. 33].

3. Subsequent to the entry of the Scheduling Order, Defendant moved to stay discovery on August 31, 2020 [ECF No. 47]. Additionally, on December 23, 2020, Plaintiffs moved to amend their Complaint [ECF No. 66].

4. The Court granted Plaintiffs' Motion to Amend on January 21, 2021 [ECF No. 72], thereby mooting Defendant's Motion to Dismiss and Motion to Stay.

5. Defendant moved to dismiss the Amended Complaint on February 4, 2021 [ECF No. 78]. That motion has been fully briefed and is *sub judice* [ECF Nos. 84; 93].

6. The parties submitted an Amended Scheduling Order on February 12, 2021 [ECF 79], which the Court entered on February 19, 2021 [ECF 81].

7. The parties submitted an Amended Scheduling Order on April 1, 2021 [ECF 96], which the Court entered on May 21, 2021 [ECF 106].

8. The parties have continued to work diligently to comply with the current Scheduling Order and meet the upcoming deadlines. The parties have exchanged initial disclosures, propounded requests for written discovery, served each other with their responses and objections, and have held numerous "meet and confer" conferences regarding their respective positions. On April 30, 2021, the parties filed simultaneous discovery briefs concerning issues related to their respective discovery requests and interrogatories [ECF 98, 99, 100]. After additional "meet and confer" conferences, on July 9, 2021, the parties notified chambers by email that they had resolved most of the issues in their discovery briefing; the remaining two issues to be resolved by the Court

are *sub judice*. In the meantime, the parties have also produced documents and begun discussions regarding setting a schedule for upcoming depositions of fact witnesses.

9. However, despite their best efforts, the parties agree that current circumstances will make it impossible for them to meet the upcoming deadlines as currently set. Accordingly, the parties respectfully request that this Court grant this Motion for good cause shown and extend the deadlines as requested below.

10. Specifically, given the general scope of discovery in this case, it has become apparent to the parties that they need more time than that initially set by the amended scheduling order to conduct fact discovery. The parties are working diligently to move forward with discovery. For example, on April 30, 2021, the parties submitted simultaneous discovery briefing on several disputed issues. On July 9, 2021, after numerous conferrals, the parties notified the Court that they had resolved nearly all of the disputed issues. A discovery conference on the remaining two disputed issues is scheduled for August 13, 2021. In view of these developments, the adjusted schedule would keep the parties on track to complete discovery within a reasonable timeframe.

11. There is therefore good cause for the Court to enter the Proposed Amended Scheduling Order.

12. As set forth in the accompanying Proposed Order, the parties request that case deadlines be extended as follows:

| Deadline | (Current) Amended Scheduling Order [ECF No. 96] | (Proposed) Amended Scheduling Order |
| --- | --- | --- |
| *Parties to Substantially Complete Production* | May 28, 2021 | August 24, 2021 |
| *Written Discovery* | June 14, 2021 | September 10, 2021 |
| *Expert Witness Disclosures* | August 26, 2021 | November 24, 2021 |
| *Rebuttal Expert Disclosure Deadline* | September 27, 2021 | January 10, 2022 |

| | | |
|---|---|---|
| *Discovery Cut-off* | July 27, 2021 (Fact) / October 27, 2021 (Expert) | October 25, 2021 (Fact) / February 9, 2022 (Expert) |
| *Dispositive Motions* | November 29, 2021 | March 11, 2022 |
| *Pretrial Conference* | Requested for a date on or after February 3, 2022; to be reset at a future time | Requested for a date on or after April 29, 2022 |

13. No party will be prejudiced by the entry of the Amended Scheduling Order, and all parties have stipulated to the requested relief.

## **CONCLUSION**

For the foregoing reasons, the parties request that the Court grant this Motion and enter the Amended Scheduling Order.

| | |
|---|---|
| Respectfully submitted, | Dated this 2nd day of August, 2021. |
| *s/ Karen Sebaski* | *s/ Danielle Kitson* |
| Galen Leigh Sherwin<br>ACLU Women's Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>212-519-7819 | Erin A. Webber<br>Danielle L. Kitson<br>Stephen E. Baumann II<br>1900 Sixteenth Street, Suite 800<br>Denver, CO  80202<br>Telephone: 303.629.6200<br>Facsimile:  303.629.0200<br>Email: ewebber@littler.com;<br>dkitson@littler.com;<br>sbaumann@littler.com |
| Jayme Jonat<br>Karen A. Sebaski<br>Vincent Gregory Levy<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>646-837-5151 | Attorneys for Defendant Frontier Airlines, Inc. |
| Mark Silverstein<br>Sara R. Neel<br>American Civil Liberties Union-Denver<br>303 East 17th Street, Suite 350<br>Denver, CO 80203<br>303-777-5482 | |
| Attorneys for Plaintiffs | |