IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 19-cv-03468-CMA-SKC          Date: August 13, 2021
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom C-201*

| *Parties:* | *Counsel:* |
|---|---|
| RANDI FREYER, et al., | Galen Sherwin (by phone) |
| | Jayme Jonat (by phone) |
| Plaintiff, | |
| v. | |
| FRONTIER AIRLINES, INC., | Carolyn Theis |
| | Danielle Kitson |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: DISCOVERY HEARING**
**Court in session: 09:59 a.m.**
Court calls case. Appearances of counsel.

This hearing is before the Court to discuss pending discovery disputes which are broken down into 1) temporal scope of defendant's production, and 2) comparator universe of discovery.

**ORDERED:** Plaintiffs are given leave to file a motion to compel regarding the comparator universe. The motion shall be filed no later than **August 20, 2021**. A response is due within 10 days, a reply is due within 7 days, and a sur-reply is due within 7 days. Once the motion is fully briefed, counsel shall jointly email chambers informing of such.

For outstanding discovery requests that are outside the comparator universe, the relevant timeframe is January 1, 2010-December 31, 2020.

Hearing Concluded.          **Court in recess: 10:43 a.m.**  Total time in court: 00:44

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.