UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RANDI FREYER, BRANDY BECK, ERIN ZIELINSKI, and SHANNON KIEDROWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.<br><br>Defendant. | Case No. 19-cv-03468-CMA-SKC |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL [ECF No. 112]

Plaintiffs respectfully request that the Court grant an extension of time for the submission of their motion to compel and state as follows:

1. On August 13, 2021, the parties appeared before Magistrate Judge Crews to discuss outstanding discovery issues on which they had not been able to reach an agreement.

2. At the conclusion of that hearing, Judge Crews directed Plaintiffs to submit a motion to compel regarding the scope of comparator data to be produced by Defendant Frontier Airlines, Inc. ("Frontier"). ECF No. 112.

3. Judge Crews ordered Plaintiffs to submit their motion to compel no later than August 20, 2021, with Frontier's opposition due within ten days, Plaintiffs' reply within seven, and Frontier's sur-reply within seven thereafter. *Id.*

///

///

1

4. Plaintiffs now seek to extend these deadlines as follows:

| | |
|---|---|
| **Plaintiffs' motion to compel:** | August 27, 2021 |
| **Frontier's opposition:** | September 6, 2021 |
| **Plaintiffs' reply:** | September 13, 2021 |
| **Frontier's sur-reply:** | September 20, 2021 |

5. Despite diligent effort on the part of Plaintiffs' counsel to meet the deadline, Plaintiffs seek this extension of time for good cause, namely, a medical emergency involving a close family member of one of Plaintiffs' lead counsel.

6. Plaintiffs acknowledge that the Court generally prefers motions for extensions of time to be submitted by noon on the day prior to that on which the underlying filing is due; however, owing to the emergency motivating the instant motion, they were unable to do so. This motion is being submitted as soon as practicable.

7. In accordance with Local Rule 7.1, Plaintiffs certify that they have conferred with Frontier regarding the instant motion, and that, through counsel, Frontier has indicated its lack of opposition.

8. Pursuant to Local Rule 6.1, Plaintiffs certify that they have not previously sought to extend the deadline to submit their motion to compel, and that they are serving a copy of this motion on their clients.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 19, 2021 | By: */s/ Jayme Jonat* |
|  | Jayme Jonat<br>Vincent Levy<br>Karen Sebaski<br>HOLWELL SHUSTER & GOLDBERG LLP<br>IN COOPERATION WITH THE<br>AMERICAN CIVIL LIBERTIES UNION<br>425 Lexington Avenue, 14th Floor<br>New York, NY 10019<br>Phone: 646-837-5151<br>Fax: 646-837-5150<br>Email: vlevy@hsgllp.com<br>Email: jjonat@hsgllp.com<br>Email: ksebaski@hsgllp.com |
|  | Sara R. Neel<br>Mark Silverstein<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO<br>303 East 17thAvenue, Suite 350<br>Denver, CO 80203<br>Phone: 720-402-3107<br>Fax: 303-777-1773<br>Email: sneel@aclu-co.org<br>Email: msilverstein@aclu-co.org |
|  | Galen Sherwin<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>WOMEN'S RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>Phone: 212-519-7819<br>Email: gsherwin@aclu.org |
|  | *Attorneys for Plaintiffs* |