UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RANDI FREYER, BRANDY BECK, ERIN ZIELINSKI, and SHANNON KIEDROWSKI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRONTIER AIRLINES, INC.<br><br>　　　　Defendant. | Case No. 19-cv-03468-CMA-SKC |

### [PROPOSED] ORDER

Upon Plaintiffs' Unopposed Motion for Extension of Time to File Motion to Compel [ECF No. 112], the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS Plaintiffs' Unopposed Motion for Extension of Time to File Motion to Compel and sets the following deadlines:

| | |
|---|---|
| Plaintiffs' motion to compel: | August 27, 2021 |
| Frontier's opposition: | September 6, 2021 |
| Plaintiffs' reply: | September 13, 2021 |
| Frontier's sur-reply: | September 20, 2021 |

DATED this _____ day of _____ 2010.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　_____
　　　　　　　　　　　　Judge Christine M. Arguello

1