UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| RANDI FREYER, BRANDY BECK, ERIN ZIELINSKI, and SHANNON KIEDROWSKI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRONTIER AIRLINES, INC.<br><br>　　　　Defendant. | Case No. 19-cv-03468-CMA-SKC |

### DECLARATION OF KAREN SEBASKI
### IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

I, Karen Sebaski, declare as follows:

　　1.　　I am counsel at the law firm of Holwell Shuster & Goldberg LLP, counsel for Plaintiffs in the above-captioned matter. I am licensed to practice law in the State of New York and am admitted to the District of Colorado *pro hac vice*. I am familiar with the facts and context of this case owing to my involvement in it. I make this declaration of my own personal knowledge.

　　2.　　I submit this declaration in support of Plaintiff's Motion to Compel Comparator Data for All Pilots from Defendant Frontier Airlines, Inc. ("Frontier").

　　3.　　Attached as Exhibit A is a true and correct copy of Plaintiffs' First Set of Interrogatories to Frontier, dated December 16, 2020.

　　4.　　Attached as Exhibit B is a true and correct copy of Plaintiffs' First Set of Document Requests to Frontier, dated December 16, 2020.

　　5.　　Attached as Exhibit C is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Frontier, dated June 14, 2021.

1

6. Attached as Exhibit D is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Interrogatories, dated January 15, 2021.

7. Attached as Exhibit E is a true and correct copy of a transcript of the August 13, 2021 discovery conference.

8. Attached as Exhibit F is a true and correct copy of an email from Jayme Jonat to Danielle Kitson, copying others, summarizing a meet and confer held on August 12, 2021.

9. Based on conferrals with counsel for Defendant in July and August of 2021, my understanding is that Defendant maintains the following data points in an UltiPro database that is readily accessible for reporting purposes: current pay grade (or, as applicable, pay grade as of termination); date of hire; date of termination, resignation or separation; and whether separation was voluntary or involuntary.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on August 27, 2021 at New York, New York.

/s/ *Karen Sebaski*  
Karen Sebaski