IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 113]**

---

Defendant Frontier Airlines, Inc. ("Defendant"), by and through its undersigned counsel, files this Unopposed Motion for Extension of Time to File its Response in Opposition to Plaintiffs' Motion to Compel [ECF No. 113], respectfully requesting a one-week extension of time, up to and including September 13, 2021, in which to file its Response.  In support of this Motion, Defendant states as follows.

    1.    On August 13, 2021, the parties appeared before the Court to discuss outstanding discovery issues on which they had not been able to reach an agreement.

    2.    At the conclusion of that hearing, Judge S. Kato Crews directed Plaintiffs to submit a motion to compel regarding the scope of comparator data to be produced by Defendant. *See* ECF No. 112.

    3.    Judge Crews ordered Plaintiffs to submit their motion to compel no later than August 20, 2021, with Defendant's opposition due within ten days, Plaintiffs' reply within seven, and Defendant's sur-reply within seven thereafter. *See* ECF No. 112.

4. Defendant now seeks to extend these deadlines as follows:

**Defendant's opposition: September 13, 2021**

**Plaintiffs' reply: September 20, 2021**

**Defendant's sur-reply: September 27, 2021**

5. Despite diligent effort on the part of Defendant's counsel to meet the deadline, Defendant seeks this extension of time for good cause. Undersigned counsel's mother, who lives with undersigned counsel and cares for undersigned counsel's children, is experiencing unanticipated complications related to a recent surgery. As a result, the undersigned counsel's availability has been significantly limited.

6. In compliance with D.C.COLO.LCivR 7.1, counsel for Defendant certifies that they have conferred with counsel for Plaintiffs regarding the instant motion, and that, through counsel, Plaintiffs have confirmed that they do not oppose the relief sought herein.

7. Pursuant to D.C.COLO.LCivR 6.1, counsel for Defendant certifies that Defendant has not previously sought to extend the deadline to submit its Response in Opposition to Plaintiffs' Motion to Compel [ECF #113] and that they are serving a copy of this motion on their client.

Respectfully submitted this 7th day of September, 2021.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Stephen E. Baumann
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200

Facsimile: 303.629.0200
Email: dkitson@littler.com
sbaumann@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2021, I electronically filed and served **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 113]** via the CM/ECF system, which will send notification of such filing to the following:

Jayme Jonat
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
       jjonat@hsgllp.com

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-519-7819
Fax: 212-549-2580
Email: gsherwin@aclu.org

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Phone: 303-777-5482
Fax: 303-777-1773
Email: msilverstein@aclu-co.org
       sneel@aclu-co.org

*Attorneys for Plaintiffs*

                                        *s/Arlene Aguilar*
                                        Arlene Aguilar