# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-SKC

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF NO. 113]**

---

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time to File its Response in Opposition to Plaintiffs' Motion to Compel [ECF No. 113]. The Court has reviewed the Unopposed Motion. Finding good cause, the Court grants the Motion.

Therefore, IT IS ORDERED that the deadlines are extended as follows:

Defendant's opposition is due on **September 13, 2021;**

Plaintiffs' reply is due **September 20, 2021;**

Defendant's sur-reply is due **September 27, 2021.**

SO ORDERED this ___ day of _____, 2021.

        BY THE COURT:

        _____
        Magistrate Judge S. Kato Crews