IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

No. 1:19-cv-03468-CMA-SKC

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI,
and
SHANNON KIEDROWSKI

           Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

           Defendant.

---

**JOINT MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND CASE MANAGEMENT DEADLINES**

---

The parties, by their respective attorneys, submit this Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines and state as follows:

<u>**CERTIFICATE OF COMPLIANCE**</u>

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties have conferred and stipulate that the relief requested in this Motion is necessary and appropriate.

## ARGUMENT

1. The parties previously submitted a proposed Scheduling Order on August 19, 2020 [ECF No. 44], which the Court entered on August 26, 2020 [ECF No. 46].

2. That Scheduling Order was entered during the pendency of Defendant's Motion to Dismiss, which was filed on August 10, 2020 [ECF No. 33].

3. Subsequent to the entry of the Scheduling Order, Defendant moved to stay discovery on August 31, 2020 [ECF No. 47]. Additionally, on December 23, 2020, Plaintiffs moved to amend their Complaint [ECF No. 66].

4. The Court granted Plaintiffs' Motion to Amend on January 21, 2021 [ECF No. 72], thereby mooting Defendant's Motion to Dismiss and Motion to Stay.

5. Defendant moved to dismiss the Amended Complaint on February 4, 2021 [ECF No. 78]. That motion has been fully briefed and is *sub judice* [ECF Nos. 84; 93].

6. The parties submitted an Amended Scheduling Order on February 12, 2021 [ECF 79], which the Court entered on February 19, 2021 [ECF 81].

7. The parties submitted an Amended Scheduling Order on April 1, 2021 [ECF 96], which the Court entered on May 21, 2021 [ECF 106].

8. The parties submitted an Amended Scheduling Order on August 2, 2021 [ECF 109], which the Court entered on August 6, 2021 [ECF 111].

9. The parties have continued to work diligently to comply with the current Scheduling Order and meet the upcoming deadlines. The parties have exchanged initial disclosures, propounded requests for written discovery, served each other with their responses and objections, made initial productions, and have held numerous "meet and confer" conferences regarding their respective positions. After numerous conferrals, the Court held a discovery conference on the remaining two disputed issues on August 13, 2021 [ECF 112]. At that conference, Plaintiffs were given leave to file a motion to

compel regarding the comparator universe, which remained unresolved. [ECF 112]. Accordingly, Plaintiffs filed their Motion to Compel on August 27, 2021 [116]. Defendant's opposition is due on September 13, 2021, and the Motion to Compel is scheduled to be fully submitted as of September 27, 2021 [ECF 121]. The parties also are negotiating the terms of an ESI protocol and have begun discussions regarding setting a schedule for upcoming depositions of fact witnesses.

10.    However, despite their best efforts, the parties agree that current circumstances, in particular, the present motion practice, will make it impossible for them to meet the upcoming deadlines as currently set. Accordingly, the parties respectfully request that this Court grant this Motion for good cause shown and extend the deadlines as requested below. The proposed schedule accommodates the present motion practice by keying subsequent deadlines to the resolution of Plaintiffs' Motion to Compel.

11.    As set forth in the accompanying Proposed Order, the parties request that case deadlines be extended as follows:

| Deadline | (Current) Amended Scheduling Order [ECF No. 111] | (Proposed) Amended Scheduling Order |
| --- | --- | --- |
| *Parties to Substantially Complete Production* | August 24, 2021 | October 25, 2021 or 60 days after Court's decision on Motion to Compel, whichever is later |
| *Written Discovery* | September 10, 2021 | 45 days before the fact discovery cutoff |
| *Expert Witness Disclosures* | November 24, 2021 | 30 days after fact discovery cutoff |
| *Rebuttal Expert Disclosure Deadline* | January 10, 2022 | 30 days after expert witness disclosures |
| *Discovery Cut-off* | October 25, 2021 (Fact) / February 9, 2022 (Expert) | December 27, 2021 or 60 days after substantial |

|  |  | completion, whichever is later (Fact) / February 25, 2022 or 60 days after fact discovery cutoff, whichever is later (Expert) |
|---|---|---|
| *Dispositive Motions* | March 11, 2022 | March 27, 2022 or 30 days after expert discovery cutoff, whichever is later |
| *Pretrial Conference* | June 2, 2022 | To be reset at a future time |

12.     No party will be prejudiced by the entry of the Amended Scheduling Order, and all parties have stipulated to the requested relief.

## **CONCLUSION**

For the foregoing reasons, the parties request that the Court grant this Motion and enter the Amended Scheduling Order.

Respectfully submitted,


s/ Karen Sebaski
Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7819

Jayme Jonat
Karen A. Sebaski
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

Attorneys for Plaintiffs

Dated this 14th day of September, 2021.


s/ Danielle Kitson
Erin A. Webber
Danielle L. Kitson
Stephen E. Baumann II
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
Email: ewebber@littler.com;
dkitson@littler.com;
sbaumann@littler.com

Attorneys for Defendant Frontier
Airlines, Inc.