**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-03468-CMA-SKC
(Consolidated with Civil Action No. 19-CV-03469-CMA-MEH)

IN RE FRONTIER AIRLINES LITIGATION

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT [ECF #74]**

Pursuant Federal Rule of Civil Procedure 6 and D.C.COLO.L.CivR 6.1, Defendant Frontier Airlines, Inc. ("Defendant") respectfully submits this <u>unopposed</u> motion for a two-week extension of time up to and including October 28, 2021, to file its response to Plaintiffs' Amended Complaint [ECF #74]. In support of this Motion, Defendant states as follows:

1. On January 21, 2021, Plaintiffs filed their Amended Complaint with this Court. [ECF #74].

2. On February 4, 2021, Defendant filed its Motion to Dismiss the Amended Complaint. [ECF #78].

3. On September 30, 2021, the Court denied Defendant's Motion to Dismiss the Amended Complaint. [ECF #129].

4. Accordingly, Defendant has up to and including October 14, 2021 to file its response to Plaintiffs' Amended Complaint. *See* Fed. R. Civ. P. 12(a)(4)(A).

5. Due to the sheer volume of Plaintiffs' Amended Complaint, which totals 369 separately numbered paragraphs and 70 pages and alleges 13 causes of action,

Defendant needs additional time to conduct the reasonable inquiry necessary to prepare its response.

6. In addition, defense counsel's ability to adequately respond to Plaintiffs' voluminous Amended Complaint without additional time is further compromised by scheduling issues and the press of other business, including depositions and court appearances for other matters.

7. For these reasons, Defendant respectfully requests a two-week extension of time up to and including October 28, 2021 to file its response to Plaintiffs' Amended Complaint.

8. This is the first request for an extension to respond to Plaintiffs' Amended Complaint since Plaintiffs amended their original Complaint.

9. The extension requested will not prejudice any party and will not cause any undue delay of the proceedings.

10. Defendant has conferred pursuant to D.C.COLO.LCivR 7.1(a) with Plaintiffs' counsel regarding the relief requested, who **do not oppose** the relief requested in this Motion.

11. As required by D.C.Colo.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion is being served on Defendant.

Respectfully submitted this 12th day of October, 2021.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Erin A. Webber
Stephen E. Baumann, II
Carolyn B. Theis
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
Email: dkitson@littler.com
ewebber@littler.com
sbaumann@littler.com
catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2021, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jayme Jonat
Karen Sebaski
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: vlevy@hsgllp.com
      jjonat@hsgllp.com
      ksebaski@hsgllp.com

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Phone: 212-519-7819
Fax: 212-549-2580
Email: gsherwin@aclu.org

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
Phone: 303-777-5482
Fax: 303-777-1773
Email: msilverstein@aclu-co.org
      sneel@aclu-co.org

Juno E. Turner
Towards Justice-Denver
P.O. Box 371680
PMB 44465
Denver, CO 80237
Email: juno@towardsjustice.org

*Attorneys for Plaintiffs*

*s/ Joanna Fox*
Joanna Fox

4820-6914-8158.1 / 057446-1009

4