# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-MEH
(Consolidated with Civil Action No. 19-cv-03469-CMA-MEH)

In re FRONTIER AIRLINES LITIGATION

---

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

---

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint [ECF #74]. The Court has reviewed the Unopposed Motion. Finding good cause, the Court grants the Motion.

Therefore, IT IS ORDERED that Defendant has a two-week extension of time up to and including October 28, 2021 to answer or otherwise respond to Plaintiffs' Amended Complaint [ECF #74].

SO ORDERED this ___ day of _____, 2021.

BY THE COURT:

_____
Judge Christine M. Arguello