**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03468-CMA-MEH (Consolidated with Civil Action No. 19-cv-03469-CMA-MEH)

In re FRONTIER AIRLINES LITIGATION

---

**ENTRY OF APPEARANCE FOR KATHLEEN L. XU**

---

Kathleen L. Xu of the WOMEN'S RIGHTS PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION, a duly licensed attorney in the State of New York and admitted to the U.S. District Court for the District of Colorado, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 1st day of November 2021.

/s/ *Kathleen L. Xu*
Kathleen L. Xu
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212.519.7819
Email: kxu@aclu.org

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically filed the foregoing ENTRY OF APPEARANCE FOR KATHLEEN L. XU with the Clerk of the Court using the CM/ECF system.


/s/  *Kathleen L. Xu*