UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re FRONTIER AIRLINES LITIGATION | Civil Action No. 19-cv-03468-CMA-MEH (Consolidated with Case No. 19-cv-03469-CMA-MEH)<br><br>**DECLARATION OF JAYME JONAT IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DISCOVERY ORDER (ECF. No. 135)** |

I, Jayme Jonat, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the firm of Holwell, Shuster & Goldberg LLP, counsel for the Plaintiffs. I submit this declaration in connection with Plaintiffs' objections to Discovery Order (ECF No. 135). The facts stated in this declaration are true, to the best of my knowledge, information, and belief.

2. A true and correct copy of Plaintiffs' Second Set of Document Requests to Frontier in the matter of *Hodgkins v. Frontier* (19-cv-03469) is attached hereto as Exhibit A.

3. A true and correct copy of Plaintiffs' Second Set of Interrogatories to Frontier in the matter of *Hodgkins v. Frontier* (19-cv-03469) is attached hereto as Exhibit B.

4. A true and correct copy of Plaintiffs' First Set of Document Requests to Frontier in the matter of *Freyer v. Frontier* (19-cv-03468) is attached hereto as Exhibit C.

5. A true and correct copy of Plaintiffs' First Set of Interrogatories to Frontier in the matter of *Freyer v. Frontier* (19-cv-03468) is attached hereto as Exhibit D.

6. A true and correct copy of Plaintiffs' First Set of Document Requests in the Matter of *Hodgkins v. Frontier* (19-cv-03469) is attached hereto as Exhibit E.

7. A true and correct copy of Plaintiffs' First Set of Interrogatories to Frontier in the matter of *Hodgkins v. Frontier* (19-cv-03469) is attached hereto as Exhibit F.

8. A true and correct copy of Plaintiffs' Second Set of Interrogatories in the matter of *Freyer v. Frontier* (19-cv-03468) is attached hereto as Exhibit G.

Dated: Nov. 8, 2021

/s/ Jayme Jonat_____
Jayme Jonat
Karen Sebaski
HOLWELL SHUSTER & GOLDBERG LLP, IN COOPERATION WITH THE AMERICAN CIVIL LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, NY 10019
Phone: 646-837-5151
Fax: 646-837-5150
Email: jjonat@hsgllp.com
Email: ksebaski@hsgllp.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re FRONTIER AIRLINES LITIGATION | Civil Action No. 19-cv-03468-CMA-MEH (Consolidated with Civil Action No. 19-cv-03469-CMA-MEH)<br><br>**PLAINTIFFS' OBJECTIONS TO DISCOVERY ORDER [ECF NO. 135]** |

## Certificate of Service

I hereby certify that on this 8th day of November, 2021, I caused a true and correct copy of the foregoing Plaintiffs' Objections to Discovery Order to be served electronically on all counsel of record via the Court's ECF filing system.

/s/ Jayme Jonat
Jayme Jonat, Esq.