IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03468-CMA-MEH
(Consolidated with Civil Action No. 19-cv-03469-CMA-MEH)

IN RE FRONTIER AIRLINES LITIGATION

---

**JOINT MOTION TO AMEND THE SCHEDULING ORDERS AND EXTEND CASE MANAGEMENT DEADLINES**

---

The parties, by their respective attorneys, submit this Joint Motion to Amend the Scheduling Orders and Extend Case Management Deadlines and state as follows:

**CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties have conferred and stipulate that the relief requested in this Motion is necessary and appropriate.

## ARGUMENT

1. Prior to consolidation, the parties in *Freyer et al. v. Frontier Airlines Inc.* (the "Freyer Action") submitted an Amended Scheduling Order on September 14, 2021 [ECF No. 123], which the Court entered on September 15, 2021 [ECF No. 125].[1]

2. Prior to consolidation, the parties in *Hodgkins et al. v. Frontier Airlines Inc.* (the "Hodgkins Action") submitted an Amended Scheduling Order on September 14, 2021 [ECF No. 93], which the Court entered on September 16, 2021 [ECF No. 97].[2]

3. Subsequent to the entry of these Amended Scheduling Orders, on September 30, 2021, the Court granted Plaintiff's Motion to Consolidate [ECF No. 128], which had been filed in the Freyer Action on January 29, 2021 [ECF No. 75].

4. The parties have continued to work diligently to comply with the current Scheduling Orders and meet the upcoming deadlines. The parties have exchanged initial disclosures, propounded requests for written discovery, served each other with their responses and objections, made initial productions, and have held numerous "meet and confer" conferences regarding their respective positions.

5. After numerous conferrals and conferences in each action, Plaintiffs were given leave to file in each action a motion to compel regarding the comparator universe, resulting in over 100 pages of briefing. [19-cv-03468, ECF Nos. 116, 122, 126, 127, 130, and 134 (*Freyer*); 19-cv-03469, ECF No. 98 (*Hodgkins*)].

6. On October 25, 2021, Magistrate Judge Hegarty issued a discovery order in the actions denying Plaintiffs' motions to compel. [19-cv-03468, ECF No. 135 (*Freyer*); 19-cv-03469, ECF No. 105 (*Hodgkins*)].

7. On November 8, 2021, Plaintiffs filed objections to that discovery order.

---

[1] For prior Scheduling Orders in the Freyer Action, see ECF Nos. 44, 46, 79, 81, 96, 106, 109, and 111.
[2] For prior Scheduling Orders in the Hodgkins Action, see ECF Nos. 42, 44, 45, 46, 69, 71, 62, and 66.

[ECF No. 139].

8. Therefore, despite their best efforts, the parties agree that current circumstances, in particular, the pending objection, will make it impossible for them to meet the upcoming deadlines as currently set. In addition, the parties agree that a consolidated scheduling order will promote judicial efficiency. Accordingly, the parties respectfully request that this Court grant this Motion for good cause shown and extend the deadlines as requested below. The proposed schedule accommodates the present motion practice by keying deadlines to final resolution of Plaintiffs' Motion to Compel.

9. As set forth in the accompanying Proposed Order, the parties request that case deadlines be extended as follows:

<u>Freyer Action</u>

| Deadline | (Current) Amended Scheduling Order [ECF No. 125] | (Proposed) Amended Scheduling Order |
|---|---|---|
| *Parties to Substantially Complete Production* | October 25, 2021 or 60 days after Court's decision on Motion to Compel, whichever is later | Initial: 90 days from entry of Consolidated Amended Scheduling Order<br><br>Final: 90 days from final decision on Motions to Compel, including any objections under FRCP 72(a) |
| *Written Discovery* | 45 days before the fact discovery cutoff | 45 days before the fact discovery cutoff |
| *Expert Witness Disclosures* | 30 days after fact discovery cutoff | 30 days after fact discovery cutoff |
| *Rebuttal Expert Disclosure Deadline* | 30 days after expert witness disclosures | 30 days after expert witness disclosures |
| *Discovery Cut-off* | December 27, 2021 or 60 days after substantial completion, whichever is later (Fact) / February 25, 2022 or 60 days after fact discovery | 120 days after final substantial completion (Fact) / 60 days after designation of experts (Expert) |

| | cutoff, whichever is later (Expert) | |
|---|---|---|
| *Dispositive Motions* | March 27, 2022 or 30 days after expert discovery cutoff, whichever is later | 30 days after expert discovery cutoff |
| *Pretrial Conference* | To be reset at a future time | To be reset at a future time |

Hodgkins Action

| <u>Deadline</u> | <u>(Current) Scheduling Order [ECF No. 97]</u> | <u>(Proposed) Amended Scheduling Order</u> |
|---|---|---|
| *Written Discovery (Phase One)* | 45 days before the Phase One Fact Discovery Cutoff | 45 days before the Phase One Fact Discovery Cutoff |
| *Parties to Substantially Complete Production* | September 27, 2021 or 60 days after Court's decision on Motion to Compel, whichever is later | <u>Initial</u>: 90 days from entry of Consolidated Amended Scheduling Order<br><br><u>Final</u>: 90 days from final decision on Motions to Compel, including any objections under FRCP 72(a) |
| *Written Discovery (Phase Two)* | 45 days prior to the Phase Two Discovery cut-off. | 45 days prior to the Phase Two Discovery cut-off. |
| *Expert Witness Disclosures* | 30 days after Phase One Fact Discovery Cutoff | 30 days after designation of experts in Freyer |
| *Rebuttal Expert Disclosure Deadline* | 30 days after Expert Witness Disclosures | 30 days after Expert Witness Disclosures |
| *Phase One Discovery Cut-off* | November 24, 2021 or 60 days after substantial completion, whichever is later (Fact) / January 24, 2022 or 60 days after Phase One Fact Discovery Cut-off, whichever is later (Expert) | 150 days after final substantial completion (Fact) / 60 days after designation of experts (Expert) |
| *Motions for class certification* | February 23, 2022 or 30 days after Phase One Expert Discovery Cut-off, whichever is later | 30 days after Phase One Expert Discovery Cut-off |
| *Dispositive Motions* | February 23, 2022 or 30 days | 60 days after Phase One |

| | | |
|---|---|---|
| *(Named Plaintiffs)* | after Phase One Expert Discovery Cut-off, whichever is later | Expert Discovery Cut-off |
| *Opening of Phase Two Discovery* | Upon the Court's ruling on Plaintiffs' motion for class certification | Upon the Court's ruling on Plaintiffs' motion for class certification |
| *Phase Two Discovery Cut-off* | Six months after the Court's ruling on class certification, including any appeals | Six months after the Court's ruling on class certification, including any appeals |
| *Dispositive Motions (Absent Class Members)* | Within 30 days following the close of Phase Two Discovery | Within 30 days following the close of Phase Two Discovery |

10.   No party will be prejudiced by the entry of the Amended Scheduling Order, and all parties have stipulated to the requested relief.

## **CONCLUSION**

For the foregoing reasons, the parties request that the Court grant this Motion and enter the Amended Scheduling Order.

| | |
|---|---|
| Respectfully submitted, | Dated this 16th day of November, 2021. |
| *s/ Karen Sebaski* | *s/ Danielle Kitson* |
| Jayme Jonat<br>Karen A. Sebaski<br>Vincent Gregory Levy<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>646-837-5151 | Erin A. Webber<br>Danielle L. Kitson<br>Stephen E. Baumann II<br>1900 Sixteenth Street, Suite 800<br>Denver, CO  80202<br>Telephone: 303.629.6200<br>Facsimile:  303.629.0200<br>Email: ewebber@littler.com;<br>dkitson@littler.com;<br>sbaumann@littler.com |
| Galen Leigh Sherwin<br>ACLU Women's Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>212-519-7819 | Attorneys for Defendant Frontier Airlines, Inc. |
| Mark Silverstein<br>Sara R. Neel<br>American Civil Liberties Union-Denver<br>303 East 17th Street, Suite 350<br>Denver, CO 80203<br>303-777-5482 | |
| Juno Turner<br>TOWARDS JUSTICE<br>1410 High Street, Suite 300<br>Denver, CO 80219<br>Phone: 720-239-2060 | |
| Attorneys for Plaintiffs | |