IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03468-CMA-MEH

RANDI FREYER, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant,

*consolidated with*

Civil Action No. 19-cv-03469-CMA-MEH

MELISSA HODGKINS, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2021.**

    For good cause shown, the parties' Joint Motion to Amend the Scheduling Orders and Extend Case Management Deadlines [filed November 16, 2021; ECF 140] is **granted**. The parties shall email a copy of their proposed Scheduling Order (ECF 140-1) to Chambers at *hegarty_chambers@cod.uscourts.gov* for entry.

    Within five business days of resolution of the Objection/Appeal (ECF 139) of the Order (ECF 135) denying the Motion to Compel, the parties shall file a renewed motion with a proposed Scheduling Order that gives specific dates for all pre-trial deadlines. At that time, the Final Pretrial Conference also will be scheduled.