UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In re FRONTIER AIRLINES LITIGATION

No. 19-cv-03468 (CMA) (MEH)

## JOINT STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE

All disputes between Plaintiffs Melissa Hodgkins, Stacy Rewitzer, Renee Schwartzkopf and Heather Crowe, and Defendant Frontier Airlines, Inc., having been resolved, the Parties, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a) and in consideration of a negotiated settlement executed by them, that all claims against any party in the action originally captioned *Hodgkins et al. v. Frontier Airlines, Inc.*, No. 19-cv-3469 RM-MEH (since consolidated with the action originally captioned *Freyer et al. v. Frontier Airlines, Inc.* No. 19-cv-03468-CMA-SKC, under the above caption), be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs except as they may otherwise have agreed, provided that the Court retains continuing jurisdiction for purposes of enforcing the Parties' settlement agreement.

The Parties further stipulate and agree that the claims and action brought by Plaintiffs Randi Freyer, Brandy Beck, Erin Zielinski and Shannon Kiedrowski in *Freyer et al. v. Frontier Airlines, Inc.* No. 19-cv-03468-CMA-SKC, have not been resolved, and remain pending before this Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the claims and action of the Parties in the action originally captioned *Hodgkins et al. v. Frontier Airlines, Inc.*, be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs except as they may otherwise have agreed; (2) the Court will retain continuing jurisdiction for purposes of enforcing the Parties' settlement agreement, and (3) the claims and action of the Parties in

the action originally captioned *Freyer et al. v. Frontier Airlines, Inc.* by Plaintiffs Randi Freyer, Brandy Beck, Erin Zielinski and Shannon Kiedrowski against Defendant Frontier Airlines, Inc., remain pending before this Court.

Dated: April 13, 2022

By: */s/ Carolyn B. Theis*
Erin A. Webber
Stephen E. Baumann, II
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
Email: ewebber@littler.com
Email: sbaumann@littler.com
Email: catheis@littler.com

*Attorneys for Defendant Frontier Airlines, Inc.*

By:     */s/ Jayme Jonat*
Jayme Jonat
Vincent Levy
Karen Sebaski
HOLWELL SHUSTER & GOLDBERG LLP
IN COOPERATION WITH THE
AMERICAN CIVIL LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, New York 10017
Phone: 646-837-5151
Fax: 646-837-5150
Email: jjonat@hsgllp.com
Email: vlevy@hsgllp.com
Email: ksebaski@hsgllp.com

Sara R. Neel
Mark Silverstein
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 East 17th Avenue, Suite 350
Denver, CO 80203
Phone: 720-402-3107
Fax: 303-777-1773
Email: sneel@aclu-co.org
Email: msilverstein@aclu-co.org

Galen Sherwin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212-519-7819
Email: gsherwin@alcu.org

Juno Turner
TOWARDS JUSTICE

        1410 High Street, Suite 300
        Denver, CO 80219
        Phone: 720-239-2060
        Email: juno@towardsjustice.org

*Attorneys for Plaintiffs*

**SO ORDERED:**

Dated:

_____
Denver, Colorado         United States District Judge