# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 19-cv-3468-CMA-MEH
(Consolidated with Civil Action No. 19-cv-03469-CMA-MEH)

In re FRONTIER AIRLINES LITIGATION

_____

### ORDER GRANTING STIPULATION AND DISMISSING 19-CV-03469

_____

This matter is before the Court on the Joint Stipulation and Order for Dismissal of All Claims With Prejudice (the "Stipulation," Doc. #144). For the following reasons, the Stipulation is granted, and the remaining parties are directed to file a Joint Status Report.

1. On September 30, 2021, the Court granted Plaintiff's Motion to Consolidate Case No. 19-cv-03469-CMA-MEH with Case No. 19-cv-03468-CMA-MEH. (Doc. # 128.)

2. On April 13, 2022, Defendant Frontier Airlines, Inc. and Plaintiffs Melissa Hodgkins, Stacy Rewitzer, Renee Schwartzokopf, and Heather Crowe (collectively the "Parties") filed the Stipulation.

3. The Parties agree that all claims in the action originally captioned *Hodgkins et al. v. Frontier Airlines, Inc.*, Case No. 19-cv-03469-RM-MEH (now Case No. 19-cv-03468-CMA-MEH) should be dismissed with prejudice, with each side to bear their own attorneys' fees and costs except as otherwise agreed.

4. The Parties further stipulate and agree that the claims and action brought by Plaintiffs Randi Freyer, Brandy Beck, Erin Zielinski, and Shannon Kiedrowski in the case originally captioned *Freyer et al. v. Frontier Airlines, Inc.* Case No. 19-cv-03468-CMA-SKC (now captioned Case No. 19-cv-03468-CMA-MEH) have not been resolved and remaining pending before the Court.

Accordingly, based on the foregoing, the Court **ORDERS** as follows:

1. The Order granting Plaintiff's Motion to Consolidate is **VACATED**. (Doc. # 128.) The Clerk of Court is directed to treat *Freyer et al. v. Frontier Airlines, Inc.* Case No. 19-cv-03468-CMA-MEH and *Hodgkins et al. v. Frontier Airlines, Inc.*, Case No. 19-cv-03469-CMA-MEH as separate cases.

2. The Stipulation (Doc. # 144) is **GRANTED**. *Hodgkins et al. v. Frontier Airlines, Inc.*, Case No. 19-cv-03469-CMA-MEH is hereby **DISMISSED**, with prejudice as set forth in the Stipulation.

3. The remaining parties in *Freyer et al. v. Frontier Airlines, Inc.* Case No. 19-cv-03468-CMA-MEH are **DIRECTED** to confer regarding the issues raised in the Objection/Appeal of Magistrate Judge Decision (the "Objection," Doc. # 139). After conferral, the remaining parties shall file a Joint Status Report, <u>on or before April 21, 2022</u>, informing the Court whether the issues raised in the Objection are now moot.

4. If the issues in the Objection are not moot, the remaining parties are further **DIRECTED** to inform the Court in the Joint Status Report whether

different or additional briefing is necessary and, if so, the remaining parties shall present the Court with a proposed briefing schedule and the scope of additional briefing that may be required.

DATED: April 14, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge