**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-03468-CMA-MEH

RANDI FREYER, et al.,

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

**ENTRY OF APPEARANCE**

       Please take notice that Peter J. Petesch, of the law firm Littler Mendelson, P.C., enters his appearance on behalf of Defendant Frontier Airlines, Inc.  Mr. Petesch certifies that he is a member in good standing of the bar of this Court.

       Respectfully submitted this 15th day of April, 2022.

       */s/ Peter J. Petesch*
       Peter J. Petesch
       Littler Mendelson P.C.
       1900 Sixteenth Street, Suite 800
       Denver, CO  80202
       Telephone: 303.629.6200
       Facsimile:  303.629.0200
       Email: ppetesch@littler.com

       *Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Galen L. Sherwin, Esq.
Kathleen L. Xu
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY  10004
gsherwin@aclu.org
kxu@aclu.org

Mark Silverstein, Esq.
Sara R. Neel, Esq.
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO  80203
msilverstein@aclu-co.org
sneel@aclu-co.org

Jayme Jonat, Esq.
Karen Sebaski, Esq.
Vincent G. Levy, Esq.
Holwell, Shuster & Goldberg, LLP
425 Lexington Avenue, 14th Floor
New York, NY  10017
jjonat@hsgllp.com
ksebaski@hsgllp.com
vlevy@hsgllp.com

*Attorneys for Plaintiffs*

                                            *s/Joanna Fox*
                                            Joanna Fox, Legal Secretary

4855-8600-4764.1 / 057446-1009