# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-MEH

RANDI FREYER, et al.,

       Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

## JOINT STATUS REPORT

The parties, through their undersigned attorneys, hereby submit this Joint Status Report in accordance with Paragraph 3 of the Court's Order [ECF No. 145] and state as follows:

1. On January 29, 2021, Plaintiffs filed a Motion to Consolidate the above-captioned case with a related case, *Hodgkins v. Frontier*, No. 19-civ-3469 [ECF No. 75].

2. On August 27, 2021, Plaintiffs filed a motion to compel discovery from Defendant [ECF No. 116], which motion was subsequently referred to Magistrate Judge S. Kato Crews [ECF No. 118].

3. Defendant responded on September 13, 2021 [ECF No. 122]. Plaintiffs filed their Reply on September 20, 2021 [ECF No. 126]. Defendant filed its Sur-Reply on September 27, 2021 [ECF No. 127].

4. On September 30, 2021, the Court granted Plaintiffs' motion to consolidate and reassigned the above-captioned case to Magistrate Judge Michael E. Hegarty [ECF No. 128].

5. On October 25, 2021, Magistrate Judge Hegarty denied Plaintiffs' motion to compel in the consolidated cases in a two-page decision [ECF No. 135].

6. Thereafter, on November 8, 2021, Plaintiffs filed their Objection to Magistrate Judge Hegarty's discovery order [ECF No. 139].

7. *Hodgkins v. Frontier*, 19-CV-03469 has now been settled and the case dismissed with prejudice [ECF No. 145]. Accordingly, the parties stipulate that the portions of Plaintiffs' Objection that pertain solely to the now dismissed *Hodgkins* case, pertaining to flight attendant data and materials, are moot.

8. However, Plaintiffs maintain and the parties therefore further stipulate that the portions of Plaintiffs' Objection pertaining to the *Freyer v. Frontier* case, which remains pending, are not moot and remain ripe for this Court's review.

9. Accordingly, to aid in the Court's review of the pending Objection, the Court is free to disregard Section II.B (pp. 7-9) and Section III (pp. 13-15). The remainder of the Objection remains pending and further briefing is not necessary, with each party maintaining their respective positions and arguments articulated in the briefing.

10. The parties are working together with the goal of submitting a joint motion for further amending the scheduling order.

Respectfully submitted,

*s/ Jayme Jonat*
Jayme Jonat
Karen A. Sebaski
Vincent Gregory Levy
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

Galen Leigh Sherwin
ACLU Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
212-519-7819

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
303-777-5482

Attorneys for Plaintiffs

Dated this 21st day of April, 2022.

*/s Peter J. Petesch*
Peter J. Petesch
Littler Mendelson P.C.
815 Connecticut Ave, NW, Suite 400
Washington, DC 20006-4046
202-789-3434

Erin Webber
Carolyn Theis
1900 Sixteenth Street, Suite 800
Denver, CO  80202
303-629-6200

Attorneys for Defendant Frontier Airlines, Inc.

3