IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03468-CMA-MEH

RANDI FREYER, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant,

---

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 11, 2022.**

    This matter comes before the Court *sua sponte*. By way of a previous Minute Order (ECF 142), this Court instructed the parties to "file a renewed motion with a proposed Scheduling Order that gives specific dates for all pre-trial deadlines." The deadline to do so was "[w]ithin five business days of resolution of the Objection/Appeal (ECF 139)."

    On April 26, 2022, District Judge Arguello overruled Plaintiffs' objections to the underlying discovery order, thereby resolving that objection/appeal. ECF 148. The parties did not file the requested motion as instructed. The Court notes that District Judge Arguello also dismissed the companion case of *Hodgkins, et al. v. Frontier Airlines, Inc*., 19-cv-03469-CMA-MEH (D. Colo.) upon those parties' settlement, and the *Hodgkins* case no longer is consolidated with the instant *Freyer* action. ECF 145.

    On or before **May 23, 2022**, the parties shall file a renewed motion to extend the pre-trial deadlines and submit a proposed Scheduling Order that reflects the current posture of this lawsuit. The parties shall email a copy of their proposed Scheduling Order to Chambers at *hegarty_chambers@cod.uscourts.gov* for entry.

    The Court will reset the Final Pretrial Conference at that time.