IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-MEH

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**JOINT MOTION TO AMEND THE SCHEDULING ORDER [ECF NO. 143]**

The parties, by and through their respective attorneys, and pursuant to the Court's May 11, 2022 Minute Order [ECF No. 149], submit this Joint Motion to Amend the Scheduling Order, stating as follows:

**I.   CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties conferred regarding the scheduling order on May 2, 2022 and stipulate that the relief requested in this Motion is necessary and appropriate. Pursuant to D.C.Colo.LCivR 6.1(c), the undersigned counsel certifies that copies of this Joint Motion will be served contemporaneously on their respective clients.

**II.   ARGUMENT**

1.    Pursuant to the Court's August 13, 2021 Order, entered after numerous conferrals and a discovery dispute hearing, Plaintiffs filed a Motion to Compel Comparator

1

Data on August 27, 2021.[1] [ECF No. 116]. Defendant filed its Response in Opposition on September 13, 2021. [ECF No. 122]. Plaintiffs filed their Reply on September 20, 2021. [ECF No. 126]. Defendants filed their Surreply on September 27, 2021. [ECF No. 127].

    2.    On October 25, 2021, Magistrate Judge Hegarty issued an Order, denying Plaintiffs' Motion to Compel. [ECF No. 135].

    3.    On November 8, 2021, Plaintiffs filed an objection to the October 25 Order. [ECF No. 139].

    4.    On November 16, 2021, the parties filed a Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines, asking that the Court extend the case deadlines because the parties would be unable to meet the deadlines set forth therein, especially given Plaintiffs' pending objection. [ECF No. 140].

    5.    On November 17, 2021, the Court granted the parties' Joint Motion to Amend the Scheduling Order and ordered that the parties file a renewed Joint Motion to Amend the Scheduling Order, including a proposed Scheduling Order identifying specific dates for all pre-trial deadlines, within five business days of the resolution of Plaintiffs' objection. [ECF No. 142]

    6.    On April 26, 2022, the Court overruled Plaintiffs' objections. [ECF No. 148].

    7.    On May 11, 2022, the Court entered an Order *sua sponte,* reminding and instructing the parties to file the renewed Joint Motion to Amend the Scheduling Order referenced in the November 17 Order on or before May 23, 2022. [ECF No. 149].

---

[1] Plaintiffs filed a similar motion in a related case, *Hodgkins, et al.* (Case No. 19-cv-03469-RM-MEH), which was consolidated with this case for purposes of pretrial proceedings [ECF No. 100] prior its voluntary dismissal on April 14, 2022 pursuant to a settlement. [ECF No. 107].

2

8.  Accordingly, the parties hereby submit this Motion and the Proposed Scheduling Order attached as Exhibit A.

9.  The Proposed Scheduling Order identifies specific proposed deadlines largely consistent with the deadlines set forth in the prior Scheduling Order [ECF No. 143], which did not specify dates, but rather keyed certain deadlines to the final resolution of Plaintiffs' Motion to Compel. With respect to the expert deadlines, however, the parties propose that they be further extended in light of the status of the parties' negotiations over production of ESI, which have only recently been resolved, and of where the previously-set deadlines fall in relation to the winter holidays.

10. Accordingly, as set forth in the accompanying Proposed Scheduling Order (Exhibit A), the parties request that the pre-trial case deadlines be set as follows:

| **Deadline** | **Current Scheduling Order [ECF #143]** | **Proposed Amended Scheduling Order (Ex. A)** |
|---|---|---|
| Parties to Substantially Complete Document Productions | October 25, 2021 or 60 days after Court's final decision on Motion to Compel, whichever is later | June 30, 2022 |
| Last Day to Serve Written Fact Discovery | 45 days before the fact discovery cutoff | October 10, 2022 |
| Expert Witness Disclosures | 30 days after fact discovery cutoff | January 12, 2023 |
| Rebuttal Expert Disclosure Deadline | 30 days after expert witness disclosures | February 24, 2023 |
| Discovery cut-off | December 27, 2021 or 60 days after substantial completion, whichever is later (Fact) | November 22, 2022 (Fact)<br><br>March 24, 2023 (Expert) |

3

|  | February 25, 2022 or 60 days after fact discovery cutoff, whichever is later (Expert) |  |
| --- | --- | --- |
| Dispositive motions | March 27, 2022 or 30 days after expert discovery cutoff, whichever is later | April 24, 2023 |
| Pretrial conference | To be reset at a future time | To be reset at a future time |

11.   This Joint Motion is not brought in bad faith or for any improper purpose and will not prejudice either party or unduly delay this case.

12.   Prior to filing this Joint Motion, the initial Scheduling Order entered in this case was amended previously at the joint request of the parties. [Doc. Nos. 79, 81, 96, 106, 109, 111, 123, 125, 140, 143].

WHEREFORE, for the reasons stated above, the parties respectfully request that the Court grant this Joint Motion and enter the Proposed Scheduling Order attached as Exhibit A as an Order of this Court.

Respectfully submitted this 20th day of May, 2022.

4

Respectfully submitted,

| | |
|---|---|
| *s/     Karen Sebaski* | *s/     Peter Petesch* |
| Jayme Jonat | Peter Petesch |
| Karen A. Sebaski | LITTLER MENDELSON, P.C. |
| Vincent Gregory Levy | 815 Connecticut Avenue, NW, Ste. 400 |
| Holwell Shuster & Goldberg LLP | Washington, DC 20006 |
| 425 Lexington Avenue, 14th Floor | Phone: 202.842.3400 |
| New York, NY 10017 | Fax: 202.842.0011 |
| 646-837-5151 | Email: ppetesch@littler.com |
| | |
| Galen Leigh Sherwin | Erin A. Webber |
| ACLU Women's Rights Project | Carolyn B. Theis |
| 125 Broad Street, 18th Floor | LITTLER MENDELSON, P.C. |
| New York, NY 10004 | 1900 Sixteenth Street, Ste. 800 |
| 212-519-7819 | Denver, CO  80202 |
| | Telephone: 303.629.6200 |
| Mark Silverstein | Facsimile:  303.629.0200 |
| Sara R. Neel | Email: ewebber@littler.com; |
| American Civil Liberties Union-Denver | catheis@littler.com |
| 303 East 17th Street, Suite 350 | |
| Denver, CO 80203 | **Attorneys for Defendant Frontier** |
| 303-777-5482 | **Airlines, Inc.** |
| | |
| **Attorneys for Plaintiffs** | |

5