IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** 1:19-cv-03468-CMA-SKC

RANDI FREYER, BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs: Randi Freyer, Brandy Beck, Erin Zielinski, and Sharon Kiedrowski.

DATED at New York, New York this 8th day of November, 2022.

    /s/ Alvina Pillai
    Name of Attorney

    Holwell Shuster & Goldberg LLP
    Firm Name
    425 Lexington Avenue, 14th Floor
    Office Address
    New York, NY 10017
    City, State, ZIP Code
    646-837-5151
    Telephone Number
    apillai@hsgllp.com
    Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, who are all registered CM/ECF users.

                                           *s/*   Alvina Pillai