IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. <u>1:19-cv-03468-CMA-SKC</u>

RANDI FREYER, BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs: Randi Freyer, Brandy Beck, Erin Zielinski, and Sharon Kiedrowski.

DATED at New York, New York this 8th day of November, 2022.

                                                               <u>/s/ Alison B. Miller</u>
                                                               Name of Attorney

                                                               <u>Holwell Shuster & Goldberg LLP</u>
                                                               Firm Name
                                                               <u>425 Lexington Avenue, 14th Floor</u>
                                                               Office Address
                                                               <u>New York, NY 10017</u>
                                                               City, State, ZIP Code
                                                               <u>646-837-5151</u>
                                                               Telephone Number
                                                               <u>amiller@hsgllp.com</u>
                                                               Primary CM/ECF E-mail Address

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, who are all registered CM/ECF users.

                                      *s/* Alison B. Miller