**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03468-CMA-MEH

In re FRONTIER AIRLINES LITIGATION

---

**NOTICE OF SUBSTITUTION**

---

Plaintiffs respectfully request that Aditi Fruitwala of the AMERICAN CIVIL LIBERTIES UNION FOUNDATION, a duly licensed attorney in the State of California and admitted to the U.S. District Court for the District of Colorado, enters her appearance, and withdraw the appearances of Galen Sherwin and Kathleen Xu.

Respectfully submitted this 9th day of November 2022.

/s/  Aditi Fruitwala
Aditi Fruitwala
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212.549.2500
Email: afruitwala@aclu.org

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing NOTICE OF SUBSTITUTION with the Clerk of the Court using the CM/ECF system.

/s/  Aditi Fruitwala