IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03468-CMA-MEH

In re FRONTIER AIRLINES LITIGATION

---

**ENTRY OF APPEARANCE FOR ADITI FRUITWALA**

---

Aditi Fruitwala of THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION, a duly licensed attorney in the State of California and admitted to the U.S. District Court for the District of Colorado, hereby enters her appearance on behalf of Plaintiffs.

Respectfully submitted this 14th day of November 2022.

/s/ Aditi Fruitwala
Aditi Fruitwala
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212.549.2500
Email: afruitwala@aclu.org

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the foregoing ENTRY OF APPEARANCE FOR ADITI FRUITWALA with the Clerk of the Court using the CM/ECF system.

/s/  Aditi Fruitwala

2