IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-MEH

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

The parties, by and through their respective attorneys, submit this Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines, mainly for the purpose of completing depositions of fact witnesses, stating as follows:

**I.   CERTIFICATE OF COMPLIANCE**

Pursuant to D.C.COLO.L.CivR. 7.1(a), the parties have conferred and stipulate that the relief requested in this Motion is necessary and appropriate. Pursuant to D.C.COLO.L.CivR. 6.1(c), the undersigned counsel certifies that copies of this Joint Motion will be served contemporaneously on their respective clients.

**II.   ARGUMENT AND BACKGROUND**

1.   On October 25, 2021, Magistrate Judge Hegarty issued an Order, denying Plaintiffs' Motion to Compel Comparator Data [ECF No. 135], which was filed pursuant to the Court's August 13, 2021 Order, entered after numerous conferrals and a discovery dispute hearing. [ECF No. 116].

2

2. On November 8, 2021, Plaintiffs filed an objection to the October 25 Order. [ECF No. 139].

3. On November 16, 2021, the parties filed a Joint Motion to Amend the Scheduling Order and Extend Case Management Deadlines, asking that the Court extend the case deadlines because the parties would be unable to meet the deadlines set forth therein, especially given Plaintiffs' pending objection. [ECF No. 140].

4. On November 17, 2021, the Court granted the parties' Joint Motion to Amend the Scheduling Order and ordered that the parties file a renewed Joint Motion to Amend the Scheduling Order, including a proposed Scheduling Order identifying specific dates for all pre-trial deadlines, within five business days of the resolution of Plaintiffs' objection. [ECF No. 142]

5. On April 26, 2022, the Court overruled Plaintiffs' objections. [ECF No. 148].

6. On May 11, 2022, the Court entered an Order *sua sponte,* reminding and instructing the parties to file the renewed Joint Motion to Amend the Scheduling Order referenced in the November 17 Order on or before May 23, 2022. [ECF No. 148].

7. Accordingly, on May 20, 2022, the parties submitted a Proposed Scheduling Order [ECF No. 150], which this Court entered on May 24, 2022. [ECF No. 152].

8. The parties have continued to work diligently to comply with the current Scheduling Order and meet the upcoming deadlines. Plaintiffs substantially completed their document productions on June 30, 2022 and served their privilege logs on Frontier on September 21, 2022. Defendant also substantially completed document production of approximately 12,000 responsive documents, and encountered an unexpected volume of material for review, resulting in ongoing supplementation of its document production,

including further supplementation on October 12, 18, and 20 and November 2 and 17, 2022. Defendant anticipates some additional supplementation, mainly stemming from difficulties that have arisen in the course of its ongoing privilege review. In the meantime, fact depositions have been proceeding apace. Due to the ongoing supplementation and operational challenges to an airline during this demanding holiday air travel season, however, additional time is needed to complete depositions of individuals at Frontier heavily involved in the operation of the airline, including the depositions of Frontier's System Chief Pilot and two of the current pilot plaintiffs, as well as third-party witnesses.

9. Therefore, despite their best efforts and cooperation over the course of discovery, the parties agree that current circumstances will make it impossible and unduly disruptive to the parties on both sides for them to complete these depositions by the upcoming deadlines as currently set. Accordingly, the parties respectfully request that this Court grant this Motion for good cause shown and extend the deadlines as requested below.

10. Accordingly, as set forth in the accompanying Proposed Scheduling Order (Exhibit A), the parties request that the remaining pre-trial case deadlines be set as follows:

| Deadline | Current Scheduling Order [ECF #152] | Proposed Amended Scheduling Order (Ex. A) |
|---|---|---|
| Last Day to Serve Requests for Admission | October 10, 2022 | December 20, 2022 |
| Expert Witness Disclosures | January 12, 2023 | March 10, 2023 |
| Rebuttal Expert Disclosure Deadline | February 24, 2023 | April 21, 2023 |
| Discovery cut-off | November 22, 2022 (Fact)<br><br>March 24, 2023 (Expert) | January 20, 2023 (Fact)<br><br>May 22, 2023 (Expert) |

3

| Dispositive motions | April 24, 2023 | June 22, 2023 |
| Proposed Pretrial Order | June 20, 2023 | Seven days before the final pretrial conference |
| Pretrial conference | June 27, 2023 | A future date mutually convenient for the Court and the Parties |

11. This Joint Motion is not brought in bad faith or for any improper purpose and will not prejudice either party or unduly delay this case.

12. Prior to filing this Joint Motion, the initial Scheduling Order entered in this case was amended previously at the joint request of the parties. [Doc. Nos. 79, 81, 96, 106, 109, 111, 123, 125, 140, 143, 150 and 152].

WHEREFORE, for the reasons stated above, the parties respectfully request that the Court grant this Joint Motion and enter the Proposed Scheduling Order attached as Exhibit A as an Order of this Court.

Respectfully submitted this 18th day of November, 2022.

4

Respectfully submitted,

| | |
|---|---|
| *s/ Jayme Jonat* | *s/ Peter Petesch* |
| Jayme Jonat | Peter Petesch |
| Karen A. Sebaski | LITTLER MENDELSON, P.C. |
| Vincent Gregory Levy | 815 Connecticut Avenue, NW, Ste. 400 |
| Holwell Shuster & Goldberg LLP | Washington, DC 20006 |
| 425 Lexington Avenue, 14th Floor | Phone: 202.842.3400 |
| New York, NY 10017 | Fax: 202.842.0011 |
| 646-837-5151 | Email: ppetesch@littler.com |
| | |
| Aditi Fruitwala | Erin A. Webber |
| ACLU Women's Rights Project | Carolyn B. Theis |
| 125 Broad Street, 18th Floor | LITTLER MENDELSON, P.C. |
| New York, NY 10004 | 1900 Sixteenth Street, Ste. 800 |
| 332-204-2768 | Denver, CO  80202 |
| | Telephone: 303.629.6200 |
| Mark Silverstein | Facsimile:  303.629.0200 |
| Sara R. Neel | Email: ewebber@littler.com; |
| American Civil Liberties Union-Denver | catheis@littler.com |
| 303 East 17th Street, Suite 350 | |
| Denver, CO 80203 | **Attorneys for Defendant Frontier** |
| 303-777-5482 | **Airlines, Inc.** |
| | |
| **Attorneys for Plaintiffs** | |