IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03468-CMA-MEH

RANDI FREYER, *et al.*,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 21, 2022.**

For good cause shown, the parties' Joint Motion to Amend the Scheduling Order [filed November 18, 2022; ECF 158] is **granted**. Section 9 of the Amended Scheduling Order (ECF 152) is modified as follows:

| | | |
|---|---|---|
| b. | Last Day to Serve Requests for Admission | December 20, 2022 |
|    | Fact Discovery Cut-off: | January 20, 2023 |
|    | Expert Discovery Cut-off: | May 22, 2023 |
| c. | Dispositive Motion Deadline: | June 22, 2023 |
| d(3) | Affirmative Expert Witness Disclosures | March 10, 2023 |
| d(4) | Rebuttal Expert Witness Disclosures | April 21, 2023 |

The Final Pretrial Conference currently set for June 27, 2023 is **rescheduled** to **August 1, 2023** at **10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall prepare a proposed pretrial order in accordance with the form, which may be downloaded from the Forms section of the Court's website.

The parties shall file their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the pretrial conference.

In addition, a copy of the proposed pretrial order must be submitted to the Magistrate Judge in editable Word format by email to *hegarty_chambers@cod.uscourts.gov*.

Attorneys and pro se parties not participating in ECF shall file the proposed pretrial order on paper at the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion.  Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).