IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03468-CMA-MEH

RANDI FREYER, *et al*.,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

**MOTION TO WITHDRAW KATHLEEN L. XU AS COUNSEL
FOR PLAINTIFFS**

---

Undersigned counsel for Plaintiffs respectfully moves, pursuant to D.C.COLO.LAttyR 5(b), to withdraw Kathleen L. Xu as counsel of record in the above-captioned case and, in support of this Motion, states as follows.

1. Kathleen L. Xu resigned from the WOMEN'S RIGHTS PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION, effective October 14, 2022. She is unable to continue to represent Plaintiffs in this matter, so there is good cause for her withdrawal as counsel of record.

2. As of the aforementioned date, Ms. Xu's ACLU email address linked to her CM/ECF account receiving notices for the above-captioned case has been disabled.

3. Aditi Fruitwala of the American Civil Liberties Union Foundation, Mark Silverstein and Sara R. Neel of the American Civil Liberties Union Foundation of Colorado, Vincent Levy, Jayme Jonat, Karen Sebaski of Holwell Shuster & Goldberg LLP, and Juno Turner from Towards

Justice will continue to represent Plaintiffs, who will not suffer any prejudice as a result of the withdrawal of counsel.

4.   Pursuant to D.C.COLO.LAttyR 5(b), notice of Kathleen L. Xu's withdrawal of Counsel for Plaintiffs in this matter has been provided to the Plaintiffs.

WHEREFORE, Plaintiffs' counsel respectfully move for an order granting the withdrawal of Kathleen L. Xu as counsel for Plaintiffs in the above-captioned case.

Respectfully submitted this 21st day of November 2022.

/s/  Aditi Fruitwala
Aditi Fruitwala
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Email: afruitwala@aclu.org

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, I electronically filed the foregoing NOTICE TO WITHDRAW KATH XU AS COUNSEL with the Clerk of the Court using the CM/ECF system.

/s/  Aditi Fruitwala