IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03468

RANDI FREYER, BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

                            Plaintiffs,
    -against-

FRONTIER AIRLINES, INC.,

                            Defendant.

**MOTION OF ALVINA V. PILLAI TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

PURSUANT TO District of Colorado Local Attorney Rule 5(b), Alvina V. Pillai hereby moves for an Order granting permission to withdraw as counsel for Plaintiffs in the above-captioned case, and in support of the Motion states as follows:

    1.    On November 8, 2022, I entered an appearance in this action on behalf of Plaintiffs, along with my colleagues from the law firm of Holwell Shuster & Goldberg LLP, Jayme Jonat, Karen A. Sebaski, Alison B. Miller, Charlotte Baigent, and Vincent Levy.

    2.    As of December 1, 2022, I will no longer be associated with Holwell Shuster & Goldberg LLP.

    3.    The above-mentioned attorneys at Holwell Shuster & Goldberg LLP will continue to represent Plaintiffs, along with co-counsel from American Civil Liberties Union-Denver, ACLU Women's Rights Project, and Towards Justice Denver.

    4.    My withdrawal will not affect the posture of the case or any of the pending case deadlines.

5. Pursuant to D.C.COLO.LAttyR 5(b), notice of my withdrawal as counsel for Plaintiffs in this matter has been provided to the Plaintiffs.

WHEREFORE, Plaintiffs' counsel respectfully move for an order granting the withdrawal of Alvina V. Pillai as counsel for Plaintiffs in the above-captioned case.

Respectfully submitted this 1st day of December 2022.

*s/ Alvina Pillai*
Alvina Pillai
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5151

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing Motion of Alvina V. Pillai to Withdraw as Counsel for Plaintiffs with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*s/ Alvina V. Pillai*
Alvina V. Pillai
