IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-03468-CMA-MEH

RANDI FREYER, et al.,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## JOINT STATUS REPORT AND JOINT MOTION FOR AN ADMINISTRATIVE STAY OF THE CASE

    The Parties to this matter, through counsel, submit this joint status report and request to place this matter on an administrative stay. The Parties state as follows:

    1.    The Parties engaged in further settlement mediation in early April, resulting in agreement in principle on a resolution of this matter. Since then, the Parties have made progress toward a settlement agreement, containing confidential terms and certain action items. The language to the Parties' confidential settlement agreement is in near-final form.

    2.    The settlement is contingent on review and acceptance of certain terms (and actions to be taken) by two separate federal agencies, and the Parties estimate that this should resolve within approximately 90-120 days from the execution of the Parties' settlement agreement. The Parties are working in cooperation with said agencies toward that end.

    3.    Should the Court need further details on the matters described above, the Parties propose an *in camera* discussion with the Court.

4. Mindful of the deadlines under the scheduling order of this case, and to conserve both the Court's and the parties' resources, the Parties propose that this matter be administratively stayed, or that the Scheduling Order in effect be suspended, retroactive to April 5, 2023, pending the satisfaction of the contingencies to the settlement and finalizing the settlement. The Parties will keep the Court fully informed of their progress toward the full and final resolution of this matter.

Dated: June 22, 2023

//

//

//

//

//

Respectfully submitted by:

| | |
|---|---|
| *s/ Aditi Fruitwala*<br>Aditi Fruitwala<br>ACLU Women's Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>afruitwala@aclu.org | *s/ Peter Petesch*<br>Peter Petesch<br>LITTLER MENDELSON, P.C.<br>815 Connecticut Avenue, NW, Ste. 400<br>Washington, DC 20006<br>Phone: 202.842.3400<br>Fax: 202.842.0011<br>ppetesch@littler.com |
| Jayme Jonat<br>Karen A. Sebaski<br>Vincent Gregory Levy<br>Charlotte V. Baigent<br>Alison B. Miller<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue, 14th Floor<br>New York, NY 10017<br>Charlotte V. Baigent<br>cbaigent@hsgllp.com<br>jjonat@hsgllp.com<br>ksebaski@hsgllp.com<br>vlevy@hsgllp.com<br>amiller@hsgllp.com | Erin A. Webber<br>Stephen E. Baumann II<br>Carolyn B. Theis<br>LITTLER MENDELSON, P.C.<br>1900 Sixteenth Street, Ste. 800<br>Denver, CO  80202<br>Telephone: 303.629.6200<br>Facsimile:  303.629.0200<br>ewebber@littler.com<br>sbaumann@littler.com<br>catheis@littler.com<br><br>*Attorneys for Defendant* |
| Mark Silverstein<br>Sara R. Neel<br>American Civil Liberties Union-Denver<br>303 East 17th Street, Suite 350<br>Denver, CO 80203<br>msilverstein@aclu-co.org<br>sneel@aclu-co.org<br><br>*Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system to the following:

    Aditi Fruitwala
    ACLU Women's Rights Project
    125 Broad Street, 18th Floor
    New York, NY 10004
    afruitwala@aclu.org

    Jayme Jonat
    Karen A. Sebaski
    Vincent Gregory Levy
    Charlotte V. Baigent
    Alison B. Miller
    Holwell Shuster & Goldberg LLP
    425 Lexington Avenue, 14th Floor
    New York, NY 10017
    Charlotte V. Baigent
    cbaigent@hsgllp.com
    jjonat@hsgllp.com
    ksebaski@hsgllp.com
    vlevy@hsgllp.com
    amiller@hsgllp.com

    Mark Silverstein
    Sara R. Neel
    American Civil Liberties Union-Denver
    303 East 17th Street, Suite 350
    Denver, CO 80203
    msilverstein@aclu-co.org
    sneel@aclu-co.org

    *Attorneys for Plaintiffs*

                                               *s/ Valerie Gremillion*
                                               Valerie Gremillion