IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 19-cv-03468-CMA-MEH

RANDI FREYER,
BRANDY BECK,
ERIN ZIELINSKI, and
SHANNON KIEDROWSKI,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

ORDER ADMINISTRATIVELY CLOSING CASE

---

This matter is before the Court on the parties' Joint Status Report and Joint Motion for an Administrative Stay of the Case. (Doc. # 168).  Upon review of the case file, the Court finds that rather than leaving this case open for months pending finalization of a settlement agreement, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that pursuant to D.C.Colo.LcivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action for 120 days, **until October 23, 2023**.  It is

FURTHER ORDERED that on or before October 23, 2023, the parties are DIRECTED to file a status report informing the Court of the resolution of the case and requesting that the case be either dismissed or reopened.  It is

FURTHER ORDERED that all pending deadlines and the Final Pretrial Conference set for August 1, 2023, in front of Magistrate Judge Hegarty are VACATED.

DATED:   June 23, 2023

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge

2