UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **RANDI FREYER, BRANDY BECK, ERIN ZIELINSKI, and SHANNON KIEDROWSKI,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**FRONTIER AIRLINES, INC.,**<br><br>**Defendant.** | No. 19 Civ. 03468-CMA-MEH |

**JOINT STATUS REPORT AND JOINT MOTION TO EXTEND ADMINISTRATIVE STAY OF THE CASE**

Pursuant to the Court's Order dated June 23, 2023 (ECF No. 169), the Parties to this matter, through counsel, submit this joint status report and joint request to continue to place this matter on an administrative stay. The Parties state as follows:

1. As reported in the Joint Status Report dated June 22, 2023 (ECF No. 168), the Parties reached an agreement in principle on a resolution of this matter in April.

2. Since then, the Parties have been working diligently to negotiate complex matters between themselves and the Equal Employment Opportunity Commission, which has caused unexpected delays in the process.

3. The Parties have now finalized the terms of the settlement agreement, containing confidential terms and certain action items. The Parties are close to final execution of the agreement.

4. The settlement is contingent on review and acceptance of certain terms (and actions to be taken) by two separate federal agencies. The necessary steps by one of those two agencies are

1

now complete.  With respect to the other agency, the Parties estimate that this should resolve within approximately 90-120 days from the execution of the Parties' settlement agreement.

5. Again, mindful of the deadlines under the scheduling order of this case, and to conserve both the Court's and the Parties' resources, the Parties propose that this matter continue to be administratively stayed and that all pending deadlines continue to be suspended retroactive to April 5, 2023, pending the satisfaction of the contingencies to the settlement and finalizing the settlement.  The Parties will keep the Court fully informed of their progress toward the full and final resolution of this matter.

Dated: October 20, 2023

Respectfully submitted by:

*s/ Aditi Fruitwala*
Aditi Fruitwala
ACLU Women's Rights Project
125 Broad Street, 18th Floor New York, NY 10004
afruitwala@aclu.org

Jayme Jonat
Karen A. Sebaski
Vincent Gregory Levy
Charlotte V. Baigent Alison B. Miller
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Charlotte V. Baigent
cbaigent@hsgllp.com
jjonat@hsgllp.com
ksebaski@hsgllp.com
vlevy@hsgllp.com
amiller@hsgllp.com

*s/ Peter Petesch*
Peter Petesch
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Ste. 400
Washington, DC 20006
Phone: 202.842.3400
Fax: 202.842.0011
ppetesch@littler.com

Erin A. Webber
Stephen E. Baumann II
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Ste. 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile:  303.629.0200
ewebber@littler.com sbaumann@littler.com
catheis@littler.com

*Attorneys for Defendant*

Mark Silverstein
Sara R. Neel
American Civil Liberties Union-Denver
303 East 17th Street, Suite 350
Denver, CO 80203
msilverstein@aclu-co.org
sneel@aclu-co.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2023, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system to all attorneys of record.

*s/ Aditi Fruitwala*
Aditi Fruitwala