UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

RANDI FREYER, BRANDY BECK,
ERIN ZIELINSKI, and SHANNON KIEDROWSKI,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

No. 19 Civ. 03468-CMA-MEH

**JOINT STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

All disputes between Plaintiffs Randi Freyer, Brandy Beck, Erin Zielinski, and Shannon Kiedrowski, and Defendant Frontier Airlines, Inc., having been resolved, the Parties, by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in consideration of a negotiated settlement executed by them, that all claims against any party in the action captioned *Freyer et al. v. Frontier Airlines, Inc.* No. 19-cv-03468-CMA-MEH be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs except as they may otherwise have agreed, provided that the Court retains continuing jurisdiction for purposes of enforcing the Parties' settlement agreement.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the claims and action of the Parties in the action captioned *Freyer et al. v. Frontier Airlines, Inc.*, be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs except as they may otherwise have agreed; and (2) the Court will retain continuing jurisdiction for purposes of enforcing the Parties' settlement agreement

Dated: December 6, 2023

1

By:   */s/ Peter J. Petesch*
Peter J. Petesch
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
Phone: 202-842-3400
Fax: 202-842-0011
ppetesch@littler.com

Erin A. Webber
Stephen E. Baumann II
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Phone: 303-629-6200
Fax: 303-629-0200
ewebber@littler.com; sbaumann@littler.com
catheis@littler.com

*Attorneys for Defendant*

By:   */s/ Jayme Jonat*
Jayme Jonat
Karen Sebaski
HOLWELL SHUSTER & GOLDBERG LLP
IN COOPERATION WITH THE
AMERICAN CIVIL LIBERTIES UNION
425 Lexington Avenue, 14th Floor
New York, New York 10017
Phone: 646-837-5151
Email: jjonat@hsgllp.com

Sara R. Neel
Mark Silverstein
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 East 17th Avenue, Suite 350
Denver, CO 80203
Phone: 720-402-3107
Email: sneel@aclu-co.org

Aditi Fruitwala
Jennesa Calvo-Friedman
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Phone: 212-519-7819
Email: afruitwala@alcu.org

Juno Turner
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80219
Phone: 720-239-2060
Email: juno@towardsjustice.org

*Attorneys for Plaintiffs*

**SO ORDERED:**

Dated:
_____       _____